https://ecf.dcd.circ-dc.dcn/cgi-bin-DktRpt.pl?92...054740b0b586-1...795-1

#03-9848

TYPE-B, TRANSFERRED

bia live database - Docket Repo...

## U.S. District Court
### District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00305-JR
### Internal Use Only

HAVLISH et al v. BIN-LADEN et al
Assigned to: Judge James Robertson
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 02/19/02
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**
------------------------

**FIONA HAVLISH, *in her own right
and as Executrix of the Estate of
Donald Havlish, Jr., Deceased***

represented by **Anne McGinness Kearse**
NESS, MOTLEY, P A
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9140
Fax . (843) 216-9450
Email: akearse@nmlrp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Rubenstone**
Four Greenwood Square
Suite 200
Bensalem, PA 19020
(215)638-9330
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Patrick Donohue**
ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN,
CHARTERED
204 Monroe Street
#101
Rockville, MD 20854
(301) 251-0440
Fax : (301) 279-5929
Email: hdonohue@adclawfirm.com
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

ECF
DOCUMENT

... a ... true copy of a
... filed ... in the United States
... 3/19/02 ...
... RETURNED TO COURT

21

01/02/2004 1:58 PM

https://ecf.dcd.circ^~dcn/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

**Jodi Westbrook Flowers**
NESS, MOTLEY, P.A.
28 Bridgeside Boulevard
PO Box 1792
Mount Pleasant, SC 29465
(843) 216-9163
Fax : (843) 216-9680
Email: jflowers@nessmotley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
MELLON WEBSTER & SHELLEY
87 North Broad Street
Doylestown, PA 18901
(215)348-7700
Fax : (215) 348-0171
Email: jcorr@mellonwebster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
87 North Broad Street
Doylestown, PA 1890
(215)348-7700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. Malone**
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
(202) 737-7777
Fax : (202) 296-8312
Email: pmalone@steinmitchell.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
139 E South Temple
Salt Lake City, UT 84111
(801) 355-6677
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Brain**
HOWARTH & SMITH
800 Wilshire Boulevard
Suite 750
Los Angeles, CA 90017
(213)955-9400

Fax : (213) 622-0791
Email: rbrain@howarth-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 737-7777
Fax : (202) 296-8312
Email: rmuse@steinmitchell.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald L. Motley**
NESS, MOTLEY, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9147
Fax : (843) 216-9539
Email: rmotley@nmlrp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **RUSSA STEINER,** *in her own right and as Executrix of the Estate of William Steiner, Deceased* | represented by | **H. Patrick Donohue** (See above for address) *TERMINATED: 04/29/2002* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **CLARA CHIRCHIRILLO,** *in her own right and as Executrix of the Estate of Peter Chirchirillo* | represented by | **H. Patrick Donohue** (See above for address) *TERMINATED: 04/29/2002* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

https://ecf.dcd.circdc.dcn/cgi-bin/DktRpt.pl?97465347.1mult-8&c1... - 4

**TARA BANE,** *in her own right and as Executrix of the Estate of Michael A. Bane*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GRACE M. PARKINSON-GODSHALK,** *in her own right and Administratrix of the Estate of William R. Godshalk, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ELLEN L. SARACINI,** *in her own right and as Executrix of the Estate of Victor J. Saracini, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **THERESANN LOSTRANGIO,** *in her own right and as and as Executrix of the Estate of Joseph Lostrangio, Deceased* | represented by | **H. Patrick Donohue** (See above for address) *TERMINATED:* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **John A. Corr** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Joseph A. Cullen, Jr.** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Richard D. Burbridge** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **DEENA BURNETT,** *in her own right and as Administratix of the Estate of Thomas E. Burnett, Jr., deceased* | represented by | **Patrick A. Malone** (See above for address) *TERMINATED: 06/09/2003* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Richard D. Burbridge** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **THOMAS E. BURNETT, SR.,** *as the parent and on behalf of the family of Thomas E. Burnett, Jr.* | represented by | **Richard D. Burbridge** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **JUDITH REISS,** *in her own right and as Administratix of the Estate of Joshua Scott Reiss, deceased* | represented by | **Richard D. Burbridge** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **WILLIAM COALE,** *in his own right and as Administratix of the Estate of Jeffrey Alan Coale, deceased* | represented by | **Richard D. Burbridge** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

https://ecf.dcd.circdc.dcn/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

| | | |
|---|---|---|
| **PATRICIA J. PERRY,** *in her own right and as Administratix of the Estate of John William Perry, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **BARBARA A. MINERVINO,** *in her own right and as Administratix of the Estate of Louis J. Minervino, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **MATTHEW T. SELLITTO,** *in his own right and as Administrator of the Estate of Matthew C. Sellitto, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **RALPH MAERZ, JR.,** *as parent and on behalf of the family of Noell Maerz, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **LINDA PANIK,** *as the parent and on behalf of the family of Lt. Jonas Martin Panik, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **MARTIN PANIK,** *as parent of and on behalf of the family of Lt. Jonas Martin Panik, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **MARTINA LYNE-ANNA PANIK,** *as the sister of Lt. Jonas Martin Panik* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **STEPHEN L. CARTLEDGE,** *as husband of Sandra Wright Cartledge, deceased* | represented by | **Richard D. Burbridge**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **LOISANNE DIEHL,** *in her own right and as Executrix of the Estate of Michael Diehl, deceased* | represented by | Richard D. Burbridge<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **TINA GRAZIOSO,** *in her own right and as Executrix of the Estate of John Grazioso, deceased* | represented by | Richard D. Burbridge<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **JIN LIU,** *in her own right and as Executrix of the Estate of Liming Gu, deceased* | represented by | Richard D. Burbridge<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

District of Columbia live database - Docket Report

https://ecf.dcd.circ²·dcn/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

**ALL PLAINTIFFS,** *on behalf of themselves and all others similarly situated*

represented by **Patrick A. Malone**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Muse**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
GORDON, SILBERMAN, WIGGINS &
CHILDS, PC
7 Dupont Circle, NW
Suite 200
Washington, DC 20036
(202)263-3683
Fax : (202) 263-3687
Email: tfleming@gswc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
------------------------

**SHEIKH USAMA BIN-MUHAMMAD
BIN-LADEN**

*aka*
**OSAMA BIN-LADEN**

**THE TALIBAN**

**MUHAMMAD OMAR**

**AL QAEDA/ ISLAMIC ARMY**

**THE ISLAMIC EMIRATE OF
AFGHANISTAN**
*TERMINATED: 05/03/2002*

**ISLAMIC REPUBLIC OF IRAN**

**REPUBLIC OF IRAQ**

**THE ESTATE OF MARWAN AL
SHEHHI**

01/02/2004 1:58 PM

TERMINATED: 05/03/2002

*aka*
**Marwan Yusif Muhammad Rashid Al-Shehi**
TERMINATED: 05/03/2002

**THE ESTATE OF FAYEZ RASHID AHMED HASSAN AL QADI BANIHAMMAD**
TERMINATED: 05/03/2002

*aka*
**FAYEZ AHMED**
TERMINATED: 05/03/2002

*aka*
**BANIHAMMAD FAYEZ**
TERMINATED: 05/03/2002

**ESTATE OF AHMED ALGHAMDI**
TERMINATED: 05/03/2002

*aka*
**AHMED SALAH ALGHAMDI**
TERMINATED: 05/03/2002

**ESTATE OF HAMZA ALGHAMDI**
TERMINATED: 05/03/2002

*aka*
**HAMZA AL-GHAMDI**
TERMINATED: 05/03/2002

*aka*
**HAMZA GHAMDI**
TERMINATED: 05/03/2002

**THE ESTATE OF MOHAND ALSHEHRI**
TERMINATED: 05/03/2002

*aka*
**MOHAMMED ALSHEHHI**
TERMINATED: 05/03/2002

**ESTATE OF SATAM M. A. AL SUQAMI**
TERMINATED: 05/03/2002

**THE ESTATE OF ABDULAZIZ ALOMARI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF WALEED M. ALSHEHRI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF WAIL M. ALSHEHRI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF MOHAMED ATTA**
*TERMINATED: 05/03/2002*

*aka*
**MOHAMMED EL AMIR**
*TERMINATED: 05/03/2002*

*aka*
**MEHAN ATTA**
*TERMINATED: 05/03/2002*

*aka*
**MOHAMED EL SAYED**
*TERMINATED: 05/03/2002*

**THE ESTATE OF KHALID ALMIHDHAR**
*TERMINATED: 05/03/2002*

*aka*
**SANNAN AL MAKKI**
*TERMINATED: 05/03/2002*

*aka*
**KHALID BIN MUHAMMAD**
*TERMINATED: 05/03/2002*

**THE ESTATE OF NAWAF ALHAZMI**
*TERMINATED: 05/03/2002*

*aka*
**NAWAF AL-HAZMI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF HANI HANJOUR**
*TERMINATED: 05/03/2002*

01/02/2004 1:58 PM

https://ecf.dcd.circ4c.dcn/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

*aka*
**HANI SALEH HANJOUR**
*TERMINATED: 05/03/2002*

**THE ESTATE OF SALEM ALHAMZI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF MAJED MOQED**
*TERMINATED: 05/03/2002*

*aka*
**MAJED M. GH MOQED**
*TERMINATED: 05/03/2002*

**THE ESTATE OF SAMIR JARRAH**
*TERMINATED: 05/03/2002*

*aka*
**ZAID JARRAHI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF AHMED IBRAHIM
A. AL HAZNAWI**
*TERMINATED: 05/03/2002*

*aka*
**AHMED ALHAZNAWI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF SAEED
ALGHAMDI**
*TERMINATED: 05/03/2002*

*aka*
**ABDUL RAHMAN SAED
ALGHAMDI**
*TERMINATED: 05/03/2002*

*aka*
**ALI S. ALGHAMDI**
*TERMINATED: 05/03/2002*

**THE ESTATE OF AHMED ALNAMI**
*TERMINATED: 05/03/2002*

*aka*
**ALI AHMED ALNAMI**
*TERMINATED: 05/03/2002*

**ZACARIAS MOUSSAOUI**
*TERMINATED: 05/03/2002*

District of Columbia live database - Docket Report                    https://ecf.dcd.uscourts.gov...

**ABU SAYYAF GROUP**
*TERMINATED: 05/03/2002*

*aka*
**AL HARAKAT AL ISLAMIYYA**
*TERMINATED: 05/03/2002*

**ARMED ISLAMIC GROUP [GIA]**

*aka*
**AL-JAMA'AH AL-ISLAMIYAH**
**AL-MUSALLAH**

*aka*
**GIA**

*aka*
**GROUPEMENT ISLAMIQUE ARME**

**ALL DEFENDANTS**

**HARAKAT ul MUJAHIDIN [HUM]**
*TERMINATED: 05/03/2002*

*aka*
**HARAKAT UL MUJAHIDEEN**
*TERMINATED: 05/03/2002*

*aka*
**HARAKAT UL ANSAR**
*TERMINATED: 05/03/2002*

*aka*
**HUA**
*TERMINATED: 05/03/2002*

*aka*
**HUM**
*TERMINATED: 05/03/2002*

**AYATOLLAH ALI**
**HOSEINI-KHAMENEI,** *Supreme*
*Leader*

**IRANIAN MINISTRY OF**
**INFORMATION AND SECURITY**

**ISLAMIC REVOLUTIONARY**
**GUARD CORPS**

**HEZBOLLAH,** *an unincorporated association*

**IRANIAN MINISTRY OF PETROLEUM**

**IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE**

**IRANIAN MINISTRY OF COMMERCE**

**IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS**

**SADDAM HUSSEIN,** *President*

**IRAQI MINISTRY OF DEFENSE**

**IRAQI MINISTRY OF FINANCE**

**IRAQI MINISTRY OF OIL**

**IRAQI INTELLIGENCE SERVICE**

**QUSAI HUSSEIN**

**UNIDENTIFIED TERRORIST DEFENDANTS,** *1-500*

**Movant**
------------------

**VIGILANT INSURANCE COMPANY**   represented by   Matthew G. Ash
COZEN O'CONNOR
1667 K Street, NW
Suite 500
Washington, DC 20006
(202)912-4810
Fax : (202) 912-4830
Email: mash@cozen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PACIFIC INDEMNITY COMPANY**   represented by   **Matthew G. Ash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FEDERAL INSURANCE COMPANY**   represented by   **Matthew G. Ash**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

District of Columbia live database - Docket Report                        https://ecf.dcd.circ4- den/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

| Filing Date | # | Docket Text |
|---|---|---|
| 02/19/2002 | 1 | COMPLAINT against ALL DEFENDANTS ( Filing fee $150 ). Filed by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (aet, ) (Entered: 03/08/2002) |
| 02/19/2002 | | SUMMONS Not Issued as to ALL DEFENDANTS (aet, ) (Entered: 03/08/2002) |
| 02/22/2002 | 2 | MOTION for Protective Order *filed under seal, in vault, Room 1800* by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (mlp, ) (Entered: 03/09/2002) |
| 02/22/2002 | | Minute Entry: Motions hearing held on 2/22/2002 before Judge James Robertson: oral motions by John A. Corr, Esquire and Joseph A. Cullen, Jr., Esquire to appear pro hac vice on behalf of plaintiffs heard and granted; motion for protective order heard and granted; all documents containing or referencing the address of any plaintiff in this action is to be filed under seal; plaintiffs have 60 days to amend documents and to file plan for service of process to parties located all over the world.(Court Reporter Dennis Dinkel.) (mlp, ) (Entered: 03/09/2002) |
| 02/22/2002 | 3 | ORDER granting Motion for Protective Order [2]; directing that all documents containing or referencing the address of any plaintiff in this matter is to be filed under seal. Signed by Judge James Robertson on 02/22/2002. (mlp,) (Entered: 03/09/2002) |
| 03/11/2002 | 4 | ORDER establishing procedures for electronic filing. Signed by Judge James Robertson on March 11, 2002. (MT) (Entered: 03/11/2002) |
| 04/03/2002 | 5 | MOTION to Appoint Counsel *Petition for Admission Pro Hac Vice* by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (Donohue, H.) (Entered: 04/03/2002) |
| 04/03/2002 | | MINUTE ENTRY: Court grants plaintiff's motion for pro hac vice admissions 5 of Thomas E. Mellon, Jr., John A. Corr and Stephen A. Corr. Signed by Judge James Robertson on April 3, 2002. (MT) (Entered: 04/03/2002) |
| 04/29/2002 | 6 | First MOTION for Leave to Appear pro hac vice by FIONA HAVLISH (Attachments: # 1 Affidavit statement of rubenstone# 2 Affidavit statement of brain# 3 order for pro hac vice of rubenstone and brain)(Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | 7 | NOTICE *withdrawal of appearance of Donohue* by FIONA HAVLISH |

District of Columbia live database - Docket Report                    https://ecf.dcd.circ··· dcn/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

| | | |
|---|---|---|
| | | (Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | 8 | NOTICE *Notice of Appearance: Muse, Mitchell, & Malone* by FIONA HAVLISH (Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | | ***Attorney Patrick A. Malone for FIONA HAVLISH added. Attorney H. Patrick Donohue and H. Patrick Donohue terminated. (wes, ) (Entered: 05/03/2002) |
| 04/30/2002 | | MINUTE ENTRY: Court grants plaintiffs' motion for pro hac vice admissions of Edward H. Rubenstone and Robert D. Brain 6. Signed by Judge James Robertson on April 30, 2002. (MT) (Entered: 04/30/2002) |
| 05/03/2002 | 9 | Second MOTION for Leave to Appear Motion for Leave to Appear Pro Hac Vice *Don Howarth* by FIONA HAVLISH. (Muse, Robert) (Entered: 05/03/2002) |
| 05/03/2002 | 10 | Second MOTION for Leave to Appear Motion for Leave to Appear Pro Hac Vice *Don Howarth* by FIONA HAVLISH. (Attachments: # 1 order# 2 Affidavit Statement of Don Howarth)(Muse, Robert) (Entered: 05/03/2002) |
| 05/03/2002 | 11 | First MOTION for Service by Publication by FIONA HAVLISH. (Attachments: # 1 Memo In Support# 2 Exhibit A: List of Defendants to be Served by Publication# 3 Exhibit B: Mwami Order# 4 Exhibit C; Notice Publication# 5 Exhibit Proposed Order)(Malone, Patrick) (Entered: 05/03/2002) |
| 05/03/2002 | 12 | AMENDED COMPLAINT. Filed by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (aet, ) (Entered: 05/06/2002) |
| 05/03/2002 | | ***Party AYATOLLAH ALI HOSEINI-KHAMENEI, and IRANIAN MINISTRY OF INFORMATION AND SECURITY, and ISLAMIC REVOLUTIONARY GUARD CORPS, and HEZBOLLAH, and IRANIAN MINISTRY OF PETROLEUM, and IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, and IRANIAN MINISTRY OF COMMERCE, and IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, and SADDAM HUSSEIN, and IRAQI MINISTRY OF DEFENSE, and IRAQI MINISTRY OF FINANCE, and IRAQI MINISTRY OF OIL, and IRAQI INTELLIGENCE SERVICE, and QUSAI HUSSEIN, and UNIDENTIFIED TERRORIST DEFENDANTS added. Party ESTATE OF HAMZA ALGHAMDI; ESTATE OF SATAM M. A. AL SUQAMI; ZACARIAS MOUSSAOUI; THE ESTATE OF ABDULAZIZ ALOMARI; THE ESTATE OF AHMED ALNAMI; THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI; THE ESTATE OF FAYEZ RASHID AHMED HASSAN AL QADI BANIHAMMAD; THE ESTATE OF HANI HANJOUR; THE ESTATE OF KHALID ALMIHDHAR; THE ESTATE OF MAJED MOQED; THE ESTATE OF MARWAN AL SHEHHI; THE ESTATE OF MOHAMED ATTA; THE ESTATE OF MOHAND ALSHEHRI; THE ESTATE OF NAWAF ALHAZMI; THE ESTATE OF |

| | | SAEED ALGHAMDI; THE ESTATE OF SALEM ALHAMZI; THE ESTATE OF SAMIR JARRAH; THE ESTATE OF WAIL M. ALSHEHRI; THE ESTATE OF WALEED M. ALSHEHRI; THE ISLAMIC EMIRATE OF AFGHANISTAN; HARAKAT ul MUJAHIDIN [HUM]; ABU SAYYAF GROUP and ESTATE OF AHMED ALGHAMDI terminated. (nmr, ) (Entered: 06/24/2002) |
|---|---|---|
| 05/06/2002 | ◑13 | Third MOTION for Leave to Appear Pro Hac Vice *of William N. Riley* by FIONA HAVLISH. (Attachments: # 1 Affidavit Riley Affidavit for PHV Appearance# 2 Order for PHV Riley)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | ◑14 | Fourth MOTION for Leave to Appear Pro Hac Vice *of J.D. Lee and David Lee* by FIONA HAVLISH. (Attachments: # 1 Affidavit Affidavit of David Lee PHV Appearance# 2 Affidavit J.D. Lee Affidavit PHV Appearance# 3 Order for the PHV appearance of the Lee or M. Lee) (Entered: 05/06/2002) |
| 05/06/2002 | ◑15 | Fifth MOTION for Leave to Appear Pro Hac Vice *Amy Debrota* by FIONA HAVLISH. (Attachments: # 1 Affidavit Debrota Affidavit PHV Appearance# 2 Order for Debrota PHV appearance)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | ◑16 | Fifth MOTION for Leave to Appear Pro Hac Vice *Mark Dudley* by FIONA HAVLISH. (Attachments: # 1 Dudley affidavit PHV Appearance# 2 Order for Dudley PHV Appearance)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/09/2002 | ◑17 | ORDER granting upon condition the motions for leave to appear pro hac vice by or on behalf of Don Howarth 10, William N. Riley 13, J. D. Lee and David Lee 14, Amy Debrota 15 and Mark Dudley 16. Signed by Judge James Robertson on May 9, 2002. (MT) (Entered: 05/09/2002) |
| 05/09/2002 | ◑ | MINUTE ENTRY: Court grants motion and approves the proposed manner of service by publication 11. Signed by Judge James Robertson on May 9, 2002. (MT) (Entered: 05/09/2002) |
| 05/09/2002 | ◑18 | First MOTION to Certify Class by FIONA HAVLISH. (Attachments: # 1 Memo In Support of Motion for Class Cert# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G# 9 Exhibit Exhibit H# 10 Exhibit Exhibit I# 11 Exhibit Exhibit J# 12 Exhibit Exhibit K# 13 Exhibit Exhibit L# 14 Exhibit Exhibit M# 15 Exhibit Exhibit N# 16 Exhibit Exhibit O# 17 Exhibit Exhibit P# 18 Exhibit Exhibit Q# 19 Exhibit Exhibit R# 20 Exhibit Exhibit S# 21 Exhibit Exhibit T# 22 Exhibit Exhibit U# 23 Exhibit Exhibit V# 24 Exhibit Exhibit W# 25 Errata Exhibit X# 26 Fxhibit Fxhibit Y# 27 Exhibit Exhibit Z# 28 Exhibit Exhibit AA# 29 Exhibit Exhibit BB# 30 Proposed Order)(Muse, Robert) (Entered: 05/09/2002) |
| 05/09/2002 | ◑19 | First MOTION Plaintiffs' Motion for Approval of Proposed Class Notice re 18 by FIONA HAVLISH. (Attachments: # 1 Memo In Support of Motion for Approval of Proposed Class Notice# 2 Proposed Order# 3 Proposed Notice |

| | | |
|---|---|---|
| | | of Pendency of Class Action# <u>4</u> Exhibit Exhibit A# <u>5</u> Exhibit Exhibit B# <u>6</u> Exhibit Exhibit C# <u>7</u> Exhibit Exhibit D)(Muse, Robert) (Entered: 05/09/2002) |
| 05/28/2002 | ○ | Set/Reset Hearings: Status Conference set for 5/31/2002 05:00 PM in Courtroom 16. (lin, ) (Entered: 05/28/2002) |
| 05/29/2002 | ○ | Reset Hearing: Status Conference reset to 6/3/2002 at 5:00 PM in Courtroom 16. (MT) (Entered: 05/29/2002) |
| 05/31/2002 | ○<u>20</u> | NOTICE *of Possible Related Case Status* by FIONA HAVLISH (Muse, Robert) (Entered: 05/31/2002) |
| 06/03/2002 | ○<u>21</u> | MOTION for Leave to Appear Pro Hac Vice *Motley, Flowers, and Kearse* by FIONA HAVLISH. (Attachments: # <u>1</u> Affidavit Statement of Ron Motley for PHV# <u>2</u> Affidavit Statement of Kearse for PHV# <u>3</u> Affidavit Flowers Statement for PHV# <u>4</u> Order for PHV Motley, Flowers, Kearse)(Malone, Patrick) (Entered: 06/03/2002) |
| 06/04/2002 | ○<u>22</u> | ORDER granting upon condition the motion for Ronald L. Motley, Jodi Westbrook Flowers and Anne McGinness Kearse <u>21</u> to appear pro hac vice. Signed by Judge James Robertson on June 4, 2002. (MT) (Entered: 06/04/2002) |
| 06/04/2002 | | ***Attorney Ronald L. Motley for FIONA HAVLISH, Jodi Westbrook Flowers for FIONA HAVLISH, Anne McGuinness Kearse for FIONA HAVLISH added. (nmr, ) (Entered: 06/05/2002) |
| 06/05/2002 | ○<u>23</u> | NOTICE that after careful consideration of plaintiff's related case notification <u>20</u>, the Court has decided not to transfer this case to the Calendar Committee pursuant to LCvR 40.5(c)(2). Signed by Judge James Robertson on June 5, 2002. (MT) (Entered: 06/05/2002) |
| 06/10/2002 | ○<u>24</u> | TRANSCRIPT for dates 6/3/02 : *Court Reporter: Dennis A. Dinkel.* (nmr, ) (Entered: 06/11/2002) |
| 06/24/2002 | ○<u>25</u> | NOTICE re <u>12</u> *Informational Brief* by all plaintiffs (Attachments: # 1 Exhibit Exhibit 1: Proposed Scheduling Order# <u>2</u> Exhibit Exhibit 2: Letter From Mr. Feinberg)(Muse, Robert) (Entered: 06/24/2002) |
| 06/24/2002 | ○ | SUMMONS (16) Issued as to HEZBOLLAH ; AYATOLLAH ALI HOSEINI-KHAMENEI ; QUSAI HUSSEIN ; SADDAM HUSSEIN ; IRANIAN MINISTRY OF COMMERCE ; IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS ; IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE ; IRANIAN MINISTRY OF INFORMATION AND SECURITY ; IRANIAN MINISTRY OF PETROLEUM ; IRAQI INTELLIGENCE SERVICE ; IRAQI MINISTRY OF DEFENSE ; IRAQI MINISTRY OF FINANCE ; IRAQI MINISTRY OF OIL ; ISLAMIC REVOLUTIONARY GUARD CORPS ; THE ISLAMIC REPUBLIC OF IRAN ; THE REPUBLIC OF IRAQ (Entered: 06/25/2002) |

| 07/01/2002 | ◑ | SUMMONS (1) REISSUED as to ISLAMIC REVOLUTIONARY GUARD CORPS (nmr, ) (Entered: 07/01/2002) |
|---|---|---|
| 07/03/2002 | ◑26 | Letter *regarding class certification* from counsel of possible claimants; (Fiat) "Let this be filed" by Judge Robertson. (nmr, ) Modified on 7/10/2002 (nmr, ). (Entered: 07/10/2002) |
| 07/15/2002 | ◑27 | MOTION for Leave to Appear Pro Hac Vice *Richard D. Burbidge* by ALL PLAINTIFFS. (Attachments: # 1 Affidavit Statement of Burbidge for PHV# 2 Order Granting PHV for Burbidge)(Malone, Patrick) (Entered: 07/15/2002) |
| 07/19/2002 | ◑28 | NOTICE re 26 *Response to Kreindler Letter dated 7-2-02* by ALL PLAINTIFFS (Attachments: # 1 Response to Kreindler ltr 7-2-02)(Muse, Robert) (Entered: 07/19/2002) |
| 07/24/2002 | ◑29 | ORDER granting upon condition plaintiffs' motion for pro hac vice appearance of Richard D. Burbidge 27. Signed by Judge James Robertson on July 24, 2002. (MT) (Entered: 07/24/2002) |
| 07/24/2002 | | ***Attorney Richard D. Burbidge for DEENA BURNETT; THOMAS E. BURNETT; STEPHEN L. CARTLEDGE; CLARA CHIRCHIRILLO; WILLIAM COALE; LOISANNE DIEHL; TINA GRAZIOSO; FIONA HAVLISH; JIN LIU; THERESANN LOSTRANGIO; RALPH MAERZ; BARBARA A. MINERVINO; LINDA PANIK; MARTIN PANIK; MARTINA LYNE-ANNA PANIK; GRACE M. PARKINSON-GODSHALK; PATRICIA J. PERRY; JUDITH REISS; ELLEN L. SARACINI; MATTHEW T. SELLITTO; RUSSA STEINER; ALL PLAINTIFFS and TARA BANE added. (nmr, ) (Entered: 07/25/2002) |
| 08/27/2002 | ◑30 | AFFIDAVIT *Requesting Foreign Mailing* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 08/27/2002) |
| 09/05/2002 | ◑ | REQUEST by plaintiffs for the Clerk, pursuant to 28 U.S.C. 1608 (a)(3), to mail a copy of the summons and complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail and return receipt upon the defendants, The Islamic Republic of Iran and The Republic of Iraq. (bcs, ) (Entered: 09/05/2002) |
| 09/27/2002 | ◑31 | MOTION for Service by Publication *ALTERNATIVE SERVICE* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A: Betancourt Letter# 2 Exhibit B: Affidavit of JAK)(Muse, Robert) (Entered: 09/27/2002) |
| 09/30/2002 | ◑32 | ORDER granting motion for alternative service 31. Signed by Judge James Robertson on September 30, 2002. (MT) (Entered: 09/30/2002) |
| 10/01/2002 | ◑33 | MOTION to Intervene : *Opposition To* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Exhibit A-Canada Life Case)(Muse, Robert) (Entered: 10/01/2002) |
| 10/09/2002 | | ***Motions terminated: . (jeb, ) (Entered: 10/09/2002) |

https://ecf.dcd.circ dc/cgi-bin/DktRpt.pl?97303474000058651_795/0-1

| | | |
|---|---|---|
| 10/11/2002 | | ***Motions terminated: . (jeb, ) (Entered: 10/11/2002) |
| 10/18/2002 | | Minute Entry for proceedings held before Judge James Robertson: Status Conference held on 10/18/2002. (Court Reporter Jon Hundley (Miller) (dam, ) (Entered: 12/16/2002) |
| 10/24/2002 | 34 | NOTICE OF TRANSCRIPT FILED for dates 10/18/02 of status by *Jon Hundley, Miller Reporting Company.* (bcs, ) (Entered: |
| 10/30/2002 | 36 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint serv AL QAEDA ISLAMIC ARMY served on answer due 11/5/2002; ALL DEFENDANTS served on 10/16/2002, answer due 11/5/2002; ARMED ISLAMIC GROUP [GIA] served on 10/16/2002, answer due 11/5/2002; SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN served on 10/16/2002, answer due 11/5/2002; HEZBOLLAH served on 10/16/2002, answer due 11/5/2002; AYATOLLAH ALI HOSEINI-KHAMENEI served on 10/16/2002, answer due 11/5/2002; QUSAI HUSSEIN served on 10/16/2002, answer due 11/5/2002; SADDAM HUSSEIN served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF COMMERCE served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF INFORMATION AND SECURITY served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF PETROLEUM served on 10/16/2002, answer due 11/5/2002; IRAQI INTELLIGENCE SERVICE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF DEFENSE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF FINANCE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF OIL served on 10/16/2002, answer due 11/5/2002; ISLAMIC REPUBLIC OF IRAN served on 10/16/2002, answer due 11/5/2002; ISLAMIC REVOLUTIONARY GUARD CORPS served on 10/16/2002, answer due 11/5/2002; MUHAMMAD OMAR served on 10/16/2002, answer due 11/5/2002; REPUBLIC OF IRAQ served on 10/16/2002, answer due 11/5/2002; THE TALIBAN served on 10/16/2002, answer due 11/5/2002 (bcs, ) (Entered: 11/12/2002) |
| 11/01/2002 | 35 | AFFIDAVIT *OF SERVICE UPON ALL DEFENDANTS* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Muse, Robert) (Entered: 11/01/2002) |
| 11/20/2002 | 37 | AFFIDAVIT *In Support of Default* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Rule 55a Default [form for clerk])(Muse, Robert) (Entered: 11/20/2002) |
| 12/17/2002 | 38 | AFFIDAVIT FOR DEFAULT *Rule 55(a) Ayatollah, Saddam, Qusai Hussein* by ALL PLAINTIFFS. (Attachments: # 1 Supplement Rule 55 (a) Default Ayatolah, Saddam)(Muse, Robert) (Entered: 12/17/2002) |
| 12/17/2002 | 39 | AFFIDAVIT FOR DEFAULT *Rule 55(a) Iran et. al.* by ALL PLAINTIFFS. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Supplement Rule 55(a) Default Iran et. al.)(Muse, Robert) (Entered: 12/17/2002) |
| 12/23/2002 | ●40 | Clerk's ENTRY OF DEFAULT as to AYATOLLAH ALI HOSEINI-KHAMENEI, QUSAI HUSSEIN, SADDAM HUSSEIN (bcs, ) (Entered: 12/27/2002) |
| 12/23/2002 | ●41 | Clerk's ENTRY OF DEFAULT as to HEZBOLLAH, IRANIAN MINISTRY OF COMMERCE, IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, IRANIAN MINISTRY OF INFORMATION AND SECURITY, ISLAMIC REPUBLIC OF IRAN, ISLAMIC REVOLUTIONARY GUARD CORPS (bcs, ) (Entered: 12/27/2002) |
| 02/10/2003 | ●42 | ENTERED IN ERROR.....AFFIDAVIT FOR DEFAULT *Rule 55 Iraq and Ministries* by ALL PLAINTIFFS. (Attachments: # 1 Affidavit Affidavit in Support of Rule 55# 2 Exhibit a)(Muse, Robert) Modified on 2/11/2003 (bcs, ). (Entered: 02/10/2003) |
| 02/11/2003 | ●43 | AFFIDAVIT FOR DEFAULT *Iraq and Ministries* by ALL PLAINTIFFS. (Attachments: # 1 Appendix Rule 55(a) Default# 2 Exhibit A; diplomatic note)(Muse, Robert) (Entered: 02/11/2003) |
| 02/12/2003 | ●44 | RETURN OF SERVICE/AFFIDAVIT of foreign mailing of Summons and Complaint Executed. REPUBLIC OF IRAQ served on 2/4/2003, answer due 2/24/2003 (bcs, ) (Entered: 03/01/2003) |
| 03/03/2003 | ●45 | MOTION Request for Emergency Ex-Parte Status Conference by ALL PLAINTIFFS. (Muse, Robert) (Entered: 03/03/2003) |
| 03/10/2003 | ●46 | NOTICE: Letter to Attorney General. (dam, ) (Entered: 03/10/2003) |
| 03/10/2003 | ●47 | Clerk's ENTRY OF DEFAULT as to IRAQI MINISTRY OF DEFENSE, REPUBLIC OF IRAQ (bcs, ) (Entered: 03/10/2003) |
| 03/13/2003 | ●48 | MEMORANDUM *RE: MARCH 10, 2003 HEARING* from Plaintiff's Lead Counsel. (Muse, Robert) (Entered: 03/13/2003) |
| 03/20/2003 | ●49 | MOTION to Continue *The March 26, 2003 Hearing* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 03/20/2003) |
| 03/24/2003 | ● | MINUTE ENTRY: Court grants plaintiff's motion to continue March 26, 2003. The Clerk will set the hearing for a later date before Judge James Robertson on March 24, 2003. (MT) (Entered: 03/24/2003) |
| 03/24/2003 | ●50 | MOTION for Leave to Appear Pro Hac Vice *of Even J. Yegelwel* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A; Yegelwel Affidavit)(Muse, Robert) (Entered: 03/24/2003) |
| 03/25/2003 | ●51 | ORDER granting upon condition plaintiffs' motion for pro hac vice appearance 50 of Evan J. Yegelwel. Signed by Judge James Robertson on March 25, 2003. (MT) (Entered: 03/25/2003) |



| 03/25/2003 | ●52 | TRANSCRIPT of status hearing Proceedings held on March 10, 2003 before Judge Robertson. Court Reporter: Crystal M. Pilgrim. (bcs, ) (Entered: 03/27/2003) |
|---|---|---|
| 03/25/2003 | ●53 | TRANSCRIPT of status hearing Proceedings held on March 5, 2003 before Judge Robertson. Court Reporter: Jacquelinee L. Wood, Miller Reporting Company. (bcs, ) (Entered: 03/27/2003) |
| 06/09/2003 | ●54 | MOTION to Withdraw as Attorney *by Stein, Mitchell & Mezines* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 06/09/2003) |
| 06/17/2003 | ● | MINUTE ENTRY: Court grants motion to withdraw as attorney by Stein, Mitchell & Mezines 54. Signed by Judge James Robertson on June 17, 2003. (MT) (Entered: 06/17/2003) |
| 08/11/2003 | ●55 | MOTION to Consolidate Cases, MOTION to Transfer Case pursuant to 28 USC 1407. (Filed before the Judicial Panel on Multidistrict Litigation); (COPY) (Attachments: # 1)(bcs, ) (Entered: 08/18/2003) |
| 08/29/2003 | ●56 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ARAB BANK PLC; (COPY); (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/04/2003) |
| 08/29/2003 | ●57 | NOTICE of appearance by Richard T. Marooney, Jr. on behalf of Arab Bank Plc.; (COPY); (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/04/2003) |
| 09/05/2003 | ●58 | NOTICE of Appearance by Ronald S. Liebman on behalf of NATIONAL COMMERCIAL BANK; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/15/2003) |
| 09/05/2003 | ●59 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL COMMERCIAL BANK; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/15/2003) |
| 09/10/2003 | ●60 | NOTICE of Appearance Kenneth P. Nolan by all plaintiffs; (BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/22/2003 | ●61 | NOTICE of Appearance by Thomas P. Steindler on behalf of Yassin Abdullah Al Kadi; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/22/2003 | ●62 | NOTICE of Appearance by Thomas P. Streindler on behalf of Yousef Jameel; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/24/2003 | | ***Motions terminated: 19 First MOTION Plaintiffs' Motion for Approval of |

https://ecf.dcd.cir··den/cgi-bin/DktRpt.pl?973034740600586-L_795_0-1

| | | |
|---|---|---|
| | | Proposed Class Notice re <u>18</u> filed by FIONA HAVLISH, <u>33</u> MOTION to Intervene : *Opposition To* filed by ALL PLAINTIFFS. (dam, ) (Entered: 09/24/2003) |
| 10/31/2003 | ◑<u>63</u> | RESPONSE of interested party Federal Plaintiffs to the Saudi BinLadin Group's motion for transfer and consolidation pursuant to 28 U.S.C. 1407(a). ; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION)(bcs, ) Modified on 11/13/2003 (bcs, ). (Entered: 11/13/2003) |
| 11/12/2003 | ◑<u>64</u> | MOTION to Intervene as plaintiffs by VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, FEDERAL INSURANCE COMPANY. (Attachments: # <u>1</u> memorandum of law# <u>2</u> nonconcurrence# <u>3</u> complaint# <u>4</u> havlish amended# <u>5</u> schedules# <u>6</u> Text of Proposed Order # <u>7</u> certicate of service)(bcs, ) (Entered: 11/14/2003) |
| 11/19/2003 | ◑<u>65</u> | NOTICE of Appearance by Timothy B. Fleming on behalf of ALL PLAINTIFFS (Fleming, Timothy) (Entered: 11/19/2003) |
| 01/02/2004 | ◑ | Letter dated 12/9/03, from Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (bcs, ) (Entered: 01/02/2004) |
| 01/02/2004 | ◑ | Letter dated 12/11/03, from USDC for the Southern District of New York directing the transfer of the original file and certified copy of the docket sheet. (bcs, ) (Entered: 01/02/2004) |
| 01/02/2004 | ◑ | Case transferrred out.Original file and certified copy of docket entries and order transmitted electronically and mailed to USDC for the Southern District of New York. (bcs, ) (Entered: 01/02/2004) |

01/02/2004 1:58 PM