***In 1986 attacks by Middle Eastern terrorists worldwide killed more than 450 persons—nearly double the number in 1985—and injured nearly 1,120 others.*** This continues the pattern of the previous year. Attacks by West European and other terrorists tend to be designed to avoid casualties, whereas most of those by Middle Eastern terrorists are intended to cause maximum casualties.

***The citizens and property of 78 countries were the victims or targets of international terrorist attacks in 1986, slightly fewer than the 84 recorded the previous year.*** International incidents also took place in fewer countries in 1986—65 as opposed to 72. More than half of all international attacks continue to target businessmen, tourists, and other unprotected "soft" targets. The number of attacks against diplomatic, military, and other official targets remained virtually unchanged.

***The number of attacks by type varied by comparison with 1985.*** Arson attacks climbed slightly from 102 to 117, but kidnapings declined from 87 to 52. Bombings continued to account for more than half of all international attacks with 438 incidents in 1986, as compared with 399 in 1985.

***Certain governments continued to facilitate international terrorist activity, although the number of attacks in which such support could be identified declined.*** Libya, Syria, or Iran was responsible for most state-sponsored terrorist attacks and the decline probably reflects their efforts to distance themselves from terrorist groups and to disguise their involvement. In 1986, Libyan and Syrian terrorist activities were publicly exposed in two major incidents in Western Europe that led to a combination of military, political, and economic sanctions against them by the United States, Canada, and West European governments.

***The level of international terrorist attacks of Middle Eastern origin declined only slightly in 1986.*** The number of attacks occurring in the Middle East itself remained largely unchanged from 1985, but "spillover" attacks into Western Europe declined nearly 50 percent—from 74 in 1985 to 38. Several factors probably contributed: the breakdown of the Hussein-Arafat accord resulted in fewer attacks by radical Palestinians on Jordanian and PLO targets; the record levels of Middle Eastern attacks in Western Europe in 1985 led to enhanced local security measures; and the most prominent state sponsors—Syria and Libya—curtailed their levels of activity after disclosure of their involvement in two terrorist operations in April. The EC nations took a number of political and economic actions against Libya—including expelling more than 100 Libyan so-called diplomats—following the US bombing of Libya in April.

***International terrorism in Israel and the occupied territories declined slightly from the 1985 record level of 1985 but still formed the majority of all international attacks recorded in the Middle East.***[1] Of the 360 international incidents that occurred in the Middle East, 195 took place in Israel, the West Bank, and the Gaza Strip, down 11 percent from the previous year. Most of these were low-level attacks—isolated shootings or stabbings and many fire bombings—but some incidents, such as the bombing of a crowd of soldiers and civilians at Jerusalem's Western Wall in October, were more serious.

***There was a 28-percent decrease in the overall level of international terrorist incidents in Western Europe in 1986, primarily a result of the nearly 50-percent drop in incidents of Middle Eastern origin.*** International attacks by West European terrorists also declined, but such groups continued to pose a threat. During the year, the West German Red Army Faction (RAF) began a campaign against nuclear-related targets. The "nationalist" wing of the French Action Directe (AD) began for the first time to engage in attacks producing deliberate fatalities, but anti-French attacks by the Basque group Fatherland and Liberty (ETA) accounted for much of the dramatic rise in incidents involving French interests. The 1985 phenomenon of "Euroterrorism"—much publicized cooperation between the RAF, AD, and other European terrorist groups—was less in evidence in those groups' activities in 1986 but remained a cause for concern among West European security forces.

[1] We include virtually all acts of political violence in the West Bank and Gaza Strip as international terrorism because of the special status of those territories. Of the incidents that took place in Israel and the occupied territories, 123—almost 65 percent—occurred in the West Bank.

regional confines of the Middle East. The nature and level of state involvement in terrorism vary. Sometimes the state is directly involved, using its own agents or working jointly with international terrorist groups on operations. In other cases, states may provide close support to particular terrorist groups but may not be directly involved in specific operations. A third type of support is more general logistic, financial, weapons, and training support, as well as allowing terrorists to maintain offices and training camps, permitting safehaven and transit through the state's territory for operations.

In 1986, Libya, Syria, and Iran continued to be the most active state sponsors of international terrorist groups. Evidence of direct Libyan involvement in the West Berlin discotheque bombing and the Syrian role in an attempted bombing of an El Al airliner in London led to strong action against these two states by the United States and its European allies. Other states, including several Warsaw Pact countries, continued to provide weapons, training, and other support for a variety of terrorist groups.

**Libya**

Libyan leader Muammar Qadhafi has long been the world leader most closely identified with sponsorship of terrorist groups. His revolutionary philosophy and anti-Western orientation lead him to aid virtually any group that opposes his perceived enemies. Qadhafi's beneficiaries include some of the most extreme terrorists, as well as a variety of insurgent and other dissident groups. He aids groups not only in the Middle East, Europe, and nearby African states, but also in the Caribbean, South America, and Asia. At least 19 terrorist attacks in 1986 had some degree of Libyan involvement.

Qadhafi's anti-Western attacks in 1986 focused primarily on the United States and the United Kingdom. Information in late 1985 and early 1986 indicated a greater likelihood of anti-US targeting by Tripoli, including the suspicion of Libyan involvement in the Rome and Vienna airport attacks of December 1985. This led to a largely unsuccessful effort by the United States to persuade other countries to join in peaceful economic and political measures against Libya.

Against a backdrop of tension that increased after US naval maneuvers in the central Mediterranean in January and March, Qadhafi's bellicose attitude climaxed in the Libyan-instigated attack against the La Belle discotheque in West Berlin. Libyan willingness to target US citizens directly was a dramatic new turn in Libyan terrorism. The discotheque was a nightclub popular with off-duty US servicemen. The powerful bomb that exploded there on the morning of 5 April killed three persons (including two American soldiers) and wounded more than 200 others (including more than 70 US citizens). Following the attack, the US Government announced that it had incontrovertible proof of Libyan complicity and on 15 April launched retaliatory airstrikes against Tripoli and Benghazi. Qadhafi responded with a series of terrorist attacks against the United States and also against the United Kingdom, where some of the US planes were based:

- On 15 April, a US Embassy communications officer was shot in Khartoum; circumstantial evidence points to Libyan agents.
- On 17 April, two British teachers and American hostage Peter Kilburn were discovered murdered in Beirut. British Foreign Secretary Howe publicly linked Libya to the murders. Another British hostage, journalist Alec Collett, was allegedly killed about the same time, but his body has not been found.
- On 18 April, authorities in Ankara apprehended two Libyans with handgrenades as they approached a US officers club, where a wedding reception was being held. The pair later admitted they received the grenades from the Libyan People's Bureau (LPB).
- On 25 April, a US Embassy communications officer was wounded in Sanaa, North Yemen. Libya is believed to have instigated the attack.

The level of Libyan-sponsored terrorist activity fell after late April. The reduction was probably the result of several factors. Qadhafi was apparently stunned by the US air raid and probably curtailed operations in part, to avoid-

[illegible]

[illegible]

- On 30 March two Syrian-backed Palestinians bombed the German-Arab Friendship Union in West Berlin, injuring seven persons; the Syrian Embassy in East Berlin provided the explosive device. Evidence introduced during the trial of the two suspects also implicated Syrian Air Force Intelligence deputy Haitham Said.

- On 17 April, Jordanian Nizar Hindawi had his unwitting, pregnant girlfriend carry a bomb aboard an El Al flight at Heathrow Airport. Security personnel discovered and defused the device. Among the 340 passengers were more than 220 American citizens. The investigation and trial in London implicated top Syrian Air Force Intelligence officials, the Syrian airline, and Syrian Embassy personnel, including the Ambassador.

- On 26 June a member of the Palestinian group known as the Fatah rebels and headed by Abu Musa attempted to have a Spaniard unwittingly carry a bomb aboard an El Al flight at Madrid airport. That device partially detonated in a baggage check area, injuring 11 persons. The suspect had a Syrian passport when he was arrested and other documents supplied by Damascus. Abu Musa's Fatah rebels are among Syria's closest Palestinian allies and are headquartered in Damascus.

Publicity about the evidence linking Syria to the March bombing of the German-Arab Friendship Union building in West Berlin and the April attempt on the El Al airliner in London during the trials of the suspects in October and November created political pressure for international action against Damascus. The United Kingdom broke relations with Syria on 24 October, and the United States and West Germany subsequently recalled their ambassadors. The EC agreed to various political and economic sanctions. In response to these moves, Syria curtailed its [illegible]

[illegible] Revolutionary Party. Syrian involvement in operations by these groups during the past three years has ranged from complete control, in the case of Saiqa, to permitting the PFLP-GC to operate out of Syrian-occupied territory in Lebanon.

**Iran**

**Iran** in 1986 continued to view terrorism as an important instrument in its campaign to drive US and Western influence out of the Middle East, to eliminate opponents of the Khomeini regime overseas, and to intimidate the Persian Gulf states to end their support for Iraq. Although fewer international terrorist incidents were traceable to Iranian support in 1986, this does not reflect any decreased willingness to use terrorism.

In the Persian Gulf, Iran has used terrorism to promote its foreign policy goals, in particular to deter moderate Gulf states from aiding Iraq in its war effort, at times to induce these states to support OPEC oil policies favored by Iran, to further the war against Iraq, and to radicalize Shia populations in the Gulf states. Iran recruits Shias from the Gulf states, gives them religious indoctrination, paramilitary and terrorist training, and returns them to these states. Most of the Iranian-backed terrorist acts in the Gulf

are conducted by such Iranian-trained and -sponsored Shia radicals. The groups promoted by Iran in 1986 included the Supreme Assembly for the Islamic Revolution in Iraq, the Islamic Front for the Liberation of Bahrain, the Islamic Dawa Party (which has local branches in Kuwait, Bahrain, and Lebanon), and the Organization for the Islamic Revolution in the Arabian Peninsula.

- Iranian-backed Shia terrorists were responsible for the bombings of several oil installations in Kuwait in June 1986. Five bombs exploded near Kuwait's crude oil tank farms and at an oil well near Kuwait City.

- Iran is believed to have been responsible for the attempted bombings of Saudi and Kuwaiti airlines offices in Vienna and Karachi in the past year. The attacks coincided with Tehran's warnings to Riyadh and the other Arab oil-producing states to cut production and boost oil prices.

Lebanon has been the scene of most of the terrorism perpetrated by groups that Iran supports. Tehran continues to provide significant support to the radical Shia Hizballah movement that has kidnaped foreigners and is conducting terrorist operations against Western—and particularly US and French—interests. Although Hizballah is not under Iran's complete control, Tehran has substantial influence over the group's activities and provides financial assistance as well as weapons and training.

- The Revolutionary Justice Organization, believed to be a covername used by Hizballah, abducted a four-person French television crew in March 1986. Three of the French journalists were subsequently released after France and Iran had settled bilateral issues.

- The Revolutionary Justice Organization also claimed the abduction of Frank Reed, Joseph Cicippio, and Edward Tracy in September and October.

- A faction of Hizballah continues to hold US hostages Terry Anderson and Thomas Sutherland, kidnaped in 1985.

- Iranian-backed factions in Lebanon were probably responsible for the murder of a French military attache in Beirut in September and for the attacks against the French contingent of the UNIFIL in south Lebanon.

Tehran continues to recruit Shia dissidents from Saudi Arabia, Kuwait, Bahrain, the United Arab Emirates, and Iraq and give them military training in Iran. Iran is also trying to expand its networks in Europe, Africa, and Asia, using local Islamic communities, religious and cultural institutions, as well as its diplomatic service to bolster its capability to conduct or support terrorist activities beyond the Middle East.

**Iraq**

Baghdad has denied being a state sponsor of terrorism since 1983 when it closed down Abu Nidal's offices there, but subsequently available evidence indicates that Iraq has continued supporting some terrorist groups, particularly those opposed to Syria. Iraq sees terrorism as a useful tool for promoting its foreign policy interests. In 1986, Baghdad also permitted safehaven to some Palestinian terrorists responsible for attacks against US and Israeli targets.

Iraq justifies its support for Palestinian groups, including those engaged in terrorism, as consistent with its stated policy of assisting the struggle for a Palestinian homeland. Since the bombing of PLO headquarters in Tunis in 1985 and Yasir Arafat's difficulties in maintaining an armed presence in Lebanon, Baghdad has become a major center of PLO and Fatah political and operational activities. Iraq also views its assistance as a means of enhancing its regional prestige, refurbishing its Pan-Arab credentials, and, most important, preventing Syria from gaining control of the Palestinian movement. The Palestinians, in return, offer Baghdad political support in the war with Tehran and help it against Syria. In 1986, the following Palestinian groups were based in or had offices in Baghdad:

- The Arab Liberation Front, set up by Baghdad in 1969 to counter Syrian-backed groups.

- The Palestine Liberation Front, headed by Abu Abbas, which was responsible for the Achille Lauro hijacking in October 1985.

- The 15 May Organization, a splinter group formed from the remnants of Wadi Haddad's PFLP Special Operations Group and headed by Abu Ibrahim. It has claimed responsibility for a long list of operations over many

**Table 3**
**Foreigners Held Hostage in Lebanon, as of 31 December 1986 ***

| Name/Occupation | Date/Place | Claimant Group | Status |
|---|---|---|---|
| **American citizens** | | | |
| Terry Anderson<br>Journalist | 16 March 1985<br>West Beirut | Islamic Jihad | Held by Hizballah |
| [illegible] | [illegible] | Islamic Jihad | Held by Hizballah |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| **[illegible]** | | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| **UK citizens** | | | |
| Alec Collett<br>Journalist | 25 March 1985<br>West Beirut | None | Reported killed April 1986 by Revolutionary Organization of Socialist Muslims (Abu Nidal); body not recovered |
| John McCarthy<br>Journalist | 17 April 1986<br>West Beirut | None | Reported killed 18 April 1986 |
| **Others** | | | |
| Alberto Molinari<br>Italian businessman | 11 September 1985<br>West Beirut | None | Unknown |
| Do Chae-sung<br>South Korean diplomat | 31 January 1986<br>West Beirut | Fighting Revolutionary Cells | Unknown |
| Brian Keenan<br>Irish teacher, AUB | 11 April 1986<br>West Beirut | None | Unknown |

* "Islamic Jihad" is believed to be a covername used by a cell of Hizballah to claim credit for terrorist operations and to threaten attacks. Its claims are usually accompanied by a photograph of a hostage for authentication. Other pro-Iranian factions outside Lebanon also use the name, which means Islamic Holy War in Arabic. Other factions within Hizballah are involved in terrorism and also use covernames—such as the Revolutionary Justice Organization or the Organization of the Oppressed on Earth—to mask their true identities and to provide plausible deniability to Hizballah leaders and Iran.

Eastern terrorist groups experienced major setbacks. Twice during the year, French authorities achieved major successes against the country's bloodiest domestic terrorist group, Action Directe (AD), which had been responsible for a series of international and domestic attacks from 1983 through 1986 and which has ties to West Germany's Red Army Faction. In February, police arrested the four leaders of AD's international wing in a farmhouse near Orleans and charged them with the 1986 murder of Renault President Georges Besse. In November, the police arrested AD's bomb expert Max Frerot, the last major suspect known to have been at large and a member of AD's so-called nationalist wing. Frerot allegedly was the instigator of at least two attacks in 1986, for which he is expected to be tried in 1988. AD, which was crippled by these arrests, committed no international terrorist attacks during 1987.

In the Middle East terrorist arena, French authorities in March seized several Tunisians with Iranian links who had been tasked with transporting and storing weapons and explosives for use by Lebanese Shia terrorists. As reported in the press, French police believed that the group had been responsible for a terrorist bombing campaign in Paris in 1986. In November, the group's ringleader was charged with seven of the 11 attacks in the campaign; other members may be tried in 1988. Corsican National Liberation Front terrorists—who we believe have adopted a more radical political program and a more lethal terrorist strategy—carried out five small-scale bombings against foreign-owned vacation homes on Corsica. The group also was responsible for more than 70 domestic attacks against French business and government targets on Corsica and in Paris and Marseilles.

Over 150 suspected Basque terrorists, most of them members of the Spanish terrorist group ETA, were expelled or extradited to Spanish authorities during 1987. The expulsions of suspected terrorists, which also included fugitive Italian, German, and Irish terrorists, was accomplished by reactivating a 1945 emergency procedure permitting expulsions without hearings when the public order is threatened.

France's determination to prevent terrorists from using its territory to ship arms was demonstrated by the October 1987 seizure of a cargo vessel carrying over 150 tons of Libyan-supplied weapons to the Provisional Irish Republican Army.

The French courts in 1987 dealt sternly with terrorists, partially because of new legislation centralizing all terrorism cases in the Paris state prosecutor's office and creating a special court for terrorist trials.

In an important case in February, the head of the Lebanese Armed Revolutionary Faction (LARF), Georges Ibrahim Abdallah, was sentenced to life imprisonment for his involvement in the assassination of two US and Israeli diplomats in 1982, and the attempted assassination of a US Consulate official in 1984. The United States participated in the case as a "partie civile."

France's successful counterterrorism record in 1987 was blemished, however, at the conclusion of the so-called "Embassy War" in which an Iranian Embassy employee was suspected of aiding the terrorists responsible for the 1986 Paris bombing campaign. The suspect took refuge in the Iranian Embassy in Paris and the Iranian Government retaliated by blockading the French Embassy in Tehran.

A five-month standoff ended when France and Iran arranged for the departure of the Iranian employee and the French diplomats. Before the departure, a French Embassy official, despite his diplomatic immunity, appeared before a revolutionary tribunal in Tehran while the Iranian, who did not have immunity, appeared before a judge in Paris.

Shortly thereafter, in November—although French officials have denied any link—pro-Iranian terrorists in Lebanon released two French hostages. The French Government also scheduled for repayment a portion of a multimillion-dollar debt owed to prerevolutionary Iran that had been disputed by the two countries for several years. It expelled Iranian dissidents living in France, although they were allowed to return following domestic pressure. In addition, persistent rumors of arms sales to Iran led to criticism of France for having made concessions to terrorists.

**Belgium**

Following a mid-1980s' bombing campaign by the indigenous Euroterrorist group, the Communist Combatant Cells (CCC), Belgian law enforcement and antiterrorism procedures were restructured to meet the threat. Since the late 1985 arrests of the major CCC leaders, terrorism has markedly declined.



Iranian involvement in or influence over at least some of the hostage holding is demonstrated in the case of the French hostages who were members of the Antenne-2 TV crew. Taken in March by the Revolutionary Justice Organization, which is believed to be a cover name used by Hizballah elements, their fate appears to be directly linked to bilateral talks between Paris and Tehran. Three were released upon satisfactory conclusion of negotiations between France and Iran over debts from the pre-Khomeini era. Hizballah leaders in public statements have emphasized that Tehran is the key party in any hostage negotiations.

***Israel and the Palestinians.*** International terrorist attacks arising from the Israeli-Palestinian dispute decreased somewhat in 1986, but even so in 1986, as in 1985, about one international attack in every four was conducted in Israel, the West Bank, or the Gaza Strip. Most of the incidents on the West Bank and in the Gaza Strip consisted of small-scale incendiary bombings against property, but Israeli citizens were killed or wounded in several attacks.

**The Revolutionary Guard: Iran's Terrorist Arm in Lebanon**

*Iran's Revolutionary Guard is tasked with protecting and promoting the interests of the Islamic Republic, and its military arm—including ground, naval, and air units—forms an essential part of the Iranian armed forces. Elements of both the military and civilian sides of the Guard are responsible for exporting the revolution and, in so doing, are involved in terrorist-related activities.*

[redacted]

*Hizballah in Lebanon, evidence that the Guard is acting in close concert with Lebanese terrorists is overwhelming and indicates Iran's ultimate culpability in much of the violence there.*

In October, Palestinian assailants hurled grenades at Israeli soldiers and their families near Jerusalem's Western Wall, killing one person and injuring 69 others. The attack—the bloodiest in Jerusalem since 1984—was claimed by several groups, including Fatah, the Abu Nidal organization, the Democratic Front for the Liberation of Palestine, and a previously unknown group, the Islamic Front for the Liberation of Palestine. In March, an American tourist—who was probably mistaken for an Israeli—was shot and wounded by unidentified terrorists in Jerusalem.

[redacted]

intense campaign of terror throughout most of 1986.

**Table 4**
**International Terrorist Incidents, 1986**

| | North America | Latin America | Western Europe | Middle East | Sub-Saharan Africa | Asia / Pacific | Total |
|---|---|---|---|---|---|---|---|
| **Total** | **2** | **159** | **156** | **360** | **20** | **77** | **774** |
| Armed attack | 1 | 21 | 17 | 84 | 4 | 7 | **134** |
| Arson | | 6 | 31 | 78 | 2 | | **117** |
| Bombing | 1 | 111 | 106 | 151 | 8 | 61 | **438** |
| Kidnaping | | 9 | | 30 | 6 | 7 | **52** |
| Nonaerial hijacking | | | | 1 | | | **1** |
| Skyjacking | | | | 1 | | 1 | **2** |
| Other | | 12 | 2 | 15 | | 1 | **30** |

which probably inhibited the development of moderate Palestinian leadership in the occupied territories. The murder of the Nablus mayor—who had been appointed by Israel and tacitly approved by the PLO—underscored the PFLP's intolerance for Palestinian cooperation with Israel. Besides the Nablus killing, the PFLP was responsible for some of the most important attacks in Israel and the occupied territories last year, including:

- The 12 January murder of an Israeli policeman in Galilee.
- The 10 July attempt with the Syrian Socialist National Party (SSNP) to raid an Israeli resort town from the sea.
- The 15 November stabbing of the Israeli student in Old Jerusalem.

***Persian Gulf.*** As part of an Iranian campaign to pressure Persian Gulf oil producers into cutting their production, Iranian-backed terrorists bombed several important Kuwaiti oil installations just before the 19 July OPEC meeting. Tehran probably also believed such attacks served a parallel purpose of pressuring Kuwait to reduce its support for Iraq in the Gulf war. The five nearly simultaneous explosions caused extensive damage that crimped Kuwaiti oil production for weeks.

The attacks were apparently carefully planned and coordinated by persons with access to the sites, and Iran was known to have assets among the native Shias and foreign worker communities. Some of them probably worked in the Defense or Oil Ministries or in the oil industry. Kuwaiti authorities arrested nearly a dozen suspects in early 1987 for those bombings and others in January; virtually all of them were Kuwaiti Shias, some from the country's most prominent families and with ethnic ties to Iran. Police also recovered Israeli, US, and Soviet arms and explosives.

These arrests may affect somewhat Iran's subversive capability in Kuwait, but Tehran still has important assets in the Eastern Province of Saudi Arabia and other Gulf states. In Bahrain, for example, the Iranian-backed Islamic Front for the Liberation of Bahrain (IFLB) remains committed to the overthrow of the ruling family and has used terrorist tactics in the past. A few dozen IFLB members were arrested in mid-1986. The group may have as many as 1,000 members, and it has overseas branches. The IFLB has not conducted a successful terrorist attack in a few years but remains a potential destabilizing force available to the Khomeini regime.

***Other Significant Attacks.*** The third most frequent venue for international terrorism in the Middle East in 1986—after Israel and the occupied territories, and Lebanon—was Syria. Most of the 22 international attacks recorded there were bombings in Damascus; a few of them among the most lethal attacks of 1986. On 13



Patterns of Global
MIPT
National Memorial Institute
for the Prevention of Terrorism
in Oklahoma City

Europe (23 percent in 1986), 16 percent in Asia (7 percent in 1986), 9 percent in the Middle East (10 percent in 1986), and 4 percent in Africa (5 percent in 1986). These numbers do not represent any dramatic fluctuation geographically. The United States undoubtedly will remain a prime target, and we fear that the incidence of anti-US attacks may increase as terrorist groups adjust to newly instituted counterterrorist measures.

***Regional statistics show that the Middle East again had the highest incidence, incurring 371 attacks, or 45 percent of the total worldwide.*** When Middle Eastern spillover attacks in Western Europe are added, Middle Eastern-inspired terrorist events rise to 50 percent, down only slightly from the 1985 and 1986 totals. Asia took second place, with 170 incidents, or 20 percent. Western Europe dropped to third, with [illegible] incidents, or [illegible] percent, and Latin America, with [illegible] incidents, or [illegible] percent, was relegated to the fourth position. Africa, as in the past, remained a distant fifth, with 30 incidents, or 4 percent. [illegible] one incident in [illegible] Europe.

***The citizens and property of [illegible] nations were attacked by international terrorists in a total of 75 countries.*** As in previous years, terrorists aimed the bulk of their attacks — 75 percent of the total worldwide — against businesses, tourists, and other nonofficial, and frequently unprotected, targets. Attacks against government, diplomatic, and military targets decreased slightly from 27 percent of the total in 1986 to 25 percent in 1987.

***The number of attacks by type varied little in comparison with the previous year.*** Bombing attacks remained the preferred means (57 percent of the total). Arson came next (18 percent), followed by armed attacks (16 percent). Kidnapings remained at 6 percent; over half of them (30 of 53 incidents) occurred in the Middle East, as they did in 1986 (29 of 51 incidents). We detected no signs that terrorists were using new technology in their operations.

***State support for international terrorism persisted. Countries that sponsor terrorism try to hide their involvement through use of proxies and other means.*** Incidents that we are able to attribute to state sponsorship rose from 70 attacks in 1986 to 189 in 1987, an upsurge of more than 170 percent. As in other categories we recorded, the most significant change occurred in Pakistan, where the level of international terrorist attacks sponsored by Afghanistan rose from 29 in 1986 to 127 in 1987 — an increase of 338 percent. Another important increase was in Iranian-sponsored terrorism: 44 incidents, representing a 30-percent jump over 1986.

***UN Activity on Terrorism in 1987***

*The UN General Assembly (UNGA) debates a resolution on terrorism every alternate year. The United States strongly supported the last such resolution in 1985, which clearly condemned terrorist methods and did not create exceptions for political or other motives. For this reason, we opposed a Syrian proposal that the terrorism resolution at the 42nd UNGA in the fall of 1987 should include a UN conference on the causes of terrorism and the circumstances under which it might be justified.*

*The US goal was to obtain a reaffirmation of the UN's 1985 decision to focus on reaching agreements in the specialized agencies on air and maritime security in which specific terrorist actions would be made criminal, [illegible]. Resolution 42/159 was eventually adopted on 7 December 1987, without the Syrian proposal. [illegible] the United States voted against the [illegible] because it contained language that could be construed as justifying certain acts of terrorism." [illegible]*

*Efforts to combat specific terrorist actions through the specialized UN agencies resulted in two major new agreements. As a result of work by the International Maritime Organization (IMO) after the Achille Lauro incident in October 1985, an international convention was signed in Rome in March 1988 making terrorist attacks on ships at sea an extraditable crime. Similarly, efforts by the International Civil Aviation Organization (ICAO) following the attacks on Rome and Vienna airports in December 1985 led to the expansion of the Montreal Convention (in February 1988) to include attacks on passengers at airports as well as on board aircraft.*

to a lessening of Syrian support for ASALA, effective countermeasures taken by Turkey and other governments, and perhaps reduced support in the Armenian community for terrorist violence.

Iran's involvement in Middle Eastern terrorism, including its support for the Lebanese Hizballah group, was substantial in 1987. Its role, together with those of Libya and Syria, is discussed in the section that addresses the problem of state-sponsored terrorism.

**Israel**

Israel remained the primary target of Palestinian terrorists in 1987. Effective Israeli security limited terrorist ability to conduct a consistent campaign of attacks against Israel and the occupied territories, but several cross-border attacks were attempted:

- In mid-April, on the eve of the Palestine National Council meeting in Algiers, terrorists linked to Fatah staged an attack into northern Israel. The group apparently planned to take Israeli hostages to be exchanged for Arab prisoners held in Israel. In a brief firefight just inside the Israeli border, three terrorists and two Israeli soldiers were killed.
- [illegible] Israeli forces intercepted three [illegible] in the security zone across the northern border. Two of the three were members of Saiqa, a Palestinian group controlled by Syria.
- [illegible]

[illegible]

[illegible]

at year's end. Ahmad is wanted in Israel on charges of murder associated with the April 1986 firebombing of a bus en route to Jerusalem.

In March, life sentences were reduced for three Jewish settlers convicted of murdering Arabs in the West Bank. In October, a bill was defeated in Parliament that would have pardoned seven members of a group called Jewish Underground who had previously been convicted of terrorist crimes against Arabs.

**Lebanon**

Lebanon once again experienced well over 100 incidents of international terrorism. The known perpetrators ranged from Iranian-backed Hizballah Shia extremists—who regularly use kidnapping to contest the Western presence—to Palestinian organizations. The majority (61 percent) of the attacks were unclaimed, making it difficult to assess trends and patterns. The targets included Westerners, members of Lebanese confessional groups, Palestinians, and Syrians.

[illegible]

- [illegible]
- [illegible]
- [illegible]



From left to right: Rev. Lawrence Jenco, Terry Waite, [illegible] Jacobsen, and Rev. [illegible] [illegible] Terry Waite, the special envoy of the Archbishop of Canterbury, was himself taken hostage later.

- On 24 January terrorists seized four professors—three of whom are US citizens—from the Beirut University College.

- American journalist Charles Glass was taken hostage on 17 June in an operation believed instigated by the Government of Iran. Glass's kidnaping in an area under Syrian control apparently motivated Syria to put pressure on Iran and Hizballah. Glass managed to escape although we do not know whether Syrian efforts played any role in this. Syrian attempts to free other hostages have evidently had no effect.

- Terrorists continued to hold five other Americans as well as hostages of other nationalities in 1987. Among the Americans are Terry Anderson and Thomas Sutherland, who have been held for more than three years.

Although responsibility for some of these kidnapings was either unclaimed or concealed, we believe that all of the hostages are held by Lebanese Shia extremists associated with the Hizballah. Late in the year, one South Korean, one West German, and two French hostages were released, reportedly in the press to be as a consequence of political or financial concessions. False rumors circulated in December that other hostages were to be released. The stories probably were circulated to pressure the governments concerned in the hope of arranging political or economic deals. Other motives for holding the hostages include to force the release of Shia terrorists imprisoned outside Lebanon, to exact high ransom payments, to inhibit Syrian or other forces from attacking Shia strongholds, or to be used as bargaining chips in Iran's confrontation with the West.

[illegible]

The Lebanese Government is now unable to [illegible] the activities of a large number of terrorist groups that operate in Lebanon. The Lebanese people themselves have suffered greatly from terrorism and hostage taking.

Hizballah, the Abu Nidal organization, ASALA, and many smaller terrorist groups are known to operate more or less freely in the Al Biqa Valley, in Beirut's southern suburbs, and in the various Palestinian refugee camps scattered throughout the country.

### Egypt

In 1987, Egypt witnessed terrorist attacks from rightwing religious extremists and from a leftwing Nasserite group. Islamic fundamentalists were responsible for three terrorist attacks in 1987 against Egyptian targets. In addition, an unsuccessful attack was made by three gunmen from a self-proclaimed Nasserite group, Egypt's Revolution, against three US Embassy officials in May. The gunmen slightly wounded two of the US officials. In September, Egyptian authorities carried out a series of arrests that dismantled the organization. Twenty members of the group have been arrested so far.

Egypt has a strong antiterrorism policy and has called for greater international cooperation in fighting terrorism. Egyptian authorities support the creation of a special international tribunal to handle terrorist incidents.

**Foreign Political Hostages Believed Held in Lebanon in 1987 (continued)**

| Name/Nationality/Profession | Date/Place Kidnaped | Kidnaping Claimed by | Status |
|---|---|---|---|
| Robert Polhill, United States, educator, Beirut University College (BUC) | 24 January 1987 West Beirut | Oppressed of the Earth, Islamic Jihad for the Liberation of Palestine | Still held |
| Allan Steen | 24 January 1987 | As above | Still held |

International Maritime Organization calling for a convention dealing with terrorist crimes on the high seas. (The treaty was signed in Rome in March 1988. It is the first international convention against acts of terrorism at sea.) The Egyptians have worked with the United States and other countries to improve their counterterrorism and hostage-rescue capabilities.

**Kuwait**

International terrorism in Kuwait rose sharply from only three incidents in 1986 to 17 in 1987. We believe most of these incidents were instigated by Iran as part of its continuing campaign to destabilize moderate Arab regimes in the Persian Gulf region and intimidate them because of their support of Iraq and US naval activities in the Gulf.

In January 1987, Shia terrorists claiming to be members of a previously unknown group, the Prophet Mohammed's Forces in Kuwait-Revolutionary Organization, carried out a series of bombings at Kuwaiti oil installations. Their immediate objective appeared to be to force postponement of the Organization of Islamic States summit conference. Additional bombings occurred in April and May,

Kuwait University, and in the following two months terrorist bombs exploded at the Pan Am ticket office, the Ministry of the Interior, and an American insurance company.

Two major terrorism trials took place before the State Security Court in 1987. In the January trial, one Jordanian defendant was sentenced to death for the July 1985 cafe bombings that had left 10 dead and 80 wounded. Three other defendants tried in absentia were also convicted.

In a June trial of 16 Kuwaiti Shias (four in absentia) charged with oilfield bombings in 1986 and early 1987, all but two were convicted. The sentences ranged from two years in prison to the death penalty. The death sentences stemming from the two trials have not been carried out.

Despite continuing threats from extremist Islamic Jihad and Hizballah groups, the Kuwaiti authorities remained steadfast in their refusal to release 17 Dawa party members convicted of the 1983 bombings of the US and French Embassies and other sites in which many were killed and injured. In its continuing efforts to upgrade the capabilities

**Bahrain**
In December, Bahraini authorities arrested a pro-Iranian Bahraini Shia who allegedly was planning to bomb a petroleum facility. An antiregime Shia organization, the Islamic Front for the Liberation of Bahrain, tried to recruit and mobilize Bahraini Shias for terrorist-type activities throughout 1987, but with only limited success.

The regime has countered the growing terrorist threat by improving the quality of training and equipment of its security forces, which has been largely responsible for the development of an effective counterterrorism apparatus in Bahrain. The relatively small size of the Bahraini population has also contributed to the overall effectiveness of the government's counterterrorism measures.

**Saudi Arabia**
The Saudi Arabian Government has worked diligently to prevent terrorism on its territory. In addition to rigorous border controls, it has trained and equipped special security forces.

were directed at a tourist bus in July and at four tourist hotels in Sousse and Monastir in August. A number of members of the Islamic Tendency Movement, which has strong fundamentalist leanings, were arrested and sentenced to prison for the attack. We believe that the bombings were specifically related to fundamentalist unhappiness with some of the policies pursued by President Bourguiba. No incidents have taken place since the November change of government, and the fundamentalist resentment that had fueled the terrorist attacks seems to have abated.

Tunisia broke diplomatic relations with Iran in March, following the dismantling of an Iranian-backed terrorist network by French authorities in Paris. Not only had several Tunisians been implicated in that network, but the Iranian Embassy in Tunis, according to government authorities, had also recruited and trained Tunisian fundamentalists to engage in terrorist activities. The Tunisian Government has also tightened passport procedures after discovering that stolen Tunisian passports had been used in terrorist incidents.

The PLO has had its headquarters in Tunis following its US-negotiated departure from Beirut in 1982. Force 17, whose mission is to protect PLO officials, is also reportedly in Tunis and has been linked to anti-Israeli terrorist operations.

**Latin America**

The incidence of international terrorism in Latin America dropped by 32 percent in 1987, down from 159 incidents in 1986 to 108 in 1987. The United States remained a major target. Out of the 108 incidents, 71 were directed against

and political influence in Latin America and its symbolic position as the engine of capitalism. The United States attracted terrorist attacks even in the religious field. Twenty Mormon churches in the Dominican Republic and Chile were firebombed because of their alleged role in spreading US political and economic influence.

As in the past two years, Peru, Colombia, and Chile incurred the greatest number of international terrorist attacks, with 70 of the 109 attacks in Latin America. The year also saw a sharp, if numerically small, increase in attacks resulting in minor damage in the Dominican Republic. [illegible]

Eastern terrorist groups experienced major setbacks. Twice during the year, French authorities achieved major successes against the country's bloodiest domestic terrorist group, Action Directe (AD), which had been responsible for a series of international and domestic attacks from 1983 through 1986 and which has ties to West Germany's Red Army Faction. In February, police arrested the four leaders of AD's international wing in a farmhouse near Orleans and charged them with the 1986 murder of Renault President Georges Besse. In November, the police arrested AD's bomb expert Max Frerot, the last major suspect known to have been at large and a member of AD's so-called nationalist wing. Frerot allegedly was the instigator of at least two attacks in 1986, for which he is expected to be tried in 1988. AD, which was crippled by these arrests, committed no international terrorist attacks during 1987.

In the Middle East terrorist arena, French authorities in March seized several Tunisians with Iranian links who had been tasked with transporting and storing weapons and explosives for use by Lebanese Shia terrorists. As reported in the press, French police claimed that the group had been responsible for a terrorist bombing campaign in Paris in 1986. In November, the group's ringleader was charged with seven of the 11 attacks in the campaign; other members may be tried in 1988. Corsican National Liberation Front terrorists—who we believe have adopted a more radical political program and a more lethal terrorist strategy—carried out five small-scale bombings against foreign-owned vacation homes on Corsica. The group also was responsible for more than 70 domestic attacks against French business and government targets on Corsica and in Paris and Marseilles.

Over 150 suspected Basque terrorists, most of them members of the Spanish terrorist group ETA, were expelled or extradited to Spanish authorities during 1987. The expulsions of suspected terrorists, which also included fugitive Italian, German, and Irish terrorists, was accomplished by reactivating a 1945 emergency procedure permitting expulsions without hearings when the public order is threatened.

France's determination to prevent terrorists from using its territory to ship arms was demonstrated by the October 1987 seizure of a cargo vessel carrying over 150 tons of Libyan-supplied weapons to the Provisional Irish Republican Army.

The French courts in 1987 dealt sternly with terrorists, partially because of new legislation centralizing all terrorism cases in the Paris state prosecutor's office and creating a special court for terrorist trials.

In an important case in February, the head of the Lebanese Armed Revolutionary Faction (LARF), Georges Ibrahim Abdallah, was sentenced to life imprisonment for his involvement in the assassination of two US and Israeli diplomats in 1982, and the attempted assassination of a US Consulate official in 1984. The United States participated in the case as a "partie civile."

France's successful counterterrorism record in 1987 was blemished, however, at the conclusion of the so-called "Embassy War" in which an Iranian Embassy employee was suspected of aiding the terrorists responsible for the 1986 Paris bombing campaign. The suspect took refuge in the Iranian Embassy in Paris and the Iranian Government retaliated by blockading the French Embassy in Tehran.

A five-month standoff ended when France and Iran arranged for the departure of the Iranian employee and the French diplomats. Before the departure, a French Embassy official, despite his diplomatic immunity, appeared before a revolutionary tribunal in Tehran while the Iranian, who did not have immunity, appeared before a judge in Paris.

Shortly thereafter, in November—although French officials have denied any link—pro-Iranian terrorists in Lebanon released two French hostages. The French Government also scheduled for repayment a portion of a multimillion-dollar debt owed to prerevolutionary Iran that had been disputed by the two countries for several years. It expelled Iranian dissidents living in France, although they were allowed to return following domestic pressure. In addition, persistent rumors of arms sales to Iran led to criticism of France for having made concessions to terrorists.

**Belgium**

Following a mid-1980s' bombing campaign by the indigenous Euroterrorist group, the Communist Combatant Cells (CCC), Belgian law enforcement and antiterrorism procedures were restructured to meet the threat. Since the late 1985 arrests of the major CCC leaders, terrorism has markedly declined.

West Germany in June decided not to extradite but to try Hamadei, as permitted under the terms of our extradition treaty. The German authorities have given assurances Hamadei will be prosecuted to the full extent of German law. The court case is expected to begin in mid-1988. In September, one of the two German hostages held in Beirut was released, reportedly after a German company had paid ransom for him. The second German kidnap victim remained a hostage in Lebanon at the end of the year.

In late 1987, German authorities began the prosecution of Abbas Hamadei, the brother of Mohammed, who was arrested in a separate incident in January 1987. Abbas was charged with bringing explosives into the country and seeking to coerce the federal government into releasing his brother Mohammed by participating in the hostage taking in Beirut. Abbas was subsequently convicted in 1988 and sentenced to 13 years in prison.

In 1987, West Germany granted *agrement* to Mehdi Ahari Mostafavi, then Iranian Ambassador to Austria, as Tehran's new Ambassador to Bonn. The United States, which did not learn of the pending appointment until after West Germany's formal acceptance of Mostavi, then expressed strong concerns about the decision, providing West Germany with information pointing to Mostafavi's involvement in the holding of American diplomats hostage in Tehran during 1979-80. West Germany, however, did not reverse its decision to accept Mostafavi as Iranian Ambassador.

A Frankfurt court in late 1987 sentenced a neo-Nazi

**Switzerland**

Although the Swiss Government generally supports increased international counterterrorism cooperation, Switzerland's situation as an international diplomatic, financial, business, and transportation center with relatively relaxed entry controls, makes it easy for terrorists to transit the country. Major terrorist groups may also use Swiss banks and medical facilities.

In July, the Swiss released a suspected Lebanese terrorist wanted by France in connection with a 1986 Paris bombing. The extradition request had been rejected because the French offense of belonging to a criminal group does not exist under Swiss law.

The Lebanese hijacker of a July 1987 Air Afrique flight that had made an unscheduled landing in Geneva remained in detention. The hijacker, who killed a French citizen before being overpowered by the crew and arrested by Swiss authorities, will be tried by a special federal court for air piracy and murder.

The head of the Iranian Embassy in Bern, Seyed Mohammad Hossein Malaek, has been identified as a leader of the participants in the 1979-81 occupation of the US Embassy in Tehran. The Swiss Government in early 1988 accepted Malaek's accreditation as Ambassador even though the United States had expressed deep concern about the accreditation.

In November 1987, Swiss authorities expelled three Libyans believed to be plotting the assassination of anti-

**Italy**

arrest; he was tried and sentenced to five years imprisonment on weapons-possession charges. One person was injured in grenade attacks, apparently of South African origin, at four houses and a bookstore in December.

**Namibia**

Despite South African and Namibian attempts to curtail infiltration, the South-West African People's Organization (SWAPO) continued to operate sporadically in northern Namibia during the year. Five bomb incidents occurred, three in Windhoek and two in Walvis Bay. Property damage was extensive, but personal injuries were slight.

**South Africa**

Although the struggle against apartheid has been largely nonviolent, especially since imposition of a State of Emergency in 1986, it has also generated a cycle of violent repression by the government and violent resistance by the black opposition, which have resulted in some terrorist actions.

The leadership of the African National Congress, the leading externally based liberation group, disavows a strategy that deliberately targets civilians. Nevertheless, civilians have been victims of incidents claimed by or attributed to the ANC. In two such incidents—bombings near a magistrate's court in Johannesburg in May and near the Army headquarters in central Johannesburg in July—scores of civilians were injured. A number of other bombing attacks caused property damage only.

The South African Government has responded to efforts by [illegible] State of Emergency.

[illegible] people, respectively. At least four incidents of bombing and murder in Botswana were attributed to South African agents. In Zimbabwe a bomb also attributed to South African agents was set off in a Harare shopping center, gravely injuring an exiled South African couple.

South Africa has provided logistic and other support to RENAMO insurgents in Mozambique who continue to target civilians.

**State-Sponsored Terrorism**

In its various forms—provision of sanctuary, training, financial support, weapons and explosives, and diplomatic encouragement and assistance—state sponsorship contributes significantly to the capabilities of international terrorist groups, especially those of Middle East origin, and enables them to operate over a wide geographical range. Some states, although not direct sponsors of terrorist organizations, contribute to the groups' capabilities by giving them unimpeded transit facilities or by permitting them to engage in trading enterprises.

Assigning responsibility for incidents of state-sponsored terrorism is difficult because the countries concerned mask their involvement. Of those countries to which we were able to attribute responsibility for supporting international terrorism, Afghanistan, Iran, and Libya were the most frequent sponsors during 1987. Out of a total of 189 worldwide-sponsored incidents, Afghanistan, Iran, and Libya were responsible for 94 percent—127, 44, and 7 incidents, respectively. North Korea, which acts directly against South Korean targets rather than through surrogates, is another country of great concern. Other governments, including several Warsaw Pact members, continued to provide weapons, training, refuge, and other support for a variety of terrorist groups.

**Afghanistan**

[illegible] Moscow has vehemently denied any complicity.

In view of the close relationship WAD has with the KGB, however, we consider it likely that the Soviet Union has been cognizant of Afghan intelligence's overall operations in Pakistan.

- Most of the explosive devices recovered in Pakistan during the terrorist campaign have been of Soviet manufacture. Some of this materiel can be purchased on the international black market, but the time-delay devices used in many of the bombings can be obtained only through Soviet sources.

- A Pakistani Government report states that approximately 1,500 Soviet advisers work with the WAD. We expect most Soviet advisers to leave Afghanistan as their troops withdraw.

Afghan agents have also carried out terrorist operations in Iran, although details of these activities are not well known. WAD agents are widely credited with assassinating a major Mujahedin leader in Iran last year.

In their insurgency against the Kabul regime, Mujahedin guerrillas generally eschew acts of violence that put civilians in jeopardy. Some bombs were detonated in Kabul, however, in areas where the likelihood of causing civilian casualties was high. The Mujahedin claimed responsibility for a car bomb blast in Jalalabad in 1987 in which there were significant civilian casualties.

The United States has registered strong concerns to the Afghan Government as well as with the Soviet Union over the WAD campaign and will continue to monitor the situation closely.

## Iran

Of the 44 terrorist incidents in which Iran was identified as the sponsor, we recorded 25 in the Middle East, 10 in Western Europe, and nine in Asia. The preferred means were bombings (27) and armed attacks (13). Tehran uses terrorism skillfully and selectively to support its long-term objectives of ridding the Middle East of all Western influence, intimidating Iranian dissidents overseas, forcing Arab countries to end their support for Iraq, and exporting Khomeini's vision of a radical Islamic revolution to all parts of the Muslim world. We believe that most Iranian leaders agree that terrorism is an acceptable policy option, although some may disagree on specific operations.

*Symbolic of Iran's willingness to sponsor terrorist attacks against Saudi Arabian targets, a crowd of Iranians burn an effigy of King Fahd outside the Saudi Embassy in Tehran on 8 August 1987.*

Beginning in early January 1987, Iran stepped up its support for international terrorism when its state agents or surrogate groups:

- Attempted to put pressure on Saudi Arabia, Kuwait, and other moderate Arab states both in the Persian Gulf area and in Europe by terrorist acts.
- Allegedly ordered the kidnaping in Lebanon of US journalist Charles Glass.
- Assassinated Iranian defectors and dissidents in the United Kingdom, Switzerland, West Germany, Turkey, and Pakistan.
- Began a worldwide search to identify potential US targets for terrorist attacks.

Iran continued its policy of recruiting coreligionists from Persian Gulf states for training in Iran, where it provided them with training in subversion and terrorism. Although some of the terrorist acts in the Persian Gulf states during the year may have been conducted without Iran's explicit authorization or knowledge, Tehran most likely approved such acts in principle. Besides the Lebanese-based Hizballah, Iranian-backed factions that may have been used to conduct or support terrorism include the Supreme Assembly for the Islamic Republic of Iraq, the Organization of the Islamic Revolution in the Arabian Peninsula, the Islamic Front for the Liberation of Bahrain, and the Islamic Call Party (Dawa), which has branches in Bahrain, Kuwait, and Lebanon.

Iran has maintained its campaign against the Persian Gulf states. In June 1986, Kuwaiti Shia terrorists bombed several oil installations in Kuwait. Iran's actions in Kuwait in 1987 are described in the Kuwait section. Bahrain, too, was the target of an Iranian-inspired terrorist plot. According to press reports, Iran trained a Bahraini oil engineer to sabotage Bahrain's only oil refinery and to carry out other anti-Bahraini attacks. Bahrain authorities were able to arrest him in late December, however, shortly before the attacks were to take place.

Following the bloody Iranian-instigated clashes during the Hajj pilgrimage to Mecca in July 1987, which resulted in hundreds of Iranians being killed, Iranian leaders publicly urged the overthrow of the Saudi ruling family, revenge for the deaths of the Iranian pilgrims, and an end to Saudi control over Islamic Holy Places in Saudi Arabia. We suspect that pro-Iranian terrorists were responsible for the bombing of a Saudi bank in Paris in September. The terrorist threat to Saudi Arabia remains high.

Lebanon remains the major focus of Iran's support for terrorism. As in previous years, in 1987 Iran provided major assistance to Hizballah, the extremist Lebanese Shia group that regularly engages in terrorism, including the kidnaping of foreign hostages (see section on Lebanon) and other attacks on Western targets. Iran does not completely control Hizballah but retains influence over the group's activities—most notably overseas operations—through the provision of financial support, weapons, and training. Several Iranian Revolutionary Guard units in Lebanon are connected with Hizballah detachments. Furthermore, for extremist Shias in Lebanon, Khomeini remains the exemplar of Islamic revolutionary ideals.

Iran has made the elimination of regime opponents at home and abroad a major goal of its terrorist activities. In the past, Iranian agents have hunted down and killed dissidents in Europe, the United States, the Middle East, and Asia. In January 1987, for instance, a defector who had been chief pilot for Rafsanjani, Speaker of the Iranian Assembly, was shot dead in West Germany. All told, seven dissidents were murdered in Europe and two others threatened. Terrorist attacks against anti-Khomeini dissidents in South Asia are mentioned in the section on Pakistan.

Iran undoubtedly views terrorism as a potential major weapon in its confrontation with the United States in the Persian Gulf. Many Iranian leaders have claimed publicly that Shia terrorism against the US Marines in Beirut compelled the United States to withdraw its military forces, thus dealing the United States a humiliating defeat. In 1987, as the United States increased its military involvement in the Gulf, Iranian leaders drew parallels between events in Lebanon in 1983-84 and current developments. Although no Iranian-backed terrorist attacks were staged against specific US targets during the year, we believe that during the summer of 1987 Iran began to formulate contingency plans for anti-US terrorist operations.

**Libya**

Although detectable Libyan involvement in terrorist activity dropped significantly in 1986 and 1987 after the US air raids in April 1986, Qadhafi shows no signs of forsaking terrorism. His desire to establish himself as an Islamic and Third World revolutionary leader causes him to establish links to or provide aid to almost any group that opposes his enemies. Qadhafi's contacts with dissident groups around the world follow no geographic pattern but simply seek alliances of opportunity. The recipients of his assistance include several international terrorist groups as well as a range of insurgent and other dissident movements.

Libyan interest in attacking French targets increased significantly in 1987, probably because of France's support for the Government of Chad in its fight against Libyan invaders.

United States Department of State

# PATTERNS OF GLOBAL TERRORISM: 1988

[illegible]

### International Organizations

*Pursuant to this resolution, the ICAO Unlawful Interference Committee considered at its fall 1988 session whether to recommend that ICAO adopt this "no take-off" policy as a standard, which, if approved, would be binding on ICAO members. This question was considered further at the December 1988 ICAO Council meeting, which referred the matter for consideration and comment by ICAO members. Under relevant ICAO procedures, members will have 90 days to provide any views to ICAO. The Council is expected to address this issue again at its June 1989 session. The United States fully supports adoption of the "no take-off" policy as an ICAO standard.*

**IMO.** [illegible] 1988 the International Maritime Organization (IMO) [illegible]

[illegible] Assembly's action was taken in the aftermath of the *Achille Lauro* hijacking in October 1985, which resulted in the murder of an American citizen, Leon Klinghoffer. The Convention and Protocol have been transmitted to the US Senate for its advice and consent and are awaiting Senate ratification. In the aftermath of *The City of Poros* attack in July, the IMO's Maritime Security Committee reviewed in October the IMO's existing maritime security measures to ensure that they are as comprehensive as possible. The committee also agreed to review these measures annually.

from 189 in 1987 to 177 in 1988, a decrease of 7 percent. International terrorist attacks sponsored by Afghanistan accounted for the largest portion, with 124 in 1988, compared with 125 in 1987 and 29 in 1986.

**We believe that international terrorist incidents sponsored by three countries that were most subjected to international pressure—Iran, Libya, and Syria—declined.** Iran was linked to 32 incidents in 1988, down from 45 in 1987, primarily because of the end of the war with Iraq and subsequent moves to obtain Western economic assistance. Libya is suspected of involvement in six attacks in 1988, and it continued to support dissident and terrorist groups. There was no evidence available to tie Syrian officials directly to any attacks during the year. We do not yet know what role, if any, state sponsors had in the downing of Pan Am Flight 103.

[illegible]

The number of attacks of Middle East origin outside that region fell in 1988 to 43 from 55 in 1987—but if the Pan Am Flight 103 bombing is proved to have been caused by a Middle Eastern source, the number of casualties will have increased. [illegible] four each in Cyprus, France, and West Germany; three in the United Kingdom, and one each in Switzerland, Denmark, Greece, Italy, Norway, Spain, and Portugal. The attacks in Western Europe resulted in 291 persons being killed—including the 189 US citizens aboard Pan Am Flight 103—and 147 wounded. In 1987, 19 persons were killed and 47 wounded in the region by Middle Eastern terrorists. Four attacks in Latin America coincided with the second anniversary of the US airstrikes on Libya. The prime suspects have received Libyan support in the past.

(See box on "The Palestinian Uprising.")

in a downturn from last year, local dissidents were responsible for only one attack against foreigners in which one missionary was killed.

Six alleged South African agents, accused of participating in a string of bombing attacks against suspected ANC targets in Harare and Bulawayo, were charged before Zimbabwean courts in 1988. In July one of the defendants was convicted and sentenced to seven years in prison. Three others were convicted in November and sentenced to death, although the sentences are being appealed. Two [illegible]

[illegible] RENAMO terrorist.

Domestic dissident violence and civilian attacks in Matabeleland effectively ended after the amnesty was declared in April by the Zimbabwean Government and the unity agreement reached between two opposing political groups. More than 100 dissidents previously involved in violent activity—including the rebel leader involved in the November 1987 massacre of white missionaries—turned themselves in during the period of the amnesty.

## State-Sponsored Terrorism

Although most regimes that sponsor or otherwise support terrorism have become less active or have hidden their activities more successfully since 1986, state involvement continues to be a major component of international terrorism. In its various forms—sanctuary, training, documents, money, weapons, and explosives—state support significantly enhances the capability of nearly all international terrorist groups and enables them to operate over a wide geographical range. Interdiction of state-supported terrorism remains a major US objective; ending state support is probably the single, most effective step that could be taken to contain operational effectiveness of terrorist groups. The benefactors of this support include a variety of groups with differing political objectives: radical Shia groups in the Persian Gulf; Latin American insurgents, European separatists; radical Palestinians of many stripes; and the JRA.

Afghanistan, Iran, and Libya were the most active state sponsors of international terrorism in 1988, just as they were the previous year. Afghanistan continued its terrorist campaign against Pakistan with 118 bombings; Iran backed 32 terrorist incidents, most of them against moderate Persian Gulf states; and Libyan-supported [illegible] to groups that have conducted terrorist operations in the past; Cuba and Nicaragua provided weapons, training, and safehaven mostly—although not exclusively—to Latin American groups that employ terrorism; and South Yemen continued to be a safehaven for Palestinian groups.

### Iran

Iranian-sponsored terrorist incidents decreased from 45 in 1987 to 32 in 1988, with Tehran's interest shifting away from targeting Kuwaitis and Iranian dissidents to attacking Saudis. A review of individual operations indicates Tehran relies on local Iranians and Islamic fundamentalists worldwide to carry out its attacks, and the lack of arrests last year suggests they are well trained and disciplined.

After sponsoring a large number of attacks against Kuwait during 1986 and 1987 to pressure Kuwait to end support for Iraq in the Gulf War, pro-Iranian Kuwaiti Shias—possibly acting with Iranian support—probably were behind just five operations in 1988. Some elements in Iran may have provided support for the hijacking by Hizballah of Kuwait Airways Flight 422 on 5 April 1988. At a minimum, Iran provided a friendly environment at Mashhad Airport, the flight's first stop. Airport authorities apparently were

expecting its arrival despite the radio silence maintained by Kuwait Airways Flight 422 throughout the course of the extended flight over wartime Iranian territory. Iranian officials may have allowed more Hizballah members and weapons to board the aircraft at Mashhad.

In 1988 most Iranian-sponsored incidents were directed at Saudi interests, in part, because of Iranian resentment over the deaths of approximately 275 Iranian pilgrims during an Iranian-instigated riot in Mecca in 1987 as well as Saudi restrictions on Iranian attendance during the 1988 pilgrimage. Iranian leaders publicly committed Iran to retaliate for the deaths of its pilgrims, to overthrow the ruling Saud family, and to end Saudi control over the Islamic holy places in Arabia. Iran and its supporters probably were responsible for a number of these anti-Saudi operations, which were primarily directed at the offices of the Saudi national airline, Saudia. Pro-Iranian terrorists also may have been behind the attempted murders of three Saudi teachers in Lagos, Nigeria, in March; the assassination of a Saudi diplomat in Ankara, Turkey, on 25 October; and an assassination attempt against another Saudi diplomat in Karachi, Pakistan, on 27 December.

Iran toned down its antidissident campaign in 1988, although Tehran continues to regard suppression of exiled regime opponents as a key focus of its terrorist activities. The only known Iranian antidissident attacks last year were an arson attack on a video store in West Germany owned by an Iranian who sold anti-Khomeini videotapes and the attempted kidnaping of a dissident in Turkey in October.

Tehran also supports—and exerts significant influence over—the extremist Shia Hizballah movement's kidnaping of Westerners in Lebanon. Iran provides Hizballah with money, weapons, and training and has approved—and in some instances may have encouraged—its seizing of some Western hostages. Tehran may have been involved in the kidnaping in Beirut of businessman Ralph Schray, a Lebanese-West German dual national, on 27 January. Iranian influence with Hizballah on foreign hostages may have been intended to produce short-term benefits for Tehran, although the continued detention of the hostages in Beirut has obstructed its acceptance as a responsible member of the international community. Tehran helped arrange the release of another German hostage, Rudolf Cordes, in September, in the hope that it might receive diplomatic and economic consideration in the future.

Iran may have been involved in the kidnaping of UN officer Lt. Col. William Higgins. Higgins, a US Marine, was taken by Iran's Lebanese Shia ally, Hizballah.

**Iraq**

Iraq has worked to improve its international image, beginning with the expulsion of the ANO from Iraq in 1983. This effort was, no doubt, aimed at garnering international support during the Iran-Iraq war. Iraq, nonetheless, sponsored three assassinations of exiled dissidents in the United Kingdom, Sudan, and Norway in 1988. We suspect—but cannot confirm—that the Iraqi-backed Mujahedin-e-Khalq was responsible for an attempted bombing at a Tehran bus terminal.

Iraq also continued to provide safehaven to some Palestinian groups, such as the Iraqi-created Arab Liberation Front and Abu Abbas's Palestine Liberation Front (PLF), responsible for the Achille Lauro hijacking in 1985. Baghdad views its safehaven to Palestinian groups as legitimate assistance to the struggle for a Palestinian homeland.

**Libya**

Despite a public posture of moderation in 1988, Qadhafi continued to support terrorism. Qadhafi attempted to mask his involvement in terrorism, working with and through client groups. He used his own personnel in only one known occasion in 1988. Libya has provided training, weapons, money, and other forms of support to about 30 insurgent and terrorist groups worldwide, including ASALA, the JRA, Palestinian groups such as the ANO and the Popular Struggle Front (PSF), and Latin American groups such as Colombia's M-19 and Peru's MRTA.

Circumstantial evidence links Libya to a number of attacks against US interests on the second anniversary of the US airstrikes. Qadhafi possibly offered financial incentives to client groups in return for such attacks. In 1988:

- Italian police identified a JRA member as responsible for the car bombing outside a USO club in Naples on 14 April. A claim made for the attack said it was revenge for the US attack on Tripoli. A US servicewoman and four Italian citizens died in the explosion.

United States Department of State

# PATTERNS OF GLOBAL TERRORISM: 1989



# Patterns of Global Terrorism: 1989

## The Year in Review

The level of international terrorism worldwide in 1989 declined sharply from that of 1988, dropping by almost 38 percent from 856 incidents in 1988 to 528.[1] The Middle East continued to experience the largest number of incidents of international terrorism, incurring 193 attacks—37 percent of the total worldwide. The proportion of international terrorism connected with the Middle East increases to 45 percent, however, when Middle East spillover attacks into other regions are added. These compare to statistics of 36 percent and 41 percent, respectively, in 1988. With 151 attacks, or 29 percent of the total, Latin America ranked second. Western Europe was third with 96 incidents. With the reduction of Afghan-sponsored attacks in Pakistan, Asia dropped to fourth with 55 incidents. Africa was fifth with 48 attacks. Four international terrorist attacks took place in North America. One incident was recorded in Eastern Europe during the year, although Soviet and East European interests were attacked in other parts of the world.

Several factors were responsible for the major decrease in international terrorism:

- The Afghan Government curtailed its terrorist campaign in Pakistan after Soviet troops were withdrawn.
- Yasser Arafat's renunciation of terrorism resulted in a sharp decline in operations by groups affiliated with the PLO.

[1] In past years, serious violence by Palestinians against other Palestinians in the Occupied Territories was included as international terrorism in the database of worldwide incidents because Palestinians are considered stateless persons. This resulted in such incidents being treated differently from intra-ethnic violence in other parts of the world. As a result of further review of the nature of intra-Palestinian violence, such violence is no longer included in the US Government's statistical database on international terrorism. This new refinement in the 1989 statistical database ensures its continuing accuracy and reliability. Intra-Palestinian violence, however, remains a serious concern. See inset on the Palestinian uprising.

*Wreckage of UTA Flight 772*

- Dissension within the Abu Nidal organization (ANO)—previously one of the most active and deadly terrorist groups—and its focus on Lebanese militia matters decreased the group's operations.
- A number of states involved in terrorism, including Libya and Syria, remained wary of getting caught sponsoring terrorists and reduced their support. Iran was a notable exception to the trend.
- Partly in response to internal problems and enhanced counterterrorist measures, many terrorist groups focused on building their infrastructure throughout the world to support attacks in the future.
- Counterterrorist capabilities continued to improve in most parts of the world, and cooperation among governments increased.

There was only one "spectacular" international terrorist operation in 1989—the bombing of UTA Flight 772 over Niger on 19 September. That attack accounted for 171 deaths, the greatest number associated with a single attack during the year. Investigators have not determined who was responsible. Terrorist "spectaculars" may well be



that such attacks are increasingly difficult to conduct. Moreover, some of the groups most capable of carrying out such operations have focused their energies elsewhere.

The depiction of the alleged execution of US Marine Corps Col. William R. Higgins on 31 July captured headlines and brought worldwide condemnation of the Iranian-backed terrorists responsible. Elsewhere, narcotraffickers in Colombia are believed responsible for several horrific attacks using terrorist methods to achieve their criminal goals. This likely includes the late November bombing of a domestic Avianca flight out of Bogota in which all 111 on board perished.

The 528 international terrorist incidents recorded in 1989 resulted in 390 victims killed and 397 wounded. Fourteen terrorists were killed and 23 wounded. Reflecting the decline in the number of incidents, this represents a drop from 1988 when 658 victims were killed and 1,125

125 killed and 130 wounded in 1988 to 269 killed and 39 wounded in 1989. Asia experienced the most significant decline in casualties with the reduction in the Afghan campaign in Pakistan, dropping from 156 killed and 599 wounded in 1988 to 57 killed and 153 wounded in 1989. International terrorism in the Middle East accounted for 29 persons killed and 111 injured. Twenty-one persons were killed and 73 wounded in Latin America. In Western Europe, there were 14 victims killed and 21 wounded in international terrorists attacks.

The number of terrorist attacks and casualties suffered by the United States declined in 1989 from 1988, but US interests continued to be the most frequently targeted by international terrorists. In 1989, [illegible] attacks were directed against the United States, compared with [illegible] in 1988, a decline of [illegible] percent. Casualties among US citizens also

eastern border and into Mozambique to combat RENAMO. Because of RENAMO atrocities, the authorities have resettled local residents into protected villages away from the affected border areas.

There were three noteworthy court cases involving terrorism in 1989. South African agent Charles Beahan was convicted of infiltrating Zimbabwe from Botswana as part of the abortive June 1988 attempt to free six suspected South African agents who were in prison awaiting trial.

serious problem. In its various forms—direct involvement, instigation and encouragement, support to terrorist groups through provision of safehaven, financial resources, arms, technical expertise, and documentation—state sponsorship makes a significant contribution to international terrorism. Some states, although not direct sponsors of terrorist organizations, contribute to the groups' capabilities by giving them unimpeded transit, permitting them to engage in commercial enterprises, allowing groups to recruit members, and carry out other support activities. Support in its various forms enhances the capabilities of a variety of groups with differing political objectives: radical Shia groups throughout Western Europe, the Middle East, and Africa; Latin American insurgents; European separatists; radical and fundamentalist Palestinians; and the JRA.

The total incidents of state-sponsored terrorism declined steeply in 1989, primarily because the Afghan regime stood down from its terrorist campaign to destabilize Pakistan. We detected 18 incidents of terrorism attributable to Afghanistan, down from 118 in 1988. Iran was the most active state sponsor in 1989, backing 28 attacks. The majority of these were connected with Ayatollah Khomeini's death threat against *The Satanic Verses* author Salman Rushdie and retaliatory attacks against Saudi Arabia for Riyadh's execution of 16 Kuwaiti Shias convicted of bombings during the 1989 hajj. In addition, three incidents involved the assassination of Iranian dissidents. We have not detected Syrian and Libyan direct sponsorship of international terrorist actions in 1989, although they continue to provide safehaven and other support to terrorist organizations.

North Korea continued to provide funding and training for terrorists. The Soviet Union and several East European governments continued to provide military and economic support to several radical regimes involved in terrorism.

"death squads," a recent change in government, and current political developments in the region may stem these activities.

The United States has maintained its formal designation of six countries as state supporters of terrorism—Cuba, Iran, Libya, North Korea, South Yemen, and Syria. This list is maintained pursuant to Section 6 (j) of the Export Administration Act of 1979, which imposes certain trading restrictions on countries determined by the Secretary of State to have repeatedly provided support for acts of international terrorism. The list is provided annually to Congress, although countries can be added or deleted at any time when circumstances warrant.

**Cuba**

Cuba has trained and supported radical groups from around the world, including Palestinian groups that have often used terrorism to advance their political causes. It has maintained a large and complex apparatus to support guerrilla movements and extremist groups throughout Latin America. Many of Latin America's radical leftist organizations look to President Fidel Castro for guidance and advice. Havana has particularly longstanding ties to guerrillas in Chile and Colombia, including the National Liberation

Army—a group that has carried out more international terrorism than any other in Latin America in recent years. In El Salvador, the Farabundo Marti Liberation Movement, which receives support from Cuba as well as other radical countries, has publicly threatened Americans assisting the Salvadoran Government as "legitimate targets of assassination." Because of its continuing involvement in support to radical groups conducting terrorist actions, the US Government placed Cuba on its official list of state supporters of terrorism in 1982.

**Iran**

Iranian-sponsored terrorist incidents decreased from 32 in 1988 to 28 in 1989. Iran's extensive support for terrorism continued after the death of Ayatollah Khomeini in June. The events of 1989 indicate Tehran continued to view the selective use of terrorism as a legitimate tool to achieve specific foreign policy goals. Iranian intelligence has been used to facilitate and in some cases conduct terrorist attacks. In addition, Iran is expanding contacts with Lebanese Muslim extremists, radical Palestinian groups, and other Muslim fundamentalist groups to carry out terrorist operations against Israeli, US, Western, and moderate Arab interests. In the past year Iranian support for terrorism has included:

- Calling for the death of author Salman Rushdie and attacking publishers and distributors of *The Satanic Verses*.
- Assassinating at least five Iranian dissidents.
- Recruiting Shias to carry out attacks in Saudi Arabia during the hajj.
- Inciting radical Shia elements to attack Saudi interests in retaliation for Riyadh's execution of 16 Shias responsible for the hajj bombings.
- Probably involving itself with, if not organizing, Hizballah terrorist activities in Europe, West Africa, and elsewhere.

Ayatollah Khomeini's denunciation of Salman Rushdie's novel and calls for the author's execution had the effect of a decree, which is binding under the Shia interpretation of Islamic law. Violent demonstrations and attacks against publishers and bookstores occurred throughout Europe, Asia, and the United States. Three British Council library buildings were bombed in Pakistan, killing one local guard. At least a dozen people died and more than 120 were injured in violent street riots in Pakistan and India. President Rafsanjani's reaffirmation of the death threat rekindled anti-Western fervor and prompted renewed anti-Rushdie demonstrations and attacks. In December 1989, UK authorities arrested and expelled Iranians involved in anti-Rushdie attacks; we believe Iran is continuing to coordinate and plan attacks directed against businesses affiliated with *The Satanic Verses*.

Another indication that terrorism continues to be a feature of the Tehran regime was the public statement in May by then Parliament Speaker (now President) Rafsanjani that exhorted Palestinians to kill Americans and other Westerners in order to avenge those Palestinians killed during the uprising in the occupied West Bank and Gaza. Rafsanjani also publicly encouraged the hijacking of airplanes and the blowing up of factories.

During 1989, Tehran continued its campaign to eliminate antiregime dissidents. We believe the increase in these attacks can be attributed to the regime's fear that prominent dissident leaders presented a significant threat to Tehran during the leadership transition following the death of Ayatollah Khomeini in June. The number of attacks against dissidents increased from two in 1988 to three in 1989, resulting in five deaths—three in Austria, one in the United Arab Emirates, and one in Cyprus. These attacks appear to have been well planned and were probably carried out by Iranian intelligence officers.

Iranian-sponsored attacks directed against Saudi interests also increased during 1989. Tehran's anti-Saudi campaign can be traced to Iranian resentment over Riyadh's imposition of restrictions on the number of Iranians permitted to make the annual pilgrimage to Mecca as a result of pro-Khomeini riots during the 1987 pilgrimage. During the 1989 hajj, two bombs exploded in Mecca, killing one and wounding over 20 others; several Kuwaiti Shias confessed to the crime. During their interrogations, the Shia confessed that they had been recruited, trained, and supported by Iran. Riyadh executed 16 Kuwaitis for this attack on 21 September. Shortly after the executions, Iranian and

Hizballah leaders issued numerous statements denouncing the Saudi regime and calling for revenge. As a result, attacks against Saudi interests increased:

- On 14 October, a Saudia Airlines office in Lahore, Pakistan, was damaged by a bomb explosion.
- On 16 October, a Saudi military attache in Ankara, Turkey, was seriously injured when a bomb exploded under the seat of his car.
- On 1 November, a Saudi official in Beirut, Lebanon, was assassinated by three gunmen. Islamic Jihad—a covername used by Hizballah terrorists—claimed responsibility for the attack that was authenticated by a photograph of a US hostage.
- On 24 November, the Saudi official responsible for coordinating aid in Pakistan to the Afghan resistance movement was assassinated.

During 1989, Tehran also continued to support—and exert influence over—the radical Shia elements in Lebanon. Iran continues to provide Hizballah with money, weapons, and training and has approved—and in some cases encouraged—the kidnapping of Western citizens. Tehran also continued to develop relations with Palestinian fundamentalist groups, as well as with radical Palestinian groups such as the PFLP-GC, which has been publicly accused of complicity with Iran in the bombing of Pan Am Flight 103, as well as with Arab fundamentalist groups.

**Libya**

Libya continued to show public signs of moderation while maintaining its network of support for international terrorist groups. There were no terrorist incidents in 1989 that were directly attributable to Libya. A Libyan-backed group, however, the MRTA, attempted to bomb the USIS Binational Center in Peru in April to mark the third anniversary of US airstrikes against Tripoli. MRTA bombed the same facility in 1988 on the second anniversary of the air raids.

Qadhafi may have put pressure on some Libyan-backed radical Palestinian groups—the PFLP-GC and the ANO— [illegible]

Qadhafi continues to provide money, training, and other support to his terrorist clients, despite at least temporarily restricting their activities. The Libyans have sponsored over 30 international groups, including the Armenian Secret Army for the Liberation of Armenia (ASALA), the JRA, M-19, PIRA, and MRTA, in addition to radical Palestinian groups.

In recent speeches, Qadhafi has restated his opposition to US and Western influence in the Third World and reaffirmed Libyan willingness to support armed revolutionary struggles. Qadhafi continues to maintain Libyan contacts with subversive groups in Africa, Asia, and Latin America, possibly in hopes of cultivating surrogate agents. Qadhafi has also used front companies as conduits for financial and materiel support to international terrorist groups in order to obscure Libyan involvement.

**North Korea**

North Korea was not responsible for any terrorist incidents in 1989. It has continued to provide haven to a small group of Japanese Red Army members who hijacked a JAL airliner to North Korea in 1973. North Korea also continued supplying training and possibly materiel to communist guerrillas in the Philippines in 1989. North Korea remains on the list of state sponsors of terrorism because of its responsibility for the November 1987 destruction of a South Korean airliner and the 1983 terrorist attack against Republic of Korea officials in Rangoon, Burma.

**South Yemen**

South Yemen has considerably reduced its support for international terrorism since the early 1980s, and we do not believe it sponsored any terrorist attacks in 1989. Aden continues to project an image of moderation in its effort to repair relations with the West and neighboring Arab states. The regime's economic problems and need for economic and technical assistance have encouraged greater pragmatism. South Yemen may have reversed its longstanding policy of issuing South Yemeni passports to Palestinians. However, it has continued to allow some radical Palestinian groups, including the ANO, to maintain a presence in South Yemen.



PATTERNS
OF GLOBAL
TERRORISM
1990

MIPT
National Memorial Institute
for the Prevention of Terrorism
in Oklahoma City

Switzerland 15
Turkey 16
United Kingdom 17
Yugoslavia 17
Latin American Regional Overview 18
Bolivia 19
Chile 19
Colombia 21
El Salvador 22
Guatemala 22
Honduras 23
Nicaragua 23
Panama 23
Peru 24
Trinidad and Tobago 24
Middle Eastern Regional Overview 25
Algeria 26
Egypt 26
Israel 26
Jordan 28
Kuwait 29
Lebanon 29
Saudi Arabia 29
Yemen 32
State-Sponsored Terrorism 32
Cuba 33
Iran 33
Iraq 34
Libya 35
North Korea 35
Syria 35

# Patterns of Global Terrorism: 1990

## The Year in Review

The year 1990 was one of the few in recent times in which there were no "spectacular" terrorist incidents resulting in [redacted]

[redacted]

[redacted]

[redacted] number of terrorist allies, was returned to the US Government's list of state sponsors of terrorism. The other countries on that list—Cuba, Iran, Libya, North Korea, and Syria—continued to provide varying degrees of support—safehaven, travel documents, arms, training, and technical expertise—to terrorists.

[redacted]

[redacted]

[redacted]

There were several positive developments regarding terrorism in 1990. Eight Western hostages held in the Middle East—including Americans Robert Polhill and Frank Reed—were released from captivity. Furthermore, no

Yemen

On 22 May 1990, the People's Democratic Republic of Yemen (PDRY) united with the Yemen Arab Republic (YAR) to form the Republic of Yemen (ROY).

The PDRY remained on the US Government's list of state sponsors of terrorism until unification. The new united government was not placed on the terrorist list. However, [illegible]

[illegible]

State-Sponsored Terrorism

State sponsorship of terrorism remains one of the most important factors in [illegible] international terrorism. A number of governments afford terrorists safehavens, travel documents, arms, training, and technical expertise. [illegible] law enforcement efforts to counter terrorism much more difficult. Thus, the United States and its allies in the fight against terrorism have focused on raising the costs for those governments who support, tolerate, and engage in terrorism.

The United States currently lists Cuba, Iran, Iraq, Libya, North Korea, and Syria as state supporters of terrorism. This list is maintained pursuant to Section 6 ( j ) of the [illegible] added or subtracted at any time that circumstances warrant. The People's Democratic Republic of Yemen was dropped from the list in 1990 after it merged with its northern neighbor to form the Republic of Yemen. Iraq was added to the list because of its renewed support for terrorist groups in 1990.

The international effort to eliminate state support for [illegible] the terrorist bombings of Pan Am Flight 103 in December 1988 and of UTA Flight 772 in September 1989 continue and could uncover involvement of state sponsors.

Indeed, the continuing danger posed by state sponsorship was demonstrated in 1990 by two developments. First, the 30 May abortive seaborne attack by the Palestine Liberation Front (PLF) on crowded Israeli beaches was made possible by Libyan Government support for the training, [illegible] groups aimed at intimidating the international coalition opposed to the invasion.

Libya's involvement in terrorism during 1990 went beyond support for the 30 May attack on Israel. Tripoli continued to shelter and aid the notorious Abu Nidal organization (ANO), to fund other radical Palestinian groups such as the Popular Front for the Liberation of Palestine–General Command (PFLP-GC), and to support terrorist groups [illegible]



Iran continued its use of and support for terrorism in 1990, targeting and assassinating Iranian dissidents overseas, attacking Saudi officials and interests, continuing to support the holders of the American and other Western hostages in Lebanon, and supporting radical Palestinian groups such as the Palestine Islamic Jihad (PIJ) and the PFLP-GC. Syria continued to give refuge and support to Lebanese, Palestinian, Turkish, Japanese, and Iranian terrorists while maintaining that all attacks on Israel and the occupied territories are legitimate "national liberation" efforts. North Korea continued to harbor some Japanese Red Army (JRA) terrorists and to provide some support to the New People's Army in the Philippines. Cuba continued to supply and support groups that use terrorism in El Salvador, Colombia, Peru, Honduras, and Chile, among others.

**Cuba**

Cuba continues to serve as a haven for regional revolutionaries and to provide military training, weapons, funds, and guidance to radical subversive groups that use terrorism. The island today remains a major training center and transit point for Latin subversives and some international groups.

El Salvador's Farabundo Marti National Liberation Front (FMLN) has been the primary beneficiary of Cuba's clandestine support network over the last several years. Havana has been the point of origin for most of the weapons used by the FMLN for insurgent and terrorist operations in El Salvador. Other Central American groups, notably in Honduras and Guatemala, have also received Cuban aid. In South America, Chilean radical leftist groups have been the favored recipients of Cuban support, but their aid may have declined since Chile's peaceful transition to civilian rule in March 1990.

Several rebel organizations have offices and members stationed in Havana. Wounded rebels are often treated in Cuban hospitals. With the demise of the pro-Cuban governments in Panama and Nicaragua, Cuba's support has become even more important to radical groups.

**Iran**

Iran's extensive support for terrorism continued during 1990, although the number of terrorist acts attributed to Iranian state sponsorship dropped to 10 in 1990 from 24 in 1989.

Iran has used its intelligence services extensively to facilitate and conduct terrorist attacks, particularly against regime dissidents. Intelligence officers in embassies have used the diplomatic pouch for conveyance of weapons and finances for terrorist groups. Iran continued to strengthen its relationship with Muslim extremists throughout the world, often providing them with advice and financial assistance. Over the past year, Iranian support for terrorism has included:

- Repeating the call for the death of the author of *The Satanic Verses*, Salman Rushdie.
- Assassinations of four antiregime dissidents—in Pakistan, Switzerland, Sweden, and France.
- Supporting radical Shia attacks on Saudi interests, including the assassinations of three Saudi diplomats, in retaliation for the execution of the Hajj bombers.
- Extensive support for Hizballah, the PFLP-GC, the PIJ, and other groups, including provision of arms, funding, and training.

Iranian-backed Shia groups are believed to be in control of Western hostages in Lebanon, and most observers believe that the key to releasing the hostages rests with Iran. One such group, Hizballah, is believed to hold all of the remaining American hostages. Iranian President Ali Akbar Hashemi-Rafsanjani, whose domestic political strength increased during 1990, is thought to favor a pragmatic approach to foreign policy and improved relations with the West, which would require resolution of the hostage problem. For example, *The Tehran Times*, a newspaper considered to reflect Rafsanjani's views, editorialized on 22 February that the hostages should be freed without preconditions. Two months later, US hostages Robert Polhill and Frank Reed were released. The hostage releases received some criticism from hardline elements both in Iran and within Hizballah who questioned whether Iran or the hostage holders had received any benefit for their actions in terms of a good will gesture from the West. No more US hostages were freed in 1990, and press reports indicated that Iran was seeking rewards before any further movement on the hostages was possible.

Major terrorist figures, including Ahmad Jabril of the PFLP-GC and various prominent members of Hizballah, frequently visit Iran. Iran hosted a World Conference on Palestine in Tehran in December in an effort to gain

increasing influence over Islamic affairs, in general, and over the Palestinian movement, in particular. Leaders of several radical Palestinian and Lebanese groups including Saiqa, Hamas, Hizballah, and the Palestinian Islamic Jihad attended.

### Iraq

Iraq was returned to the terrorist list in September 1990 because of its increased contact with, and support for, terrorist groups. After the formation of an international coalition against the invasion of Kuwait, Iraqi officials issued public statements endorsing terrorism as a legitimate tactic.

Following its invasion of Kuwait on 2 August, the Government of Iraq systematically seized the citizens of the United States and many other nations. This occurred in both Kuwait and Iraq and continued for several months. Many of the hostages were moved to strategic sites in Iraq, including [illegible] facilities, weapons research facilities, and major military bases.

This mass act of hostage taking was condemned by nations throughout the world, and the United Nations Security Council adopted Resolution [illegible], demanding that Iraq release these hostages.

Saddam Hussein eventually released the hostages, starting with women and children. By December, all the known hostages were freed, but many Kuwaitis remained in captivity.

Hostage taking on the scale undertaken by Iraq is unprecedented in recent history. Saddam Hussein's operation represented a cynical and futile attempt to terrorize both foreign nationals and their governments and to weaken international resolve to oppose his occupation and annexation of Kuwait.

During 1990, and particularly after 2 August, the press reported increasing movement of terrorists to Baghdad, signaling the deepening relationship between these groups and Iraq. Even before the invasion of Kuwait, Iraq provided safehaven, training, and other support to Palestinian groups with a history of terrorist actions. The Arab Liberation Front (ALF) and Abu Abbas's PLF, responsible

Saddam Hussein in a videotaped meeting with a young hostage. [illegible]

for the [illegible] Achille Lauro hijacking and the terrorist attack on Israeli beaches in May, are among these groups. The ANO is also reported to have reestablished its presence in Iraq in the first half of 1990. Abu Ibrahim, leader of the now-defunct 15 May terrorist organization and known for his skill as a bombmaker, is also reportedly based in Baghdad.

With the end of the Iran-Iraq war, Iraq [illegible] its support for anti-[illegible] groups including the [illegible] ([illegible]). Speculation continues regarding increased Iraqi support for the terrorist Kurdish Workers' Party (PKK) in Turkey. This is coupled with the worsening of Turkish-Iraqi relations over Turkey's enforcement of UN-mandated trade sanctions after the invasion of Kuwait and disputes over water rights.

Senior Iraqi Government officials, including Foreign Minister Tariq Aziz, made public statements justifying terrorism as a legitimate Iraqi response in the event of hostilities between Iraq and the multinational force deployed in the region. There were reports that Iraq planned to put these words into effect and that Iraqi officials, as well as Baghdad's Palestinian surrogates, conducted surveillance against various coalition targets.