

United States Department of State

PATTERNS

OF GLOBAL

TERRORISM:

1991

April 1992

| | |
|---|---|
| Peru | 19 |
| Middle Eastern Overview | 21 |
| Algeria | 22 |
| Egypt | 22 |
| Israel and the Occupied Territories | 22 |
| Jordan | 24 |
| Kuwait | 25 |
| Lebanon | 25 |
| Saudi Arabia | 28 |
| Yemen | 28 |
| State-Sponsored Terrorism Overview | 29 |
| Cuba | 29 |
| Iran | 30 |
| Iraq | 31 |
| Libya | 32 |
| North Korea | 33 |
| Syria | 33 |

**Appendixes**

| | | |
|---|---|---|
| A. | Chronology of Significant Terrorist Events, 1991 | 35 |
| B. | Background Information on Major Groups Discussed in the Report | 53 |
| C. | Nations Qualifying Responsibility for Terrorism | 67 |
| D. | Legal Responsibility for the Security of This Act FS 45 109 | 79 |
| E. | Statistical Review | 81 |
| F. | International Terrorist Incidents, 1991 | 87 |

**Insets**

| | |
|---|---|
| The Palestinian Uprising | 23 |
| International Organizations | 26 |

**Table**

| | |
|---|---|
| Foreign Political Hostages Kidnapped or Found in the US State Public | 27 |



downplayed political ties to many of these groups—notably in Honduras and Chile—in hopes of upgrading diplomatic and trade relations in the region. Shortly before a settlement was reached, Havana publicly backed a political settlement between the Salvadoran Government and the Farabundo Marti National Liberation Front (FMLN), a longtime beneficiary of Cuban military aid and training.

Cuba, nevertheless, reportedly continues to serve as a safehaven for some regional and international terrorist organizations. In addition, Cuba continues to provide limited political training to some leftist organizations. We have no information to confirm that Cuba has closed down its training camps for armed insurgents.

## Iran

Iran continues to be a leading state sponsor of terrorism, even though the number of terrorist acts attributed to its direct sponsorship dropped to five in 1991, down from 10 in 1990 and 28 in 1989.

Iranian intelligence services continue to facilitate and conduct terrorist attacks, particularly against regime opponents living abroad. This policy is undertaken with the approval of the highest levels of the regime, although the government routinely denies involvement in assassination of dissidents or in terrorist attacks carried out by pro-Iranian groups. Iranian diplomatic and commercial facilities are reported to be used extensively in such operations.

During the past year Iran has further strengthened its relationship with extremists who engage in acts of terrorism throughout the world, with special emphasis on the Palestinians. Tehran often provides these groups with advice and financial and material assistance, often via Iranian embassies.

Iran has not limited its assistance only to terrorists who are Islamic fundamentalist in orientation. It has also provided sanctuary and some aid to the Marxist-Leninist separatist group Turkish Kurdish Workers' Party (PKK), a group that has used terrorist tactics in a seven-year campaign to establish a separate Kurdish state in southeastern Turkey.

The outstanding example of Iranian state terrorism in 1991 was the 6 August assassination of former Iranian Prime Minister Shapur Bakhtiar and his aide in a Paris suburb.

French counterterrorism investigating magistrate Jean-Louis Bruguiere has thus far arrested three Iranians and issued an international arrest warrant against Hussein Sheikhattar, a senior official in the Iranian Ministry of Telecommunications. On 31 December France requested the extradition of another suspected Iranian conspirator arrested a week earlier outside the Iranian Embassy in Bern, Switzerland. Swiss officials approved his extradition to France on 24 February 1992, subject to appeals from the suspect. A comprehensive investigation into the case continues amid press reports that Judge Bruguiere could issue additional warrants against more Iranian officials. The linking of the murder to the Iranian Government by Judge Bruguiere has had significant political repercussions for French-Iranian relations, including postponement or cancellation of visits to Iran planned by President Mitterrand and Foreign Minister Dumas.

Iranian-backed Shia groups in Lebanon were involved in the continued detention of Western hostages in 1991. Iran played a key role in the UN-sponsored process that obtained the release of six American and three British hostages in 1991 and the recovery of the bodies of two Americans who died while in captivity. Iran probably helped arrange freedom for the hostages out of the belief that continuation of the crisis was detrimental to Iranian President Rafsanjani's attempt to improve relations with the West and obtain foreign assistance in modernizing Iran's economy. The hostage releases still received criticism from Iranian hardliners and elements of Hizballah. Immediately after the August release of British hostage John McCarthy, Hizballah elements opposed to the hostage releases kidnapped a French citizen. He was freed three days later only after what appeared to be significant pressure from Iran, Syria, and Lebanese figures. Iran has also reportedly offered refuge to about 40 former Hizballah hostage holders and may provide them with new identities to prevent retaliation.

Further demonstration of Iran's close involvement in hostage taking is shown by the Iranian Ambassador to Germany invoking the fate of two German relief workers in an attempt to obtain the release of the Hammadi brothers, two Hizballah terrorists jailed in Germany. Iran has indicated its willingness to help bring about the release of two German hostages believed to be held by Hizballah elements in Lebanon.

Iranian-supported groups in Turkey were believed to have been responsible for the 26 March car bombing in Ankara that injured an Iraqi diplomat and the two October car bombings that killed an American serviceman and injured an Egyptian diplomat.

Major international terrorists—including Ahmad Jabril of the PFLP-GC and various prominent members of Hizballah and factions of the PIJ—frequently visit Iran, often meeting with the regime's senior leadership. In October, representatives of these organizations and others attended a conference hosted by Iran on Palestine designed to strengthen opposition to the Middle East peace process. Tehran has in recent years focused on developing its ties to radical Palestinian groups and tried to increase its influence in the Palestinian movement as a whole.

Iran has steadfastly opposed the Middle East peace process and threatened participants. Iran's spiritual leader, Ayatollah Khamenei, declared on 30 October, "Those who take part in this treason will suffer the wrath of nations." Earlier in the month, Ayatollah Musavi-Ardabili, a senior cleric, called on Muslims to attack American lives and properties as a religious duty.

Iran has continued its death threats against author Salman Rushdie. The bounty on Mr. Rushdie was apparently increased during 1991 to a total of at least $2 million. In addition, two translators of Mr. Rushdie's works were attacked in 1991. An Italian translator was injured in an attack, and a Japanese translator was killed. Both attacks are believed to be linked to the translators' work with the writings of Salman Rushdie.

### Iraq

During 1991 Iraq was a leading state sponsor of terrorism. Iraqi agents and members of pro-Iraqi groups conducted attacks on the United States and other coalition members in a variety of locations around the world. Numerous other planned attacks were frustrated by stringent security precautions imposed by both coalition and noncoalition states in response to the threat of Iraqi-sponsored terrorism.

On 11 June Iraq agreed, in accord with United Nations Security Council Resolution 687, not to support acts of international terrorism or allow terrorists to operate in Iraq. However, Iraq reportedly continues to maintain contacts

with several groups and individuals that have historically practiced terrorism. These include the Arab Liberation Front (ALF), Abu Abbas's Palestine Liberation Front (PLF), the Abu Nidal organization (ANO), and former 15 May organization leader Abu Ibrahim. Baghdad continues to make vague threats of retribution for the military defeat it suffered during Operation Desert Storm.

Iraq was linked directly to only a small number of the more than 200 war-related terrorist incidents that occurred worldwide between mid-January and the end of February 1991, a figure three times greater than the comparable period in 1990. Much of the terrorist activity associated with the Gulf war was attributed to indigenous groups such as November 17 in Greece, the Tupac Amaru Revolutionary Movement (MRTA) in Peru, the Manuel Rodriguez Patriotic Front (FPMR) in Chile, and Dev Sol in Turkey, which was responsible for the death of two US citizens. In the months before Operation Desert Storm began, Iraq reportedly trained terrorists in intelligence activities and sabotage in special camps and prepared operations against coalition targets. During Operation Desert Storm, Saddam Hussein publicly and repeatedly called upon all of his terrorist allies to attack coalition targets, frequently through announcements on Iraq's Mother of Battles radio. The massive wave of anticoalition terrorism did not come to fruition, probably because of the cooperation of several governments in arresting or expelling several hundred Iraqi operatives from their host countries, the disruption in Baghdad's communications, and increased precautions at coalition facilities during the war. The targets hit during the Gulf crisis were typically banks or commercial facilities belonging to members of the coalition; most of the attacks caused only limited property damage.

Iraq was directly involved in the 19 January attempted bombing of the US Cultural Center in Manila by two Iraqi nationals, one of whom was killed when the powerful bomb he was carrying exploded prematurely. The Philippine Government expelled an Iraqi diplomat who directed the operation and his accomplices. Iraq was also responsible for an attempted bombing of the US Ambassador's residence in Indonesia during the same period.

APRIL 1993









United States Department of State

## Iran

Iran was the most dangerous state sponsor of terrorism in 1992, with over 20 acts in 1992 attributable to it or its surrogates. Iran's intelligence services continue to support terrorist acts—either directly or through extremist groups—aimed primarily against Iranian opponents of the regime living abroad and Israeli targets. Although Iran did not carry out direct attacks on US targets in 1992, Iranian agents regularly surveilled US missions and personnel.

Tehran's leaders view terrorism as a valid tool to accomplish the regime's political objectives, and acts of terrorism are approved at the highest level of government in Iran. Hizballah, Iran's most important client, was responsible for the deadliest act of terrorism in 1992, the bombing of the Israeli Embassy in Buenos Aires in March, which killed 29 people and wounded 242. Indications are that Iran at least had foreknowledge of this act and was probably involved.

Despite Iran's attempts to distance itself publicly from direct involvement in terrorist acts during the past year, Tehran has been tied to several bombings and assassinations in the Middle East, Europe, and Latin America.

Iranian intelligence continues to stalk members of the Iranian opposition, especially in the United States, Europe, and the Middle East. There are strong indications that Iran was responsible for the assassination of the leader of the Kurdish Democratic Party of Iran (KDPI) and three of his followers in Berlin in September. The killing closely resembled the murder of the previous head of the KDPI in Vienna in 1989. The fatal stabbing of an Iranian dissident poet in Bonn in August 1992 was reminiscent of the stabbing of former Prime Minister Bakhtiar in Paris in 1991.

In March 1992 a French court sentenced two Iranians in absentia to five years imprisonment on illegal weapons charges stemming from 1986. The two had been waiting outside the home of Abdal Rahman Barumand, an ally of former Prime Minister Bakhtiar. Barumand was assassinated in April 1991 and Bakhtiar in August 1991, both in Paris. Two Iranians were arrested in Paris in November 1992 and held for extradition to Switzerland for the murder of Mujahedin-e Khalq (MEK) leader Kazem Rajavi in 1990.

The death sentence for Salman Rushdie, British author of *The Satanic Verses*, was upheld in 1992 by both the Iranian parliament and Iran's Chief Justice, and the reward for killing him was raised to more than $2 million. The Iranian Government has tried to carry out the death threat. The United Kingdom expelled three Iranian officials who were attempting to organize Rushdie's murder.

Iran is also the world's principal sponsor of extremist Islamic and Palestinian groups, providing them with funds, weapons, and training. Turkish Islamic Jihad, believed to be backed by Iran, claimed responsibility for the March car-bomb murder of an Israeli diplomat in Ankara, as well as a grenade attack on an Istanbul synagogue a few days earlier. These attacks came within weeks after the killing of Hizballah chief Musawi in southern Lebanon by the Israelis. Both Iran and Hizballah had vowed revenge against Israel and the United States for his death.

Iran also supports other radical organizations that have resorted to terrorism, including the Palestine Islamic Jihad (PIJ), the Popular Front for the Liberation of Palestine–General Command (PFLP-GC), and HAMAS. In August, Iran's first vice president met with the chiefs of Hizballah and the PFLP-GC while visiting Damascus. In October, Tehran hosted a series of high-profile meetings with Hizballah and HAMAS with the stated goal of coordinating their efforts against Israel and bringing the Arab-Israeli peace talks to a halt. In the aftermath of these talks, Hizballah increased its operations against Israel, including its repeated use of rockets to attack villages in northern Israel.

Iran has become the main supporter and ally of the fundamentalist regime in Sudan. Members of Iran's Islamic Revolutionary Guard Corps provide training for the Sudanese military. The current Iranian Ambassador to Khartoum was involved in the takeover of the US Embassy in Tehran in 1979 and served as Iranian Charge in Beirut, where he played a leading role in developing the Hizballah terrorist infrastructure in the 1980s. Khartoum has become a key venue for Iranian contact with Palestinian and North African extremists of the Sunni branch of Islam.

Tehran continues to support and provide sanctuary for the Kurdistan Workers Party (PKK), which has been responsible for hundreds of deaths in Turkey this year.

## Iraq

Iraq has not yet fully recovered its ability to conduct international terrorist attacks since the mass expulsion of

APRIL 1994






# PATTERNS OF GLOBAL TERRORISM



United States Department of State







main reason for the increase was an accelerated terrorism campaign perpetrated by the Kurdistan Workers Party (PKK) against Turkish interests. Most of the group's 180 attacks took place on only two days, 24 June and 4 November, and were staged throughout Western Europe. Had it not been for these two days of coordinated attacks, the level of terrorism would have continued the downward trend of recent years.

Anti-US attacks fell to 88 last year from the 142 recorded in 1992. Approximately 21 percent of the international terrorist attacks last year were directed at US targets.[2]

The one international terrorist "spectacular" was the 26 February bombing of the World Trade Center (WTC) in New York City. This massive explosion left a 30 x 30-meter (100 x 100-foot) opening in the underground parking garage, scattered debris throughout an adjacent subway station, and filled all 110 floors of the north tower with smoke. The effects of the blast and the ensuing fire and smoke caused six deaths and 1,000 injuries.

The six dead, all Americans, were John DiGiovanni of Valley Stream, New York; Robert Kirkpatrick of Suffern, New York; Steve Knapp of New York City; Monica Smith of Seaford, New York; William Macko of Bayonne, New Jersey; and Wilfredo Mercado of Brooklyn, New York.

The WTC bombing is considered an act of international terrorism because of the political motivations that spurred the attack and because most of the suspects

[2] We have not included in our terrorism data base the 25 January 1993 shooting outside CIA Headquarters in Langley, Virginia, in which two CIA employees were killed and three others wounded. Mir Aimal Kansi, who is being sought in connection with the attack and is still at large, is not known to be affiliated with a terrorist group or to be an agent of a foreign government.

Some of the suspects arrested in the case are closely linked to others arrested in July in a thwarted plot to blow up selected targets in New York City, including the United Nations building and the Holland and Lincoln Tunnels. Umar Abd al-Rahman, the Muslim cleric from Egypt who resided in New Jersey, and several of his followers were indicted in connection with this plot and were charged with conspiracy. The case went to trial in September 1993, and four suspects were convicted in March 1994.

The WTC bombing was the only terrorist attack in 1993 that produced American fatalities. Two Americans, Jill Papineau and Raymond Matthew Chico, were wounded when a bomb exploded in a cafe in Cairo, Egypt, on the same day as the WTC bombing. Three people were killed, and 16 others were wounded in the cafe bombing.

Western Europe had more international terrorist incidents in 1993—180 attacks—than any other region, primarily because of the two waves of PKK violence. The Middle East had the next highest number—101—followed by Latin America with 97.

Iran remains the world's most active and most dangerous state sponsor of terrorism, through its own state agents and the radical groups it supports. Iraq also continues to sponsor terrorism. Iraq planned to assassinate former President George Bush during his visit to Kuwait in April, and its agents were responsible for numerous attacks on international humanitarian and relief personnel in Iraq.

Last year 109 people were killed in terrorist attacks, and 1,393 were wounded, the highest casualty total in five years.

Syria continues to sponsor groups and provide training sites and bases. Groups with Syrian ties tend to limit attacks to anti-Israel operations, but Syria also assists Marxist groups active in Turkey, the PKK, and Dev Sol. Both groups have attacked Westerners.

## Cuba

In the past, Cuba provided significant military training, weapons, funds, and guidance to radical subversives from different parts of the world. Largely because of its steady and dramatic economic decline, Cuba has been unable to maintain support to subversive groups. Moreover, the Castro regime has minimized its ties to such groups in an attempt to upgrade diplomatic and trade relations. Although there is no evidence that Cuba directly sponsored an international terrorist attack in 1993, the island continued to serve as a safehaven for members of some regional and international terrorist organizations.

Cuba has adhered to UN-mandated sanctions against Libya but has not limited Libyan diplomatic representation as required. In September, Cuban Deputy Prime Minister Pedro Miret Prieto traveled to Libya to expand bilateral cooperation.

## Iran

Iran again was the most active state sponsor of terrorism in 1993 and was implicated in terrorist attacks in Italy, Turkey, and Pakistan. Its intelligence services support terrorist acts--either directly or through extremist groups--aimed primarily against opponents of the regime living abroad. Although neither Iran nor its surrogate Hizballah has launched an attack on US interests since 1991, Iran still surveils US missions and personnel. Tehran's policymakers view terrorism as a valid tool to accomplish their political objectives, and acts of terrorism are approved at the highest levels of the Iranian Government. During the year, Iranian-sponsored terrorist attacks were less frequent in Western Europe and the Middle East, favored venues of the past, but were more frequent in other areas, especially Turkey and Pakistan.

Iranian intelligence continues to stalk members of the Iranian opposition in the United States, Europe, Asia, and the Middle East. Despite Tehran's attempts to distance itself from direct involvement in terrorist acts, Iran has been linked to several assassinations of

dissidents during the past year. Iran was probably responsible for the assassination of at least four members of one opposition group, the Iraq-based Mujahedin-e-Khalq (MEK), one in Italy in March, a second in Pakistan in June in which a bystander was also killed, and two in Turkey in August. The body of a MEK member who was abducted in Istanbul at the end of 1992 has still not been found. In January, the body of another Iranian dissident who had been kidnapped in Istanbul several months before was found. All of the murders were carried out by professional assassins; no arrests have been made.

Iranian intelligence agents are under arrest in Germany and France for their links to murders of Iranian dissidents. One Iranian, identified by German prosecutors as an Iranian intelligence agent, is being tried with four Lebanese Hizballah members for their roles in the murder of three Iranian Kurdish dissidents in Berlin in September 1992. France arrested two Iranians in November 1992 for the murder of MEK leader Kazem Rajavi in Geneva in 1990; on 30 December, France expelled them to Iran, despite an extradition request from Switzerland. They had been in Europe as part of a hit team to assassinate one or more unidentified Iranian dissidents. The French Government explained that it was pursuing French national interests.

A French magistrate investigating the killings of former Iranian Prime Minister Shahpur Bakhtiar and an assistant near Paris in 1991 has linked the murder to Iranian intelligence. Three men are being held in French prisons in connection with the murders, including a nephew of President Rafsanjani who was an employee of the Iranian Embassy, and a nephew of the late Ayatollah Khomeini who was an Iranian radio correspondent. French authorities have issued arrest warrants for several other men.

Iranian leaders continue to defend the late Ayatollah Khomeini's 1989 *fatwa*, which condemned British author Salman Rushdie for blasphemy and called for his death. In February, on the fourth anniversary of the decree, Iran's current spiritual leader, Ayatollah Ali Khamenei, declared that the death sentence must and will be carried out, no matter the consequences. To

22

demonstrate its support, the Iranian Parliament also passed a resolution endorsing the *fatwa* and calling for Rushdie's death. An Iranian foundation that has offered a reward of more than $2 million for killing Rushdie has warned that Muslims will also take revenge on anyone who supports Rushdie. In Beirut, Hizballah vowed to carry out the decree. In Oslo, an unknown assailant shot and seriously wounded the Norwegian publisher of *The Satanic Verses* in October. In Turkey in July, 37 persons died in a fire set by anti-Rushdie demonstrators during a violent three-month-long campaign to prevent a Turkish magazine from publishing excerpts of Rushdie's book. At the start of the campaign, the Iranian Ambassador to Turkey proclaimed that the *fatwa* against Rushdie also applied in Turkey. Fundamentalists, including Turkish Hizballah groups, issued death threats to the journal's officials, distributors, and vendors and attacked printing facilities, distribution vehicles, and sales kiosks, injuring several workers.

Iran is also the world's preeminent sponsor of extremist Islamic and Palestinian groups, providing funds, weapons, and training. The Lebanese Hizballah, Iran's most important client, was responsible for some of the most lethal acts of terrorism of the last decade, including the 1992 car bombing of the Israeli Embassy in Argentina. In 1993, Hizballah concentrated on guerrilla operations in southern Lebanon, including rocket attacks on civilians in northern Israel, and simultaneously boosted its political influence in the Lebanese parliament. Hizballah has also continued its efforts to develop a worldwide terrorist infrastructure.

Iran supports many other radical organizations that have resorted to terrorism, including the PIJ, the PFLP-GC, and HAMAS. Iranian leaders have worked to develop a rejectionist front, comprising Hizballah and 10 Palestinian groups based in Damascus, to counter the Middle East process.

An Iranian-backed Turkish group, Islamic Action—also referred to as the Islamic Movement Organization—is suspected by Turkish authorities in the car bombing of a prominent Turkish journalist in Istanbul in January and an assassination attempt on a Turkish Jewish businessman a few days later. In February, three members of an Iranian-backed radical Islamic group, possibly Islamic Action, were convicted for the bombing of an Istanbul synagogue almost a year earlier. It is unclear whether

the group, some of whose members were arrested by Turkish police, were involved in the anti-Rushdie campaign in Turkey or linked to any of the several hundred murders of secular Kurdish activists in eastern Turkey that have been blamed on so-called Turkish Hizballah groups.

Tehran continues to support and provide sanctuary for the PKK, which was responsible for hundreds of deaths in Turkey during the year.

Iran has become the main supporter and ally of the fundamentalist regime in Sudan. Members of Iran's Islamic Revolutionary Guard Corps provide training for the Sudanese military. The Iranian Ambassador to Khartoum was involved in the takeover of the US Embassy in Tehran in 1979 and played a leading role in developing Hizballah in the 1980s. Khartoum has become a key venue for Iranian contact with Palestinian and North African extremists.

The opposition group MEK launched several attacks into Iran from Iraq in 1993, mostly on oil refineries and pipelines in southwestern Iran. Two guards were killed in an attack on a communications facility of the national oil company in Kermanshah in May. In December, the MEK admitted that it killed a Turkish diplomat in Baghdad, claiming he was mistaken for an Iranian official.

### Iraq

The attempted assassination of former President Bush in Kuwait in April was the most brazen Iraqi act of terrorism in 1993. Iraqi-sponsored terrorism has become almost commonplace in northern Iraq, where the regime has been responsible for dozens of attacks on UN and relief agency personnel and aid convoys.

Iraq has not fully recovered its ability to conduct terrorist attacks outside its borders since the mass expulsion of Iraqi agents from many countries during the Gulf war. However, Iraqi intelligence has resumed sending agents abroad to track opponents of Saddam Husayn.

Kuwaiti officials discovered the elaborate scheme to kill former President Bush with an enormous car bomb shortly before he arrived for a visit. The group arrested

23

# Patterns of Global Terrorism 1994




April 1995



United States Department of State

other assaults throughout Morocco, including the attempted robberies of a bank and a McDonald's restaurant in 1993. Nine suspects were arrested, and Moroccan authorities claimed to have discovered an arms cache hidden by the group.

There have been allegations that Islamic extremists related to the Algerian militant movement were behind the Marrakech incident. But some Moroccan officials have also claimed that members of the Algerian security services were behind the attack, hoping to foment instability in Morocco to take the international focus off the Algerian crisis. The real motives of the attackers remain unclear, and the incident could easily have been an ordinary criminal attack. As of 31 December, the Marrakech attack was not followed by similar incidents in Morocco.

### State-Sponsored Terrorism Overview

The provision of funding, safehaven, and weapons and logistic support to terrorists by sovereign states is crucial to the operation of many international terrorist organizations. Such support continues in defiance of the international community's unequivocal condemnation of terrorism and those who support it. Recognizing the danger that such support represents, a primary aim of our counterterrorism policy has been to apply pressure to such states to stop that support and to make them pay the cost if they persist. We do this by publicly identifying state sponsors and by imposing economic, diplomatic, and sometimes military sanctions. Seven nations are designated as states that sponsor international terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

Cuba is no longer able to actively support armed struggle in Latin America and other parts of the world as the Castro regime has become preoccupied with its struggle for existence. Although there is no evidence of direct sponsorship of terrorist acts in 1994, Havana does provide safehaven for several international terrorists. Cuba has not renounced political support for groups that engage in international terrorism.

Iran is still the most active state sponsor of international terrorism. Iranian terrorist operations concentrate on Iranian dissidents living outside Iran. While Tehran has tried

to moderate its public image in the West, Iran continues to use terrorism as ruthlessly as it did under Khomeini and supports groups, such as Hizballah, that pose a threat to Americans. In December, a French court handed down a decision in the trial of three Iranians accused of participating in the 1991 murder of former Iranian Prime Minister Bakhtiar and an assistant. One was sentenced to life and one to 10 years in prison, while the third, an employee of the Iranian Embassy in Bern, was acquitted. Iran remains committed to carrying out the death sentence imposed on British author Salman Rushdie. Iran's main client, Hizballah, could well have been responsible for the 18 July bombing of the Argentine-Israel Mutual Association (AMIA) that left nearly 100 persons dead. Iran supports many other radical organizations that have resorted to terrorism, such as the Palestinian Islamic Jihad (PIJ), HAMAS, and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC).

Throughout 1994 Iraq remained out of compliance with UN Security Council resolutions, including those requiring it to renounce terrorism. Iraq continued its terrorist attacks against political dissidents, both at home and abroad. It also continued its terrorist war of attrition aimed at driving UN and other foreign aid agencies out of northern Iraq and depriving the Kurdish population of relief supplies. There were at least 17 attacks against UN and international relief personnel reported in 1994. Iraq continues to provide safehaven and training facilities for several terrorist organizations, including Abu Abbas' Palestine Liberation Front (PLF), the ANO, and the Arab Liberation Front (ALF). In June, a Kuwaiti court rendered verdicts in the trial of the 14 individuals accused of participating in the plot to assassinate former President Bush during his April 1993 visit to Kuwait.

Libya continued to defy the demands of UN Security Council resolutions adopted in response to Tripoli's involvement in the bombings of Pan Am Flight 103 and UTA Flight 772. The resolutions demand that Tripoli turn over the two Libyan intelligence agents suspected of carrying out the bombing plot for trial either in a US or UK court, pay compensation to the victims, cooperate in the ongoing investigation, and cease all support for terrorism. Available evidence suggests Libya was

behind the disappearance of prominent Libyan dissident
and human rights activist Mansour Kikhia from his hotel
room in Egypt in December 1993. Leaders of terrorist
groups HAMAS and the Palestinian Islamic Jihad (PIJ)
publicly announced that Qadhafi had pledged to provide
them with aid for the "Liberation of Palestine."

North Korea is not known to have sponsored any inter-
national terrorist attacks since 1987, when it conducted
the midflight bombing of a KAL airliner. North Korea has
publicly condemned terrorism but maintains contacts
with groups that practice terrorism and continues to pro-
vide sanctuary to Japanese Communist League–Red
Army Faction terrorists who hijacked a Japan Airlines
flight to North Korea in 1970.

While there is no evidence that the Government of
Sudan conducted or sponsored a specific act of terror-
ism in 1996, the regime provided assistance and sup-
port for members of several international terrorist
groups operating in Sudan. These include some of the
world's most violent organizations: the Abu Nidal orga-
nization [remainder illegible]

[several illegible lines]

Cuba

[illegible lines]

years past, Havana provided significant levels of military
training, weapons, funds, and guidance to leftist subver-
sives. Currently, the regime's focus is largely on eco-
nomic survival, and the government is attempting to
upgrade diplomatic and trade relations within Latin
America. Cuba's economy continued to deteriorate, and
a large antiregime demonstration broke out for the first
time in 1994.

Although there is no evidence that Cuban officials have
been directly involved in sponsoring a specific act of ter-
rorism during the past year, Havana did provide safe-
haven in 1994 to several terrorists in Cuba. A number of
ETA Basque terrorists who sought sanctuary in Cuba
several years ago continue to live on the island. Some of
the more than 40 Chilean terrorists from the Manuel
Rodriguez Patriotic Front (FPMR) who escaped from a
Chilean prison in 1990 also probably still reside in Cuba.
Colombia's two main guerrilla groups, the Revolutionary
Armed Forces of Colombia (FARC) and the National Lib-
eration Army (ELN), reportedly maintain representatives
in Havana.

Iran

[several illegible lines]

[illegible lines]

[illegible block]

Confirmed attacks on Iranian dissidents in the past year include the following: the 7 January killing of Taha Kirmeneh, a dissident who was a member of the Kurdish Democratic Party of Iran (KDPI), by gunmen in Corfu, Turkey; the 18 January wounding of a member of the KDPI by a letter bomb in Stockholm, Sweden, the killing of a KDPI leader in Sulaymaniyah, Iraq, on 10 March; and the killing of two members of the Mojahedin-e Khalq (MEK) in Baghdad, Iraq, while driving to Baghdad on 29 May. While the MEK has been victimized by Iranian terrorism, the group has itself employed terrorist tactics.

The 24 June murder of dissident Osman Mohammad Amini at his home in Copenhagen and the 12 September murder of dissident Ali Mohammad Assadi in Bucharest may also have been carried out at the Iranian Government's behest.

On 6 December, a French court handed down a decision in the trial of three Iranians accused of participating in the 1991 murder of former Iranian Prime Minister Bakhtiar and an assistant. One defendant received life imprisonment. A second, an Iranian radio correspondent who is reputed to be a nephew of the late Ayatollah Khomeini, was sentenced to 10 years in jail. The third, an employee of the Iranian Embassy in Bonn, was acquitted.

Iran speaks repeatedly to implementation of the death sentence imposed on British author Salman Rushdie. When replying to Western reforms, Iranian leaders claim that the fatwa on religious ruling against Rushdie is a religious matter was valid and could not be changed such as this.

However, the Iranian Government continues to perpetuate campaign against Rushdie. In February, the fifth anniversary of the fatwa, Tehran Radio quoted that "The book and the work the blasphemy." In September 1994 Hassan Sanei, the head of a parastatal committee, increased the size of its million payable for the murder of Rushdie, said that supporters of Rushdie who contracts for the killing of him more possibly on the "positions." Although many Iranian officials would publicly that the fatwa decision would be carried out, the influence of the fatwa is likely lies possible from a September, the head of a Muslim organization in Norway threatened to kill Rushdie if he attended a conference on freedom of expression in Stavanger.

Iran is also the world's preeminent state sponsor of extremist Islamic and Palestinian groups, providing funds, weapons, and training. Hizballah, Iran's closest client, could well have been responsible for the 18 July bombing of the Argentine-Israeli Mutual Association that left nearly 100 persons dead. This operation was virtually identical to the one conducted in March 1992 against the Israeli Embassy in Buenos Aires, for which Hizballah claimed responsibility. Hizballah had stated that it would seek retaliation against Israel for the kidnapping of a well-known Lebanese Shia terrorist and the Israeli airstrike in June on a Hizballah camp in Lebanon that killed more than 20 extremists.

Iran supports many other radical organizations that have engaged in terrorism. Tehran opposes any compromise with or recognition of Israel and, as the peace process moves ahead, has worked to coordinate a rejectionist front to oppose the Israeli-PLO accords, particularly with the PIJ, the PFLP-GC, and HAMAS, as well as Hizballah.

Tehran continues to provide safehaven to the terrorist Kurdistan Workers' Party (PKK) in Iran. The PKK—seeking to establish a Kurdish state in southeastern Turkey—in 1994 conducted a violent campaign against Turkish tourism, including attacks on tourist spots frequented by foreigners, while continuing continued the use of terrorist against Turkish citizens, including while inside Iraq.

Iraq

Iraq continued to engage in state-sponsored terrorism and harassment as in state in 1994. It is redoubling its ability to mount terrorist actions abroad despite limitations and operational constraints imposed in the wake of the Gulf war.

The [illegible] various of Iraqi terrorist activities among Kurds expand to several terrorist groups and individuals including elements of the PKK, terrorist Lebanese, the Mujahidin-e-Khalq which supports the government faction during Saddam has Tehran Iraqi from PKK) and operated the terrorist few faction, Iraq takes out Saddam's rule in 1994.

# PATTERNS OF
# GLOBAL TERRORISM
## 1 9 9 5

April 1996



United States Department of State

North Korea (the Democratic People's Republic of Korea, or DPRK) is not known to have sponsored any terrorist acts since 1987. Since 1993 the DPRK has made several efforts to reiterate a stated position of opposition to all forms of international terrorism. The DPRK Government since 1970 has provided safehaven to several members of the Japanese Communist League–Red Army Faction, who participated in an aircraft hijacking in 1970.

Sudan came into sharper focus in 1995 as a center of international terrorist activities. By year's end it was at odds with many of its neighbors. Uganda and Eritrea had severed diplomatic relations with Khartoum because of its support of armed opposition groups in those countries. Ethiopia and Egypt accused Sudan of complicity in one of the year's highest profile terrorist crimes, the unsuccessful attempt to assassinate Egyptian President Hosni Mubarak in Addis Ababa on 26 June, attributed to the Egyptian al-Gama'at al-Islamiyya (Islamic Group or IG). Surviving assailants captured by Ethiopian police incriminated the Sudanese Government, which is dominated by the National Islamic Front (NIF), in planning the crime and training the assailants. Three conspirators are believed to be in Sudan. When Khartoum refused to cooperate in apprehending them, the Organization for African Unity (OAU) called for Sudan to hand over the suspects. In addition, Sudan continues to harbor Usama Bin Ladin, a major financier of terrorism, and members of some of the world's most violent groups like the IG, ANO, Lebanese Hizballah and HAMAS. Khartoum is a major transit point and base for a number of terrorist groups.

There is no evidence that Syrian officials have been directly involved in planning or executing terrorist attacks since 1986. Nevertheless, Syria continues to provide safehaven and support—inside Syria and in areas of Lebanon under Syrian control—for terrorist groups such as Ahmad Jibril's PFLP-GC, HAMAS, Palestine Islamic Jihad (PIJ), the Japanese Red Army, and the Kurdistan Workers' Party (PKK). Syria has permitted Iranian resupply of Hizballah via Damascus but continues to restrain the international activities of some of these groups.

### Cuba

Cuba no longer actively supports armed struggle in Latin America and other parts of the world. In earlier military training, weapons, funding, and guidance to leftist extremists worldwide. Havana's focus now is to forestall an economic collapse; the government actively continued to seek the upgrading of diplomatic and trade relations with other nations.

Cuba is not known to have sponsored any international terrorist incidents in 1995. Havana, however, provided safehaven to several terrorists in Cuba during the year. A number of Basque Fatherland and Liberty (ETA) terrorists, who sought sanctuary in Cuba several years ago, still live on the island. Members of a few Latin American terrorist organizations and US fugitives also reside in Cuba.

### Iran

Iran remains the premier state sponsor of international terrorism and is deeply involved in the planning and execution of terrorist acts both by its own agents and by surrogate groups. This year Tehran escalated its assassination campaign against dissidents living abroad; there were seven confirmed murders of dissidents in 1995, compared with four in 1994. Iranian antidissident operations concentrated on the regime's main opposition group, the Mojahedin-e Khalq (MEK), and the Kurdish Democratic Party of Iran (KDPI).

Leaders of Iranian dissident groups are the most frequent victims of Iranian intelligence and terrorist operations. In 1995 most antidissident attacks were conducted in Iraq, in contrast to prior years' worldwide operations. Attacks on Iranian dissidents in Iraq during the year included the shooting deaths on 17 May of two MEK members in Baghdad, the murder on 5 June of two members of the Iranian Kurdish "Toilers" Party (Komelah) in Sulaymaniyah, and the killing of three MEK members in Baghdad on 10 July. The shooting death in Paris on 17 September of Hashem Abdollahi, son of the chief witness in the trial of 1994 that convicted two Iranians for murdering former Iranian Prime Minister Bakhtiar in 1991, may have been an antidissident attack.

Sendar Hosseini, a suspect in the 1994 murder of dissident Osman Muhammed Amini in Copenhagen, Denmark, was arrested by Italian police in Bibione, Italy.

Iran provides arms, training, and money to Lebanese Hizballah and several Palestinian extremist groups that use terrorism to oppose the Middle East peace process. Tehran, which is against any compromise with or recognition of Israel, continued in 1995 to encourage Hizballah, HAMAS, the PIJ, the PFLP-GC, and other Palestinian rejectionist groups to form a coordinated front to resist Israel and the peace process through violence and terrorism.

Hizballah, Iran's closest client, remains the leading suspect in the July 1994 bombing of the Argentine-Israel Mutual Association (AMIA) in Buenos Aires that killed at least 96 persons. This operation was virtually identical to the one conducted in March 1992 against the Israeli Embassy in Buenos Aires, for which Hizballah claimed responsibility.

Iran also gives varying degrees of assistance to an assortment of radical Islamic and secular groups from North Africa to Central Asia. For example, Tehran continued to offer the Kurdistan Workers' Party (PKK) safehaven in Iran. Seeking to establish a Kurdish state in southeastern Turkey, the PKK in 1995 launched numerous attacks in Europe and continued its violent campaign against Turkish tourism, including attacks on tourist spots frequented by Westerners. Tehran also provided some support to Turkish Islamic groups that have been blamed for attacks against Turkish secular and Jewish figures.

Iranian authorities reaffirmed the validity of the death sentence imposed on British author Salman Rushdie, although some Iranian officials claimed that the Government of Iran would not implement the *fatwa*. Tehran, however, continued to mount a propaganda campaign against Rushdie. In February—the sixth anniversary of the judgment—Iran's official news agency IRNA reported that Deputy Foreign Minister Mahmoud Vaezi "underlined the need for the implementation of the *fatwa* against the author of the blasphemous book *The Satanic Verses*." Vaezi in May declared that "the *fatwa* issued by the late Imam [Khomeini] could neither be revoked nor changed by anybody."

Despite increasing Iranian support for extremist groups and involvement in terrorist operations, President Rafsanjani continued to project publicly a "moderate"

to facilitate the expansion of its relations with them. This quest for respectability probably explains why Iran reduced its attacks in Europe last year; Tehran wants to ensure access to Western capital and markets.

Iran continued to view the United States as its principal foreign adversary, supporting groups such as Hizballah that pose a threat to US citizens. Because of Tehran's and Hizballah's deep antipathy toward the United States, US missions and personnel abroad continue to be at risk.

### Iraq

During 1995 several acts of political violence in northern Iraq matched Baghdad's pattern of using terrorism against the local population and regime defectors. Although Iraq's terrorist infrastructure has not recovered from the blows it suffered during the Gulf war, Baghdad has taken measures to restore its terrorist options.

Iraq remains far from compliance with UN resolutions that require it to cease internal repression and support for terrorism. Iraqi-sponsored terrorism has been commonplace in northern Iraq, where the regime is responsible for more than 100 attacks on UN and relief agency personnel and aid convoys over the past several years. In 1995 there were a number of acts of political violence for which Baghdad is a suspect. For example, a blast on 9 November at the security office in Kurdish-controlled northern Iraq of the opposition Iraqi National Congress (INC) killed at least 25 persons. The INC has been targeted before by the regime in Baghdad.

Early in the year, a number of Iraqi oppositionists in northern Iraq were poisoned by thallium. At least one survived and was treated in a British hospital. The British Government confirmed that he was a victim of a regime assassination attempt.

In October, the British Government expelled an officer of the Iraqi Interests Section in London for engaging in "activities incompatible with his diplomatic status." The London-based Iraqi opposition reported that the official concerned was an employee of the Iraqi intelligence services who was responsible for targeting Iraqi exiles for attack.





The State Department web site below is a permanent electronic archive of information released prior to January 20, 2001. Please see www.state.gov for material released since President George W. Bush took office on that date. This site is not updated so external links may no longer function. Contact us with any questions about finding information.

NOTE: External links to other Internet sites should not be construed as an endorsement of the views contained therein.



Patterns of
# Global Terrorism
1996

---

## Overview of State-Sponsored Terrorism

The United States actively promotes international cooperation in condemning state sponsorship of terrorism and in bringing maximum pressure to bear against state sponsors. The Secretary of State has designated seven countries as state sponsors of terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

Although US and international pressure has led to a decline in active state sponsorship of terrorism in recent years, more can and should be done to restrain those states that engage in terrorism themselves, or assist terrorists by providing sanctuary, arms, training, logistic support, financial backing, or diplomatic facilities. A range of bilateral and multilateral sanctions are in place to discourage these countries from continuing their support for international terrorism.

Cuba no longer is able to support actively armed struggle in Latin America or other regions of the world because of its severe economic problems. Although there is no current evidence that Cuba was directly involved in sponsoring specific acts of terrorism in 1996, it continues to provide safehaven for several international terrorists and maintains close ties to other state sponsors.

Iran, the most active state sponsor of terrorism today, continues to provide direction and support to terrorist groups, including Hizballah in Lebanon. Iran continues to assassinate dissidents abroad and also provides support to other terrorist groups that oppose Israel and the Middle East peace process. Iran has not withdrawn the fatwa against the life of Salman Rushdie.

Iraq's ability to carry out terrorism abroad has been curbed by UN sanctions. As events during 1996 clearly demonstrated, however, Saddam Hussein's regime continues to murder dissidents throughout Iraq and target foreign and local relief personnel in the northern part of the country.

Terrorism by Libya has been sharply reduced by UN sanctions imposed after the bombings of Pan Am Flight 103 (1988) and UTA Flight 772 (1989). Libya still evades its obligation to hand over those indicted for these crimes.

Although North Korea cannot be conclusively linked to any international terrorist attacks since 1987, it continues to provide sanctuary to Japanese Red Army members.

Sudan was not directly involved in any acts of international terrorism in 1996 and took some positive steps to distance itself from its past support for terrorism. At the same time, Sudan continued to serve as a sanctuary and training center for several international terrorist groups. Moreover, it has not complied with the UN Security Council's demand that it turn over the three suspects implicated in the 1995 assassination attempt against President Mubarak.

There is no evidence of direct Syrian Government involvement in acts of international terrorism since 1986. The United States continues to urge Syria to banish terrorist groups that maintain a presence in Syria or in Syrian-controlled territory in Lebanon. Until Syria does so, it will remain on the list of state sponsors.

## Cuba

Archive Site for State Department information prior to January 20, 2001.
This site is not updated.
RETURN to the current State Department web site.



US STATE DEPARTMENT    search    archive    faq    feedback    index

The Secretary of State

Outreach    Policy    Services    The Dept    Regions

# 1996 Patterns of Global Terrorism Report

Table of Contents

## Introduction

Terrorism in 1996 continued to cause grave concern and disruption in scores of countries. Combating this menace remains a very high priority for the United States and many other nations. But finding clear "patterns" in this form of political violence is becoming more difficult.

The Department of State's annual Patterns of Global Terrorism focuses primarily on international terrorism involving citizens or territory of two or more states. It also describes but does not provide statistics on domestic terrorism abroad, which is an even more widespread phenomenon. The number of international terrorist incidents has fallen, from a peak of 665 in 1987, to 296 in 1996, a 25-year low. Moreover, about two-thirds of these attacks were minor acts of politically motivated violence against commercial targets, which caused no deaths and few casualties.

Yet while the incidence of international terrorism has dropped sharply in the last decade, the overall threat of terrorism remains very serious. The death toll from acts of international terrorism rose from 163 in 1995 to 311 in 1996, as the trend continued toward more ruthless attacks on mass civilian targets and the use of more powerful bombs. The threat of terrorist use of materials of mass destruction is an issue of growing concern, although few such attempts or attacks have actually occurred. Finally, domestic terrorism, in countries such as Algeria, India, Sri Lanka, and Pakistan, appears to be growing and is more serious, in gross terms, than international terrorism.

It is clear, in any case, that the damage to society from terrorism is very high, and not just in terms of the dead and wounded. Terrorism, by definition, is aimed at a wider audience than its immediate victims. Terrorists proved again in 1996 that they can command a worldwide audience for their crimes and cause great disruption, fear, and economic damage. A dramatic truck bombing of the Al Khubar apartment complex near Dhahran, Saudi Arabia, in June killed 19 US airmen, wounded 240 other US citizens, and resulted in many other casualties. A series of suicide bombings in Tel Aviv and Jerusalem by extremist groups aiming to destroy the Middle East peace process killed more than 60 and led to early elections and

# Iran

Iran remained the premier state sponsor of terrorism in 1996. It continued to be involved in the planning and execution of terrorist acts by its own agents and by surrogates such as Lebanese Hizballah and continued to fund and train known terrorist groups.

Tehran conducted at least eight dissident assassinations outside Iran in 1996. In May 1996 Reza Mazlouman, a government official under the Shah, was murdered in Paris by an Iranian resident of Germany with alleged ties to Iran's Ministry of Intelligence and Security (MOIS). The suspect was extradited to France by Germany. Seven other dissidents were assassinated by Iran in 1996 in Turkey and northern Iraq. Iran's primary targets are members of the regime's main opposition groups, the Mujahedin-e Khalq (MEK) and the Kurdish Democratic Party of Iran (KDPI), as well as former officials of the late Shah's government who speak out against the clerical regime.

Iran continued to provide support-including money, weapons, and training-to a variety of terrorist groups, such as Hizballah, HAMAS, and the Palestine Islamic Jihad (PIJ). It continued to oppose any recognition of Israel and to encourage violent rejection of the Middle East peace process. For example, Iranian Vice President Habibi met with HAMAS leaders in Damascus and praised their successful efforts immediately following the February bombings in Israel. HAMAS claimed responsibility for two more bombings in Israel the following week.

During a routine customs inspection of an Iranian vessel in Antwerp in March, Belgian authorities discovered a disassembled mortar-like weapon hidden in a shipment of pickles. The shipment was consigned to an Iranian merchant living in Germany. Iranian dissidents claim that the mortar was intended for use in an assassination attempt against Iranian exiles in Europe.

Testimony in the three-year-long trial of an Iranian and four Lebanese for the Iran-sponsored killing of Iranian Kurdish dissidents in Berlin's Mykonos restaurant in 1992 concluded in late 1996. German authorities issued an arrest warrant in March for Ali Fallahian, Iran's Intelligence Minister. In the fall, former Iranian President Abolhassan Bani Sadr and two other witnesses testified against Iran. In final statements in late November, German prosecutors charged Iranian Supreme Leader Khamenei and Iranian President Rafsanjani with approving the operation. (Guilty verdicts for four of the accused were announced in April 1997.)

Iranian leaders have consistently denied being able to revoke the *fatwa* against Salman Rushdie's life, in effect for nearly eight years, claiming that revocation is impossible because the author of the fatwa is deceased. There is no indication that Tehran is pressuring the 15 Khordad Foundation to withdraw the $2 million reward it is offering to anyone who will kill Rushdie.

In addition, Iran provides safehaven to elements of the Kurdistan Workers' Party (PKK), a Turkish separatist group that has conducted numerous terrorist attacks in Turkey and throughout Europe. Although Turkey and Iran agreed to a joint operation in mid-October to remove the PKK from the border region, Iran reportedly failed to cooperate in a meaningful way.

Iran's terrorist network in the Persian Gulf remained active in 1996. The Government of Bahrain announced in June the discovery of a local Hizballah group of Bahraini Shiites who had been trained and sponsored by Iran in an effort to overthrow the ruling al-Khalifa family.

# Iraq

Iraq has not managed to recover its pre-Gulf war international terrorist capabilities, but it is slowly rebuilding its intelligence network. Acts of political violence continued in northern Iraq, and intra-Kurdish fighting in August led to an increased number of operatives there under Baghdad's control. At the time of its military attack on Irbil, Iraq reportedly murdered more than 100 Iraqis associated with the dissident Iraqi National Congress (INC). Later, Baghdad renewed its threat to charge foreign relief personnel and other Iraqi staff with "espionage," a crime punishable by death.



PATTERNS OF
GLOBAL
TERRORISM

1 9 9 7

UNITED STATES DEPARTMENT OF STATE

Archive Site for State Department information prior to January 20, 2001.
This site is not updated.
RETURN to the current State Department web site.

 Patterns of Global Terrorism: 1997

# Overview of State-Sponsored Terrorism

## Overview of State-Sponsored Terrorism

The Secretary of State has designated seven governments as state sponsors of terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria. These governments support international terrorism either by engaging in terrorist activity themselves or by providing arms, training, safehaven, diplomatic facilities, financial backing, logistic and/or other support to terrorists.

The US policy of bringing maximum pressure to bear on state sponsors of terrorism and encouraging other countries to do likewise has paid significant dividends. There has been a marked decline in state-sponsored terrorism in recent years. A broad range of bilateral and multilateral sanctions serves to discourage state sponsors of terrorism from continuing their support for international acts of terrorism, but continued pressure is essential.

Although there is no evidence to indicate that Cuba sponsored any international terrorist activity in 1997, it continues to provide sanctuary to terrorists from several different terrorist organizations. Cuba also maintains strong links to other state sponsors of terrorism.

Notwithstanding some conciliatory statements in the months after President Khatami's inauguration in August 1997, Iran remains the most active state sponsor of terrorism. There is no evidence that Iranian policy has changed, and Iran continues both to provide significant support to terrorist organizations and to assassinate dissidents abroad.

Iraq provides safehaven to a number of terrorist and rejectionist groups. It continues to rebuild its intelligence network, which had been used to support international terrorist activity, but there is no available evidence to prove active Iraqi participation in terrorist activity in 1997.

Libya also continues to provide safehaven to accused terrorists, refusing to hand over the two suspects in the Pan Am 103 attack and the six suspects named by French authorities in the attack on UTA 772. Libya refuses to comply fully with UN Security Council sanctions imposed because of Libyan involvement in both bombings. In addition, Libya continues to provide support to a number of Middle Eastern terrorist groups, including the ANO, PIJ, and the PFLP-GC. Credible evidence indicates Libya abducted prominent Libyan dissident and human rights activist Mansur Kikhia (a legal permanent resident of the United States) in 1993 and had him executed in early 1994.

Although North Korea has not been conclusively linked to any acts of international terrorism since the

Iran

Iran remained the most active state sponsor of terrorism in 1997. Tehran continued to be involved in the planning and execution of terrorist acts by its own agents and by surrogates such as the Lebanese Hizballah and continued to fund and train known terrorist groups throughout 1997. Although the August 1997 accession of President Khatami has resulted in more conciliatory Iranian public statements, such as public condemnations of terrorist attacks by Algerian and Egyptian groups, Iranian support for terrorism remains in place.

Tehran conducted at least 13 assassinations in 1997, the majority of which were carried out in northern Iraq. Iran's targets normally include, but are not limited to, members of the regime's main opposition groups, including the Kurdish Democratic Party of Iran (KDPI) and the Mujahedin-e Khalq (MEK). Elsewhere in Iraq, in January 1997 Iranian agents tried to attack the Baghdad headquarters of the MEK using a "supermortar" of a design similar to that discovered aboard the Iranian ship "Kolahdooz" by Belgian customs authorities in early 1996. The attack was unsuccessful, resulting in the death of one person and some damage to an Iraqi hospital building.

April 1997 witnessed the conclusion of the trial in Germany of an Iranian and four Lebanese for the 1992 killing of Iranian Kurdish dissidents, one of whom was then Secretary General of the KDPI, in Berlin's

Mykonos restaurant. A German judge found the Iranian and three of the Lebanese guilty of the murders. Two defendants, Kazem Darabi and Abbas Rhayel, were sentenced to life in prison. Two others, Yousef Amin and Muhammad Atris, received sentences of 11 years and five years and three months, respectively. The fifth defendant, Aatollah Ayad, was acquitted. The court stated that the Government of Iran had followed a deliberate policy of liquidating the regime's opponents who lived outside Iran, including the opposition KDPI. The judge further stated that the Mykonos murders had been approved at the most senior levels of the Iranian Government by an extra-legal committee whose members included the Minister of Intelligence and Security, the Foreign Minister, the President, and the Supreme Leader. As a result of elections in May, however, the positions of Minister of Intelligence and Security, Foreign Minister, and President are now held by individuals other than those who were involved in the "Mykonos" murders. In March 1996 a German court had issued an arrest warrant in this case for Ali Fallahian, the former Iranian Minister of Intelligence and Security.

In September 1997, Iran's new leadership affirmed the *fatwa* on Salman Rushdie, which has been in effect since 1989, stating once again that revocation is impossible since the author of the *fatwa* is deceased. There is no indication that Tehran is pressuring the Fifteen Khordad Foundation to withdraw the $2.5 million reward it is offering for executing the *fatwa* on Rushdie.

Iran continued to provide support--in the form of training, money, and/or weapons--to a variety of terrorist groups, such as Lebanese Hizballah, HAMAS, and the PIJ. The Iranian Government continues to oppose recognition of Israel and to encourage violent rejection of the Middle East Peace Process. In the fall of 1997, Tehran hosted numerous representatives of terrorist groups--including HAMAS, Lebanese Hizballah, the PIJ, and the Egyptian al-Gama'at al-Islamiya--at a conference of "Liberation Movements." Participants reportedly discussed the jihad, establishing greater coordination between certain groups, and an increase in support for some groups. In October, the Algerian Government accused Tehran of training and equipping Algerian terrorists.

Iran still provides safehaven to elements of the PKK, a Turkish separatist group that has conducted numerous terrorist attacks in Turkey and on Turkish targets in Europe. Following a late 1997 Turkish incursion into northern Iran in pursuit of PKK cadres, Tehran protested the violation of its territory but in 1997 made no effort to remove the PKK from Iranian territory.

In November, Iran's Minister of Foreign Affairs, Dr. Kamal Kharrazi, publicly condemned the terrorist attack by the Egyptian al-Gama'at al-Islamiyya on tourists at Luxor, Egypt. Similarly, in early January 1998 the Foreign Ministry's official spokesman, Mahmud Mohammadi, also condemned the vicious attacks on civilians during the Muslim month of Ramadan (late December 1997 to early January 1998) "no matter who was responsible."



Department of State Publication 10610
Office of the Secretary of State
Office of the Coordinator for Counterterrorism
*Released April 1999*



The State Department web site below is a permanent electronic archive of information released prior to January 20, 2001. Please see www.state.gov for material released since President George W. Bush took office on that date. This site is not updated so external links may no longer function. Contact us with any questions about finding information.

NOTE: External links to other Internet sites should not be construed as an endorsement of the views contained therein.



Patterns of Global Terrorism: 1998

# Introduction

The cowardly and deadly bombings of the US Embassies in Kenya and Tanzania in August 1998 were powerful reminders that the threat of international terrorism still confronts the world. These attacks contributed to a record-high number of casualties during 1998: more than 700 people died and almost 6,000 were wounded. It is essential that all law-abiding nations redouble their efforts to contain this global threat and save lives.

Despite the Embassy bombings, the number of international terrorist attacks actually fell again in 1998, continuing a downward trend that began several years ago. There were no acts of international terrorism in the United States last year. This decrease in international terrorism both at home and abroad reflects the diplomatic and law enforcement progress we have made in discrediting terrorist groups and making it harder for them to operate. It also reflects the improved political climate that has diminished terrorist activity in recent years in various parts of the world.

The United States is engaged in a long-term effort against international terrorism to protect lives and hold terrorists accountable. We will use the full range of tools at our disposal, including diplomacy backed by the use of force when necessary, as well as law enforcement and economic measures.

## US Policy

The United States has developed a counterterrorism policy that has served us well over the years and was advanced aggressively during 1998:

- First, make no concessions to terrorists and strike no deals.

- Second, bring terrorists to justice for their crimes.

- Third, isolate and apply pressure on states that sponsor terrorism to force them to change their behavior.

    The Secretary of State has designated seven countries as state sponsors of terrorism: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria. In addition, the US Government certified an eighth country–Afghanistan–as not fully cooperating with US antiterrorism efforts.

- Fourth, bolster the counterterrorism capabilities of those countries that work with the United States and require assistance.

This last element is especially important in light of the evolving threat from transnational terrorist groups. These loosely affiliated organizations operate more independently of state sponsors, although those relationships still exist. They are highly mobile and operate globally, raising large amounts of money, training in various countries, and possessing sophisticated technology. The United States must continue to work together with like-minded nations to close down these terrorist networks wherever they are found and make it more difficult for them to operate any place in the world.

## The US Response to the Africa Bombings

sympathizers in various countries, and support from close allies like the Egyptian and South Asian groups that signed his so-called fatwa, he funds, trains, and offers logistic help to extremists not directly affiliated with his organization.

Bin Ladin seeks to aid those who support his primary goal--driving US forces from the Arabian Peninsula, removing the Saudi ruling family from power, and "liberating Palestine"--or his secondary goals of removing Western military forces and overthrowing what he calls corrupt, Western-oriented governments in predominantly Muslim countries. To these ends, his organization has sent trainers throughout Afghanistan as well as to Tajikistan, Bosnia and Herzegovina, Chechnya, Somalia, Sudan, and Yemen, and has trained fighters from numerous other countries, including the Philippines, Egypt, Libya, Pakistan, and Eritrea.

Using the ties al-Qaida has developed, Bin Ladin believes he can call upon individuals and groups virtually worldwide to conduct terrorist attacks. His Egyptian and South Asian allies, for example, publicly threatened US interests in the latter half of 1998. Bin Ladin's own public remarks underscore his expanding interests, including a desire to obtain a capability to deploy weapons of mass destruction.

On 4 November indictments were returned in the US District Court for the Southern District of New York in connection with the two US Embassy bombings in Africa. Charged in the indictment were: Usama Bin Ladin, his military commander Muhammad Atef, and Wadih El Hage, Fazul Abdullah Mohammed, Mohammed Sadeek Odeh, and Mohamed Rashed Daoud al-Owhali, all members of al-Qaida. Two of these suspects, Odeh and al-Owhali, were turned over to US authorities in Kenya and brought to the United States to stand trial. Another suspect, Mamdouh Mahmud Salim, was arrested in Germany and extradited to the United States in December. On 16 December five others were indicted for their role in the Dar es Salaam Embassy bombing: Mustafa Mohammed Fadhil, Khalfan Khamis Mohamed, Ahmed Khalfan Ghailani, Fahid Mohommed Ally Msalam, and Sheikh Ahmed Salim Swedan.

Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria are the seven governments that the US Secretary of State has designated as state sponsors of international terrorism. US policy is to pressure these states to cease their support by applying a broad range of sanctions, both unilateral and multilateral. International cooperation is essential in making these sanctions work, and more needs to be done in this area.

Cuba has reduced significantly its support to leftist revolutionaries in Latin America and elsewhere, but it maintains close ties to other state sponsors of terrorism and leftist insurgent groups and continues to provide safehaven to a number of international terrorists.

Iran continues to plan and conduct terrorist attacks, including the assassination of dissidents abroad. It supports a variety of groups that use terrorism to pursue their goals--including several that oppose the Middle East peace process--by providing varying degrees of money, training, safehaven, and weapons.

Iraq provides safehaven to terrorist and rejectionist groups and continues its efforts to rebuild its intelligence network, which it used previously to support international terrorism. The leader of the Abu Nidal organization may have relocated to Baghdad in late 1998.

Iran

Iran in 1998 continued to be involved in the planning and execution of terrorist acts. Tehran apparently conducted fewer antidissident assassinations abroad in 1998 than in 1997. Tehran continued, however, to support a variety of groups that use terrorism to pursue their goals. Despite Iranian public statements condemning certain terrorist acts or expressing sympathy for Kenyan and Tanzanian victims of the August 1998 bombings of the US Embassies in Nairobi and Dar es Salaam, Iranian support for terrorism remains in place.

Tehran is reported to have conducted several assassinations outside Iran during 1998. In June the "League of the Followers of the Sunna" accused Iranian intelligence agents of murdering an Iranian Sunni cleric, Shaikh Nureddin Ghuraybi, in Tajikistan. In September the leaders of Sipah-e-Sahaba Pakistan, a virulently anti-Shia sectarian group, accused Iran of responsibility for the murders of two of the organization's leaders, Allama Shoaib Nadeem and Maulana Habibur Rehman Siddiqui. In late November the National Council of Resistance claimed that the Iranian regime had kidnapped and killed Reza Pirzadi in Pakistan. Pirzadi was described as a warrant officer who had been released from prison in Iran in 1996.

Members of Iran's Ministry of Security and Intelligence (MOIS) may have conducted five mysterious murders of leading writers and political activists in Iran. Late in the year, Tehran announced the discovery of an operational cell within the MOIS that it alleged operated without the knowledge of senior government officials. Tehran reportedly arrested the cell's members.

The Iranian Government stated publicly that it would take no action to enforce the *fatwa* on Salman Rushdie, a British citizen, which has been in effect since 1989. The Iranian Government's assurance led the UK Government to upgrade its diplomatic relations with Iran. Tehran stated, however, that revoking the *fatwa* is impossible since its author is deceased. Moreover, the Iranian Government has not required the Fifteen Khordad Foundation to withdraw its reward for executing the *fatwa* on Rushdie, and in November the Foundation increased its offer to $2.8 million.

Iran continued to provide support to a variety of terrorist groups, including the Lebanese Hizballah, HAMAS, and the Palestinian Islamic Jihad, which oppose the Middle East peace process through violence. Iran supports these groups with varying amounts of training, money, and/or weapons.

In March, a US district court ruled that Iran should pay $247 million to the family of Alisa Flatow, a US citizen killed in a PIJ bomb attack in Gaza in April 1995. The court ruled that Iran was responsible for her death because it provided funding to the PIJ, which claimed responsibility for the act. Palestinian sources said Iran supported the PIJ's claimed

attack in Jerusalem in early November 1998, in which two suicide bombers injured some 21 persons.

Iran still provides safehaven to elements of the PKK, a Turkish separatist group that has conducted numerous terrorist attacks in Turkey and on Turkish targets in Europe.

Iran also provides support to North African groups. In an interview in April 1998, former Iranian president Bani Sadr accused Tehran of training Algerian fighters, among others.

Tehran accurately claims it also is a victim of terrorism. In 1998 several high-ranking members of the Iranian Government were attacked and at least two were killed in attacks claimed by the terrorist group Mujahedin-e Khalq (MEK). The MEK claimed responsibility for the killing on 23 August of Asadollah Lajevardi, the former director of Tehran's Evin Prison. It also claimed responsibility for the deaths in June of several persons, including Haj Hassan Salehi, allegedly a torturer at the prison, during a bombing attack on the Revolutionary Prosecutor's Office in Tehran.

Mohsen Rafiqdust, head of the Foundation for the Oppressed and Disabled, escaped an attack on his life on 13 September. He said counterrevolutionary elements had embarked on efforts to make the country insecure.

At least nine Iranian diplomatic and associated personnel died when unknown persons invaded the Iranian Consulate in Mazar-e Sharif, Afghanistan, in early August during the Taliban takeover of that city. The Taliban denied responsibility for the deaths.



Department of State Publication 10687
Office of the Secretary of State
Office of the Coordinator for Counterterrorism
*Released April 2000*

Iran

Although there were signs of political change in Iran in 1999, the actions of certain state institutions in support of terrorist groups made Iran the most active state sponsor of terrorism. These state institutions, notably the Revolutionary Guard Corps and the Ministry of Intelligence and Security, continued to be involved in the planning and execution of terrorist acts and continued to support a variety of groups that use terrorism to pursue their goals.

A variety of public reports indicate Iran's security forces conducted several bombings against Iranian dissidents abroad. Iranian agents, for example, were blamed for a truck bombing in early October of a Mujahedin-e Khalq (MEK) terrorist base near Basrah, Iraq, that killed several MEK members and non-MEK individuals.

Iran continued encouraging Hizballah and the Palestinian rejectionist groups—including HAMAS, the Palestinian Islamic Jihad, and Ahmad Jibril's PFLP–GC—to use violence, especially terrorist attacks, in Israel to undermine the peace process. Iran supported these groups with varying amounts of money, training, and weapons. Despite statements by the Khatami administration



# Patterns of Global Terrorism 2000

## UNITED STATES DEPARTMENT OF STATE



APRIL 2001

# Patterns of Global Terrorism 2000

Released by the Office of the Coordinator for Counterterrorism
April 2001



# Overview of State-Sponsored Terrorism

The designation of state sponsors of terrorism by the United States—and the imposition of sanctions—is a mechanism for isolating nations that use terrorism as a means of political expression. US policy seeks to pressure and isolate state sponsors so they will renounce the use of terrorism, end support to terrorists, and bring terrorists to justice for past crimes. The United States is committed to holding terrorists and those who harbor them accountable for past attacks, regardless of when the acts occurred. The US Government has a strong record of bringing to justice terrorists who attack Americans, no matter how long it takes, and takes pride in it.

The United States will not make concessions to terrorists. It will not pay ransom, release prisoners, change its policies, or agree to other acts that might encourage additional terrorism. At the same time, the United States will use every tool at its disposal to counter terrorism—from diplomatic efforts to economic sanctions to military action, where appropriate.

The United States firmly commands all nations to stop any financing and other forms of support to terrorists and their organizations.

Sudan worked with the Department of State in seeking to address the concerns that led to its being placed on the list of state sponsors of international terrorism. Sudan worked with the Department of State and other governments to remain off the list of state sponsors.

## Iran, Iraq, Syria, Libya, Cuba, North Korea, and Sudan continued to be the seven governments that the US Secretary of State has designated as state sponsors of international terrorism. Iran remained the most active state sponsor of terrorism in 2000.

## HAMAS, and the Palestine Islamic Jihad (PIJ), which seek to undermine the Middle East peace process through the use of terrorism.

The governments of Iran, Iraq, Syria, and Sudan continue to provide safehaven and support to various terrorist groups, some of which oppose the Middle East peace negotiations.

## Cuba

Cuba continued to provide safehaven to several terrorists and US fugitives in 2000. A number of Basque ETA terrorists who gained sanctuary in Cuba some years ago continue to reside on the island, as do several US terrorist fugitives.

Havana also maintained ties to other state sponsors of terrorism and Latin American insurgents. Colombia's two largest terrorist organizations, the Revolutionary Armed Forces of Colombia and the National Liberation Army, both maintained a permanent presence on the island.

## Iran

Despite the victory for moderates in Iran's Majles elections in February, hopes for an easing of hardline conservatives have been blocked most reform efforts. Iran remained the most active state sponsor of terrorism in 2000. Its Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) continued to be involved in the

# Patterns of Global Terrorism 2000
Released by the Office of the Coordinator for Counterterrorism
April 2001

Iran is involved in terrorist-related activities and remained the most active state sponsor of terrorism. Iran's Islamic Revolutionary Guard Corps (IRGC) and Ministry of Intelligence and Security (MOIS) continued to be involved in the planning and execution of terrorist acts and continued to support a variety of groups that use terrorism to pursue their goals.

Iran's involvement in terrorist-related activities remained focused on support for groups opposed to Israel and peace between Israel and its neighbors. Statements by Iran's leaders demonstrated Iran's unrelenting hostility toward Israel. Supreme Leader Khamenei referred to Israel as a "cancerous tumor" that must be removed; President Khatami, speaking at a press conference in December during the Organization of the Islamic Conference (OIC) summit in Tehran, characterized Israel as a racist, terrorist state, and Expediency Council Secretary Rezai said, "Iran will continue its support for Lebanese and Palestinian groups."

Iran provided ongoing direction, safehaven, funding, and weapons to a variety of groups—including the Lebanese Hizballah, HAMAS, the Palestine Islamic Jihad, and the Popular Front for the Liberation of Palestine-General Command (PFLP-GC)—with varying amounts of funding, safehaven, training, and weapons. This assistance was used for terrorist activities as well as to support ongoing violence against Israel.

Although the Iranian Government has taken no direct action to slow its momentum, it actively continued to support terrorist groups. Iran continued to provide Lebanese Hizballah and Palestinian rejectionist groups—notably HAMAS, the Palestine Islamic Jihad, and the Ahmad Jibril PFLP-GC—with varying amounts of funding, safehaven, training, and weapons. This assistance was used for terrorist activities as well as to support continuing violence against Israel.

Iran also was a victim of Mujahedin-e-Khalq (MEK)-sponsored terrorism. The Islamic Republic presented a series of protests to the UN Secretary General in October citing seven acts of sabotage by the MEK against Iran between January and August 2000. The United States has designated the MEK as a Foreign Terrorist Organization.

## Iraq

Iraq planned and sponsored international terrorism in 2000. Although Baghdad focused on anti-dissident activity overseas, the regime continued to provide safehaven to a variety of Palestinian rejectionist groups and members of other terrorist organizations.

Czech police continued to protect the headquarters of the US-Government-funded Radio Free Europe/Radio Liberty (RFE/RL), which produces Radio Free Iraq programming and employs expatriate staff. The police presence was augmented in 1999 following reports that the Iraqi Intelligence Service (IIS) might retaliate against RFE/RL for broadcasts critical of the Iraqi regime.

To improve its internal security, the Iraqi opponents of the regime living abroad. Various opposition groups met with increasing frequency in 2000. In response, the regime reportedly stepped up its efforts to disrupt such activity, both at home and abroad. Baghdad continued to denounce and decry these efforts.

In northern Iraq, Iraqi agents reportedly killed a local UN personnel member working in Iraq, particularly UN de-mining teams in the wake of the bombing in 1999 of an expatriate UN worker. Iraqi agents allegedly targeted Baghdad's opposition in northern Iraq.

Baghdad continued to denounce and demonize the UN personnel working in Iraq, particularly UN de-mining teams in the wake of the bombing in 1999 of an expatriate UN worker. Iraqi agents allegedly targeted Baghdad's opposition and international media critical of the regime.

The Iraqi regime also fueled a request from Riyadh for the extradition of two Saudis who had hijacked a Saudi Arabian Airlines flight to Baghdad, but did return the passengers and the aircraft to Saudi Arabia. Disregarding its obligations under international law, the regime granted political asylum to the hijackers and provided them a venue for a news conference in which they denounced the Saudi Government.







United States Department of State

May 2002