```
                    CONFIDENTIAL      PTQ5357

PAGE 01         ISLAMA  09517  01 OF 02  121316Z
ACTION SCT-00

INFO  LOG-00    ACDA-10   ACDE-00   INLB-01   AID-00    A-00      CA-02
      CCO-00    CG-00     CIAE-00   SMEC-00   COME-00   CTME-00   INL-01
      DEAE-00   OASY-00   DINT-00   DOEE-00   DOTE-00   SRPP-00   DS-00
      EB-00     EUR-01    OIGO-01   FAAE-00   FBIE-00   H-01      IMMC-01
      TEDE-00   INR-00    INSE-00   IO-00     JUSE-00   L-01      ADS-00
      MMP-00    M-00      NEA-01    NRCE-00   NSAE-00   NSCE-00   OCS-03
      OIC-02    OIS-01    OMB-01    PA-00     PM-00     PRS-00    P-00
      CIO-00    SP-00     SSO-00    TRSE-00   USIE-00   USSS-00   SA-01
      ASDS-01   FMP-00    SNIS-00   NISC-00   PMB-00    DSCC-00   PRME-01
      DRL-09    G-00         /039W
                   ------------------7A87E4  121316Z  /38
O 121258Z NOV 96
FM AMEMBASSY ISLAMABAD
TO SECSTATE WASHDC IMMEDIATE 3105
INFO USMISSION USUN NEW YORK IMMEDIATE
AMCONSUL JEDDAH
AMEMBASSY RIYADH
AMEMBASSY BONN
AMEMBASSY DUSHANBE
AMEMBASSY NEW DELHI
DIA WASHDC
AMEMBASSY ROME
AMEMBASSY PARIS
AMEMBASSY LONDON
AMCONSUL PESHAWAR
AMEMBASSY MOSCOW
AMEMBASSY TASHKENT
                    CONFIDENTIAL




                    CONFIDENTIAL

PAGE 02         ISLAMA  09517  01 OF 02  121316Z
USCINCPAC HONOLULU HI//FPA J5//
```

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: ARCHIE M BOLSTER
DATE/CASE ID: 27 APR 2007   200606172

UNCLASSIFIED

C O N F I D E N T I A L SECTION 01 OF 02 ISLAMABAD 009517

USUN FOR SA A/S RAPHEL; DEPT FOR SA/PAB, S/CT, INL,
AND EUR/CEN; LONDON FOR POL/TUELLER; PARIS FOR
POL/RAVELING; ROME FOR POL/NDEMPSEY

E.O. 12958:  DECL: 11/11/06
TAGS:  PTER, PGOV, PREL, SNAR, AF, PK, IN
SUBJECT:  AFGHANISTAN:  TALIBAN DENY THEY ARE
SHELTERING HUA MILITANTS, USAMA BIN LADEN

REFS:   (A) ISLAMABAD 9508
 -      (B) PESHAWAR 1059
 -      (C) ISLAMABAD 9320
 -      (D) ISLAMABAD 9281, AND PREVIOUS

1.  (U) CLASSIFIED BY AMBASSADOR THOMAS W. SIMONS,
JR.  REASON:  1.5 (C)(D).

2.  (C) SUMMARY:  IN A NOVEMBER 8 CONVERSATION WITH
TALIBAN "ACTING FOREIGN MINISTER" GHAUS (REF A),
AMBASSADOR SIMONS EXPRESSED HIS CONCERN OVER A PRESS
REPORT THAT HARAKAT-UL-ANSAR MILITANTS ARE BEING
SHELTERED IN TALIBAN-CONTROLLED AREAS.  THE
AMBASSADOR ALSO CONVEYED USG CONCERN ABOUT REPORTS
THAT SAUDI FINANCIER BIN LADEN IS IN THE JALALABAD
AREA.  GHAUS DENIED THAT HUA MILITANTS OR BIN LADEN
ARE IN TALIBAN-CONTROLLED AREAS.  END SUMMARY.

CONFIDENTIAL


CONFIDENTIAL

PAGE 03        ISLAMA  09517  01 OF 02   121316Z
3.  (C) IN A NOVEMBER 8 MEETING, AMBASSADOR SIMONS
TOLD TALIBAN "ACTING FOREIGN MINISTER" MULLAH
MOHAMMED GHAUS THAT THE USG "CONSIDERS TERRORISM A
THREAT TO THE WHOLE WORLD, INCLUDING THE UNITED
STATES."  THE AMBASSADOR NOTED THAT IN REGARD TO
PAKISTAN THE USG IS PARTICULARLY CONCERNED ABOUT THE
ACTIVITIES OF THE KASHMIRI MILITANT GROUP
HARAKAT-UL-ANSAR (HUA), WHICH HAS BEEN DIRECTLY
IMPLICATED IN TERRORIST ACTIVITIES, INCLUDING THE
KIDNAPPINGS OF WESTERNERS IN INDIAN-HELD KASHMIR.  IN

FACT, THE AMBASSADOR CONTINUED, THE USG IS SO CONCERNED ABOUT HUA ACTIVITIES THAT IN CONFORMANCE WITH U.S. LAW HUA MAY BE DESIGNATED A "TERRORIST ORGANIZATION" SOON.

4. (C) THE AMBASSADOR SAID THAT HE BROUGHT HUA UP BECAUSE OF AN OCTOBER 26 ARTICLE IN THE PAKISTANI NEWSPAPER "THE NEWS" ALLEGING THAT HUA MILITANTS ARE TRAINING IN TWO CAMPS VACATED BY "AFGHAN ARAB" MILITANTS IN AFGHANISTAN'S TALIBAN-CONTROLLED PAKTIA (KHOST) PROVINCE. AFTER PROVIDING MULLAH GHAUS A COPY OF THE ARTICLE, THE AMBASSADOR SAID THAT THE ARTICLE WAS OF GREAT CONCERN IF IT WAS TRUE.

5. (C) THE AMBASSADOR THEN ASKED GHAUS ABOUT THE WHEREABOUTS OF FUGITIVE SAUDI NATIONAL USAMA BIN LADEN, WHO, HE POINTED OUT, HAS BEEN INVOLVED IN FINANCING TERRORIST ATTACKS ON U.S. TARGETS. THE AMBASSADOR NOTED THAT THE USG HAS RECEIVED REPORTS THAT HE IS IN OR NEAR THE TALIBAN-CONTROLLED CITY OF JALALABAD, IN NANGARHAR PROVINCE. "WE HOPE HE IS NOT
CONFIDENTIAL



CONFIDENTIAL

PAGE 04        ISLAMA  09517  01 OF 02   121316Z
THERE WITH TALIBAN ACQUIESCENSE," THE AMBASSADOR ADDED.

6. (C) GHAUS RESPONDED THAT "THERE ARE NO FOREIGNERS IN KHOST PROVINCE--ONLY TALIBAN." HE THEN SPECIFICALLY NOTED THAT "THERE ARE NO MEMBERS OF THE HUA THERE--MAYBE THEY ARE IN PAKISTAN OR KASHMIR." GHAUS WENT TO STATE THAT: "BIN LADEN WAS INVITED TO AFGHANISTAN BY (HEZB-I-ISLAMI LEADER AND OUSTED PRIME MINISTER) HEKMATYAR. HEKMATYAR LEFT KABUL WHEN WE TOOK IT OVER. MAYBE BIN LADEN WENT WITH HIM." THE AMBASSADOR REPLIED THAT "WE HAVE RECEIVED CONTRADICTORY REPORTS, BUT MOST OF THEM SAY BIN LADEN IS NEAR JALALABAD. PLEASE FOLLOW UP ON THIS." GHAUS REJOINED, "I ASSURE YOU THAT HE IS NOT IN AREAS CONTROLLED BY TALIBAN ADMINISTRATION. THIS IS AN OBJECTIVE OF OUR MOVEMENT." (NOTE: A RESPECTED PAKISTANI JOURNALIST TOLD CONSULATE PESHAWAR THAT TALIBAN NANGARHAR PROVINCE OFFICIALS HAVE TOLD HIM THAT BIN LADEN IS IN JALALABAD--REF B.)

7. (C) GHAUS TOLD THE AMBASSADOR THAT THE TALIBAN "ARE NOT HELPED BY YOUR SIDE" ON TERRORISM ISSUES. THE AMBASSADOR ASKED, "IN WHAT WAY?" GHAUS REPLIED, "HOW MUCH MONEY WOULD YOU SPEND (TO ERADICATE TERRORISM)? BUT NOTHING IS DONE, YOU ARE ONLY HAPPY." IN REPLY, THE AMBASSADOR COMMENTED, "SURELY,

CONFIDENTIAL

NNNNPTQ5358

CONFIDENTIAL    PTQ5358

```
PAGE 01        ISLAMA  09517  02 OF 02   121316Z
ACTION SCT-00

INFO    LOG-00    ACDA-10   ACDE-00   INLB-01   AID-00    A-00      CA-02
        CCO-00    CG-00     CIAE-00   SMEC-00   COME-00   CTME-00   INL-01
        DEAE-00   OASY-00   DINT-00   DOEE-00   DOTE-00   SRPP-00   DS-00
        EB-00     EUR-01    OIGO-01   FAAE-00   FBIE-00   H-01      IMMC-01
        TEDE-00   INR-00    INSE-00   IO-00     JUSE-00   L-01      ADS-00
        MMP-00    M-00      NEA-01    NRCE-00   NSAE-00   NSCE-00   OCS-03
        OIC-02    OIS-01    OMB-01    PA-00     PM-00     PRS-00    P-00
        CIO-00    SP-00     SSO-00    TRSE-00   USIE-00   USSS-00   SA-01
        ASDS-01   FMP-00    SNIS-00   NISC-00   PMB-00    DSCC-00   PRME-01
        DRL-09    G-00              /039W
                        ------------------7A87EC  121316Z /38
O 121258Z NOV 96
FM AMEMBASSY ISLAMABAD
TO SECSTATE WASHDC IMMEDIATE 3106
INFO USMISSION USUN NEW YORK IMMEDIATE
AMCONSUL JEDDAH
AMEMBASSY RIYADH
AMEMBASSY BONN
```

```
AMEMBASSY DUSHANBE
AMEMBASSY NEW DELHI
DIA WASHDC
AMEMBASSY ROME
AMEMBASSY PARIS
AMEMBASSY LONDON
AMCONSUL PESHAWAR
AMEMBASSY MOSCOW
AMEMBASSY TASHKENT
                    CONFIDENTIAL
```

CONFIDENTIAL

PAGE 02        ISLAMA  09517  02 OF 02   121316Z
USCINCPAC HONOLULU HI//FPA J5//

C O N F I D E N T I A L SECTION 02 OF 02 ISLAMABAD 009517

USUN FOR SA A/S RAPHEL; DEPT FOR SA/PAB, S/CT, INL,
AND EUR/CEN; LONDON FOR POL/TUELLER; PARIS FOR
POL/RAVELING; ROME FOR POL/NDEMPSEY

E.O. 12958:  DECL:  11/11/06
TAGS:  PTER, PGOV, PREL, SNAR, AF, PK, IN
SUBJECT:  AFGHANISTAN:  TALIBAN DENY THEY ARE
SHELTERING HUA MILITANTS, USAMA BIN LADEN

YOU DON'T EXPECT TO BE PAID FOR GOOD DEEDS?"

8. (C) THE AMBASSADOR ALSO ASKED MULLAH GHAUS ABOUT
A REPORT THAT THE TALIBAN HAVE BANNED POPPY
CULTIVATION IN AREAS UNDER THEIR CONTROL. GHAUS
APPEARED TO BE ABOUT TO RESPOND TO THIS QUERY, WHEN
HE BEGAN TO ADDRESS ANOTHER TOPIC. (NOTE: UNDCP
TOLD EMBOFFS THAT THEY HAVE CHECKED WITH THE TALIBAN
ON THIS REPORT AND IT IS IN FACT FALSE--REF C.
SUBSEQUENTLY, UNDCP HAS BEEN PRESSING THE TALIBAN TO
PROVIDE AN OFFICIAL STATEMENT CLARIFYING THEIR
POSITION WITH REGARD TO NARCOTICS. GHAUS HAS ISSUED
STATEMENTS ON THE ISSUE WHICH WE ARE TRANSLATING AND
WILL REPORT SEPTEL. END NOTE.) WE WILL CONTINUE TO
PRESS THE NARCOTICS PRODUCTION ISSUE IN OUR MEETINGS
WITH THE TALIBAN.

9.  (C) SUMMING UP, GHAUS SAID HE UNDERSTOOD U.S.
CONFIDENTIAL

CONFIDENTIAL

PAGE 03      ISLAMA  09517  02 OF 02   121316Z
INTERESTS IN AFGHANISTAN WERE NARCOTICS, TERRORISM,
AND HUMAN RIGHTS.  THE AMBASSADOR SAID HE WOULD
DEFINE THEM A BIT DIFFERENTLY:  OUR INTEREST IS IN
PEACE AND STABILITY IN AFGHANISTAN, WHICH WE
RECOGNIZE AS ESSENTIAL TO RESOLVING THESE OTHER
ISSUES OF GREAT IMPORTANCE TO US.

10.  (C) COMMENT:  GHAUS' COMMENTS ARE OF THE SAME
FLAVOR AS PREVIOUS TALIBAN COMMENTS ON THE TERRORISM
ISSUE--THE "ARABS" ARE NOT IN AREAS WE CONTROL; WE
ARE OPPOSED TO TERRORISM.  NONETHELESS, THE
CONTINUING REPORTS ON BIN LADEN'S WHEREABOUTS ARE
PARTICULARLY UNSETTLING--WITH THE BODY OF EVIDENCE
INCREASINGLY TILTING TOWARD THE CONCLUSION THAT THE
TALIBAN ARE NOT BEING TOTALLY CANDID.
SIMONS

CONFIDENTIAL

UNCLASSIFIED

NNNN

UNCLASSIFIED

UNCLASSIFIED