```
Current Class: CONFIDENTIAL                                    Page: 1
Current Handling: n/a
 Document Number: 1997ISLAMA05710                              Channel: n/a

                          Case Number: 200104094

<<<<.>>>>
PTQ0632
                                                      RELEASED IN PART
                                                      B1, 1.5(B), 1.5(D)



                      CONFIDENTIAL      PTQ0632

PAGE 01           ISLAMA   05710   01 OF 03   071245Z
ACTION SA-01

INFO   LOG-00    ACDA-08   ACDE-00   INLB-01   AF-01    ACQ-01    CIAE-00
       SMEC-00   INL-01    OASY-00   DOEE-00   SRPP-00  DS-00     EAP-01
       EUR-01    H-01      TEDE-00   INR-00    IO-00    LAB-01    L-01
       ADS-00    M-00      NEA-01    NSAE-00   NSCE-00  OIC-02    OMB-01
       OPIC-01   PA-00     PM-00     PRS-00    P-00     CIO-00    SCT-00
       SP-00     SSO-00    TRSE-00   T-00      USIE-00  FMP-00    SNIS-00
       NISC-00   PMB-00    DSCC-00   PRME-01   DRL-09   G-00       /033W
                   ------------------CD1F7B   071332Z  /38
O 071243Z JUL 97
FM AMEMBASSY ISLAMABAD
TO SECSTATE WASHDC IMMEDIATE 8324
INFO AMCONSUL PESHAWAR PRIORITY
AMEMBASSY TASHKENT PRIORITY
AMEMBASSY DUSHANBE PRIORITY
AMEMBASSY ASHGABAT PRIORITY
AMEMBASSY RIYADH
AMCONSUL JEDDAH
AMEMBASSY PARIS
AMEMBASSY LONDON
USCINCCENT MACDILL AFB FL
AMEMBASSY BEIJING
AMEMBASSY NEW DELHI
AMEMBASSY MOSCOW
AMCONSUL LAHORE
AMCONSUL KARACHI
DIA WASHDC
AMEMBASSY MBABANE
                      CONFIDENTIAL



                      CONFIDENTIAL

Current Class: CONFIDENTIAL                                    Page: 1
```

UNITED STATES DEPARTMENT OF STATE
REVIEW AUTHORITY: SHARON E AHMAD
DATE/CASE ID: 27 JUN 2003  200104094

```
     Current Class: CONFIDENTIAL                                    Page: 2
     Current Handling: n/a
     Document Number: 1997ISLAMA05710                            Channel: n/a

                          Case Number: 200104094


PAGE 02          ISLAMA   05710  01 OF 03   071245Z
AMEMBASSY ANKARA
AMEMBASSY BISHKEK
AMEMBASSY ALMATY
USMISSION USUN NEW YORK

C O N F I D E N T I A L SECTION 01 OF 03 ISLAMABAD 005710


DEPT FOR SA/PAB, NEA/NGA, AND EUR/CEN; LONDON FOR POL/TUELLER;
CENTCOM FOR POLAD

E.O. 12958:  DECL: 7/7/07
TAGS: PREL, PGOV, MOPS, KISL, AF, IR
SUBJECT: AFGHANISTAN: OBSERVERS REPORT UPTICK IN SUPPORT FOR
ANTI-TALIBAN FACTIONS BY IRAN

REFS: (A) ISLAMABAD 5212; (B) ISLAMABAD 2001

(U) CLASSIFIED BY DAN MOZENA, ACTING POLITICAL COUNSELOR. REASON:
1.5 (C) (D).

1. (C) SUMMARY: OBSERVERS REPORT AN UPTICK IN IRANIAN MILITARY
AND POLITICAL SUPPORT FOR THE ANTI-TALIBAN FACTIONS IN THE PAST
SEVERAL WEEKS.                                                         B1
      BELIEVE IRAN'S ACTIONS ARE A DEFENSIVE REACTION TO THE
TALIBAN'S EFFORTS TO GAIN CONTROL OF THE NORTH.  PAKISTANI
INTERLOCUTORS DISAGREE, SEEING IRANIAN ACTIVITIES AS INHERENTLY
AGGRESSIVE.  OBSERVERS AGREE, HOWEVER, THAT IRAN'S ACTIVITIES ARE
MOTIVATED IN PART BY ANTI-U.S. VIEWS, AND THAT THE REVOLUTIONARY
GUARDS AND INTELLIGENCE AGENCIES ARE PLAYING KEY ROLES IN SETTING
POLICY.  END SUMMARY.
                           CONFIDENTIAL




                           CONFIDENTIAL

PAGE 03          ISLAMA   05710  01 OF 03   071245Z

===========================
UPTICK IN MILITARY SUPPORT

Current Class: CONFIDENTIAL                                       Page: 2
```

Case 1:03-cv-09848-GBD-SN   Document 275-8   Filed 05/19/11   Page 3 of 10

UNCLASSIFIED

Current Class: CONFIDENTIAL                                          Page: 3
Current Handling: n/a
Document Number: 1997ISLAMA05710                                     Channel: n/a

Case Number: 200104094

==========================

2. (C) OBSERVERS OF THE AFGHAN SCENE HAVE NOTICED AN UPTICK IN IRANIAN MILITARY SUPPORT FOR THE ANTI-TALIBAN FACTIONS IN THE NORTH SINCE THE OUSTER OF GENERAL DOSTAM, THE FORMER NATIONAL ISLAMIC MOVEMENT OF AFGHANISTAN (NIMA) LEADER, IN LATE MAY. [REDACTED] TOLD POLOFF ON JULY 5 THAT HIS GOVERNMENT UNDERSTANDS THAT THE IRANIANS HAVE INCREASED THE NUMBER OF FLIGHTS FLYING BETWEEN IRANIAN AND AFGHAN POINTS IN THE PAST SEVERAL WEEKS. WHILE NOTING THAT SOME OF THESE FLIGHTS PROBABLY ARE CARRYING HUMANITARIAN ASSISTANCE ITEMS, SUCH AS FOOD, [REDACTED] MOST OF THE FLIGHTS ARE TRANSPORTING MILITARY ITEMS, INCLUDING SMALL ARMS, AMMUNITION, AND EXPLOSIVES. IN RECENT CONVERSATIONS WITH POLOFF, [REDACTED] HAVE OBSERVED VARIOUS IRANIAN MILITARY AIRCRAFT PARKED AT MAZAR-I-SHARIF AND BAMIYAN AIRPORTS IN THE PAST SEVERAL WEEKS. [REDACTED]

==========================
IRANIANS ON THE GROUND
==========================

3. (C) OBSERVERS ADD THAT THEY BELIEVE IRAN HAS INCREASED THE NUMBER OF "DIPLOMATS" IT HAS STATIONED AT ITS MAZAR-I-SHARIF AND BAMIYAN CONSULATES. [REDACTED]

CONFIDENTIAL



CONFIDENTIAL

PAGE 04        ISLAMA   05710   01 OF 03   071245Z
[REDACTED] SAID HE HAD HEARD THAT THERE WERE OVER FIFTY IRANIANS WORKING AT THE CONSULATE. IN PREVIOUS TRIPS, HE HAD HEARD THAT THERE WERE ONLY TWENTY. [REDACTED] TOLD POLOFF THAT IN A MID-JUNE VISIT TO BAMIYAN HE HEARD THAT THERE WERE MANY IRANIANS LIVING IN THE TOWN, SOME OF WHOM WERE INVOLVED IN HUMANITARIAN ACTIVITIES, SUCH AS MEDICINE AND FOOD DISTRIBUTION. HE HEARD, HOWEVER, THAT THERE WERE OVER TWENTY IRANIANS WORKING IN THE CONSULATE. [REDACTED] SAID HE WAS TOLD BY [REDACTED] THAT SOME OF THESE IRANIANS ARE

Case 1:03-cv-09848-GBD-SN   Document 275-8   Filed 05/19/11   Page 4 of 10

UNCLASSIFIED

Current Class: CONFIDENTIAL                                    Page: 4
Current Handling: n/a
Document Number: 1997ISLAMA05710                               Channel: n/a

Case Number: 200104094

REVOLUTIONARY GUARDS.

==========================
A "REDOUBLING" OF EFFORTS
==========================

4. (C) POLOFF ASKED [        ] WHAT HE THINKS THESE VARIOUS REPORTS MIGHT MEAN. [        ] COMMENTED THAT IRANIAN DIPLOMATS IN ISLAMABAD HAVE TOLD HIM IN RECENT MEETINGS THAT IRAN IS "REDOUBLING" ITS EFFORTS IN AFGHANISTAN. ASKED WHAT THAT MEANT, HE REPLIED THAT IRAN HAD MADE A DECISION TO INCREASE ITS SUPPORT TO THE ANTI-TALIBAN FACTIONS TO BUTTRESS THEM AGAINST FUTURE ATTACKS FROM THE TALIBAN. [        ]

CONFIDENTIAL

NNNNPTQ0634

                    CONFIDENTIAL      PTQ0634

PAGE 01         ISLAMA  05710  02 OF 03  071246Z
ACTION SA-01

INFO   LOG-00   ACDA-08  ACDE-00  INLB-01  AF-01    ACQ-01   CIAE-00
       SMEC-00  INL-01   OASY-00  DOEE-00  SRPP-00  DS-00    EAP-01
       EUR-01   H-01     TEDE-00  INR-00   IO-00    LAB-01   L-01
       ADS-00   M-00     NEA-01   NSAE-00  NSCE-00  OIC-02   OMB-01
       OPIC-01  PA-00    PM-00    PRS-00   P-00     CIO-00   SCT-00

UNCLASSIFIED

Current Class: CONFIDENTIAL                                                  Page: 5
Current Handling: n/a
 Document Number: 1997ISLAMA05710                                         Channel: n/a

```
                        Case Number: 200104094

        SP-00     SSO-00    TRSE-00   T-00     USIE-00   FMP-00    SNIS-00
        NISC-00   PMB-00    DSCC-00   PRME-01  DRL-09    G-00      /033W
                  ------------------CD1F8D   071332Z  /38
O 071243Z JUL 97
FM AMEMBASSY ISLAMABAD
TO SECSTATE WASHDC IMMEDIATE 8325
INFO AMCONSUL PESHAWAR PRIORITY
AMEMBASSY TASHKENT PRIORITY
AMEMBASSY DUSHANBE PRIORITY
AMEMBASSY ASHGABAT PRIORITY
AMEMBASSY RIYADH
AMCONSUL JEDDAH
AMEMBASSY PARIS
AMEMBASSY LONDON
USCINCCENT MACDILL AFB FL
AMEMBASSY BEIJING
AMEMBASSY NEW DELHI
AMEMBASSY MOSCOW
AMCONSUL LAHORE
AMCONSUL KARACHI
DIA WASHDC
AMEMBASSY MBABANE
                        CONFIDENTIAL




                        CONFIDENTIAL

PAGE 02         ISLAMA   05710   02 OF 03    071246Z
AMEMBASSY ANKARA
AMEMBASSY BISHKEK
AMEMBASSY ALMATY
USMISSION USUN NEW YORK

C O N F I D E N T I A L SECTION 02 OF 03 ISLAMABAD 005710


DEPT FOR SA/PAB, NEA/NGA, AND EUR/CEN; LONDON FOR POL/TUELLER;
CENTCOM FOR POLAD

E.O. 12958:  DECL:  7/7/07
TAGS:  PREL, PGOV, MOPS, KISL, AF, IR
SUBJECT:  AFGHANISTAN:  OBSERVERS REPORT UPTICK IN SUPPORT FOR
ANTI-TALIBAN FACTIONS BY IRAN
```

UNCLASSIFIED

Current Class: CONFIDENTIAL                                             Page: 6
Current Handling: n/a
Document Number: 1997ISLAMA05710                                        Channel: n/a

Case Number: 200104094

5. (C) ON THE POLITICAL SIDE, [ ] OBSERVED, IRAN CONTINUES ITS EFFORTS TO CONVINCE THE FACTIONS TO FORM A NEW "GOVERNMENT" TO COUNTER THE TALIBAN "GOVERNMENT" IN KABUL. THE POINT MAN FOR THESE EFFORTS IS DEPUTY FOREIGN MINISTER BORUJERDI, WHO HAS REPORTEDLY VISITED MAZAR-I-SHARIF AND BAMIYAN SEVERAL TIMES IN THE PAST SIX WEEKS. FOREIGN MINISTER VELAYATI HAS ALSO MET WITH A NUMBER OF ANTI-TALIBAN LEADERS RECENTLY, INCLUDING HEZB-I-ISLAMI LEADER GULBUDDIN HEKMATYAR AND FORMER PRESIDENT BURHANUDDIN RABBANI.

===============================================
IRANIAN CONDUCT SEEN AS DEFENSIVE BY SOME...
===============================================

CONFIDENTIAL

CONFIDENTIAL

PAGE 03        ISLAMA   05710   02 OF 03   071246Z

6. (C) [ ] CHARACTERIZED THE ENHANCED IRANIAN INVOLVEMENT IN AFGHANISTAN AS "DEFENSIVE" IN NATURE -- "THE IRANIANS WERE GIVEN A FRIGHT WHEN THE TALIBAN ENTERED MAZAR-I-SHARIF IN LATE MAY AND THOUGHT THEY WERE LOSING THEIR STAKE IN AFGHANISTAN. ALTHOUGH THE TALIBAN HAVE BEEN PUSHED BACK, IRAN IS INTENT THAT ITS ALLIES NOT BE PLACED IN A SIMILAR POSITION AGAIN." IN A JULY 4 CONVERSATION WITH POLOFF, [ ] AGREED WITH THIS ANALYSIS, ASSERTING THAT "IRAN IS ANGERED BY PAKISTAN'S SUPPORT FOR THE TALIBAN AND WILL NOT ALLOW ITS ALLIES TO BE DEFEATED WITHOUT A FIGHT."

=====================

Case 1:03-cv-09848-GBD-SN   Document 275-8   Filed 05/19/11   Page 7 of 10

UNCLASSIFIED

Current Class: CONFIDENTIAL                                  Page: 7
Current Handling: n/a
Document Number: 1997ISLAMA05710                             Channel: n/a

Case Number: 200104094

AGGRESSIVE BY OTHERS
====================

7. (C) [    ] SAW IRANIAN BEHAVIOR IN A DIFFERENT LIGHT. [    ] SAID HE FELT THAT IRANIAN POLICY OBJECTIVES IN AFGHANISTAN ARE LONG-TERM AND BASICALLY INVOLVE ENHANCING IRANIAN INFLUENCE IN AFGHANISTAN VIS-A-VIS PAKISTAN AND THE U.S. -- "WITH THE DEFEAT OF THE TALIBAN AT MAZAR-I-SHARIF, THE IRANIANS ARE REACTING TO A TARGET OF OPPORTUNITY WHICH THEY FEEL WILL ALLOW IRAN TO BECOME

CONFIDENTIAL

CONFIDENTIAL

PAGE 04        ISLAMA  05710  02 OF 03   071246Z
DOMINANT IN NORTHERN AFGHANISTAN." [    ] AGREE WITH [    ] VIEWS, AND, [    ] EMBOFFS, [    ] STRESSED WHAT THEY SEE AS IRAN'S AGGRESSIVE DESIGNS IN AFGHANISTAN. FOR EXAMPLE, [    ] THAT IRAN WANTS "TO BUILD A LAND BRIDGE" FROM ITS TERRITORY THROUGH NORTHERN AFGHANISTAN TO CONNECT WITH TAJIKISTAN TO CREATE A "GREATER PERSIA."

IRANIAN ANTI-AMERICANISM
========================

8. (C) WHILE OBSERVERS DISAGREE WHETHER IRAN'S BEHAVIOR IS DEFENSIVE OR AGGRESSIVE IN NATURE, THEY SEEM TO AGREE THAT ONE MOTIVATING FACTOR FOR IRAN IS ANTI-AMERICANISM. [    ]
TOLD POLOFF THAT HE HAS ENCOUNTERED A VISCERAL ANTI-AMERICANISM AMONG HIS IRANIAN INTERLOCUTORS, WHO ACCUSE THE U.S. OF BEING IN LEAGUE WITH PAKISTAN TO SUPPORT THE TALIBAN AGAINST IRAN. A SPECIFIC SOURCE OF ANGER FOR IRAN, [    ] IS THEIR BELIEF

Case 1:03-cv-09848-GBD-SN   Document 275-8   Filed 05/19/11   Page 8 of 10

UNCLASSIFIED

Current Class: CONFIDENTIAL                                                    Page: 8
Current Handling: n/a
Document Number: 1997ISLAMA05710                                               Channel: n/a

Case Number: 200104094

CONFIDENTIAL

NNNNPTQ0635

```
                  CONFIDENTIAL     PTQ0635

PAGE 01         ISLAMA  05710  03 OF 03  071246Z
ACTION SA-01

INFO   LOG-00   ACDA-08  ACDE-00  INLB-01  AF-01    ACQ-01   CIAE-00
       SMEC-00  INL-01   OASY-00  DOEE-00  SRPP-00  DS-00    EAP-01
       EUR-01   H-01     TEDE-00  INR-00   IO-00    LAB-01   L-01
       ADS-00   M-00     NEA-01   DCP-01   NSAE-00  NSCE-00  OIC-02
       OMB-01   OPIC-01  PA-00    PM-00    PRS-00   P-00     CIO-00
       SCT-00   SP-00    SSO-00   TRSE-00  T-00     USIE-00  FMP-00
       SNIS-00  NISC-00  PMB-00   DSCC-00  PRME-01  DRL-09   G-00
       /034W
                      ------------------CD1F96   071333Z /38
O 071243Z JUL 97
FM AMEMBASSY ISLAMABAD
TO SECSTATE WASHDC IMMEDIATE 8326
INFO AMCONSUL PESHAWAR PRIORITY
AMEMBASSY TASHKENT PRIORITY
AMEMBASSY DUSHANBE PRIORITY
AMEMBASSY ASHGABAT PRIORITY
AMEMBASSY RIYADH
AMCONSUL JEDDAH
AMEMBASSY PARIS
AMEMBASSY LONDON
USCINCCENT MACDILL AFB FL
AMEMBASSY BEIJING
```

Case 1:03-cv-09848-GBD-SN   Document 275-8   Filed 05/19/11   Page 9 of 10

UNCLASSIFIED

Current Class: CONFIDENTIAL                                          Page: 9
Current Handling: n/a
Document Number: 1997ISLAMA05710                                     Channel: n/a

Case Number: 200104094

AMEMBASSY NEW DELHI
AMEMBASSY MOSCOW
AMCONSUL LAHORE
AMCONSUL KARACHI
DIA WASHDC

CONFIDENTIAL

CONFIDENTIAL

PAGE 02            ISLAMA   05710   03 OF 03   071246Z
AMEMBASSY MBABANE
AMEMBASSY ANKARA
AMEMBASSY BISHKEK
AMEMBASSY ALMATY
USMISSION USUN NEW YORK

C O N F I D E N T I A L SECTION 03 OF 03 ISLAMABAD 005710

DEPT FOR SA/PAB, NEA/NGA, AND EUR/CEN; LONDON FOR POL/TUELLER;
CENTCOM FOR POLAD

E.O. 12958: DECL: 7/7/07
TAGS: PREL, PGOV, MOPS, KISL, AF, IR
SUBJECT: AFGHANISTAN: OBSERVERS REPORT UPTICK IN SUPPORT FOR
ANTI-TALIBAN FACTIONS BY IRAN

THAT THE U.S. IS STRONGLY BACKING THE TALIBAN AS A WAY TO ENSURE
THAT UNOCAL IS ABLE TO BUILD THE OIL AND GAS PIPELINES CONNECTING
CENTRAL AND SOUTH ASIA THROUGH AFGHANISTAN -- "THEY (IRANIANS)
APPEAR TO BELIEVE THE U.S. WANTS THE PIPELINES BUILT TO UNDERCUT
IRAN AND ISOLATE IT FROM CENTRAL ASIA."

==========================
WHO MAKES IRANIAN POLICY?
==========================

9.  (C) POLOFF ASKED OBSERVERS WHO THEY THOUGHT SETS POLICY ON
AFGHANISTAN IN THE IRANIAN GOVERNMENT.  THE UNIVERSAL ANSWER WAS
THAT IRAN'S SYSTEM OF FOREIGN POLICY DECISION-MAKING IS SO OPAQUE
THAT IT IS DIFFICULT TO TELL.  HOWEVER, [        ]
[                              ] BELIEVE THAT THE MINISTRY OF FOREIGN AFFAIRS

UNCLASSIFIED

Current Class: CONFIDENTIAL                                    Page: 10
Current Handling: n/a
Document Number: 1997ISLAMA05710                               Channel: n/a

Case Number: 200104094

CONFIDENTIAL

CONFIDENTIAL

PAGE 03        ISLAMA   05710   03 OF 03   071246Z
PLAYS A SECONDARY ROLE IN POLICY FORMULATION IN COMPARISON TO
IRAN'S OTHER NATIONAL SECURITY AGENCIES. IN ADDITION, THEY DOUBT
THAT NEWLY-ELECTED AND PUTATIVE MODERATE PRESIDENT KHATAMI HAS
EXERCISED MUCH INFLUENCE ON AFGHAN POLICY AS OF YET.
AGREED [                                    ] STATING THAT HE BELIEVES
THAT THE MINISTRY OF INTELLIGENCE AND SECURITY, AND THE
REVOLUTIONARY GUARDS, PLAY KEY ROLES IN POLICY FORMULATION AND
IMPLEMENTATION. HE ADDED THAT THE MINISTRY OF INTERIOR ALSO PLAYS
A KEY ROLE, ESPECIALLY ALONG THE IRANIAN BORDER WITH AFGHANISTAN.
(NOTE: IRAN CLOSED THE BORDER TO ALL TRAFFIC IN EARLY JUNE. IT
REPORTEDLY REMAINS CLOSED -- SEE REF A.) IRAN, HE ADDED, HAS
ESTABLISHED A FORWARD BASE IN MESHED FOR ALL MINISTRIES WORKING ON
AFGHAN ISSUES.

=======
COMMENT
=======

SIMONS

CONFIDENTIAL