ZD 14 - 31                                  Wiesbaden, den 23.11.2001
Tgb.-Nr. 177/01                             # 13423
BAO - USA

**Betreff**
Internationale Fahndung nach Ramzi BINALSHIBH, geb. 01.05.1972 im Jemen, wegen Verdachts der Mitgliedschaft in einer terroristischen Vereinigung in Tateinheit mit Mord und Angriff auf den Luftverkehr

hier : Iran

V e r m e r k

Anhand der vorliegenden Kontounterlagen konnte festgestellt werden, dass Ramzi BINALSHIBH im Dezember 2000 40.- DM an das Generalkonsulat der "Islamischen Republik ( Iran ) " überwies.
Ermittlungen ergaben, dass BINALSHIBH am 14.12.2000 ein entsprechendes Visum für eine 4 wöchige Reise in den Iran zu "Pilgerzwecken" stellte.

Wie nun von der politische Abteilung der Iranischen Botschaft Berlin über das Auswärtige Amt fernmündlich mitgeteilt wurde, reiste BINALSHIBH am 31.01.2001 über den internationalen Flughafen Teheran ein.
Eine Ausreise unter diesen Personalien sei jedoch nicht festzustellen, was eventuell für einen illegalen Grenzübertritt möglicherweise nach Afghanistan sprechen könnte.
Weitere Informationen konnten nicht erhoben werden.

Es wird in diesem Zusammenhang darauf hingewiesen, dass der polizeiliche Dienstverkehr ( Übermittlungen von personenbezogenen Daten etc. ) mit dem Iran derzeit seitens des BMJ untersagt ist. Weitere Informationen können auf polizeilichem Weg nicht erhoben werden.

Da laut Kontounterlagen am 27 / 28.01.2001 Geldabhebungen des BINALSHIBH in Amsterdam nachvollziehbar sind, kann davon ausgegangen werden, dass er von dort in den Iran geflogen ist.
Entsprechende Flugabklärungen werden von hier initiiert.

Leon, KHK

000050

ZD 14-31
Ref. No. 177/01
BAO – USA

Wiesbaden, 11/23/2001
# 13423

Subject
International manhunt for Ramzi BINALSHIBH, born on 05/01/1972 in Yemen, on suspicion of affiliation with a terrorist organization in conjunction with murder and attack on air traffic

Here: Iran

Notation

Based on the available account files, it was established that in December 2000 Ramzi BINALSHIBH remitted DM 40.00 to the Consulate General of the "Islamic Republic (of Iran)".

The investigation showed that on 12/14/2000 BINALSHIBH applied for a visa for a 4-week trip to Iran for "pilgrimage purposes".

As the Political Section of the Iranian Embassy in Berlin has now informed by telephone via the Federal Foreign Office, BINALSHIBH entered the country on 01/31/2001 through the International Airport of Tehran.

However, no departure can be found for this personal data, which could indicate an illegal border crossing, possibly to Afghanistan. No further information was available.

In this context, it should be pointed out that police dealings (transfer of personal data etc.) with Iran are presently prohibited by the Federal Ministry of Justice (BMJ). It was not possible to obtain additional information through police channels.

Because account files indicate monetary withdrawals by BINALSHIBH on 01/27 and 01/28/2001 in Amsterdam, it can be assumed that he flew to Iran from there.

The appropriate flight-related clarifications will be initiated from here.

(signed)

Leon, Police Superintendent (KHK)