القدس العربي

AL-QUDS AL-ARABI

DECLARATION OF PUBLICATION

NOTICE : of Filing of Complaints

The undersigned says:

I am the Business Manager and Company Secretary of Al-Quds Al-Arabi Publishing & Advertising (Overseas) Ltd and is duly authorized to make this affidavit.

The Notice, a true copy of which is attached, was published on the following dates : Thursday December 23rd, 2004, Thursday December 30th 2004, Thursday January 6th 2005 and Thursday January 13th 2005.

PAT SUNDRAM (MRS)
BUSINESS MANAGER
MARCH 11TH 2005

SWORN BEFORE ME ON THIS 14th DAY OF March 2005

---

I THE UNDERSIGNED MANUEL FLOREZ VALCARCEL, Notary Public, practising at 130 King Street, London W6 0QU, England, hereby CERTIFY that the signature written at the end of the preceding document in my presence is the true and authentic signature, of Mrs. PATRICIA SUNDRAM, also known as PAT SUNDRAM as declared by her, of full age, who signed it in my presence having identified her by her British passport No. 094358024 valid until 23.04.2014 produced by her to me for her personal identification. ----------------------------------------------------
IN WITNESS WHEREOF I sign this Certificate in London, England, today the fourteenth day of March two thousand and five.

MANUEL FLOREZ VALCARCEL
Notary Public

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED
TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk
REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04

السنة السادسة عشرة – العدد 4863 الخميس 13 كانون الثاني (يناير) 2005 – 2 ذو الحجة 1425 هـ

 القدس 15



## إعلان قانوني

## إلى المدعى عليهم المذكورين والمدرجة أسمائهم أدناه:

**الملحق أ**

[قائمة طويلة بأسماء المدعى عليهم مرتبة في ستة أعمدة تشمل أشخاصاً ومؤسسات وشركات وجماعات، من بينها:]

الجماعة الإسلامية المعروفة أيضاً بالجماعة الإسلامية، الشركة الخليجية لترويج الصادرات والتسويق، القاعدة المعروفة أيضاً بجيش القاعدة الإسلامي، بنك الشمال الإسلامي المعروف أيضاً بشمال، بنك التقوى للتجارة والعقارات والصناعة المحدودة، بنك البركات الصومالي (بي إن إس)، مجموعة البركات للتمويل، شركة البركات المالية القابضة المعروفة أيضاً بشركة البركات المالية، البركات العالمية للاتصالات السلكية واللاسلكية، بنك دبي الإسلامي، الاتحاد الإسلامي AIAI، جارد جاما، مصعب، الشيخ العراقي، ألبرت فريديريك لرمان هوبير، الجماعة الإسلامية الجزائرية المسلحة، علي عطوة، علي غالب همات، علي سعيد بن علي الحوري، أمين الحق، أنس الليبي المعروف أيضاً بأنس الليبي، أنصار الإسلام، حماس، هاني رمضان، حركة أوزبكستان الإسلامية، عز الدين السيد المعروف أيضاً بعز الدين، جيش محمد، جليل شنواري، جمال أحمد محمد، جمال البدوي، ... (وغيرهم الكثير)

---

في المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك، إجراءات قانونية مجمعة معروفة كونها متعلقة بموضوع الهجمات الإرهابية الواقعة في 11 سبتمبر (أيلول) 2001، قضية رقم (RCC) 03 MDL 1570؛ إعلان تقديم الشكاوى، أصدر القاضي ريتشارد سي. كيزي (Casey) تبليغاً بالنشر في الصحف في 15 سبتمبر (أيلول) 2004، ولقد تمّ الأمر بنشر الإجراء القانوني العنون أعلاه في الصحف مرة في الأسبوع لمدة أربعة أسابيع متتالية بالإنكليزية، في جريدتي إنترناشيونال هيرالد تريبيون ويو إس إي توداي، وباللغة العربية في جريدة عربية واحدة على الأقل تُنشر على نحو واسع في الشرق الأوسط، وكذلك إدراج الشكاوى الوثيقة الصلة بالموضوع على موقع الإنترنت www.september11terrorlitigation.com.

ولقد تمّ تبليغ الإعلان بموجب هذه الوثيقة إلى المدعى عليهم المدرجة أسمائهم أعلاه، ويؤمر المدعى عليهم ويُطلب منهم بموجب هذه الوثيقة أن يبلغوا كاتب المحكمة، المحكمة المحلية الأمريكية للمقاطعة الجنوبية لولاية نيويورك (The Clerk of the Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007) عن الجواب على الشكاوى خلال مدة ستين (60) يوماً من نشر الإعلان، في حال أخفق المدعى عليهم القيام بهذا، سيصدر حكم غيابي ضد المدعى عليهم من أجل الإعانة المطلوبة في كل من الشكاوى المجمعة تحت القضية رقم 03 MDL 1570. تلتمس الشكاوى الحصول على أضرار تعويضية وتأديبية وقيمتها ثلاثة أضعاف حجم الأضرار، أتعاب المحامين، التكاليف، وإعانات أخرى من أجل الوفاة الجائرة، الإصابات الشخصية، أضرار بالممتلكات، خسائر نتيجة لتوقف الأعمال، خسائر في الأرباح، انتهاك حرمة الملكية، ابتزاز الأموال وإصابات أخرى سببها هجوم 11 سبتمبر (أيلول) 2001 الإرهابي على الولايات المتحدة.