Search >

Press Releases & Statements

# 'Trailblazers' and Years of CIA Service

**ROBERT C. AMES**

1960-1983

Mr. Ames, an outstanding Arabist, inspired subordinates and sensitized new officers to the need to learn and appreciate the foreign cultures in which they work. He served with distinction as National Intelligence Officer for the Near East and South Asia and as Director of the Office of Near Eastern and South Asian Analysis. Tragically, Robert Ames was killed in the bombing of the US Embassy in Beirut in 1983.

**JOSEPH A. BACLAWSKI**
1972-1991

Dr. Baclawski was a pioneer in providing US political and military leaders with accurate, reliable mapping information on the Soviet Union. He was the principal adviser to the Chairman of the Committee on Imagery Requirements and Exploitation for all mapping issues relating to satellite photographic sources.

**MATTHEW BAIRD**
1953-1965

US Air Force Col. Matt Baird came to CIA to develop an officer training cadre and a career development program. Under his leadership, the Junior Officer Training (JOT) Program was born and became the prototype for career training at CIA.

**RICHARD M. BISSELL, JR.**
1954-1962

Mr. Bissell was responsible for developing the U-2, the highly capable reconnaissance aircraft that has served the US for more than 40 years. Mr. Bissell developed the first photo-reconnaissance satellite program by pushing state-of-the-art technology.

**DAVID H. BLEE**
1947-1985

Mr. Blee held several senior positions in the Directorate of Operations and is recognized for creating a professional counterintelligence discipline. He emphasized and implemented a spectrum of counterintelligence measures inherent to successful Agency operations.

**PAUL A. BOREL**
1947-1972

Mr. Borel was responsible for merging foreign broadcast monitoring with foreign press scrutiny to provide the first combined open source media collection in CIA. As Director of the Foreign Broadcast Information Service, he initiated new programs and creative approaches. He also led the Intelligence Community's pioneer work in computer-supported information handling.

**PATRICIA L. BRANNEN**
1952-1964, 1977-1994

Ms. Brannen's industry, leadership, and commitment to professional standards of performance encouraged the development of an expert group of CIA secretaries. She was a role model for all executive secretaries.

**ARCHIE R. BURKS**
1956-1984

Mr. Burks created technical programs which gave the nation new capabilities in signals and imagery Intelligence. As Director of the Office of SIGINT Operations, he developed technical intelligence programs which are still producing quality intelligence.

**JOSEPH B. CASTILLO, JR.**
1971-Present

Dr. Castillo is recognized for his outstanding performance in analyzing foreign weapons systems, support to senior policymakers on arms control issues, leadership of major offices in three CIA directorates, and support to the recruitment and mentoring of minority employees.

**DAVID E. COFFEY**
1968-1995

Mr. Coffey's exceptional ability to solve operational problems with technology culminated in his successful creation and maintenance of an extremely sensitive covert communications capability. His leadership significantly enhanced the integration of technical support into espionage operations.

### JOHN E. CRAVEN
1968-Present

A Senior Scientist, Dr. Craven's contributions range across a broad spectrum of advanced computer and communications technologies. He provided new and practical solutions in high speed computing logic, signal processing, and communications systems. Throughout his career he has motivated and inspired others.

### JAMES H. CRITCHFIELD
1948-1974

Mr. Critchfield established relations with counterparts in the West German intelligence services when that country emerged from the status of an occupied nation to become a soverign power. He was an expert on central European matters and later distinguished himself on Middle East issues.

### BENEDETTO DEFELICE
1953-1987

Mr. DeFelice developed the original, forward-leaning benefits and services programs for Agency personnel. His personal help to employee families with medical, financial or day-to-day living problems is legendary.

### LESLIE C. DIRKS
1961-1982

Mr. Dirks provided the inspiration, visionary zeal, and tehnical expertise to create a new class of overhead imagery systems that revolutionized intelligence collection. Those systems represented a major breakthrough in CIA's ability to achieve intelligence dominance during the Cold War. Mr. Dirks was the founder and first director of the Office of Development and Engineering and later served as the Deputy Director for Science and Technology.

### WILLIAM F. DONNELLY
1954-1990

Mr. Donnelly set a powerful example across the Agency of enlightened leadership, executive accountability, sound intelligence tradecraft, and personal and professional integrity. His assignments ranged from case officer and Chief of Station to Deputy Director for Administration and Inspector General.

### JANET V. DORIGAN
1989-Present

Dr. Dorigan is the primary force in the Intelligence Community in developing new and innovative approaches to identify biological materials of high intelligence interest. She is an expert in genetics and molecular biology and has made significant scientific contributions to her field and to the Intelligence Community.

### CARL E. DUCKETT
1964-1977

Mr. Duckett was the founding father and visionary leader of the Foreign Missile and Space Analysis Center, which was the vanguard for the Intelligence Community's ability to understand threats posed by missiles and space-based weapons systems. He later served as Deputy Director for Science and Technology.

### ALLEN W. DULLES
1951-1961

As the first Deputy Director for Plans, Mr. Dulles set the standards for clandestine tradecraft and asset handling and built the covert infrastructure of CIA. Named Director of Central Intelligence in 1953, he created the architecture of the modern Central Intelligence Agency and led the organization from its tentative beginnings to a position as preeminent provider of intelligence to the President and the National Security Council.

### AGNES D. GREENE
1947-1972

Ms. Greene's pioneering efforts as a reports officer and later a senior manager set the highest standards of integrity, credibility, and efficiency in processing intelligence information. She later served as the Directorate of Operations Chief, Reports and Requirements for the Far East Division.

### HOWARD P. HART
1966-1990

Mr. Hart was the driving force in leading a successful paramilitary covert action program. He distinguished himself with his inspiring and effective leadership while serving as the first director of the DCI's Counternarcotics Center.

### EARL M. HARTER
1950-1972

Mr. Harter is recognized for his outstanding leadership as the founder of one of the most sensitive and productive technical operations in CIA's history. He led dozens of sensitive and dangerous overseas operations. Mr. Harter was awarded the Presidential Medal of Freedom.

### RICHARD M. HELMS
1947-1973

The consummate operations officer and first careerist to head the Agency, Ambassador Helms' service epitomizes the integrity, courage, and quiet competence that mark the intelligence professional and has made him a uniquely eloquent advocate of CIA and its proper national security role. After an unparalleled career that culminated as DCI during the height of the Cold War, he has continued to serve both his country and the Agency by sharing the wisdom and experience gained over a lifetime of dedication and leadership in the intelligence profession.

### R. EVANS HINEMAN
1964-1989

Mr. Hineman was one of the Agency's most distinguished engineers, analysts, and weapons technologists. He demonstrated that technically complex clandestine collection could be partnered successfully with rapid processing and sophisticated research and analysis to produce world-class scientific and weapons intelligence.

### LAWRENCE R. HOUSTON
1947-1973

Mr. Houston was the principal drafter of the National Security Act of 1947, which created the CIA. He served as the Agency's first General Counsel, an assignment that lasted for 26 years. During this time he was a key adviser to nine Directors of Central Intelligence.

### PAUL L. HOWE
1956-1987

Mr. Howe engineered the Agency's single greatest advance in operational photography—the ultraminiature camera. His work enabled us to photograph materials under the most difficult operational circumstances. The value of the intelligence collected solely as a consequence of this capability is beyond calculation.

### SHERMAN KENT
1950-1967

Mr. Kent is recognized for his distinguished 15 year chairmanship of the Board of National Estimates and his contributions to the craft of intelligence analysis. He promoted the concept of strategic intelligence that goes beyond daily events and helps policymakers deal with fundamental challenges to national security.

### LYMAN B. KIRKPATRICK, JR.
1947-1965

An administrator and adviser to early DCIs, Mr. Kirkpatrick was instrumental in helping design and implement much of the original organizational structure of the Central Intelligence Agency. CIA's first Executive Director-Comptroller, he served with distinction in a variety of other leadership roles, including Inspector General.

### GEORGE G. KISEVALTER
1952-1970

A superior case officer, Mr. Kisevalter's exacting standards of tradecraft, operational security and asset motivation were instrumental in inspiring at least two major foreign assets to provide intelligence critical to the national security of the United States. Kisevalter was the first case officer to be promoted to the senior executive level based solely on his operational accomplishments rather than on management assignments.

### LlOYD LAUDERDALE
1963-1969

Mr. Lauderdale developed an innovative solution to one of the Intelligence Community's most critical technical collection problems. His proposal was risky and was one of the most ambitious space initiatives undertaken by CIA. The program was successful and greatly enhanced the nation's national technical means.

### RICHARD LEHMAN
1949-1982

Mr. Lehman developed the President's Intelligence Checklist (now the President's Daily Brief), a daily publication that won the approval of President Kennedy. This publication has kept presidents and other senior policymakers informed about worldwide developments for the past 36 years. Lehman served later as Chairman of the National Intelligence Council.

### HENRY S. LOWENHAUPT
1947-1990

Dr. Lowenhaupt is recognized for his innovative and visionary work in developing indicators for the recognition of foreign nuclear facilities and activities. His leadership in the field of nuclear intelligence -- over a government career spanning 50 years -- provided the US with intelligence critical to judgments on Soviet and Chinese nuclear weapons developments.

### ARTHUR C. LUNDAHL
1953-1974

Mr. Lundahl is recognized as the father of imagery analysis and the creator of a world-class national center for producing intelligence from overhead imagery. This thorough and highly technical intelligence enabled Lundahl to gain the confidence of four US presidents.

### HAROLD M. McCLELLAND
1951-1965

US Air Force Maj. Gen. McClelland was the principal architect of the Office of Communications and served as its director for 14 years. His innovative vision led to the in- house development and manufacturing of communications equipment, and provided the Agency with secure communications around the world.

### JOHN N. McMAHON
1951-1986

Starting at the bottom rung of the Agency career ladder, Mr. McMahon had the distinct honor of holding leadership positions in all four Directorates, on the Intelligence Community staff, and as Deputy Director of Central Intelligence. His deep understanding of the people and substance of the intelligence profession shaped the morale of CIA's workforce, and the high standards of achievement to which they aspire.

### ANTONIO J. MENDEZ
1965-1990

Mr. Mendez is recognized for founding the development and engineering capability in the Agency's operational disguise program. His ideas led to the design and deployment of a series of increasingly sophisticated tools that enabled operations officers to change their appearance convincingly.

### CORD MEYER, JR.
1951-1977

Mr. Meyer defined the concept, doctrine and implementation of covert action. He was especially effective in using foreign media publications in support of US foreign policy objectives. At the height of the Cold War, he orchestrated much of the free world's effort to counter the Soviet-dominated Communist Front organizations.

### ELOISE R. PAGE
1947-1987

Ms. Page served as a role model for many at CIA. She became the first female Chief of Station, the first female senior executive, and the first women to head a major Intelligence Community committee. She was recognized for her operational skills and exceptional management capability.

### JOHN PARANGOSKY
1948-1974

A pioneer in marshaling the technical capabilities of industry for the Intelligence Community, Mr. Parangosky is recognized for his management of the joint contractor team that produced the world's fastest and highest flying stealth reconnaissance aircraft. His contributions paved the way for creating the Directorate of Science and Technology.

### WALTER L. PFORZHEIMER
1947-1974

Mr. Pforzheimer played a major role in securing passage of the National Security Act of 1947, and served for ten years as CIA's first Legislative Counsel. He promoted the constructive interplay between intelligence professionals and legislators that has sustained and strengthened the Agency. He later served as the first Curator of the Agency's Historical Intelligence Collection.

### CAROL A. ROEHL
1967-1996

Ms. Roehl distinguished herself during overseas assignments in primitive and dangerous locations where she conducted operations and collected needed intelligence to support US policy. She served as a Chief of Station in three major posts and became a Deputy Division chief in the Directorate of Operations.

### LINUS F. RUFFING
1962-1976

Mr. Ruffing was a pioneer in developing a centralized computer center and a professional automated data processing service. He personally fostered upward mobility programs and instituted a sign language training program for Agency employees.

### HOWARD STOERTZ, JR.
1949-1980

Mr. Stoertz was a pioneer in providing intelligence support to senior policy consumers for the negotiation of arms control agreements, including SALT treaty monitoring. He was the first Director of the Imagery Analysis Service, the first Chief of the CIA SALT Support Staff, and the first National Intelligence Officer for Strategic Programs.

### JOHN R. TIETJEN
1947-1975

The first Director of the Office of Medical Services, Dr. Tietjen served as a senior medical officer for nearly three decades and developed one of the finest civilian medical programs in the federal government. His managerial direction extended worldwide to provide medical services to employees and families overseas.

### OMEGO J.C. WARE, JR.
1955-1982

Mr. Ware is recognized for creating and leading the first independent Office of Equal Employment Opportunity in the Agency. Under his leadership, management took actions to increase minority hiring and establish diversity programs.

### JOHN S. WARNER
1947-1976

Mr. Warner played an important role in drafting the National Security Act of 1947. He served as the Agency's Legislative Counsel, Deputy General Counsel, and General Counsel, contributing materially and extensively to the Agency's development.

### ALBERT D. WHEELON
1962-1966

Dr. Wheelon, a visionary architect of the application of technology to intelligence, organized the Directorate of Science and Technology and provided the inspirational leadership that made the directorate a major force in the Intelligence Community. He ensured that CIA would play a major role in the National Reconnaissance Program.

### LAWRENCE K. WHITE
1947-1972

US Army Col. White served with great distinction as Director of the Foreign Broadcast Information Service. His unique contribution, however, was as Deputy Director for Administration and, later, as Executive Director-Comptroller for all the DCIs from Walter Bedell Smith through Richard Helms.

### FRANK G. WISNER
1948-1962

Mr. Wisner's unique and courageous endeavors established the doctrine for the use of covert action in support of US national security objectives. He served as the Assistant Director of the Office of Policy Coordination, the Deputy Director for Plans (Operations), an overseas assignment as Chief of Station, and as Special Assistant to the DCI. His depth of knowledge in planning and directing clandestine operations contributed greatly to some of the most intricate and challenging undertakings in the early history of the Agency.

- Privacy
- Copyright
- Site Policies
- USA.gov
- FLU.gov
- FOIA
- DNI.gov
- NoFEAR Act