**PRESS ROOM**
**U.S. DEPARTMENT OF THE TREASURY**

January 16, 2009
hp-1360

## Treasury Targets Al Qaida Operatives in Iran

**Washington, D.C. -** The U.S. Department of the Treasury today designated four al Qaida associates under Executive Order 13224, which targets terrorists and those providing support to terrorists or acts of terrorism.

"It is important that Iran give a public accounting of how it is meeting its international obligations to constrain al Qaida," said Stuart Levey, Under Secretary for Terrorism and Financial Intelligence.  "Global efforts to financially isolate al Qaida have made it difficult for the core leadership to raise funds and sustain itself.  Nevertheless, al Qaida remains a very dangerous threat, and it is crucial to keep targeting the support lines of al Qaida and its affiliates."

Under E.O. 13224, any assets held by these individuals under U.S. jurisdiction are frozen and U.S. persons are prohibited from engaging in any transactions with the designees.

"Even though individual terrorist attacks are relatively inexpensive to carry out, it costs a great deal of money for al Qaida to operate globally.  These realities demand that we keep up the financial pressure against al Qaida and like-minded terrorist organizations," Levey continued. "Designations have a far reaching impact, deterring would-be donors from providing financial support to terrorism and leaving al Qaida leadership struggling to identify much-needed funding resources."

### *MUSTAFA HAMID*

| | |
|---|---|
| AKAs: | Mustafa Muhammad `Atiya Hamid |
| | Mustafa Atiya |
| | Abu Walid al-Misri |
| | Abu al-Walid al-Masri |
| | Abu al-Walid |
| | Hashim al-Makki |
| POB: | Alexandria, Egypt |
| DOB: | March 1945 |
| Nationality: | Egyptian |
| | Pakistani |

Mustafa Hamid is a senior al Qaida associate who served as a primary interlocutor between al Qaida and the Government of Iran. Before the fall of the Taliban, Hamid served as an instructor at a terrorist camp near Jalalabad that trained in the use of explosives. Hamid is the father-in-law of senior al Qaida military commander Sayf al-Adl. He formerly served as a correspondent for a satellite television station, at the request of senior al Qaida leadership. While living in Iran, Hamid was harbored by the Islamic Revolutionary Guard Corps (IRGC), which served as Hamid's point of contact for communications between al Qaida and Iran.

In the mid-1990s, Mustafa Hamid reportedly negotiated a secret relationship between Usama Bin Laden and Iran, allowing many al Qaida members safe transit through Iran to Afghanistan.

In the late 1990s, Mustafa Hamid passed communications between Usama bin Laden and the Government of Iran.  When tensions were high between Iran and Afghanistan, Mustafa Hamid traveled multiple times from Kandahar to Tehran as

an intermediary for the Taliban.

In late 2001, Mustafa Hamid was in Tehran delivering messages from the Taliban to the Government of Iran. Hamid also negotiated on behalf of al Qaida in an attempt to relocate al Qaida families to Iran. As part of this effort, senior al Qaida member Abu Hafs the Mauritanian traveled with Hamid and two IRGC members to Tehran for meetings. Beginning in late 2001, the family of a senior al Qaida military commander lived with Mustafa Hamid's family in Iran. Separately, in 2002 Mustafa Hamid facilitated contacts between the IRGC and another senior al Qaida military commander. In mid-2003, Mustafa Hamid was arrested in Iran along with other al Qaida members and associates.

### *MUHAMMAD RAB'A AL-SA YID AL-BAHTIYTI*

| | |
|---|---|
| AKAs: | Muhammad Mahmud Rabi' al-Zayd al-Bahtiti |
| | Muhammad Mahmud al-Bahtiti |
| | Muhammad Rabi' al-Sa'id al-Hatiti |
| | Muhammad Rabi' al-Bahtiti |
| | Abu Dujana al-Masri |
| DOB: | 1971 |
| P013 | Al-Sharqiyyah, Egypt |
| Nationality: | Egyptian |
| | Pakistani |

Muhammad Rab'a al-Sayid al-Bahtiyti is a senior member of the Egyptian Islamic Jihad (EIJ) and an al Qaida operative. Bahtiyti has served as a trusted aide to his father-in-law Ayman al-Zawahiri.

In the mid-1990s, Bahtiyti served on an al Qaida military committee and provided military training that included urban warfare tactics for al Qaida members. Bahtiyti drafted training manuals for al Qaida as well as a book on security that was used as a template for al Qaida's surveillance operations.

In 1995, Bahtiyti reportedly was involved in the bombing of the Egyptian Embassy in Islamabad, Pakistan.

After September 11, 2001, Ayman al-Zawahiri instructed Bahtiyti to take al-Zawahiri's family to Iran. Bahtiyti reportedly traveled to Iran with al-Zawahiri's daughters, where he was subsequently responsible for them. In January 2003, while working from Iran, Bahtiyti arranged housing on behalf of al Qaida. Bahtiyti reportedly was arrested by Iranian authorities in mid-2003.

### *ALI SALEH HUSAIN*

| | |
|---|---|
| AKAs: | Abu Dahhak |
| | 'Ali Salih Husayn al-Dhahak al-Tabuki |
| | Ali Saleh Husain al-Tabuki |
| | 'Ali Salih Husayn 'Ula'lah |
| | 'Ali Salih Husayn |
| | 'Ala'lah Dhahhak al-Tabuki |
| | Abu Dhahak al-Yemeni |
| DOB: | Circa 1970 |
| POB: | al-Hudaydah, Yemen |
| Nationality: | Yemeni |
| Height | 5'9" |

Ali Saleh Husain is a senior al Qaida associate who had close relations with Usama bin Laden. Husain was responsible for logistics pertaining to al Qaida-affiliated fighters and acted as an interlocutor between al Qaida and its Chechnya-based affiliates. Husain coordinated with Usama bin Laden on the training of fighters in terrorist camps in Afghanistan who were preparing to travel to Chechnya.

Circa early 2001, Husain reportedly arranged a meeting that included a senior al

Qaida operations chief to discuss operations planned against Israel. In April 2002, al Qaida senior official Abu Zubaydah indicated that the responsibility for operational meetings for attacks against Israel had been handed over to Husain. Husain also was reportedly Abu Zubaydah's secondary point of contact for obtaining fraudulent passports.

In 2001 after the fall of the Taliban, Husain facilitated the move of al Qaida-associated fighters, including an al Qaida military commander, from Afghanistan to Iran. After leaving Afghanistan, Husain was responsible for smuggling al Qaida members and associates via networks in Zahedan, Iran. In early 2002, Husain sent $20,000 to a senior al Qaida lieutenant who had requested financial assistance. Husain was detained by the Government of Iran in early 2003.

### SA'AD BIN LADEN

| | |
|---|---|
| AKAs: | Sad Bin Laden |
| | Sa'ad Muhammad Awad Abud |
| | Muhammad Awad |
| | Muhammad 'Awad Adbud |
| | Sa'ad Muhammad Baabood |
| | Abdul Rahman Al-Kahtane |
| | Bin Muhammad Awad Abbud |
| DOB: | 1982 |
| POB: | Saudi Arabia |
| Nationality: | Saudi Araibian |
| Passport No. | 520951 (Sudan) |
| | 530951 (Sudan) |

Sa'ad bin Laden, one of Usama bin Laden's sons, has been involved in al Qaida activities. For example, in late 2001, Sa'ad facilitated the travel of Usama bin Laden's family members from Afghanistan to Iran. Sa'ad made key decisions for al Qaida and was part of a small group of al Qaeda members that was involved in managing the terrorist organization from Iran. He was arrested by Iranian authorities in early 2003.

As of September 2008, it was possible that Sa'ad bin Laden was no longer in Iranian custody.

-30-