http://www.telegraph.co.uk/news/newstopics/politics/tony-blair/8273800/Tony-Blair-at-Chilcot-inquiry-live-blog.html

By Peter Hutchison and Laura Roberts 2:50PM GMT 21 Jan 2011

# Tony Blair at Chilcot inquiry - live blog

## Emotional scenes as Tony Blair appeared for the second time at the Chilcot Inquiry to face questions over his role in taking Britain into the Iraq war.

. . . .

**1346** Blair is most animated when answering questions on Iran. Sir Rod Lyne makes the point that the invasion of Iraq didn't prevent Iran from seeking nuclear weapons. Sky's Glen Oglaza says Lyne is the "best they have".

**1345** Blair says Iran is "a looming and coming challenge". He says it's supportive of terrorist groups and doing everything it can to hamper the peace process. He adds that Britain should stop apologising for the problems of the Middle East.

**1344** Questions turn to Iran and Blair makes political point by saying you can't deal with al-Qaeda unless you deal with Iran. He said the "bigger picture" includes Iran.

**1340** Sir Rod Lyne makes point to Blair that not all extremists were al-Qaeda and says the former PM is pinning too much of the blame for the violence on the group.

**1328** Blair blames al-Qaeda for post-war problems. Questions turn to the subject of al-Qaeda. Wasn't it obvious that al-Qaeda would seek to exploit the situation?, Blair is asked. He fails to answer the question but panel let him off.

**1324** Questions now focussing on the Sunni/Shia issue. Blair says forming national governing council was key to making sure that all groups were represented. He claims that Sunni/Shia tensions didn't really start until 2006.