# EXHIBIT  B

**List of Non-Sovereign Defendants**

Non-Sovereign Defendants Against Whom Plaintiffs See Judgment by Default

*Havlish, et al. v bin-Laden, et al., 03-cv-9848, 03-MDL-1570*

1. Sheikh Usamah Bin-Muhammad Bin-Laden, a/k/a Osama bin-Laden
2. The Taliban, a/k/a The Islamic Emirate of Afghanistan
3. Muhammad Omar
4. Al Qaeda/Islamic Army.