# EXHIBIT  D

**Affidavit of Service of
Original Process Upon All Defendants
Filed in U.S.D.C., District of Columbia**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FIONA HAVLISH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CASE NUMBER 1:02CV00305** |
| | : | |
| **SHEIKH USAMAH BIN-MUHAMMAD** | : | **Judge James Robertson** |
| **BIN-LADEN, a/k/a OSAMA** | : | |
| **BIN-LADEN, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## AFFIDAVIT OF SERVICE OF
## <u>ORIGINAL PROCESS UPON ALL DEFENDANTS</u>

I, Stephen A. Corr, being duly sworn according to law, depose and say:

1.      I am an attorney at the law firm of Mellon, Webster & Shelly ("MWS") in Doylestown, Pennsylvania.  MWS is counsel for the Plaintiffs in the above-captioned matter.  By Order dated April 3, 2002, I was admitted to this Court *pro hac vice* for the purpose of representing the Plaintiffs.

2.      By Order dated May 9, 2002, this Court granted Plaintiffs' Motion for Service by Publication, ordering plaintiffs to serve defendants Sheik Usamah Bin-Muhammad Bin-Laden, a/k/a Osama Bin-Laden, The Taliban, a/k/a the Islamic Emirate of Afghanistan, Muhammed Omar, Al Qaeda/Islamic Army and Unidentified Terrorist Defendants 1-500 by publishing an approved Notice of Suit for six weeks in *The International Herald Tribune* (in English) and *Al-Quds Al-Arabi* (in Arabic) and placing the Notice on the Internet at http://www.september11classaction.com.  Plaintiffs published the approved Notice of Suit in *The International Herald Tribune* on August 28,

September 4, 11, 18, 25 and October 2, 2002.  *See* Declaration of Publication signed by

Judith King, Director of Advertising, *The International Herald Tribune*, attached hereto

as Exhibit A.  Plaintiffs published the approved Notice of Suit in *Al-Quds Al-Arabi* on

August 8, 15, 22, 29, September 5, 12, 2002.  *See* Copies of proofs provided by *Al-Quds*

*Al-Arabi* attached hereto as Exhibit B.  Finally, the Motion for Leave to Serve Certain

Listed Defendants by Publication Pursuant to F.R.Civ.P. 4(f) has been posted on the

Internet at www.september11classaction.com under the "Legal Documents" heading.

     3.     Pursuant to 28 U.S.C. § 1608(a)(4), Plaintiffs delivered a Summons,

Notice of Suit and Amended Complaint addressed to the Islamic Republic of Iran and its

political subdivision defendants, i.e., the Ministries of Information and Security, of

Petroleum, of Economic Affairs and Finance, of Commerce and of Defense, and a

Summons, Notice of Suit and Amended Complaint addressed to The Republic of Iraq and

its political subdivision defendants, i.e., the Ministries of  Defense, of Finance, of Oil and

the Iraqi Intelligence Service, to the United States Department of State for service.  On

October 17, 2002, the undersigned received a fax from Luke Bellocchi, J.D., LLM.,

Attorney Adviser in the Bureau of Consular Affairs for the U.S. Department of State,

indicating that service was made upon The Islamic Republic of Iran and its Ministries on

October 9, 2002 and that the service documents addressed to The Republic of Iraq and its

Ministries had been delivered to the Polish Ministry of Foreign Affairs on October 1,

2002 for transmittal to the American Interests Section in Baghdad.  *See* copy of U.S.

Department of State documents attached hereto as Exhibit C[1].

---

[1] Pursuant to 28 U.S.C. § 1608(a)(4), the U.S. Department of State will file the original proofs of service
upon its receipt.

4.     By Order dated September 30, 2002, this Court granted Plaintiffs' Motion for Alternative Service Upon Defendants Saddam Hussein, Qusai Hussein and Ayatollah Ali Hoseini-Khamenei, ordering Plaintiffs to serve those defendants by mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iraq to the United Nations (Saddam Hussein and Qusai Hussein) and mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iran to the United Nations (Ayatollah Ali- Hoseini-Khamenei).  On September 30, 2002, the undersigned emailed a copy of this Court's Order for Alternative Service, Summons and Amended Complaint to each of the three defendants in accordance the Order.  *See* copies of the three emails attached hereto collectively as Exhibit D.  Also on September 30, 2002, the undersigned mailed, via first class mail, a copy of the Order dated September 30, 2002, Summons and Amended Complaint to each defendant in accordance with the Order.  *See* copies of forwarding letters to each defendant, together with Certificates of mailing and Delivery Confirmation Receipts, attached hereto collectively as Exhibit E.  According to the United States Postal Service's Track and Confirm Shipment Histories, The Permanent Mission of Iran to the United Nations accepted delivery of the Order, Summons and Amended Complaint addressed to Ayatollah Ali Hoseini-Khamenei on October 3, 2002 while the Permanent Mission of Iraq to the United Nations refused to accept delivery of the Order, Summons and Amended Complaint addressed to Saddam Hussein and Qusai Hussein on October 3, 2002.  *See* United States Postal Service Track and Confirm Shipment Histories attached hereto collectively as Exhibit F.  On October 9, 2002, the undersigned shipped a copy of the Order dated September 30, 2002, a Summons and Amended Complaint addressed to Saddam Hussein to the Permanent Mission of Iraq to

the United Nations via Federal Express, and the package was delivered and signed for by R. Rashid on October 10, 2002. *See* forwarding letter, Federal Express mailing label and email confirmation of delivery attached hereto collectively as Exhibit G. On October 9, 2002, the undersigned shipped a copy of the Order dated September 30, 2002, a Summons and Amended Complaint addressed to Qusai Hussein to the Permanent Mission of Iraq to the United Nations via Federal Express, and the package was delivered and signed for by R. Rashid on October 10, 2002. *See* forwarding letter, Federal Express mailing label and email confirmation of delivery attached hereto collectively as Exhibit H.

/s/ Stephen A. Corr
Stephen A. Corr, Esquire



**INTERNATIONAL**
# Herald Tribune
PUBLISHED WITH THE NEW YORK TIMES AND THE WASHINGTON POST

850 Third Avenue, New York, NY 10022  Phone (212) 752-3890  Fax (212) 755-8785

## DECLARATION OF PUBLICATION

**Osama Bin Laden, The Taliban, Muhammad Omar, Al Qaeda, Unidentified Terrorist**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter.  I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East.  Far East and the Americas.  This attached circulation statement reflects
the countries in which the International Herald Tribune is available.  The
notice, a true copy of which is attached, was published on the following date(s):

August 28
Sept 4, 11, 18, 25
Oct. 2, 2002

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on October 2,  2002

Judith King, Director of Advertising

Customer Account # 8011463
Sworn before me on this 2nd day of October 2002 in the state of New York.

Notary Public

ARLENE T. GARNETT
Notary Public, State of New York
No. 01GA6014435
Qualified in Kings County
Commission Expires October 13, 2002

THE WORLD'S DAILY NEWSPAPER



AL-QUDS AL-ARABI

Photocopies of Ads as promised

# WITH COMPLIMENTS

## AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED

Tel: 0208-741 8008 • Fax: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk

Registered Address: 164-166 King Street • Hammersmith • London w6 0qu • Registered Number: 2604233• Vat Reg No: 538 9427 04

# اعــلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،
آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان
القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.
ارهابي لم يقع التعرف عليه المتهمون 1- 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن
محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 00305 CV 1:02 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في
المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية)
وبصحيفة «القدس العربي»ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com
وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة
العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور
المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من
قانون الولايات المتحدة الفقرة 1605 (i) (5) والمادة 28 المادة الفقرة 1605 (i) (7) من نفس القانون المصنف تحت باب تهديد
الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة
18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما
يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

Issue Date:  8 August 2002  •  15 August 2002  •  22 August 2002  •  29 August 2002
5 September 2002  •  12 September 2002

Case 1:03-cv-00365-GBD-SN Document 95-3 Filed 11/09/2008 Page 3 of 39

إلى الأطراف المذكورين في قضية ضد أسامة بن لادن - OSAMA BIN - LADEN، الأسماء الآتية:

أنتم مدعى عليهم في قضية ضد أسامة بن لادن - OSAMA BIN - LADEN (DC) المقامة أمام المحكمة الفيدرالية

محمد صالح برقم الإشارة ضد أسامة بن لادن

500 - 1

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

03 (RJC) CV 1102

333 Constitution Avenue, N.W. Washington D.C.20001

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

AL-QUDS AL-Arabi Volume 14 Issue 4114 Thursday 8 August 2002

# اسماء ارهابيون

02 CV 1.02 AK OSAMA BIN - LADEN في دعوى كبرى أثارتها الإدارة الأمريكية

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

500 - 1

333 Constitution Avenue, N.W. Washington D.C. 20001

Thomas Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

http:www.september11classaction.com/

## باراك اوباما يستعد للترشيح لمنصب رئيس نيجيريا

## فلسطينيون يغتنمون ساعات قصف الاحتلال للخروج من مخيم جنين

## اما اذا كان جيش الاحتلال من المسلحين الذين اختفوا في نابلس

## اعــلان عــام

### الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي.
آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون 1-500.

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفلش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»- (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com
وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش،غ، واشنطن د، س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ87 نهج نورث برود برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تعزيمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (ل) (5) والمادة 28 المادة الفقرة 1605 (ل) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

امام القضاء الدولي محدودة جدا

# ضمانات لمراسليها في الحروب

اعـــلان عـــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN, لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين، لا يعرف مقرها الحالي.

آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون ١ - 500.

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هظليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم CV 1:02 00305 اعلام ترفع دعوى. ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي» - (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دويلستون بنسلفانيا 18901.

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء يعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغيابي يقضي بدفع التعويض المذكور بالشكوى. والتأمر مما سينتج عنه فرض عقوبات تعزيبية حسب المادة 28 من قانون رفعت بدعوى التسبب في الموت غير المشروع، حياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى سكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

# اعــلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،

آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان،

القاعدة/ الجيش الاسلامي لا يعرف مقره الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون 1-500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 02:1 CV 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002، ولقد صدر امر ينشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»- (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دويلستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتأمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 5 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها قيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

---

## لحزب الجمهوري

## تنظيمه بأنه اسلامي

سوري للشعب ضم اليه ايضا مال درويش مع لرييكية المبكرة لذ من تشرين

مول ان ميزال -ايسر، منذ 11 ، في مقر الحزب تياره «أن هذا فتوحا امام

رئيس الحزب على اي برنامج إذ أنني الفرقه راوحة شياط سوة لا يمكن ان مادية في البلاد

بولند اجاويد بأعداده عندما كود اقتصادي

في تاريخهـــا وبات درويش المهندس الاســـاسي بعـــمليــة الائتـــلاف الاقتـصادي يدعم مكلف من صندوق النقد الدولي.

والتـحق درويش الشـهر الماضي بالحزب الجمهوري للشعب، وترشح على لائحة اسطنبول.

وكان درويش وميزال اختلفا في السابق حول اجراءات التقـشف التقـتصة في البرنامج الاقتصادي لكن الوزير السابق كسب بعد ذلك ثقة معظم الزعماء التقليبين.

واستقال درويش في العاشر من آب (اغسطس) بعـد ان طلب منه بولند اجاويد ان يختار بين حـلـبيــشـه وتشاطاته السياسية.

ويبدو ان انضمامه اعطى دفعا قويا للحزب الجمهوري الذي لم يمكنه ان نائب في البرلمان في الانتخـابات التشريعية الأخيرة في 1999 إذ نه لم يتجاوز سقف الـ 10 % من اصوات الناخبين على الصعيد الوطني.

---

## مقتل 48 متمردا قرب بوغمبورا

■ بوجومبورا- أ ف ب: أعلن الناطق باسم الجيش في غمبورا أمس الأربعاء أن 48 من المتمردين الهوتو في القوات طنيبة للتحرير قتلوا في 31 آب (اغسطس) أثناء قيام بيش البوروندي بتكايف مركز مهم للقيادة للمتمردين. وأعلن أطق التكولونيل أوغوست ن زراماسيبا أوكالة فرانس برس «عسكريين تدعمهم الدفعية هاجموا وفشلوا نياتهم ابتداء الأمة على بعد عشرة كيلومترات شرق العاصمة البوروندية اعلاب بمعلومات عن قوة العدو متمردين».

وقال ان «معارك طاحنة جرت واحصصينا 48 قتـيلا من مردين ولم نسجل اي خسارة في صفوفنا».

من جهته أكد مسؤول سياسي في القوات الوطنية للتحرير -ي أكبر حركات التمرد- في حديث هاتفي أن «37 مقاتلا وا».

وقال المسؤول الذي رفض الكشف عن هويته ان «الجيش سف مركزا تم فيه معالجة جرحانا ما ادى الى مقتل 37.»

ومنذ اندلاع الحرب الاهلية في بوروندي في 1993 قتل اكثر 250 الف شــخص معظمهم من المدنيين في معــارك بين بيش الذي تسيطر عليه اقلــية التوتسـي والحركات عرد للهوتو.

---

- قبل الحادي عشر من ايلول (سبتمبر) الجاري بأنه «مخطير جـدا، محـددة مـرافق امـريكـية ويهـودية واسرائيلية كاهداف لضربات ارهابية».
- وقال شيلي في حديث لقناة التلفزة الالمانية الثانية «زي دي إف» صباح أمس الاربعاء أن الثانية كيماقي الدول الاوروبية الخليفة للولايات المتحدة مهددة بوقوع هجمات ارهابية فيها بمناسبة الحادي عشر من الشهر الجاري لسبب بسيط وهو أن شبكات تنظيم «القاعدة» لا زالت قادرة على توجيه مثل هذه الضربات، واضاف المسؤول الثاني ان سلطاتـــه تعمل في الوقت الحاضر على 70 تحقيقا بخصوص منظمات ارهابية اسلامية تشارك دائرة حماية الدسـتور في 50 منها.

# اعـــلان عـــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

**الشيخ اسامة بن محمد بن لادن،** a/k OSAMA BIN - LADEN لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

**الطالبان a/k/a،** الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي، آخر مقر عرف لها كان بأفغانستان.

**محمد عمر** لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

**القاعدة/ الجيش الاسلامي** لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

**ارهابي لم يقع التعرف عليه** المتهمون 1 - 500

**Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفلیش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 00305 CV 1:02 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002، ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»- (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: http://www.september11classaction.com/

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

333 شارع كونستيتوشن شي.غ. واشنطن د. س 20001.

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>

Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine
signature and seal of the following named official who, in an
official capacity, is empowered by the laws of Switzerland to
execute that document.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.

_____Liliane GYGAX_____
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____Scott D. Boswell_____
(Typed name of Consular Officer)

<u>Consul of the United States of America</u>
(Title of Consular Officer)

_____October 17, 2002_____
(Date)



## EMBASSY OF SWITZERLAND

No. 1074-IE

The Embassy of Switzerland , Foreign Interests Section , in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit entitled Fiona Havlish, et al. v. Islamic Republic of Iran , et al. ; Civil Case No. 1:02-CV-0305 (JR) in which the Islamic Republic of Iran , the Islamic Revolutionary Guard and Iranian Ministries of Information and Security, of Petroleum, of Economic Affairs and Finance, of Commerce, and of Defense are defendants . The case is pending in United States District Court , District of Columbia . The Embassy herewith transmits a Notice of Suit with Summons and Complaint. This note constitutes service of these documents upon the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code , Section 1608(a)(4) .

Under applicable United States law a defendant in a lawsuit must file an answer to the Summons and Complaint or some other responsive pleading within 60 days from the date of service of the Summons and Complaint (i.e. the date of this note) or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf . Accordingly , the Foreign Interests Section requests that the enclosed summons be forwarded to the appropriate authority of the Government of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to answer the Summons and Complaint .

Please note that under United States law and procedure neither the Embassy nor the Department of State is in a position to comment on the present suit . Under the laws of the United States , any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending , for which reason it is advisable to consult an attorney in the United States .

The enclosure includes a copy of pertinent United States laws concerning sovereign immunities .

The Embassy of Switzerland , Foreign Interests Section , avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration .

Tehran , October 09, 2002  (Mehr 17, 1381)



Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I , Antje Günther  , Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the Embassy of Switzerland , Foreign Interests Section diplomatic note number 1074-IE dated October 09, 2002 , and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on October 09, 2002.



Antje Günther
Deputy Head of Foreign Interests Section

Tehran , October 09, 2002

**No.**    7 9 7 8
**Seen for legalization of**
**the above signature**
**Berne,**   1 5. Okt. 2002
**Swiss Federal Chancellery**

Liliane Gygax

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of
the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.

(Signature of Consular Officer)

Scott D. Boswell
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

October 17, 2002
(Date)



20643

EIDGENÖSSISCHES DEPARTEMENT
FÜR AUSWÄRTIGE ANGELEGENHEITEN

**DRINGEND**
K.252.41 USA/IRAN 3 A

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note
CONS No. 13182 vom 30. September 2002 betr. die Übermittlung von Gerichtsakten im
Sammelklagefall Fiona Havlish gegen die Islamische Republik Iran, und beehrt sich, der
Botschaft der Vereinigten Staaten von Amerika, in der Beilage die acht Sätze der Unterlagen
zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft
in Teheran zurückerhalten hat.

- **8 Sätze Gerichtsakten: Fiona Havlish, et al. v. the Islamic Republic of Iran, et al.;
  CV No. 1:02-CV-0305 (JR)**

- **"Proof of Service", datiert vom 9. Oktober 2002**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1074-IE,
datiert vom 9. Oktober 2002, mit Bestätigung des 'proof of service', datiert vom 9. Oktober
2002 **ohne Kommentar seitens des iranischen Aussenministeriums zurückerhalten.**

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten
Hochachtung zu versichern.

Bern, 16. Oktober 2002

**Beilagen erwähnt**

An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note
No. 20643 dated October 16, 2002:

"The Federal Department of Foreign Affairs, referring to
Embassy's note No. 13182 of September 30, 2002 concerning
the transmission of the court documents in the case Fiona
Havlish, et al. vs. the Islamic Republic of Iran, has the
honor to submit to the Embassy of the Untied States of
America the following enclosures received from the American
Interests Section of the Swiss Embassy in Tehran.

- **8 sets of the court documents: Fiona Havlish, et al. vs.
  the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305
  (JR)**
- "**Proof of service**" dated October 9, 2002


The Interests Section received back the above mentioned
court documents as well as its Note No. 1074-IE dated
October 9, 2002 and the confirmation of 'proof of service'
dated October 9, 2002 from **the Iranian Ministry of Foreign
Affairs with no comments.**

Complimentary close.

Bern, October 16, 2002

Enclosures as stated

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )


I, Scott D. BOSWELL, a consular officer at the Embassy of the
United States at Bern, Switzerland, certify that this is a true
copy of Embassy note number 13182 dated September 30, 2002,
which was transmitted to the Swiss Ministry of Foreign Affairs
on October 1, 2002 for further transmission to the American
Interests Section of the Swiss Embassy in Tehran, Iran.


(Signature of Consular Officer)


      Scott D. BOSWELL
(Typed name of Consular Officer)


Consul of the United States of America
      (Title of Consular Officer)


October 17, 2002
    (Date)



Embassy of the United States of America
September 30, 2002

CONS NO. 13182


U R G E N T!

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of Summons and
Complaint and Notice of Suit Pursuant to the Foreign
Sovereign Immunities Act - Fiona Havlish et al. v. Islamic
Republic of Iran, et al.; Civil Case No. 1:02-CV-0305 (JR)


REF:      ----


The Department of State has requested the delivery of the
enclosed Summons and Complaint and Notice of Suit to the
Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter of Fiona Havlish, et al. v.
Islamic Republic of Iran, et al.; Civil Case No. 1:02-CV-0305
(JR).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
American Interests Section should transmit the Summons and
Complaint and Notice of Suit to the Islamic Republic of Iran
under cover of a diplomatic note utilizing the language
provided in the enclosed instruction.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute the certification of the diplomatic note,
which will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed is the appropriate part of a Memorandum the Embassy
received from the Department of State as well as seven sets
of the Summons and Complaint and Notice of Suit for the
Iranian Ministry of Foreign Affairs.

Case 1:02-cv-00305-GRD-SD   Document 59-34   Filed 08/28/02   Page 23 of 39   ☑010

The Embassy would appreciate being informed of the date the
American Interests Section of the Swiss Embassy in Tehran
receives the documents as well as the date the Interests
Section forwards the Summons and Complaint and Notice of Suit
to the Iranian authorities.

SPP's speedy assistance is much appreciated.



# *Department of State*

## WARSAW 03544 ▬▬▬

ACTION OCS-03

INFO  LOG-00    AID-00    AMAD-00   SRPP-00   EUR-00    UTED-00   TEDE-00
      IO-00     JUSE-00   L-00      NEA-00    NSAE-00   TEST-00   LBA-00
      SAS-00    ▬▬▬

                 ------------------    ▬▬▬    ▬▬▬▬

R 02▬▬▬CT 02
FM AMEMBASSY WARSAW
TO SECSTATE WASHDC 5997

UNCLAS WARSAW 003544


FOR CA/OCS/PRI-LUKE BELLOCCHI

E.O. 12958: N/A
TAGS: CJAN, PL
SUBJECT: JUDICIAL ASSISTANCE - SERVICE OF PROCESS TO
IRAQ

REF: DEPARTMENT (CA/OCS/PRI) MEMO DATED 09/13/02

1. Post received a request for service of Summons and
Complaint and Notice of Suit on The Republic of Iraq in
the matter of Fiona Havlish, et al. v. Islamic Republic
of Iraq, et al.; Civil Case No. 1:02-CV-0305 (JR).

2. On October 1, 2002 post delivered the documents to
be served, accompanied with a diplomatic note number C-
00143, dated October 1, 2002 to the Polish Ministry of
Foreign Affairs for transmittal to the American
Interests Section in Baghdad.
Hill

## Stephen A Corr

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <MissionOfIraq@nyc.rr.com> |
| **Sent:** | Monday, September 30, 2002 3:42 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Saddam.pdf; Arabic Amended Complaint.pdf; Summons - Saddam.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| **Subject:** | Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR) |

To Whom It May Concern:

    Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f).  Attached are the following documents in MS Word and .pdf formats:

1.   Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2.   Summons Addressed to Saddam Hussein (Arabic and English versions);
3.   Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint.  Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA  18901
(215) 348-7700  Phone
(215) 348-0171  Fax

10/1/02

## Stephen A Corr

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <MissionofIraq@nyc.rr.com> |
| **Sent:** | Monday, September 30, 2002 3:47 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Qusai.pdf; Arabic Amended Complaint.pdf; Summons - Qusai.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| **Subject:** | Fw: Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR) |

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1.   Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2.   Summons Addressed to Qusai Hussein (Arabic and English versions);
3.   Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

10/1/02

Page 1 of 1
Case 1:03-cv-09848-GBD-SN Document 834-5 Filed 09/29/08 Page 23 of 39
Case 1:02-cv-00305-JR Document 35-8 Filed 09/22/02 Page 27 of 39

## Stephen A Corr

**From:** "Stephen A Corr" <SCorr@MellonWebster.com>
**To:** <iran@un.int>
**Sent:** Monday, September 30, 2002 3:54 PM
**Attach:** Order for Alt Service Hussein and Ayatolla.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.pdf; Farsi Amended Complaint.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.doc; Farsi Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc
**Subject:** Havlish et al. v. bin Laden, et al., U.S. Dist. Court, District of Columbia No 02-0305 (JR)

To Whom It May Concern:

   Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1.   Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2.   Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions);
3.   Amended Complaint (Farsi and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

10/1/02

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAQ TO THE UN *Shelly*
14 EAST 79th STREET
NEW YORK, NY 10021

DELIVERY CONFIRMATION NUMBER:
0300 1290 0006 5304 0533

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
Internet web site at www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

14 East 79th Street
New York, NY 10021

**Re:    Havlish, et al. v. bin Laden, et al.**
       **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

        Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f).  Enclosed are the following documents:

        1.      Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

        2.      Summons Addressed to Saddam Hussein (Arabic and English versions); and

        3.      Amended Complaint (Arabic and English versions)

        **Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint.  Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

**U.S. POSTAL SERVICE      CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
MELLON WEBSTER + SHELLY
87 N. BROAD STREET
DOYLESTOWN PA 18901

One piece of ordinary mail addressed to:
PERMANENT MISSION OF IRAQ TO THE U
14 EAST 79th STREET
NEW YORK, NY 10021

$0.60
U.S. POSTAGE
DOYLESTOWN, PA
18901
AMOUNT
02

PS Form 3817, Mar. 1989

truly yours,

STEPHEN A. CORR

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAQ TO THE UN  *Shelly*
(Please Print Clearly)
14 EAST 79ᵀᴴ STREET
NEW YORK, NY 10021

DELIVERY CONFIRMATION NUMBER: 0300 1290 0001 5304 0526

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access 1
internet web site at www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

———

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

To the United Nations
14 East 79ᵗʰ Street
New York, NY 10021

Re:  Havlish, et al. v. bin Laden, et al.
     U.S. District Court, District of Columbia, No. 02-0305

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.  Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.  Summons Addressed to Qusai Hussein (Arabic and English versions); and

3.  Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

U.S. POSTAL SERVICE  **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Mellon Webster + Shelly
87 N. Broad Street
Doylestown, PA 18901

One piece of ordinary mail addressed to:
Permanent Mission of Iraq to the UN
14 East 79ᵗʰ Street
New York, NY 10021

PS Form 3817, Mar. 1989

$0.90
U.S. POSTAGE
PAID
DOYLESTOWN, PA
18901
AMOUNT
00053690-02

truly yours,

PHEN A. CORR

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAN TO THE UN *Shelly*
622 THIRD AVENUE
NEW YORK, NY 10017

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
Internet web site at www.usps.com
or call 1-800-222-1811

DELIVERY CONFIRMATION NUMBER: 0300 1290 0006 5304 0517

Postmark Here

DOYLESTOWN PA 18901

PS Form 152, March 1999

**CHECK ONE (POSTAL USE ONLY)**
☒ Priority Mail
☐ Standard Mail (B)
*(See Reverse)*

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

———◆———

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

Permanent Mission of Iran
To the United Nations
622 Third Avenue
New York, NY 10017

     Re:    **Havlish, et al. v. bin Laden, et al.**
            **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

     Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents:

     1.    Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

     2.    Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions); and

     3.    Amended Complaint (Farsi and English versions)

Please note that the Defendant has sixty (60) days to file a responsive
           to respond within sixty (60)
           ndant.

           truly yours,

           PHEN A. CORR

**U.S. POSTAL SERVICE   CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Mellon Webster + Shelley
87 N. Broad Street
Doylestown PA 18901

One piece of ordinary mail addressed to:
Permanent Mission of Iran to the Un
622 Third Avenue
New York, NY 10017

PS Form 3817, Mar. 1989

DOYLESTOWN PA 18901

U.S. POSTAGE
DOYLESTOWN, PA
18901
OCT 01 '02
AMOUNT
$0.90
00053690-02



## UNITED STATES POSTAL SERVICE® ☒

# Track & Confirm

## Shipment History

You entered 0300 1290 0006 5304 0533

Your item was refused by the addressee at 2:07 pm on
October 03, 2002 in NEW YORK, NY 10021 and is being
returned to the sender. Status is updated every evening.
Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:10 pm,
  DOYLESTOWN, PA 18901



**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs



**POSTAL INSPECTORS**
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**UNITED STATES POSTAL SERVICE®**

# Track & Confirm

### Shipment History

You entered 0300 1290 0006 5304 0526

Your item was refused by the addressee at 2:07 pm on
October 03, 2002 in NEW YORK, NY 10021 and is being
returned to the sender. Status is updated every evening.
Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:09 pm,
  DOYLESTOWN, PA 18901

**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs



POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE®** ☒

# Track & Confirm

## Shipment History

You entered 0300 1290 0006 5304 0519

Your item was delivered at 10:43 am on October 03, 2002 in
NEW YORK, NY 10017.

Here is what happened earlier:

- ENROUTE, October 03, 2002, 9:04 am, NEW YORK,
  NY 10017
- ACCEPTANCE, October 01, 2002, 12:07 pm,
  DOYLESTOWN, PA 18901



**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs

 POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

Re:  **Havlish, et al. v. bin Laden, et al.**
     **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.  Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.  Summons Addressed to Saddam Hussein (Arabic and English versions); and

3.  Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

Very truly yours,

STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.:  7906 0934 9732**

Case 1:02-cv-00305-JRD-SN Document 234-5 Filed 09/29/08 Page 35 of 39

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901

REVENUE BARCODE



**To: Permanent Mission of Iraq (212)737-4483
To the United Nations
14 East 79th Street**

**New York, NY, 10021**

Ref: 5084

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

RELEASE# 3785346



DELIVERY ADDRESS BARCODE(FEDEX-EDR)

**TRK # 7906 0934 9732** FORM 0201

FedEx **STANDARD OVERNIGHT**

**10021-NY-US**

**EWR**

**Z2 FLUA**

THU
A1

Deliver by:
**10OCT02**



## Shipping Label

| | | |
|---|---|---|
| Schedule Courier | Find a Dropoff Location | Shipping History |
| Shipment Complete | Cancel Shipment | Edit Shipment Information |

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

## Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

Shipment Details

## Ship a New Package

| Ship Inside U.S. | Ship Outside U.S. | Ship to Same Recipient |
|---|---|---|

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation,
unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide
apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other
forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual
documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide.
Written claims must be filed within strict time limits, see current FedEx Service Guide.

Page 1 of 1

Case 1:03-cv-08845-GBD-SN   Document 834-5   Filed 09/29/08   Page 36 of 39
Case 1:02-cv-00305-JR-SN   Document 35-8   Filed 10/17/2002   Page 36 of 39

## Catherine M. Hassett

**From:** <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com>
**To:** <chassett@mellonwebster.com>
**Sent:** Thursday, October 10, 2002 1:57 PM
**Subject:** FedEx shipment 790609349732

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United  has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was  10/09/2002.

The tracking number of this shipment was 790609349732.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=790609349732&action=track&language=english&cntry_code=us

Disclaimer
------------------------------------------------------------
FedEx has not validated the authenticity of any email address.

10/18/2002



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

<u>**Via Federal Express/Standard Overnight**</u>
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

Re:   **Havlish, et al. v. bin Laden, et al.**
      <u>**U.S. District Court, District of Columbia, No. 02-0305**</u>

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.   Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.   Summons Addressed to Qusai Hussein (Arabic and English versions); and

3.   Amended Complaint (Arabic and English versions)

Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.

Very truly yours,

STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.: 7927 5684 6234**

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901

REVENUE BARCODE



**To: Permanent Mission of Iraq (212)737-4483**
    **To the United Nations**
    **14 East 79th Street**

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

**New York, NY, 10021**

Ref: 5084

RELEASE# 3785346



DELIVERY ADDRESS BARCODE(FEDEX-EDA)

**TRK # 7927 5684 6234** FORM 0201

FedEx   **STANDARD OVERNIGHT**

**10021-NY-US**

**THU**
A1

Deliver by:
**10OCT02**

**Z2 FLUA**
EWR



## Shipping Label

| Schedule Courier | Find a Dropoff Location | Shipping History |

| Shipment Complete | Cancel Shipment | Edit Shipment Information |

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

## Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

| Shipment Details |

## Ship a New Package

| Ship Inside U.S. | Ship Outside U.S. | Ship to Same Recipient |

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Catherine M. Hassett

**From:** <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com>
**To:** <chassett@mellonwebster.com>
**Sent:** Thursday, October 10, 2002 1:51 PM
**Subject:** FedEx shipment 792756846234

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was 10/09/2002.

The tracking number of this shipment was 792756846234.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=792756846234&action=track&language=english&cntry_code=us

Disclaimer
----------------------------------------------------------------
FedEx has not validated the authenticity of any email address.

10/18/2002