UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON                      03 MDL 1570  (RCC)
SEPTEMBER 11, 2001

_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

## AFFIDAVIT OF SERVICE OF THE
## SECOND AMENDED COMPLAINT

I, Stephen A. Corr, Esquire, being duly sworn do hereby depose and say:

1.      On December 28, 2006, I delivered packages to Parcel Place, 4387 West

Swamp Road, Doylestown, Pennsylvania 18901.  Parcel Place is a DHL authorized

shipping center.  The packages delivered to Parcel Place contained two (2) copies (1

English version and 1 Farsi version) of the Second Amended Complaint.  The packages

delivered to Parcel Place were addressed as follows:

    (a)    Mr. Ebrahim Sheibany
    Governor
    Central Bank of the Islamic Republic of Iran
    Miramad Boulevard, #144
    Tehran, Iran

    (b)    National Iranian Petro Chemical Company
    #46 Haft Tir Square, Karimkhan Zand Boulevard
    P.O. Box 11365-3484
    Tehran, Iran

    (c)    Madhi Mir Maezzei
    Chief Managing Director
    National Iranian Oil Company

Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran

(d)     Mr. Mohammed Souri
Chairman
National Iranian Tanker Company
#67 and 88; Atefi Street; Africa Avenue
Tehran, Iran

(e)     Eng. Davoud Keshavarzian
Chairman and CEO
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran

(f)     National Iranian Gas Company
#401, Mafatteh Crossing, Taleghani Avenue
P.O. Box 6394, 4533
Tehran, Iran

(g)     Ali Shamkhani
Iran Ministry of Defense and Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran

(h)     Bijan Namdar-Zanganeh
Iran Ministry of Petroleum
Hafez Crossing, Taleghani Avenue
Before Hafez Bridge
Tehran, Iran

(i)     Safdar Hoseini
Iran Ministry of Economic Affairs and Finance
Sour Esrafil Street, Bab Homayoun Avenue
Tehran, Iran

(j)     Mohammad Shariat-Madari
Iran Ministry of Commerce
492 Valy-e Asr Avenue
Between Taleghani Crossroad and Valy-e Asr Square
Tehran, Iran

2.      The package addressed to Ebrahim Sheibany, Governor of the Central

Bank of the Islamic Republic of Iran, carried DHL tracking number 830 8199 690 and

was delivered on January 7, 2007 at 9:49 a.m.  A copy of the cover letter accompanying

the package, the DHL waybill, and the tracking results from the DHL website are

attached hereto collectively as **Exhibit A**.

3.      The package addressed to National Iranian Petrochemical Company

carried DHL tracking number 830 8376 672 and was delivered on January 8, 2007 at 9:32

a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the

tracking results from the DHL website are attached hereto collectively as **Exhibit B**.

4.      The package addressed to Madhi Mir Maezzei, Chief Managing Director,

National Iranian Oil Company carried DHL tracking number 830 8376 694 and was

delivered on January 7, 2007 at 2:45 p.m.  A copy of the cover letter accompanying the

package, the DHL waybill, and the tracking results from the DHL website are attached

hereto collectively as **Exhibit C**.

5.      The package addressed to Mohammed Souri, Chariman, National Iranian

Tanker Corporation carried DHL tracking number 830 8199 675 and was delivered on

January 9, 2007 at 8:35 a.m.  A copy of the cover letter accompanying the package, the

DHL waybill, and the tracking results from the DHL website are attached hereto

collectively as **Exhibit D**.

6.      The package addressed to Eng. Davoud Keshavarzian, Chairman and CEO

of Iran Air, carried DHL tracking number 830 8199 664 and was returned to sender on or

about January 5, 2007.  The package was then re-sent to Iran Air on January 13, 2007

carrying DHL tracking number 830 8199 196 and was delivered on January 20, 2007 at

1:28 p.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit E**.

7.    The package addressed to National Iranian Gas Company carried DHL tracking number 830 8199 701 and was returned to sender on or about January 5, 2007. The package was then re-sent to National Iranian Gas Company carrying DHL tracking number 830 8199 200 and was delivered on January 20, 2007 at 11:09 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit F**.

8.    The package addressed to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carried DHL tracking number 830 8199 642 and was returned to sender on or about January 5, 2007.  The package was then re-sent to Ali Shamkhani, Iran Ministry of Defense & Armed Forces Logistics carrying DHL tracking number 830 8199 185.  The package was delivered on January 20, 2007 but the recipient refused to accept the package.  Delivery was attempted again on January 23, 2007, but again the recipient refused to accept the package.  The package was then returned to sender on or about January 27, 2007.  A copy of the cover letter accompanying the package, the DHL waybills, and the tracking results from the DHL website are attached hereto collectively as **Exhibit G**.

9.    The package addressed to Bijan Namdar-Zanganeh, Iran Ministry of Petroleum, carried DHL tracking number 830 8199 631 and was delivered on January 9, 2007 at 7:46 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit H**.

10.     The package addressed to Safdar Hoseini carried DHL tracking number 830 8199 620 and was delivered on January 9, 2007 at 9:24 a.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit I**.

11.     The package addressed to Mohammad Shariat-Madri, Iran Ministry of Commerce carried DHL tracking number 830 8293 475 and was delivered on January 7, 2007 at 2:45 p.m.  A copy of the cover letter accompanying the package, the DHL waybill, and the tracking results from the DHL website are attached hereto collectively as **Exhibit J**.

12.     In addition to the individual packages which were delivered to Parcel Place on December 28, 2006, I also delivered a single box addressed to "Permanent Mission of Iran to the U.N., 622 Third Avenue, New York, NY 10017."  The box contained six individual packages containing a cover letter and two copies of the Second Amended Complaint (one in English and one in Farsi) addressed as follows:

    1.    Mohammad Ali Yunesi
           Iran Ministry of Intelligence & Security
           c/o Permanent Mission of Iran to the U.N.
           622 Third Avenue
           New York, NY 10017

    2.    Islamic Republic of Iran
           c/o Permanent Mission of Iran to the U.N.
           622 Third Avenue
           New York, NY 10017

    3.    The Islamic Revolutionary Guard Corps.
           c/o Permanent Mission of Iran to the U.N.
           622 Third Avenue
           New York, NY 10017

    4.    Hezbollah
           c/o Permanent Mission of Iran to the U.N.

Case 1:03-md-01570-GBD-FM   Document 2035   Filed 08/24/2007   Page 6 of 9

        622 Third Avenue
        New York, NY 10017

5.     Ali Akbar Hashemi Rafsanjani
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

6.     Ayatollah Ali Hoseini-Khamenei
        Supreme Leader
        Islamic Republic of Iran
        c/o Permanent Mission of Iran to the U.N.
        622 Third Avenue
        New York, NY 10017

The box carried DHL tracking number 830 8293 486.  DHL attempted to deliver the box to the Permanent Mission of Iran to the U.N., but the box was refused because it was not addressed to an individual.  On January 12, 2007, I, with the help of my assistant, Jennifer Bechle, took each of the six packages which were addressed as set forth above and placed them in six individual Federal Express packages addressed as follows: "H.E. Mohammad Javad Zarif, Permanent Mission of Iran to the U.N., Ambassador, 622 Third Avenue, New York, NY 10017."  The six packages carried the following Federal Express tracking numbers: 1) 790649150414 (Mohammad Ali Yunesi);  2)  798084603945 (Islamic Republic of Iran);  3)  791616329110 (Islamic Revolutionary Guard Corps.);  4) 799068910680 (Hezbollah);  5)  791209138139 (Ali Akbar Hashemi Rafsanjani); and 6) 792272026998 (Ayatollah Ali Hoseini-Khamenei).  Each of the six Federal Express packages was delivered to the Permanent Mission of Iran to the U.N. on January 15, 2007 at 10:43 a.m. and were signed for by Z. Nazar.  A copy of each cover letter and the tracking results, including the signature of Z. Nazar,  from the Federal Express website are attached hereto collectively as **Exhibit K**.  On January 17, 2007 at 3:31 p.m., two days after accepting delivery of the six Federal Express packages, a representative from

the Permanent Mission of Iran to the U.N. placed the six packages into a single Federal Express box carrying Federal Express tracking number 798587462698 and returned the six packages to "Jennifer Bechle, Mellon, Webster & Shelly, 87 N. Broad Street, Doylestown, PA  18901."  Inside the box, the six packages remain sealed in their original Federal Express envelopes, each with a notation on the outside of the envelope "RTS/Refused."

13.     In addition to attempting service of the Second Amended Complaint on the six defendants identified in paragraph 12 above *via* DHL and Federal Express, on January 12, 2007 at 2:59 p.m., I sent four copies of the Second Amended Complaint (two in Farsi (one in .pdf format and one in .doc format) and two in English (one in .pdf format and one in .doc format)) *via* email to the Permanent Mission of Iran to the U.N. and Ambassador H.E. Mohammad Javad Zarif at the following email addresses iran@un.int and jzarif@un.int .  The email identified the case in the subject line and notified the Ambassador that service was being made upon the six defendants identified in paragraph 12 above.  A copy of the email showing the four attachments is attached hereto as **Exhibit L**.

14.     On December 23, 2002, Nancy M. Mayer-Whittington, Clerk of the United States District Court, District of Columbia, entered defaults, pursuant to Fed.R.Civ.P. 55(a) for failure to plead or otherwise defend this action, against the following defendants: The Islamic Republic of Iran, Iranian Ministry of Information and Security, The Islamic Revolutionary Guard Corps., Hezbollah, Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Ayatollah Ali

Hoseini-Khamenei, Saddam Hussein and Quasai Hussein. A copy of the Rule 55(a) defaults are attached hereto collectively as **Exhibit M.** Despite their status as defaulting defendants, Plaintiffs have made every effort to serve the Second Amended Complaint on the defaulting defendants.

15.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Tanker Corporation (previously identified as Unidentified Terrorist 2) as set forth in paragraph 5 above. The effective date of service is January 9, 2007.

16.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Oil Corporation (previously identified as Unidentified Terrorist 3) as set forth in paragraph 4 above. The effective date of service is January 7, 2007.

17.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Gas Company (previously identified as Unidentified Terrorist 4) as set forth in paragraph 7 above. The effective date of service is January 20, 2007.

18.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served Iran Airlines (previously identified as Unidentified Terrorist 5) as set forth in paragraph 6 above. The effective date of service is January 20, 2007.

19.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The National Iranian Petrochemical Company (previously identified as Unidentified Terrorist 6) as set forth in paragraph 3 above. The effective date of service is January 8, 2007.

20.     Pursuant to Fed.R.Civ.P. 4, Plaintiffs have now served The Central Bank of Iran (previously identified as Unidentified Terrorist 7) as set forth in paragraph 2 above.  The effective date of service is January 7, 2007.


_____/s_____
Stephen A. Corr, Esquire
Pa. Bar No. 65266
MELLON, WEBSTER & SHELLY
87 North Broad Street
Doylestown, PA  18901
Telephone:  (215) 348-7700
scorr@mellonwebster.com

# EXHIBIT  A



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ebrahim Sheibany
Governor
Central Bank of the Islamic Republic of Iran
Mirdamad Boulevard, No. 144
Tehran, Iran, 15875/7177

> Re:   Havlish, et al. v. bin-Laden, et al.
>       03 MDL 1570 (RCC)
>       U.S.D.C., Southern District of New York, 03-CV-9848-RCC
>       Transferred from U.S.D.C., District of Columbia, 1:02-cv-305

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8199 690**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199690

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/7/2007  9:49 am |
| Delivered to | | |
| Signed for by | | **TARVERDIZADE**   What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 9:49 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:51 am | With delivery courier. | Tehran, Iran |
| | 6:34 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:09 am | In transit. | Wilmington, OH |
| | 2:09 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:33:11 am pt.

▣ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

**Questions?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL EXPRESS

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL (1-800-225-5345)

Shipment Air Waybill (Non-negotiable)

830 8199 690

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Unit Value

Total Value

9 690
-28-06

NSV

Havlick

# EXHIBIT  B



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

December 28, 2006

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

National Iranian Petrochemical Company
No. 46, Haft Tir Square, Karimkhan Zand Blvd.
P.O. Box 11365-3484
Tehran, Iran,

> Re:    **Havlish, et al. v. bin-Laden, et al.**
>        **03 MDL 1570 (RCC)**
>        **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
>        **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.    Second Amended Complaint (English)
2.    Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8376 672**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID
Password
☐ Remember my User ID

Log in ▸
▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

## Tracking results detail for 8308376672

### Tracking summary

| Current Status | ↺ Arrived at DHL facility. |
|---|---|
| Delivered on | 1/8/2007  9:32 am |
| Delivered to | |
| Signed for by | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:11 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:11 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| MELLON WEBSTER & SHELLY | Tehran, Iran | Ship date: 12/29/2006 |
| Doylestown, PA  18901 | | Pieces: 1 |
| United States | | Total weight: 3 lbs * |
| | | Ship Type: Document |
| Attention: | Attention: | Shipment Reference: H |
| MELLON WEBSTER & SHELLY | | Service: International E |
| | | Special Service: |
| | | Description: NONE |

Tracking detail provided by DHL: 1/22/2007, 8:24:20 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**                              **Questions?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.



Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

# Track results detail

## Tracking results detail for 8308376672

### Tracking summary

| | |
|---|---|
| Current Status | ↻ Arrived at DHL facility. |
| Delivered on | 1/8/2007 9:32 am |
| Delivered to | |
| Signed for by | What is this? |

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

**Log in to DHL**

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/8/2007 | 9:32 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:11 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:11 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:48 am | At Gateway. | Wilmington, OH |
| | 2:10 am | Processed at DHL Location. | Wilmington, OH |
| | 2:10 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

**Attention:**
MELLON WEBSTER & SHELLY

**Attention:**

Tracking detail provided by DHL: 1/15/2007, 6:37:51 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to E
use of DHL tracking systems and information is strictly prohibited.

\* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Acti
weights may be different and will be provided on invoice.

**New to DHL?**

**Questions?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**DHL EXPRESS**

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL *(in USA only)*

**Shipment Air Waybill**
*(Non negotiable)*

830 8376 672

8308376672

ORIGIN

DESTINATION CODE

**Products & Services**

DOMESTIC EXPRESS
WORLDWIDE EXPRESS

DIMENSIONAL/CHARGEABLE WEIGHT

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

**Shipper's Copy**

TYPE OF EXPORT
☐ Permanent ☐ Repair/Return ☐ Temporary

SERVICES        CHARGES

PAYMENT DETAILS (Check, Card No.)

TRANSPORT COLLECT STICKER No.

TOTAL

Signature (required)        Date        Time

# EXHIBIT C



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

December 28, 2006

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

Madhi Mir Maezzei
Chief Managing Director
National Iranian Oil Company
Hafez Crossing, Taleghani Avenue
P.O. Box 1863
Tehran, Iran, 15875-1863

> Re:  **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No.  830 8376 694**



Cont&

| Ship | Track | Services | About DHL | Help |

DHL USA Hom



## Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID
Password

☐ Remember my User ID

Log in
▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308376694

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 1/7/2007  2:45 pm | |
| Delivered to | | |
| Signed for by | **MOHSENI** | What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/7/2007 | 2:45 pm | Shipment delivered. | Tehran, Iran  Why is this |
| | 10:35 am | Depart Facility. | Frankfurt, Germany |
| | 8:00 am | With delivery courier. | Tehran, Iran |
| | 6:17 am | Arrived at DHL facility. | Tehran, Iran |
| | 3:20 am | Depart Facility. | Tehran, Iran |
| | 3:16 am | Arrived at DHL facility. | Tehran, Iran |
| 1/6/2007 | 4:22 am | Depart Facility. | Brussels, Belgium |
| | 12:47 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/5/2007 | 10:40 pm | Depart Facility. | London, United Kingdom |
| | 2:42 am | Arrived at DHL facility. | London, United Kingdom |
| 1/4/2007 | 10:39 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:01 am | Depart Facility. | Wilmington, OH |
| | 1:18 am | Clearance processing complete. | Wilmington, OH |
| 1/3/2007 | 2:37 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 2:25 am | At Gateway. | Wilmington, OH |
| | 1:37 am | Processed at DHL Location. | Wilmington, OH |
| | 1:37 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs '

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:39:15 am pt.

◀ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

**' Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Process and Track your shipment online: http://www.dhl-usa.com

1-800-CALL-DHL *in USA only*

**Shipment Air Waybill**
*(Non-negotiable)*

830 8376 694

9008376694

☐ Charge to  ☐ Shipper  ☐ Receiver  ☐ 3rd Party
Payer Account No.

DHL Account Number and Shipment Online Protection Credit

☐ Cash
☐ Check
☐ Credit Card

*Not all shipment options are available in all countries.*

**1 Shipper (From)**
Shipper's Account Number
Company Name
Contact Name
Shipper's Reference (up to 35 characters)
Phone, Fax, or E-mail

☐ Declared Value for Carriage *(in US $)*
☐ Shipment Value Protection *(see reverse)*

**2 Receiver**
Company Name
Contact Name
Address. *DHL Cannot Deliver to a PO Box*
Postal Code (required)
Country
ZIP Code (required)
Phone, Fax, or E-mail (required)

**3 Shipment Details**
Total Number of Packages
Total Weight   lbs
☐ DHL Express Document packaging used since 4/2

**4 Full Description of Contents**
*Give Content and Quantity. DHL Does Not Transport Cash*

| Pieces | Dimensions *(in inches)* Length | Width | Height |
|---|---|---|---|
|  | x | x | x |
|  | x | x | x |
|  | x | x | x |

**5 Schedule B Number** - Harmonized Code (if applicable)

Receiver's VAT/GST or Shipper's EIN/SSN

**6 Dutiable Shipment Only (Custom Declaration)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable)
Value for Customs *(in US $)*

**TYPE OF EXPORT**
☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination Duties/Taxes (if left blank, Receiver pays duties/taxes)
☐ Receiver  ☐ Shipper  ☐ Other

**7 Shipper's Authorization and Signature (Required)**

Signature (required)                    Date

**Worldwide Services**
☐ DOMESTIC EXPRESS
☐ WORLDWIDE EXPRESS
**Service Options**
☐ GLOBAL MAIL

**Drop Box #**

ORIGIN          DESTINATION CODE

**DIMENSIONAL/CHARGEABLE WEIGHT**          lbs

| SERVICES | CHARGES |
|---|---|
| TRANSPORT COLLECT STICKER No. | TOTAL |

**PAYMENT DETAILS (Check, Card No.)**
No.                    Auth.
Type          Expires
PICKED UP BY          Route No.
Time          Date

Shipper's Copy

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

# EXHIBIT D



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Mohammed Souri
Chairman
National Iranian Tanker Company
Nos. 67 & 88; Atefi St.; Africa Ave.
Tehran, Iran, 19177

> Re:  **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.   Second Amended Complaint (English)
2.   Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 675**



Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199675

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/9/2007  8:35 am |
| Delivered to | | |
| Signed for by | | **MIRMOSTAFAEI**  What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/9/2007 | 8:35 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 7:56 am | With delivery courier. | Tehran, Iran |
| 1/8/2007 | 9:36 am | Arrived at DHL facility. | Tehran, Iran |
| | 9:10 am | Depart Facility. | Tehran, Iran |
| | 9:07 am | Arrived at DHL facility. | Tehran, Iran |
| 1/7/2007 | 10:59 pm | Depart Facility. | Dubai, United Arab Emir: |
| | 9:18 am | Arrived at DHL facility. | Dubai, United Arab Emir: |
| 1/6/2007 | 7:31 pm | Depart Facility. | London, United Kingdom |
| 1/5/2007 | 10:27 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 7:17 am | Depart Facility. | Wilmington, OH |
| | 1:14 am | Clearance processing complete. | Wilmington, OH |
| 1/4/2007 | 2:09 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:20 am | Processed at DHL Location. | Wilmington, OH |
| | 2:20 am | In transit. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:37:32 am pt.

▨  Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to E
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL in USA only

**Shipment Air Waybill** (Non-negotiable)

830 8199 675

8308198675

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

# EXHIBIT E



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • Fax 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

⎯⎯⎯•⎯⎯⎯
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Eng. Davoud Keshavarzian
Chairman & CEO
Iran Air
Iran Air H.Q.
Mehrabad Airport
Tehran, Iran,

Re:    **Havlish, et al. v. bin-Laden, et al.**
**03 MDL 1570 (RCC)**
**U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
**Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

    You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

    1.    Second Amended Complaint (English)
    2.    Second Amended Complaint (Farsi)

    Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

    Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 664**



| Ship | Track | Services | About DHL | Help |
|---|---|---|---|---|

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199664

### Tracking summary

Current Status     ↻   In transit.

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:42 pm | In transit. | Wilmington, OH |
| | 2:41 pm | Please contact DHL | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:15 am | In transit. | Wilmington, OH |
| | 2:15 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:49 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

**Ship To:**
Tehran, Iran

**Shipment Infomation:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs ⁼
Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

**Attention:**
MELLON WEBSTER & SHELLY

**Attention:**

Tracking detail provided by DHL: 1/15/2007, 6:38:30 am pt.

◁ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to C use of DHL tracking systems and information is strictly prohibited.

**´ Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL Worldwide Express, Inc. 1200 South Pine Island Road, Plantation, Florida 33324

Shipment Air Waybill (Non negotiable)

830 8199 664

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL (in USA only)

Shipper's Copy

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



# Track results detail

## Tracking results detail for 8308199196

### Tracking summary

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/20/2007 1:28 pm |
| Delivered to | | |
| Signed for by | | **SHAFIEE** What is this? |

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 1:28 pm | Shipment delivered. | Tehran, Iran Why is this |
| | 8:29 am | With delivery courier. | Tehran, Iran |
| | 6:53 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:30 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA 18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs "

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:13:10 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

" **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▹ Register Now

**Questions?**

We're here to help!
▹ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**Steve Corr**

| | |
|---|---|
| **From:** | DHL [r+11F96BD00@dhl.com] |
| **Sent:** | Saturday, January 20, 2007 5:34 AM |
| **To:** | Steve Corr |
| **Subject:** | DHL Delivery Status Notification |

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 01:28 PM

Tracking Number: 8308199196
Signed for by: SHAFIEE
Date Delivered: 01/20/2007
Time: 01:28 PM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy policy at http://www.dhl-usa.com/About/Privacy.asp.

1

DHL WORLDWIDE EXPRESS
http://www.dhl-usa.com

Process and Track your shipment online
1-800-CALL-DHL — USA only
1-800-CALL-DHL

**Shipment Air Waybill**

ORIGIN

DESTINATION CODE

830 8199 196

830 8199 196

**Payer account number and shipment value protection details**

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No. _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_

Shipment Value Protection for Carriage (in US $)
☐ Yes, Declared Value for Carriage (in US $)

**From (Shipper)**
Shipper's Account Number _222 76 7006_
Contact Name _Frances Lisa_
Shipper's Reference (up to 35 characters) _SC84_
Company Name _Alavi_
Address _87 N BROAD STREET_ _DOYLESTOWN PA_
Post/ZIP Code (required) _18901_
Phone, Fax, or E-mail (required) _215-348-7700_

**To (Receiver)**
Contact Name _IRAN ASR_
Company Name _IRAN ASR_
Delivery Address. DHL Cannot Deliver to a PO Box
_Dr. SAEED HESAME MOHSENE KHAYAM_
_IRAN ASR H.Q._
_MEHRABANS AIRPORT_
Post/ZIP Code (required) _TEHRAN_
Country _IRAN_
Phone, Fax, or E-mail (required) _+98 (21) 6465296003_

**Shipment Details**
Total Number of Packages _1_
Total Weight _2_ lbs.

**Dutiable Shipment Only (Customs documentation)**
Value for Customs (in US $)

**Full Description of Contents**
_DOCUMENTS_

TYPE OF EXPORT ☐ Temporary ☒ Permanent

**Shipper's Authorization (signature required)**
Signature (required) _Stephen Lisa_   Date _1/12/07_

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

1-13-07
1-13-07
A 101:27

# EXHIBIT F



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

————————

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

National Iranian Gas Company
No. 401, Mafatteh Crossing, Taleghani Avenue
P.O. Box 6394, 4533
Tehran, Iran,

> Re: **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1. Second Amended Complaint (English)
2. Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 701**



Cont



| Ship | Track | Services | About DHL | Help |

DHL USA Hom

**Track**

- ▶ Track by number
- ▶ Track by reference
- ▶ Get delivery signature
- ▶ Track DHL Same Day service
- ▶ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199701

### Tracking summary

Current Status      ⟳   In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:53 pm | In transit. | Wilmington, OH |
| | 2:53 pm | Please contact DHL | Wilmington, OH |
| | 2:53 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:18 am | In transit. | Wilmington, OH |
| | 2:18 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:52 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA 18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/15/2007, 6:36:04 am pt.

◼ Back to summary

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

# DHL

Process and Track your shipment online: http://www.dhl-usa.com

**Shipment Air Waybill**

1-800-CALL-DHL in USA only

830 8199 701

ORIGIN | DESTINATION CODE

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Shipper's Copy

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

**Log in to DHL**

User ID

Password

☐ Remember my User ID

Log in

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

# Track results detail

## Tracking results detail for 8308199200

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 1/20/2007 11:09 am |
| Delivered to | | |
| Signed for by | | **MOHAMADZADEH**   What is this? |

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/20/2007 | 11:09 am | Shipment delivered. | Tehran, Iran  Why is this |
| | 8:41 am | With delivery courier. | Tehran, Iran |
| | 5:54 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:26 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:32 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:42 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 1 lb *

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Ship Type: Document
Shipment Reference: 5(
Service: International E
Special Service:
Description: DOCUMEN

Tracking detail provided by DHL: 1/22/2007, 8:06:40 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▶ Register Now

**Questions?**

We're here to help!
▶ Contact DHL

DHL Global  |  About DHL  |  Newsroom  |  Contact  |  Sitemap  |  Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**DHL**

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL · (1-800-225-5345)

Shipment Air Waybill (Non negotiable)

**1 Payer Account number and shipment value protection details**

Charge to: ☐ Shipper  ☒ Receiver  ☐ 3rd Party

Payer Account No. 222 76 7006

Shipment Value Protection (see reverse)

☐ Yes, Declared Value for Carriage (in US $)

Shipper's Reference (up to 35 characters) 5084

**2 From (Shipper)**

Payer Account No. 222 76 7006

Address
MJS
87 N. Broad Street
Doylestown PA 18901
18901

Company Name

Contact Name  Stephen Carr

Phone, Fax, or E-mail (required)  215-348-7700

**3 To (Receiver)**

Contact Name  Mohammad Mallaki

Company Name  National Iranian Gas Company

Delivery Address DHL Cannot Deliver to a PO Box
#401 Mafateh Crossing
Taleghani Avenue
P.O. Box 6394, 4533
Tehran

Country  Iran

Post/ZIP Code (required)  Tehran

Phone, Fax, or E-mail (required)  98-21-88131

**4 Shipment Details**

Total Number of Packages  1

Total Weight  2  lbs

Full Description of Contents  DOCUMENTS

Dimensions (in inches)
Length  Width  Height
x  x
x  x

830 8199 200

**5 Full Description of Contents**
Give Content and Quantity. DHL Does Not Transport Cash
DOCUMENTS

**6 Outside Shipments Only (Customs requirement)**

TYPE OF EXPORT
Destination Duties/Taxes if paid by:  ☑ Receiver  ☐ Shipper  ☐ Other
☑ Permanent  ☐ Repair/Return  ☐ Temporary

**7 Shipper's Authorization (signature required)**

Signature (required)  [signature]  Date  1/12/07

ORIGIN

DESTINATION CODE

**8 Products & Services**

**9 DIMENSIONAL/CHARGEABLE WEIGHT**  lbs

SERVICES  CHARGES

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Auth.:
Expires:

PICKED UP BY
Route No.
Time  Date

Drop Box #  TOTAL

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324   Original (DHL Billing) Copy

DHL WORLDWIDE EXPRESS USA

$101.74
1-13-07

**Steve Corr**

| | |
|---|---|
| **From:** | DHL [r+BFE504401@dhl.com] |
| **Sent:** | Saturday, January 20, 2007 4:06 AM |
| **To:** | Steve Corr |
| **Subject:** | DHL Delivery Status Notification |

Dear Stephen Corr -

Thank you for using DHL's Delivery Notification Service.
Your shipment was delivered on January 20, 2007 at 11:09 AM

Tracking Number: 8308199200
Signed for by: MOHAMADZADEH
Date Delivered: 01/20/2007
Time: 11:09 AM

For more detailed information regarding this delivery, please visit our website at www.dhl-usa.com and enter the tracking number in the Track section of the site.

Thank you,
DHL

You are receiving this e-mail because you requested this notification from the DHL Website.

If you have any questions or concerns about how we use your personal information, please read our privacy policy at http://www.dhl-usa.com/About/Privacy.asp.

# EXHIBIT G



LAW OFFICES

*Mellon Webster & Shelly*

A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR
SAMUEL C. TOTARO, JR.
ELISSA B. HEINRICHS

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

December 28, 2006

Ali Shamkhani
Iran Ministry of Defense & Armed Forces Logistics
Dabestan Street, Seyyed Khandan Bridge
Resalat Expressway
Tehran, Iran,

> Re:  **Havlish, et al. v. bin-Laden, et al.**
> **03 MDL 1570 (RCC)**
> **U.S.D.C., Southern District of New York, 03-CV-9848-RCC**
> **Transferred from U.S.D.C., District of Columbia, 1:02-cv-305**

Dear Sir:

You, or your organization, is named as a defendant in the above-referenced lawsuit. Enclosed you will find the following documents:

1.  Second Amended Complaint (English)
2.  Second Amended Complaint (Farsi)

Service is hereby made pursuant to Federal Rules of Civil Procedure 4 and 5. Pursuant to the Federal Rules of Civil Procedure you have ninety (90) days to file an Answer to this Second Amended Complaint. If no Answer is filed within ninety (90) days of service, we intend to perfect a default judgment against you.

Very truly yours,

Stephen A. Corr

SAC:ss
Enclosures
**Sent via DHL No. 830 8199 642**

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

# Track results detail

## Tracking results detail for 8308199642

### Tracking summary

Current Status     ⟲ In transit.

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/4/2007 | 2:36 pm | In transit. | Wilmington, OH |
| | 2:36 pm | Please contact DHL | Wilmington, OH |
| | 2:36 pm | In transit. | Wilmington, OH |
| 12/30/2006 | 3:47 am | At Gateway. | Wilmington, OH |
| | 2:14 am | In transit. | Wilmington, OH |
| | 2:14 am | Processed at DHL Location. | Wilmington, OH |
| 12/29/2006 | 7:53 pm | Departing origin. | Allentown, PA |
| | 6:50 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA 18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 12/29/2006
Pieces: 1
Total weight: 3 lbs *

Ship Type: Document
Shipment Reference: H
Service: International E
Special Service:
Description: NONE

**Attention:**
MELLON WEBSTER & SHELLY

**Attention:**

Tracking detail provided by DHL: 1/15/2007, 6:38:20 am pt.

◀ Back to summary          Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered
user,you'll have access to services and tools to help you
ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

_DHL_

Process and Track your shipment online http://www.dhl-usa.com
1-800-CALL-DHL (n-usa only)

**Shipment Air Waybill** (Non negotiable)

**Payor account number and shipment value protection details**

Charge to ☐ Shipper ☐ Receiver ☐ 3rd Party

Payor Account No.

☐ Cash
☐ Check
☐ Credit Card

Shipment Value Protection (see reverse)
Declared Value for Carriage (in US $)

**1 Shipper (From)**

Shipper's Reference (up to 35 characters)

Company Name

Contact Name

Phone, Fax, or E-mail (required)

Address — DHL Cannot Deliver to a PO Box

Country

**2 Receiver (To)**

Postal Code (required)

Company Name

Contact Name

Address

Phone, Fax, or E-mail (required)

Country

**Shipment Details**

Total Number of Packages

Total Weight    lbs

Dimensions (in inches)
Pieces    Length    Width    Height

**Full Description of Contents**

Schedule B Number    Harmonized Code (if applicable)

Value for Customs (in US $)

**TYPE OF EXPORT**
☐ Permanent    ☐ Repair/Return
☐ Temporary

Destination Duties/Taxes if left blank, Receiver pays duties/taxes.
☐ Receiver    ☐ Shipper    ☐ Other

**Shipper's Authorization and Signature**

Signature (required)                    Date

**DHL Domestic/International Air Services**

DOMESTIC EXPRESS
WORLDWIDE EXPRESS
GLOBAL MAIL

SERVICES    CHARGES

DIMENSIONAL/CHARGEABLE WEIGHT    lbs

Drop Box #

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)

No.:    Type    Auth.    Expires

PICKED UP BY    Route No.
Time    Date

ORIGIN    DESTINATION CODE

830 8199 642

830198842

**Shipper's Copy**

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



**Track**

- ▶ Track by number
- ▶ Track by reference
- ▶ Get delivery signature
- ▶ Track DHL Same Day service
- ▶ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in

▶ Forgot your Password?

**Register**

Registration is quick and free.

▶ Register now

# Track results detail

## Tracking results detail for 8308199185

### Tracking summary

Current Status          ↻ With delivery courier.

Get delivery

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 am | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 am | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 am | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER AND SHELLY
Doylestown, PA  18902
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs '

Ship Type: Document

Shipment Reference:
Service: International E
Special Service:
Description: DOCS

Attention:
MELLON WEBSTER AND
SHELLY

Attention:

Tracking detail provided by DHL: 1/22/2007, 8:15:14 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

**° Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▷ Register Now

**Questions?**

We're here to help!
▷ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**DHL EXPRESS**

Process and Track your shipment online http://www.dhl-usa.com

1-800-CALL-DHL® (US only)

Complete sections 1-8. You are making 4 copies, please press hard.

Shipment Air Waybill

**830 8199 185**

**Payer account number and shipment value protection details** (Non-negotiable)

Charge to: ☐ Shipper  ☐ Receiver  ☒ 3rd Party

Payer Account No. 222-746-7006

Shipment Value Protection (see reverse)
☐ Yes, Declared Value for Carriage (in US $)

**Front (Shipper)**

Shipper's Account Number: 222-746-7006
Contact Name: Matthew Cohen

Shipper's Reference (up to 35 characters): 3084

Company Name: MWS

Address: 87 N. Broad Street
Doylestown, PA

Post/ZIP Code (required): 18401
Phone, Fax, or E-mail (required): 215-348-7700

**To (Receiver)**

Contact Name: Reza Ministry of Defense v Ahmad Forces

Company Name: Ali Shamkhani  Last-9783

Delivery Address DHL Cannot Deliver to a PO Box:
Dabeshtan Street, Seyyed Khoram Zribei
Resalat Expressway
Tehran

Country: Iran
Phone, Fax, or E-mail (required):

**Shipment Details**

Total Number of Packages: 1
Total Weight (packaging used, enter X): 1 lbs

Dimensions (in inches): Length × Width × Height
1 × 1 × 1

**Full Description of Contents**
Give Content and Quantity. DHL Does Not Transport Cash.

Documents

**Dutiable Shipment Only (Customs requirement)**
Attach the original and four copies of a Commercial Invoice or Pro Forma.
Export License No./Symbol (if applicable)    Receiver's VAT/GST or Shipper's EIN/SSN

Value for Customs (in US $): Schedule B Number  Harmonized Code (if applicable)

**TYPE OF EXPORT**
☐ Permanent  ☐ Temporary  ☐ Repair/Return

Destination Duties/Taxes if left blank, Receiver pays duties/taxes:
☒ Receiver  ☐ Shipper  ☐ Other

**Shipper's Authorization (Signature required)**
Signature (required): _____   Date: 1/12/07

Post/ZIP Code (required):

**Products & Services**

☐ DOMESTIC EXPRESS
☐ U.S. Express Envelope
☐ Other

☐ WORLDWIDE EXPRESS
☐ Non-Dutiable  ☐ Dutiable

Service Options (extra charges may apply)

☐ GLOBAL MAIL

**DIMENSIONAL/CHARGEABLE WEIGHT** lbs

Drop Box #:

ORIGIN    DESTINATION CODE

SERVICES    CHARGES    TOTAL

TRANSPORT COLLECT STICKER No.

PAYMENT DETAILS (Check, Card No.)
No.:
Type:    Auth.:    Expires:

PICKED UP BY    Route No.    Time    Date

DHL Worldwide Express, Inc., 1200 South Pine Island Road, Plantation, Florida 33324

Original (DHL Billing) Copy

DHL WORLDWIDE EXPRESS USA

B
702 NR
1-13-07

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



## Track

- Track by number
- Track by reference
- Get delivery signature
- Track DHL Same Day service
- Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in ⬜
- Forgot your Password?

**Register**
Registration is quick and free.
- Register now

# Track results detail

## Tracking results detail for 8308199185

### Tracking summary

| | |
|---|---|
| Current Status | ⟳ With delivery courier. |
| Returned on: | 32 |
| Delivered on | 1/27/2007  9:15 am |
| Delivered to | |
| Signed for by | What is this? |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 1/27/2007 | 9:15 am | With delivery courier. | Tehran, Iran |
| 1/23/2007 | 2:38 pm | Delivery Attempted. | Tehran, Iran |
| 1/21/2007 | 9:47 am | With delivery courier. | Tehran, Iran |
| 1/20/2007 | 2:06 pm | Recipient refused delivery. | Tehran, Iran |
| | 8:42 am | With delivery courier. | Tehran, Iran |
| | 7:17 am | Arrived at DHL facility. | Tehran, Iran |
| 1/19/2007 | 6:43 pm | Depart Facility. | Frankfurt, Germany |
| | 6:02 am | Depart Facility. | Cologne, Germany |
| | 4:40 am | Arrived at DHL facility. | Cologne, Germany |
| | 4:39 am | Temporary delay in transit | Cologne, Germany |
| | 3:58 am | In transit. | Cologne, Germany |
| | 2:58 am | Depart Facility. | Brussels, Belgium |
| | 12:48 am | Arrived at DHL facility. | Brussels, Belgium |
| 1/18/2007 | 10:44 pm | Depart Facility. | London, United Kingdom |
| | 1:12 am | Arrived at DHL facility. | London, United Kingdom |
| 1/17/2007 | 8:41 pm | Arrived at DHL facility. | East Midlands, United Ki |
| | 6:44 am | Depart Facility. | Wilmington, OH |
| | 1:27 am | Clearance processing complete. | Wilmington, OH |
| 1/16/2007 | 2:28 pm | In transit. | Wilmington, OH |
| | 12:57 am | At Gateway. | Wilmington, OH |
| 1/14/2007 | 1:12 pm | In transit. | Wilmington, OH |
| 1/13/2007 | 1:41 pm | Departing origin. | Allentown, PA |
| | 12:25 pm | Picked Up by DHL. | Shipper's Door |

**Ship From:**
MELLON WEBSTER & SHELLY
Doylestown, PA  18901
United States

**Ship To:**
Tehran, Iran

**Shipment Information:**
Ship date: 1/13/2007
Pieces: 1
Total weight: 3 lbs

Ship Type: Package
Shipment Reference: 5
Service: International E
Special Service:
Description: NONE

Attention:
MELLON WEBSTER & SHELLY

Attention:

Tracking detail provided by DHL: 2/8/2007, 10:54:44 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [

use of DHL tracking systems and information is strictly prohibited.

**⁎ Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

### New to DHL?

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

### Questions?

We're here to help!
▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

DHL : Track details — Page 1 of 1

Case 1:08-mc-00348-GBD-SN Document 33-67 Filed 08/29/08 Page 57 of 57
Case 1:08-mc-00348-GBD-SN Document 33-6 Filed 08/24/2007 Page 15 of 10

Conta



| Ship | Track | Services | About DHL | Help |

DHL USA Hom



⚠ **Tracking Numbers could not be displayed. Please see specific errors below.**

## Track

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID

Password

☐ Remember my User ID

Log in 

▸ Forgot your Password?

### Register
Registration is quick and free.
▸ Register now

# Track results summary

## Tracking results summary...

⚠ Tracking Number

> 32

**Tracking number not found. Please check your number and res back later. Note: Tracking numbers for today's shipments may into our tracking system yet. You may also check for** Delivery S **shipment.**

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D use of DHL tracking systems and information is strictly prohibited.

### New to DHL?

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

### Questions?

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.