UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
————————————————————————x

IN RE: TERRORIST ATTACKS ON                    03 MDL 1570  (RCC)
SEPTEMBER 11, 2001


————————————————————————x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (RCC)

<u>**CLERK'S CERTIFICATE FOR DEFAULT**</u>

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the

Southern District of New York, do hereby certify the following:

1.       This action commenced in the United Stated District Court for the District

of Columbia on February 19, 2002 with the filing of a Complaint and Summons, a copy of the

docket entries from the United States District Court for the District of Columbia is attached

hereto as ***Exhibit A***;

2.       By Order dated May 9, 2002, the Honorable James Robertson, U.S.D.C.,

District of Columbia, granted Plaintiffs' Motion for Service by Publication, ordering plaintiffs to

serve defendants Sheik Usamah Bin-Muhammad Bin-Laden, a/k/a Osama Bin-Laden, The

Taliban, a/k/a the Islamic Emirate of Afghanistan, Muhammed Omar, Al Qaeda/Islamic Army

and Unidentified Terrorist Defendants 1-500 by publishing an approved Notice of Suit for six

weeks in *The International Herald Tribune* (in English) and *Al-Quds Al-Arabi* (in Arabic) and

placing the Notice on the Internet at http://www.september11classaction.com.  *See* Exhibit A,

Minute Entry dated May 9, 2002 and Exhibit B attached hereto.

3.      Plaintiffs published the approved Notice of Suit in *The International Herald Tribune* on August 28, September 4, 11, 18, 25 and October 2, 2002.  Plaintiffs published the approved Notice of Suit in *Al-Quds Al-Arabi* on August 8, 15, 22, 29, September 5, 12, 2002.  Finally, the Motion for Leave to Serve Certain Listed Defendants by Publication Pursuant to F.R.Civ.P. 4(f) has been posted on the Internet at www.september11classaction.com under the "Legal Documents" heading.  A copy of the Plaintiffs' Affidavit of Service of Original Process Upon All Defendants is attached hereto as ***Exhibit B***.

4.      On or about December 11, 2003, this case was transferred to the United States District Court of the Southern District of New York pursuant to the Order of the Judicial Panel on Multidistrict Litigation.

5.      The defendants Sheik Usamah Bin-Muhammad Bin-Laden, a/k/a Osama Bin-Laden, The Taliban, a/k/a the Islamic Emirate of Afghanistan, Muhammed Omar, Al Qaeda/Islamic Army and Unidentified Terrorist Defendants 1-500 have not filed an answer or otherwise moved with respect to the Summons and Complaint which were properly served upon them pursuant to the Order of Judge James Robertson dated May 9, 2002, and the default of each of those defendants is hereby noted.

Dated: New York, NY

_____

**J. MICHAEL MCMAHON**
Clerk of the Court

By:    _____
             Deputy Clerk

# EXHIBIT  A

**Docket Entries U.S.D.C., District of Coulmbia**
*Havlish, et al., v. bin-Laden, et al.*
*1:02-cv-00305-JR*

CLOSED, TRANSFERRED, TYPE-B

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:02-cv-00305-JR

HAVLISH et al v. BIN-LADEN et al
Assigned to: Judge James Robertson
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 02/19/2002
Date Terminated: 01/08/2004
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

### Plaintiff

**FIONA HAVLISH**
*in her own right and as Executrix of the*
*Estate of Donald Havlish, Jr., Deceased*

represented by **Anne McGinness Kearse**
NESS, MOTLEY, P.A.
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
(843) 216-9140
Fax: (843) 216-9450
Email: akearse@nmlrp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward H. Rubenstone**
Four Greenwood Square
Suite 200
Bensalem, PA 19020
(215)638-9330
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**H. Patrick Donohue**
ARMSTRONG, DONOHUE, CEPPOS
& VAUGHAN,
204 Monroe Street
Suite 101
Rockville, MD 20854
(301) 251-0440
Fax: (301) 279-5929
Email: hdonohue@adclawfirm.com
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi Westbrook Flowers**
MOTLEY RICE LLC

28 Bridgeside Boulevard
PO Box 1792
Mount Pleasant, SC 29465
(843) 216-9163
Fax: (843) 216-9450
Email: jflowers@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
MELLON WEBSTER & SHELLEY
87 North Broad Street
Doylestown, PA 18901
(215)348-7700
Fax: (215) 348-0171
Email: jcorr@mellonwebster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
87 North Broad Street
Doylestown, PA 18901
(215)348-7700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A. Malone**
PATRICK MALONE & ASSOCIATES

1331 H Street, N.W.
Suite 902
Washington, DC 20005
(202) 742-1500
Email:
pmalone@patrickmalonelaw.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
139 E South Temple
Salt Lake City, UT 84111
(801) 355-6677
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Brain**
HOWARTH & SMITH
800 Wilshire Boulevard
Suite 750

Los Angeles, CA 90017
(213)955-9400
Fax: (213) 622-0791
Email: rbrain@howarth-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Muse**
STEIN, MITCHELL & MEZINES LLP

1100 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036-4195
(202) 737-7777
Fax: (202) 296-8312
Email: rmuse@steinmitchell.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald L. Motley**
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
(843) 216-9163
Fax: (843) 216-9450
Email: rmotley@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RUSSA STEINER**
*in her own right and as Executrix of the*
*Estate of William Steiner, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CLARA CHIRCHIRILLO**
*in her own right and as Executrix of the*
*Estate of Peter Chirchirillo*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TARA BANE**
*in her own right and as Executrix of the Estate of Michael A. Bane*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GRACE M. PARKINSON-GODSHALK**
*in her own right and Administratrix of the Estate of William R. Godshalk, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**ELLEN L. SARACINI**
*in her own right and as Executrix of the*
*Estate of Victor J. Saracini, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**THERESANN LOSTRANGIO**
*in her own right and as Executrix of the*
*Estate of Joseph Lostrangio, Deceased*

represented by **H. Patrick Donohue**
(See above for address)
*TERMINATED: 04/29/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A. Cullen, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**DEENA BURNETT**
*in her own right and as Administratix of*

represented by **Patrick A. Malone**
(See above for address)

the Estate of Thomas E. Burnett, Jr.,
deceased

*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THOMAS E. BURNETT, SR.**
*as the parent and on behalf of the*
*family of Thomas E. Burnett, Jr.*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUDITH REISS**
*in her own right and as Administratix of*
*the Estate of Joshua Scott Reiss,*
*deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM COALE**
*in his own right and as Administratix of*
*the Estate of Jeffrey Alan Coale,*
*deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICIA J. PERRY**
*in her own right and as Administratix of*
*the Estate of John William Perry,*
*deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARBARA A. MINERVINO**
*in her own right and as Administratix of*
*the Estate of Louis J. Minervino,*
*deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MATTHEW T. SELLITTO**
*in his own right and as Administrator of*
*the Estate of Matthew C. Sellitto,*
*deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RALPH MAERZ, JR.**
*as parent and on behalf of the family of*
*Noell Maerz, deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Plaintiff**

**LINDA PANIK**
*as the parent and on behalf of the*
*family of Lt. Jonas Martin Panik,*
*deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARTIN PANIK**
*as parent of and on behalf of the family*
*of Lt. Jonas Martin Panik, deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARTINA LYNE-ANNA PANIK**
*as the sister of Lt. Jonas Martin Panik*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEPHEN L. CARTLEDGE**
*as husband of Sandra Wright*
*Cartledge, deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOISANNE DIEHL**
*in her own right and as Executrix of the*
*Estate of Michael Diehl, deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TINA GRAZIOSO**
*in her own right and as Executrix of the*
*Estate of John Grazioso, deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JIN LIU**
*in her own right and as Executrix of the*
*Estate of Liming Gu, deceased*

represented by **Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALL PLAINTIFFS**
*on behalf of themselves and all others*
*similarly situated*

represented by **Patrick A. Malone**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Richard D. Burbridge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F. Muse**
(See above for address)
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
WIGGINS, CHILDS, QUINN &
PANTAZIS, PLLC
2031 Florida Avenue, NW
Suite 300
Washington, DC 20009
(202) 467-4123
Fax: (202) 467-4489
Email: tfleming@wcqp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SHEIKH USAMA BIN-
MUHAMMAD BIN-LADEN**
*also known as*
OSAMA BIN-LADEN

**Defendant**

**THE TALIBAN**

**Defendant**

**MUHAMMAD OMAR**

**Defendant**

**AL QAEDA/ ISLAMIC ARMY**

**Defendant**

**ISLAMIC EMIRATE OF
AFGHANISTAN**
*TERMINATED: 05/03/2002*

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

**Defendant**

**REPUBLIC OF IRAQ**

**Defendant**

**THE ESTATE OF MARWAN AL SHEHHI**
*TERMINATED: 05/03/2002*
*also known as*
Marwan Yusif Muhammad Rashid Al-Shehi
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF FAYEZ RASHID AHMED HASSAN AL QADI BANIHAMMAD**
*TERMINATED: 05/03/2002*
*also known as*
FAYEZ AHMED
*TERMINATED: 05/03/2002*
*also known as*
BANIHAMMAD FAYEZ
*TERMINATED: 05/03/2002*

**Defendant**

**ESTATE OF AHMED ALGHAMDI**
*TERMINATED: 05/03/2002*
*also known as*
AHMED SALAH ALGHAMDI
*TERMINATED: 05/03/2002*

**Defendant**

**ESTATE OF HAMZA ALGHAMDI**
*TERMINATED: 05/03/2002*
*also known as*
HAMZA AL-GHAMDI
*TERMINATED: 05/03/2002*
*also known as*
HAMZA GHAMDI
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF MOHAND ALSHEHRI**
*TERMINATED: 05/03/2002*
*also known as*
MOHAMMED ALSHEHHI
*TERMINATED: 05/03/2002*

**Defendant**

**ESTATE OF SATAM M. A. AL SUQAMI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF ABDULAZIZ ALOMARI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF WALEED M. ALSHEHRI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF WAIL M. ALSHEHRI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF MOHAMED ATTA**
*TERMINATED: 05/03/2002*
*also known as*
MOHAMMED EL AMIR
*TERMINATED: 05/03/2002*
*also known as*
MEHAN ATTA
*TERMINATED: 05/03/2002*
*also known as*
MOHAMED EL SAYED
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF KHALID ALMIHDHAR**
*TERMINATED: 05/03/2002*
*also known as*
SANNAN AL MAKKI
*TERMINATED: 05/03/2002*
*also known as*
KHALID BIN MUHAMMAD
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF NAWAF ALHAZMI**
*TERMINATED: 05/03/2002*

*also known as*
NAWAF AL-HAZMI
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF HANI HANJOUR**

*TERMINATED: 05/03/2002*
*also known as*
HANI SALEH HANJOUR
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF SALEM ALHAMZI**
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF MAJED MOQED**
*TERMINATED: 05/03/2002*
*also known as*
MAJED M. GH MOQED
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF SAMIR JARRAH**

*TERMINATED: 05/03/2002*
*also known as*
ZAID JARRAHI
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF AHMED IBRAHIM A. AL HAZNAWI**
*TERMINATED: 05/03/2002*
*also known as*
AHMED ALHAZNAWI
*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF SAEED ALGHAMDI**
*TERMINATED: 05/03/2002*
*also known as*
ABDUL RAHMAN SAED ALGHAMDI
*TERMINATED: 05/03/2002*
*also known as*
ALI S. ALGHAMDI

*TERMINATED: 05/03/2002*

**Defendant**

**THE ESTATE OF AHMED ALNAMI**
*TERMINATED: 05/03/2002*
*also known as*
ALI AHMED ALNAMI
*TERMINATED: 05/03/2002*

**Defendant**

**ZACARIAS MOUSSAOUI**
*TERMINATED: 05/03/2002*

**Defendant**

**ABU SAYYAF GROUP**
*TERMINATED: 05/03/2002*
*also known as*
AL HARAKAT AL ISLAMIYYA
*TERMINATED: 05/03/2002*

**Defendant**

**ARMED ISLAMIC GROUP [GIA]**
*also known as*
AL-JAMA'AH AL-ISLAMIYAH AL-MUSALLAH
*also known as*
GIA
*also known as*
GROUPEMENT ISLAMIQUE ARME

**Defendant**

**ALL DEFENDANTS**

**Defendant**

**HARAKAT ul MUJAHIDIN [HUM]**
*TERMINATED: 05/03/2002*
*also known as*
HARAKAT UL MUJAHIDEEN
*TERMINATED: 05/03/2002*
*also known as*
HARAKAT UL ANSAR
*TERMINATED: 05/03/2002*
*also known as*
HUA
*TERMINATED: 05/03/2002*
*also known as*
HUM
*TERMINATED: 05/03/2002*

**Defendant**

**AYATOLLAH ALI HOSEINI-
KHAMENEI**
*Supreme Leader*

**Defendant**

**IRANIAN MINISTRY OF
INFORMATION AND SECURITY**

**Defendant**

**ISLAMIC REVOLUTIONARY
GUARD CORPS**

**Defendant**

**HEZBOLLAH**
*an unincorporated association*

**Defendant**

**IRANIAN MINISTRY OF
PETROLEUM**

**Defendant**

**IRANIAN MINISTRY OF
ECONOMIC AFFAIRS AND
FINANCE**

**Defendant**

**IRANIAN MINISTRY OF
COMMERCE**

**Defendant**

**IRANIAN MINISTRY OF
DEFENSE AND ARMED FORCES
LOGISTICS**

**Defendant**

**SADDAM HUSSEIN**
*President*

**Defendant**

**IRAQI MINISTRY OF DEFENSE**

**Defendant**

**IRAQI MINISTRY OF FINANCE**

**Defendant**

**IRAQI MINISTRY OF OIL**

**Defendant**

**IRAQI INTELLIGENCE SERVICE**

**Defendant**

**QUSAI HUSSEIN**

**Defendant**

**UNIDENTIFIED TERRORIST
DEFENDANTS**
*1-500*

**Movant**

**VIGILANT INSURANCE
COMPANY**

represented by  **Matthew G. Ash**
NEWTEK BUSINESS SERVICES,
INC
1627 K Street, NW
Suite 1000
Washington, DC 20006-1710
(202) 466-0654
Fax: (202) 912-4830
Email:
mash@newtekbusinessservices.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Movant**

**PACIFIC INDEMNITY COMPANY**

represented by  **Matthew G. Ash**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Movant**

**FEDERAL INSURANCE
COMPANY**

represented by  **Matthew G. Ash**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2002 | 1 | COMPLAINT against ALL DEFENDANTS ( Filing fee $150 ). Filed by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (aet, ) (Entered: 03/08/2002) |
| 02/19/2002 |  | SUMMONS Not Issued as to ALL DEFENDANTS (aet, ) (Entered: 03/08/2002) |
| 02/22/2002 | 2 | MOTION for Protective Order *filed under seal, in vault, Room 1800* by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN |

| | | |
|---|---|---|
| | | LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (mlp, ) (Entered: 03/09/2002) |
| 02/22/2002 | | Minute Entry: Motions hearing held on 2/22/2002 before Judge James Robertson: oral motions by John A. Corr, Esquire and Joseph A. Cullen, Jr., Esquire to appear pro hac vice on behalf of plaintiffs heard and granted; motion for protective order heard and granted; all documents containing or referencing the address of any plaintiff in this action is to be filed under seal; plaintiffs have 60 days to amend documents and to file plan for service of process to parties located all over the world.(Court Reporter Dennis Dinkel.) (mlp, ) (Entered: 03/09/2002) |
| 02/22/2002 | 3 | ORDER granting Motion for Protective Order 2 ; directing that all documents containing or referencing the address of any plaintiff in this matter is to be filed under seal. Signed by Judge James Robertson on 02/22/2002. (mlp,) (Entered: 03/09/2002) |
| 03/11/2002 | 4 | ORDER establishing procedures for electronic filing. Signed by Judge James Robertson on March 11, 2002. (MT) (Entered: 03/11/2002) |
| 04/03/2002 | 5 | MOTION to Appoint Counsel *Petition for Admission Pro Hac Vice* by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (Donohue, H.) (Entered: 04/03/2002) |
| 04/03/2002 | | MINUTE ENTRY: Court grants plaintiff's motion for pro hac vice admissions 5 of Thomas E. Mellon, Jr., John A. Corr and Stephen A. Corr. Signed by Judge James Robertson on April 3, 2002. (MT) (Entered: 04/03/2002) |
| 04/29/2002 | 6 | First MOTION for Leave to Appear pro hac vice by FIONA HAVLISH. (Attachments: # 1 Affidavit statement of rubenstone# 2 Affidavit statement of brain# 3 order for pro hac vice of rubenstone and brain)(Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | 7 | NOTICE *withdrawal of appearance of Donohue* by FIONA HAVLISH (Muse, Robert) (Entered: 04/29/2002) |
| 04/29/2002 | 8 | NOTICE *Notice of Appearance: Muse, Mitchell, & Malone* by FIONA HAVLISH (Muse, Robert) (Entered: 04/29/2002) |
| 04/30/2002 | | MINUTE ENTRY: Court grants plaintiffs' motion for pro hac vice admissions of Edward H. Rubenstone and Robert D. Brain 6 . Signed by Judge James Robertson on April 30, 2002. (MT) (Entered: 04/30/2002) |
| 05/03/2002 | 9 | Second MOTION for Leave to Appear Motion for Leave to Appear Pro Hac Vice *Don Howarth* by FIONA HAVLISH. (Muse, Robert) (Entered: 05/03/2002) |
| 05/03/2002 | 10 | Second MOTION for Leave to Appear Motion for Leave to Appear Pro Hac Vice *Don Howarth* by FIONA HAVLISH. (Attachments: # 1 order# 2 Affidavit Statement of Don Howarth)(Muse, Robert) (Entered: 05/03/2002) |
| 05/03/2002 | 11 | First MOTION for Service by Publication by FIONA HAVLISH. (Attachments: # 1 Memo In Support# 2 Exhibit A: List of Defendants to be |

| | | |
|---|---|---|
| | | Served by Publication# 3 Exhibit B: Mwami Order# 4 Exhibit C; Notice Publication# 5 Exhibit Proposed Order)(Malone, Patrick) (Entered: 05/03/2002) |
| 05/03/2002 | 12 | AMENDED COMPLAINT. Filed by TARA BANE, CLARA CHIRCHIRILLO, FIONA HAVLISH, THERESANN LOSTRANGIO, GRACE M. PARKINSON-GODSHALK, ELLEN L. SARACINI, RUSSA STEINER. (aet, ) (Entered: 05/06/2002) |
| 05/06/2002 | 13 | Third MOTION for Leave to Appear Pro Hac Vice *of William N. Riley* by FIONA HAVLISH. (Attachments: # 1 Affidavit Riley Affidavit for PHV Appearance# 2 Order for PHV Riley)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | 14 | Fourth MOTION for Leave to Appear Pro Hac Vice *of J.D. Lee and David Lee* by FIONA HAVLISH. (Attachments: # 1 Affidavit Affidavit of David Lee PHV Appearance# 2 Affidavit J.D. Lee Affidavit PHV Appearance# 3 Order for the PHV appearance of the Lee's)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | 15 | Fifth MOTION for Leave to Appear Pro Hac Vice *Amy Debrota* by FIONA HAVLISH. (Attachments: # 1 Affidavit Debrota Affidavit for PHV Appearance# 2 Order for Debrota PHV appearance)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/06/2002 | 16 | Fifth MOTION for Leave to Appear Pro Hac Vice *Mark Dudley* by FIONA HAVLISH. (Attachments: # 1 Dudley affidavit PHV Appearance# 2 Order for Dudley PHV Appearance)(Malone, Patrick) (Entered: 05/06/2002) |
| 05/09/2002 | 17 | ORDER granting upon condition the motions for leave to appear pro hac vice by or on behalf of Don Howarth 10 , William N. Riley 13 , J. D. Lee and David Lee 14 , Amy Debrota 15 and Mark Dudley 16 . Signed by Judge James Robertson on May 9, 2002. (MT) (Entered: 05/09/2002) |
| 05/09/2002 | | MINUTE ENTRY: Court grants motion and approves the proposed manner of service by publication 11 . Signed by Judge James Robertson on May 9, 2002. (MT) (Entered: 05/09/2002) |
| 05/09/2002 | 18 | First MOTION to Certify Class by FIONA HAVLISH. (Attachments: # 1 Memo In Support of Motion for Class Cert# 2 Exhibit Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Exhibit Exhibit E# 7 Exhibit Exhibit F# 8 Exhibit Exhibit G# 9 Exhibit Exhibit H# 10 Exhibit Exhibit I# 11 Exhibit Exhibit J# 12 Exhibit Exhibit K# 13 Exhibit Exhibit L# 14 Exhibit Exhibit M# 15 Exhibit Exhibit N# 16 Exhibit Exhibit O# 17 Exhibit Exhibit P# 18 Exhibit Exhibit Q# 19 Exhibit Exhibit R# 20 Exhibit Exhibit S# 21 Exhibit Exhibit T# 22 Exhibit Exhibit U# 23 Exhibit Exhibit V# 24 Exhibit Exhibit W# 25 Errata Exhibit X# 26 Exhibit Exhibit Y# 27 Exhibit Exhibit Z# 28 Exhibit Exhibit AA# 29 Exhibit Exhibit BB# 30 Proposed Order)(Muse, Robert) (Entered: 05/09/2002) |
| 05/09/2002 | 19 | First MOTION Plaintiffs' Motion for Approval of Proposed Class Notice re 18 by FIONA HAVLISH. (Attachments: # 1 Memo In Support of Motion for Approval of Proposed Class Notice# 2 Proposed Order# 3 Proposed Notice of Pendency of Class Action# 4 Exhibit Exhibit A# 5 Exhibit Exhibit B# 6 Exhibit Exhibit C# 7 Exhibit Exhibit D)(Muse, Robert) (Entered: 05/09/2002) |
| | | |

| 05/28/2002 | | Set/Reset Hearings: Status Conference set for 5/31/2002 05:00 PM in Courtroom 16. (lin, ) (Entered: 05/28/2002) |
|---|---|---|
| 05/29/2002 | | Reset Hearing: Status Conference reset to 6/3/2002 at 5:00 PM in Courtroom 16. (MT) (Entered: 05/29/2002) |
| 05/31/2002 | 20 | NOTICE *of Possible Related Case Status* by FIONA HAVLISH (Muse, Robert) (Entered: 05/31/2002) |
| 06/03/2002 | 21 | MOTION for Leave to Appear Pro Hac Vice *Motley, Flowers, and Kearse* by FIONA HAVLISH. (Attachments: # 1 Affidavit Statement of Ron Motley for PHV# 2 Affidavit Statement of Kearse for PHV# 3 Affidavit Flowers Statement for PHV# 4 Order for PHV Motley, Flowers, Kearse)(Malone, Patrick) (Entered: 06/03/2002) |
| 06/04/2002 | 22 | ORDER granting upon condition the motion for Ronald L. Motley, Jodi Westbrook Flowers and Anne McGinness Kearse 21 to appear pro hac vice. Signed by Judge James Robertson on June 4, 2002. (MT) (Entered: 06/04/2002) |
| 06/05/2002 | 23 | NOTICE that afer careful consideration of plaintiff's related case notification 20 , the Court has decided not to transfer this case to the Calendar Committee pursuant to LCvR 40.5(c)(2). Signed by Judge James Robertson on June 5, 2002. (MT) (Entered: 06/05/2002) |
| 06/10/2002 | 24 | TRANSCRIPT for dates 6/3/02 *; Court Reporter: Dennis A. Dinkel*. (nmr, ) (Entered: 06/11/2002) |
| 06/24/2002 | 25 | NOTICE re 12 *Informational Brief* by all plaintiffs (Attachments: # 1 Exhibit Exhibit 1: Proposed Scheduling Order# 2 Exhibit Exhibit 2: Letter From Mr. Feinberg)(Muse, Robert) (Entered: 06/24/2002) |
| 06/24/2002 | | SUMMONS (16) Issued as to HEZBOLLAH ; AYATOLLAH ALI HOSEINI-KHAMENEI ; QUSAI HUSSEIN ; SADDAM HUSSEIN ; IRANIAN MINISTRY OF COMMERCE ; IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS ; IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE ; IRANIAN MINISTRY OF INFORMATION AND SECURITY ; IRANIAN MINISTRY OF PETROLEUM ; IRAQI INTELLIGENCE SERVICE ; IRAQI MINISTRY OF DEFENSE ; IRAQI MINISTRY OF FINANCE ; IRAQI MINISTRY OF OIL ; ISLAMIC REVOLUTIONARY GUARD CORPS ; THE ISLAMIC REPUBLIC OF IRAN ; THE REPUBLIC OF IRAQ (nmr, ) (Entered: 06/25/2002) |
| 07/01/2002 | | SUMMONS (1) REISSUED as to ISLAMIC REVOLUTIONARY GUARD CORPS (nmr, ) (Entered: 07/01/2002) |
| 07/03/2002 | 26 | Letter *regarding class certification* from counsel of possible claimants; (Fiat) "Let this be filed" by Judge Robertson. (nmr, ) Modified on 7/10/2002 (nmr, ). (Entered: 07/10/2002) |
| 07/15/2002 | 27 | MOTION for Leave to Appear Pro Hac Vice *Richard D. Burbidge* by ALL PLAINTIFFS. (Attachments: # 1 Affidavit Statement of Burbidge for PHV# 2 Order Granting PHV for Burbidge)(Malone, Patrick) (Entered: 07/15/2002) |
| 07/19/2002 | 28 | NOTICE re 26 *Response to Kreindler Letter dated 7-2-02* by ALL |

| | | |
|---|---|---|
| | | PLAINTIFFS (Attachments: # 1 Response to Kreindler ltr 7-2-02)(Muse, Robert) (Entered: 07/19/2002) |
| 07/24/2002 | 29 | ORDER granting upon condition plaintiffs' motion for pro hac vice appearance of Richard D. Burbidge 27 . Signed by Judge James Robertson on July 24, 2002. (MT) (Entered: 07/24/2002) |
| 08/27/2002 | 30 | AFFIDAVIT *Requesting Foreign Mailing* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 08/27/2002) |
| 09/05/2002 | | REQUEST by plaintiffs for the Clerk, pursuant to 28 U.S.C. 1608 (a)(3), to mail a copy of the summons and complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail and return receipt upon the defendants, The Islamic Republic of Iran and The Republic of Iraq. (bcs, ) (Entered: 09/05/2002) |
| 09/27/2002 | 31 | MOTION for Service by Publication *ALTERNATIVE SERVICE* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A: Betancourt Letter# 2 Exhibit B: Affidavit of JAK)(Muse, Robert) (Entered: 09/27/2002) |
| 09/30/2002 | 32 | ORDER granting motion for alternative service 31 . Signed by Judge James Robertson on September 30, 2002. (MT) (Entered: 09/30/2002) |
| 10/01/2002 | 33 | MOTION to Intervene *: Opposition To* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Exhibit A-Canada Life Case)(Muse, Robert) (Entered: 10/01/2002) |
| 10/18/2002 | | Minute Entry for proceedings held before Judge James Robertson : Status Conference held on 10/18/2002. (Court Reporter Jon Hundley (Miller).) (dam, ) (Entered: 12/16/2002) |
| 10/24/2002 | 34 | NOTICE OF TRANSCRIPT FILED for dates 10/18/02 *of status hearing; by Jon Hundley, MIller Reporting Company.* (bcs, ) (Entered: 10/30/2002) |
| 10/30/2002 | 36 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. AL QAEDA/ ISLAMIC ARMY served on 10/16/2002, answer due 11/5/2002; ALL DEFENDANTS served on 10/16/2002, answer due 11/5/2002; ARMED ISLAMIC GROUP [GIA] served on 10/16/2002, answer due 11/5/2002; SHEIKH USAMA BIN-MUHAMMAD BIN-LADEN served on 10/16/2002, answer due 11/5/2002; HEZBOLLAH served on 10/16/2002, answer due 11/5/2002; AYATOLLAH ALI HOSEINI-KHAMENEI served on 10/16/2002, answer due 11/5/2002; QUSAI HUSSEIN served on 10/16/2002, answer due 11/5/2002; SADDAM HUSSEIN served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF COMMERCE served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF INFORMATION AND SECURITY served on 10/16/2002, answer due 11/5/2002; IRANIAN MINISTRY OF PETROLEUM served on 10/16/2002, answer due 11/5/2002; IRAQI INTELLIGENCE SERVICE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF DEFENSE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF FINANCE served on 10/16/2002, answer due 11/5/2002; IRAQI MINISTRY OF OIL |

|  |  |  |
|---|---|---|
|  |  | served on 10/16/2002, answer due 11/5/2002; ISLAMIC REPUBLIC OF IRAN served on 10/16/2002, answer due 11/5/2002; ISLAMIC REVOLUTIONARY GUARD CORPS served on 10/16/2002, answer due 11/5/2002; MUHAMMAD OMAR served on 10/16/2002, answer due 11/5/2002; REPUBLIC OF IRAQ served on 10/16/2002, answer due 11/5/2002; THE TALIBAN served on 10/16/2002, answer due 11/5/2002 (bcs, ) (Entered: 11/12/2002) |
| 11/01/2002 | 35 | AFFIDAVIT *OF SERVICE UPON ALL DEFENDANTS* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H)(Muse, Robert) (Entered: 11/01/2002) |
| 11/20/2002 | 37 | AFFIDAVIT *In Support of Default* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Rule 55a Default [form for clerk])(Muse, Robert) (Entered: 11/20/2002) |
| 12/17/2002 | 38 | AFFIDAVIT FOR DEFAULT *Rule 55(a) Ayatollah, Saddam, Qusai Hussein* by ALL PLAINTIFFS. (Attachments: # 1 Supplement Rule 55 (a) Default Ayatolah, Saddam)(Muse, Robert) (Entered: 12/17/2002) |
| 12/17/2002 | 39 | AFFIDAVIT FOR DEFAULT *Rule 55(a) Iran et. al.* by ALL PLAINTIFFS. (Attachments: # 1 Supplement Rule 55(a) Default Iran et. al.)(Muse, Robert) (Entered: 12/17/2002) |
| 12/23/2002 | 40 | Clerk's ENTRY OF DEFAULT as to AYATOLLAH ALI HOSEINI-KHAMENEI, QUSAI HUSSEIN, SADDAM HUSSEIN (bcs, ) (Entered: 12/27/2002) |
| 12/23/2002 | 41 | Clerk's ENTRY OF DEFAULT as to HEZBOLLAH, IRANIAN MINISTRY OF COMMERCE, IRANIAN MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS, IRANIAN MINISTRY OF INFORMATION AND SECURITY, ISLAMIC REPUBLIC OF IRAN, ISLAMIC REVOLUTIONARY GUARD CORPS (bcs, ) (Entered: 12/27/2002) |
| 02/10/2003 | 42 | ENTERED IN ERROR.....AFFIDAVIT FOR DEFAULT *Rule 55 Iraq and Ministries* by ALL PLAINTIFFS. (Attachments: # 1 Affidavit Affidavit in Support of Rule 55# 2 Exhibit a)(Muse, Robert) Modified on 2/11/2003 (bcs, ). (Entered: 02/10/2003) |
| 02/11/2003 | 43 | AFFIDAVIT FOR DEFAULT *Iraq and Ministries* by ALL PLAINTIFFS. (Attachments: # 1 Appendix Rule 55(a) Default# 2 Exhibit A; diplomatic note) (Muse, Robert) (Entered: 02/11/2003) |
| 02/12/2003 | 44 | RETURN OF SERVICE/AFFIDAVIT of foreign mailing of Summons and Complaint Executed. REPUBLIC OF IRAQ served on 2/4/2003, answer due 2/24/2003 (bcs, ) (Entered: 03/01/2003) |
| 03/03/2003 | 45 | MOTION Request for Emergency Ex-Parte Status Conference by ALL PLAINTIFFS. (Muse, Robert) (Entered: 03/03/2003) |
| 03/10/2003 | 46 | NOTICE: Letter to Attorney General. (dam, ) (Entered: 03/10/2003) |
| 03/10/2003 | 47 | Clerk's ENTRY OF DEFAULT as to IRAQI MINISTRY OF DEFENSE, REPUBLIC OF IRAQ (bcs, ) (Entered: 03/10/2003) |

District of Columbia live database
Case 1:03-cv-09848-GBD-SN   Document 234-9   Filed 08/29/08   Page 23 of 24
Page 20 of 21

| 03/13/2003 | 48 | MEMORANDUM *RE: MARCH 10, 2003 HEARING* from Plaintiffs Lead Counsel. (Muse, Robert) (Entered: 03/13/2003) |
|---|---|---|
| 03/20/2003 | 49 | MOTION to Continue *The March 26, 2003 Hearing* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 03/20/2003) |
| 03/24/2003 | | MINUTE ENTRY: Court grants plaintiffs' motion to continue hearing on March 26, 2003. The Clerk will set the hearing for a later date. Signed by Judge James Robertson on March 24, 2003. (MT) (Entered: 03/24/2003) |
| 03/24/2003 | 50 | MOTION for Leave to Appear Pro Hac Vice *of Even J. Yegelwel* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A; Yegelwel Affidavit)(Muse, Robert) (Entered: 03/24/2003) |
| 03/25/2003 | 51 | ORDER granting upon condition plaintiffs' motion for pro hac vice appearance 50 of Evan J. Yegelwel. Signed by Judge James Robertson on March 25, 2003. (MT) (Entered: 03/25/2003) |
| 03/25/2003 | 52 | TRANSCRIPT of status hearing Proceedings held on March 10, 2003 before Judge Robertson. Court Reporter: Crystal M. Pilgrim. (bcs, ) (Entered: 03/27/2003) |
| 03/25/2003 | 53 | TRANSCRIPT of status hearing Proceedings held on March 5, 2003 before Judge Robertson. Court Reporter: Jacquelinee L. Wood, Miller Reporting Company. (bcs, ) (Entered: 03/27/2003) |
| 06/09/2003 | 54 | MOTION to Withdraw as Attorney *by Stein, Mitchell & Mezines* by ALL PLAINTIFFS. (Muse, Robert) (Entered: 06/09/2003) |
| 06/17/2003 | | MINUTE ENTRY: Court grants motion to withdraw as attorney by Stein, Mitchell & Mezines 54 . Signed by Judge James Robertson on June 17, 2003. (MT) (Entered: 06/17/2003) |
| 08/11/2003 | 55 | MOTION to Consolidate Cases, MOTION to Transfer Case pursuant to 28 USC 1407. (Filed before the Judicial Panel on Multidistrict Litigation); (COPY) (Attachments: # 1)(bcs, ) (Entered: 08/18/2003) |
| 08/29/2003 | 56 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ARAB BANK PLC; (COPY); (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/04/2003) |
| 08/29/2003 | 57 | NOTICE of appearance by Richard T. Marooney, Jr. on behalf of Arab Bank Plc.; (COPY); (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/04/2003) |
| 09/05/2003 | 58 | NOTICE of Appearance by Ronald S. Liebman on behalf of NATIONAL COMMERCIAL BANK; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/15/2003) |
| 09/05/2003 | 59 | LCvR 26.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NATIONAL COMMERCIAL BANK; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/15/2003) |

| 09/10/2003 | 60 | NOTICE of Appearance Kenneth P. Nolan by all plaintiffs; (BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/22/2003 | 61 | NOTICE of Appearance by Thomas P. Steindler on behalf of Yassin Abdullah Al Kadi; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 09/22/2003 | 62 | NOTICE of Appearance by Thomas P. Streindler on behalf of Yousef Jameel; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION) (bcs, ) (Entered: 09/26/2003) |
| 10/31/2003 | 63 | RESPONSE of interested party Federal Plaintiffs to the Saudi BinLadin Group's motion for transfer and consolidation pursuant to 28 U.S.C. 1407(a). ; (FILED BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION)(bcs, ) Modified on 11/13/2003 (bcs, ). (Entered: 11/13/2003) |
| 11/12/2003 | 64 | MOTION to Intervene as plaintiffs by VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, FEDERAL INSURANCE COMPANY. (Attachments: # 1 memorandum of law# 2 nonconcurrence# 3 complaint# 4 havlish amended# 5 schedules# 6 Text of Proposed Order # 7 certicate of service)(bcs, ) (Entered: 11/14/2003) |
| 11/19/2003 | 65 | NOTICE of Appearance by Timothy B. Fleming on behalf of ALL PLAINTIFFS (Fleming, Timothy) (Entered: 11/19/2003) |
| 01/02/2004 | | Letter dated 12/9/03, from Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (bcs, ) (Entered: 01/02/2004) |
| 01/02/2004 | | Letter dated 12/11/03, from USDC for the Southern District of New York directing the transfer of the original file and certified copy of the docket sheet. (bcs, ) (Entered: 01/02/2004) |
| 01/02/2004 | | Case transferrred out.Original file and certified copy of docket entries and order transmitted electronically and mailed to USDC for the Southern District of New York. (bcs, ) (Entered: 01/02/2004) |
| 01/16/2004 | | Receipt and acknowledgement of transfer documents by USDC for the Southern District of New York on 1/12/04. Other court case number 03-9848. (bcs, ) (Entered: 01/26/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/06/2008 13:57:23 | | |
| PACER Login: | mw0289 | Client Code: | Havlish 5084 |
| Description: | Docket Report | Search Criteria: | 1:02-cv-00305-JR |
| Billable Pages: | 11 | Cost: | 0.88 |