# EXHIBIT  B

**Affidavit of Service of
Original Process Upon All Defendants
Filed in U.S.D.C., District of Columbia**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FIONA HAVLISH, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CASE NUMBER 1:02CV00305** |
| | : | |
| **SHEIKH USAMAH BIN-MUHAMMAD** | : | **Judge James Robertson** |
| **BIN-LADEN, a/k/a OSAMA** | : | |
| **BIN-LADEN, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## AFFIDAVIT OF SERVICE OF
## ORIGINAL PROCESS UPON ALL DEFENDANTS

I, Stephen A. Corr, being duly sworn according to law, depose and say:

1.      I am an attorney at the law firm of Mellon, Webster & Shelly ("MWS") in Doylestown, Pennsylvania.  MWS is counsel for the Plaintiffs in the above-captioned matter.  By Order dated April 3, 2002, I was admitted to this Court *pro hac vice* for the purpose of representing the Plaintiffs.

2.      By Order dated May 9, 2002, this Court granted Plaintiffs' Motion for Service by Publication, ordering plaintiffs to serve defendants Sheik Usamah Bin-Muhammad Bin-Laden, a/k/a Osama Bin-Laden, The Taliban, a/k/a the Islamic Emirate of Afghanistan, Muhammed Omar, Al Qaeda/Islamic Army and Unidentified Terrorist Defendants 1-500 by publishing an approved Notice of Suit for six weeks in *The International Herald Tribune* (in English) and *Al-Quds Al-Arabi* (in Arabic) and placing the Notice on the Internet at http://www.september11classaction.com.  Plaintiffs published the approved Notice of Suit in *The International Herald Tribune* on August 28,

September 4, 11, 18, 25 and October 2, 2002.  *See* Declaration of Publication signed by

Judith King, Director of Advertising, *The International Herald Tribune*, attached hereto

as Exhibit A.  Plaintiffs published the approved Notice of Suit in *Al-Quds Al-Arabi* on

August 8, 15, 22, 29, September 5, 12, 2002.  *See* Copies of proofs provided by *Al-Quds

Al-Arabi* attached hereto as Exhibit B.  Finally, the Motion for Leave to Serve Certain

Listed Defendants by Publication Pursuant to F.R.Civ.P. 4(f) has been posted on the

Internet at www.september11classaction.com under the "Legal Documents" heading.

      3.     Pursuant to 28 U.S.C. § 1608(a)(4), Plaintiffs delivered a Summons,

Notice of Suit and Amended Complaint addressed to the Islamic Republic of Iran and its

political subdivision defendants, i.e., the Ministries of Information and Security, of

Petroleum, of Economic Affairs and Finance, of Commerce and of Defense, and a

Summons, Notice of Suit and Amended Complaint addressed to The Republic of Iraq and

its political subdivision defendants, i.e., the Ministries of  Defense, of Finance, of Oil and

the Iraqi Intelligence Service, to the United States Department of State for service.  On

October 17, 2002, the undersigned received a fax from Luke Bellocchi, J.D., LLM.,

Attorney Adviser in the Bureau of Consular Affairs for the U.S. Department of State,

indicating that service was made upon The Islamic Republic of Iran and its Ministries on

October 9, 2002 and that the service documents addressed to The Republic of Iraq and its

Ministries had been delivered to the Polish Ministry of Foreign Affairs on October 1,

2002 for transmittal to the American Interests Section in Baghdad.  *See* copy of U.S.

Department of State documents attached hereto as Exhibit C[1].

---

[1] Pursuant to 28 U.S.C. § 1608(a)(4), the U.S. Department of State will file the original proofs of service
upon its receipt.

4. By Order dated September 30, 2002, this Court granted Plaintiffs' Motion for Alternative Service Upon Defendants Saddam Hussein, Qusai Hussein and Ayatollah Ali Hoseini-Khamenei, ordering Plaintiffs to serve those defendants by mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iraq to the United Nations (Saddam Hussein and Qusai Hussein) and mailing and emailing a Summons and Amended Complaint to the Permanent Mission of Iran to the United Nations (Ayatollah Ali- Hoseini-Khamenei). On September 30, 2002, the undersigned emailed a copy of this Court's Order for Alternative Service, Summons and Amended Complaint to each of the three defendants in accordance the Order. *See* copies of the three emails attached hereto collectively as Exhibit D. Also on September 30, 2002, the undersigned mailed, via first class mail, a copy of the Order dated September 30, 2002, Summons and Amended Complaint to each defendant in accordance with the Order. *See* copies of forwarding letters to each defendant, together with Certificates of mailing and Delivery Confirmation Receipts, attached hereto collectively as Exhibit E. According to the United States Postal Service's Track and Confirm Shipment Histories, The Permanent Mission of Iran to the United Nations accepted delivery of the Order, Summons and Amended Complaint addressed to Ayatollah Ali Hoseini-Khamenei on October 3, 2002 while the Permanent Mission of Iraq to the United Nations refused to accept delivery of the Order, Summons and Amended Complaint addressed to Saddam Hussein and Qusai Hussein on October 3, 2002. *See* United States Postal Service Track and Confirm Shipment Histories attached hereto collectively as Exhibit F. On October 9, 2002, the undersigned shipped a copy of the Order dated September 30, 2002, a Summons and Amended Complaint addressed to Saddam Hussein to the Permanent Mission of Iraq to

the United Nations via Federal Express, and the package was delivered and signed for by R. Rashid on October 10, 2002. *See* forwarding letter, Federal Express mailing label and email confirmation of delivery attached hereto collectively as Exhibit G. On October 9, 2002, the undersigned shipped a copy of the Order dated September 30, 2002, a Summons and Amended Complaint addressed to Qusai Hussein to the Permanent Mission of Iraq to the United Nations via Federal Express, and the package was delivered and signed for by R. Rashid on October 10, 2002. *See* forwarding letter, Federal Express mailing label and email confirmation of delivery attached hereto collectively as Exhibit H.

/s/ Stephen A. Corr
Stephen A. Corr, Esquire



## INTERNATIONAL
# Herald ❧ Tribune
PUBLISHED WITH THE NEW YORK TIMES AND THE WASHINGTON POST

850 THIRD AVENUE, NEW YORK, NY 10022  PHONE (212) 752-3890  FAX (212) 755-8785

**DECLARATION OF PUBLICATION**

**Osama Bin Laden, The Taliban, Muhammad Omar, Al Qaeda, Unidentified Terrorist**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter.  I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East.  Far East and the Americas.  This attached circulation statement reflects
the countries in which the International Herald Tribune is available.  The
notice, a true copy of which is attached, was published on the following date(s):

August 28
Sept 4, 11, 18, 25
Oct. 2, 2002

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on October 2,  2002

Judith King, Director of Advertising

Customer Account # 8011463
Sworn before me on this 2nd day of October 2002 in the state of New York.

Notary Public

ARLENE T. GARNETT
Notary Public, State of New York
No. 01GA6014435
Qualified in Kings County
Commission Expires October 13, 2002



القدس العربي

AL-QUDS AL-ARABI

Photocopies of Ads as promised

# WITH COMPLIMENTS

AL-QUDS AL-ARABI PUBLISHING & ADVERTISING (OVERSEAS) LIMITED

TEL: 0208-741 8008 • FAX: 0208-741- 8902 • 0208-748 7637 • E mail: alquds@alquds.co.uk • Website: www.alquds.co.uk

REGISTERED ADDRESS: 164-166 KING STREET • HAMMERSMITH • LONDON W6 0QU • REGISTERED NUMBER: 2604233• VAT REG NO: 538 9427 04

اعلان عام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.

آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،

آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون 1 - 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم CV 1:02 00305 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دولستون بنسلفانيا

Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية. في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (i) (5) والمادة 28 المادة الفقرة 1605 (i) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

**http:www.september11classaction.com/**

**Issue Date:**    8 August 2002   •   15 August 2002   •   22 August 2002   •   29 August 2002
5 September 2002   •   12 September 2002

الى المدعى عليهم في القضية المرفوعة من أسامة بن لادن (OSAMA BIN - LADEN)

أنتم مدعوون في قضية أسامة بن لادن (OSAMA BIN - LADEN) وآخرين

500-1 رقم القضية المدنية (DC)

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

333 Constitution Avenue, N.W. Washington D.C.20001

اسم الناشر

Thomas Mellon
Mellon Webster & Shelly
87 North Broad Street
Doylestown, Pennsylvania 18901

333 Constitution Avenue, N.W Washington D.C 20001

Thomas Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

http://www.september11classaction.com/

## اعــلان عــام

### الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن، a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a، الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي.
آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون ١ ـ ٥٠٠.

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 00305 CV 1:02 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ ٩ ايار (مايو) ٢٠٠٢، ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ، واشنطن د. س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود برود دويلستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تعزيرية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة المذكورة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:
http:www.september11classaction.com/

---

## بسبب حكم برجم مواطنة

وزير خارجية نيجيريا ناشدت فيه كومة الاتحادية ان تساند امينة لوال ... لمنع مرحلة الاستئناف القبلية الى بجة مرضية». وفي نيويورك قالت ... للمنظمة وحش الدفاع وتذمان من ... ... قالت إن المحكمة الاسلامية يقمع بوقع جزء الناس» ... قالت إدشوان جيفرسون رئيسة ادارة ... نفوذ النساء» في المنظمة في بيان ... سخدم النظام القضائي لعاقبة ... غانت على ممارسة الجنس برضاهم». كانت محكمة في ولاية كاتسينا التي ... قد في روايات اخرى في الشمال ام الشريعة الاسلامية قد ادانت ... رامي في مارس (آذار) الماضي بالزنا ... رجم ... أثار تطبيق الشريعة في شمال ... نيجيريا جدلا واسعا بانضمام ... آلاف شخص في احتجاجات من ... يحين والمسلمين خلال الاعوام الثلاثة ...

---

## ... باح الفيضانات شرق المانيا
## ... مقتل 60 في انهيار بنيال

... حيم جسور حول ... وأكثر من مليون قتلا من ... وأكثر من مليون قتلا ...

AL-QUDS A1 - Arabi Volume 14- Issue 4126 Thursday 22 August 2002

## اعـــلان عـــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بافغانستان.

الطالبان a/k/a, الحكومة الاسلامية بافغانستان, هيئة مؤسسين, لا يعرف مقرها الحالي.
آخر مقر عرف لها كان بافغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بافغانستان

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بافغانستان.

ارهابي لم يقع التعرف عليه المتهمون 1 - 500.

### Thomas Mellon
### Mellon Webster & Shelly
### 87 North Broad Street
### Doylestown, Pennsylvania 18901

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية, رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 CV 00305 اعلام لرفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون»- (باللغة العربية). وبصحيفة «القدس العربي»- (باللغة الانكليزية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه, المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة, المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ87 نهج نورث برود دويلستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء يعدم دخول الغاية. في حالة عدم حضور المتهمين, توجد امكانية يصدور حكم بالغيابي يقضي بدفع التعويض المذكور بالشكوى.

قانون الولايات المتحدة الفقرة 1605 (5) (أ) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة, الاهمال و/أو التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات, والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

## امام القضاء الدولي محدودة جدا
## ضمانات لمراسليها في الحروب

[نص المقال الصحفي بالعربية]

## انتهاء حالة الطوارئ المفروضة منذ تسعة اشهر في النيبال

[نص المقال]

النازين بعد إنتهاء الحرب العالمية | اخـرى وقـعـت على التـشـريـع | المعارضة للمحكمة اكسبتها مكانه بروشل.

# اعــلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الآتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

الطالبان a/k/a, الحكومة الاسلامية بأفغانستان، هيئة مؤسسين. لا يعرف مقرها الحالي،
آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

القاعدة/ الجيش الاسلامي لا يعرف مقره الحالي. آخر مقر تواجدت فيه كان بأفغانستان.
ارهابي لم يقع التعرف عليه المتهمون 1- 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 1:02 00305 CV اعلام برفع دعوى.
ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002. ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «انترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»- (باللغة العربية).
كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com
وعليه وقع اعلام المتهمين الذين ذكروا اعلاه، المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ:

■ (333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).
333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن وبستر وشيلي الكائنة بـ 87 نهج نورث برود دوليستون بتسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمين، توجد امكانية يصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.
الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سيتنج عنه فرض عقوبات تعزيرية حسب المادة 28 من قانون الولايات المتحدة الفقرة 5 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.
كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:
**http:www.september11classaction.com/**

---

## لحزب الجمهوري
## تنظيمه بأنه اسلامي

سوري للشعب
ضم اليه ايضا
هال درويش مع
لريكبة المبكرة
لث من تشرين

في تاريخهـا وبات درويش المهندس
الاســـاسـي لعـمـلـيـة الإنـشـاء
الاقتصادي يدعم مكلف من صندوق
النقد الدولي.

والتـحـق درويش الشـهـر المـاضي
بالحزب الجمهوري للشعب، وترشح
على لائحة اسطنبول.
وكان درويش وميزوال اختلفا في
السـابـق حول اجـراءات التـكـشـف
التـكـمـلة في البرنامج الاقتصادي لكن
الوزير السابق يحسب بعد ذلك كله معظم
الزعماء التقابين.

واستقال درويش في العاشر من آب
(أغسطس) بعـد ان طلب منه بولند
اجاويد ان يخـتـار بين حـقـيـبـتـه
ونشاطاته السياسية.

وبدو ان انضمامه اعلي دفعا قويا
للحزب الجمهوري الذي لم يمكنه اي
نائب في البـرلمان في الانتـخـابـات
التشريعية الأخيرة في 1999 لانه لم
يتجاوز سقف الـ 10 % من اصـوات
الناخبين على الصعيد الوطني.

مول ان ميبرال
-ايسب- منذ 11
، في مقر الحزب
تباره دان هذا
فـتـوحـا امـام

رئيس الحـزب
على اي برنامج
ي الـذي الـرقه
، اي شـبـاط
سـرة لا يمكن ان
بادية في البلاد

بولند اجـاويد
الاعداده عندما
كود اقتصادي

---

## مقتل 48 متمردا قرب بوغمبورا

■ بوغـمـبـورا-أ ف ب: اعلن الناطق باسم الجيش في غمبورا امس الأربعاء ان 48 من المتمردين الهوتو في القوات طنيـة للتـحـرير لـتـؤوا في 31 آب (أغـسطس) اثناء قـيام بيش البوروندي بتكتيك مركز مهم للقيادة العسكرية. واعلن اطق التكولونيل أوغوست ان نزاراميمبا لوكالة فرانس برس «عسكريين تدعهم الدفعية هاجموا وفتحوا نيابتنا داء، القمة على بعد عشرة كيلومترات شرق العاصمة البوروندية اعلاب بمعلومات عن قوة عسكرية متمردين».
وقال ان «معارك طاحنة جرت واحصينا 48 قتـيلا من مردين ولم نسجل اي خسارة في صفوفنا». من جهته اكد مسؤول سياسي في القوات الوطنية للتحرير، بي اكبر حركات التمرد، في بيان هاتفي ان «7» مقاتلا وأ».
وقال السؤول الذي رفض الكشف عن هويته ان «الجيش ملف مركزا تلم فيه معالجة جرحانا ما ادى الى مقتل 37 أ».
ومنذ اندلاع الحرب الاهلية في بوروندي في 1993 قتل اكثر 250 الف شـخص معظمهم من المدنين في مـعـارك بين يـيـش الذي يسـيـطـر عليه القبـيـلـة التـوتـسـي والحركات عرب للهوتو.

قبل الحادي عشر من ايلول (سبتمبر) الجاري بأنه «خطيرة جدا، محددة مرافق امريكية ويهودية واسرائيلية كاهداف لضربات ارهابية».
وقال شيلي في حديث لقناة التلفزة الاثانية الثانية «زي دي إف» صباح امس الأربعاء ان الثانية كياافي الدول الاوروبية الخليفة للولايات المتحدة مهددة بوقوع هجمات ارهابية فيها بمناسبة الحادي عشر من الشهر الجاري لسبب بسيط وهو ان شبكات تنظيم «القاعدة» لا زالت قادرة على توجيه مثل هذه الضربات، وأضاف السؤول الثاني ان سلطاتـــه تعمل في الوقت الحاضر على 70 تحقيقا بخصوص منظمات ارهابية اسلامية تشارك ثشارك دائرة حماية الدستور في 50 منها.

# اعــلان عــام

## الى المتهمين الذين وقع ذكرهم في القائمة الاتية:

الشيخ اسامة بن محمد بن لادن, a/k OSAMA BIN - LADEN, لا يعرف مقره الحالي.
آخر مقر تواجد فيه كان بأفغانستان.

الطالبان/a/k/a الحكومة الاسلامية بأفغانستان, هيئة مؤسسين. لا يعرف مقرها الحالي،
آخر مقر عرف لها كان بأفغانستان.

محمد عمر لا يعرف مقره الحالي. آخر مقر تواجد فيه كان بأفغانستان.

القاعدة/ الجيش الاسلامي لا يعرف مقرها الحالي. آخر مقر تواجدت فيه كان بأفغانستان.

ارهابي لم يقع التعرف عليه المتهمون l ـ 500

**Thomas Mellon**
**Mellon Webster & Shelly**
**87 North Broad Street**
**Doylestown, Pennsylvania 18901**

بالمحكمة العليا بمقاطعة كولومبيا (DC) قسم الشؤون المدنية، رفعت فيونا هفليش دعوى ضد الشيخ اسامة بن محمد بن لادن والآخرين a/k OSAMA BIN - LADEN قضية رقم 00305 CV 1:02 اعلام برفع دعوى.

ولقد اصدر القاضي جيمس روبرتسون امرا بالاعلام نشر بتاريخ 9 ايار (مايو) 2002، ولقد صدر امر بنشر النص الوارد في المحرر القانوني اعلاه اسبوعيا لستة اسابيع متتالية بصحيفة «الانترناشيونال هيرالد تريبيون» (باللغة الانكليزية) وبصحيفة «القدس العربي»ـ (باللغة العربية).

كذلك نشرت بالانترنت على العنوان الالكتروني التالي: /http://www.september11classaction.com

وعليه وقع اعلام المتهمين الذين ذكروا اعلاه. المتهمون مطلوبون للحضور لمكتب كاتب محكمة الولايات المتحدة، المحكمة العليا بمقاطعة كولومبيا (DC) الكائنة بـ
(333 شارع كونستيتوشن ش.غ. واشنطن د. س 20001).

333 Constitution Avenue, N.W Washington D.C.20001

والسيد توماس مولن مع مكاتب مولن ويبستر وشيلي الكائنة بـ87 نهج نورد برود دوليستون بنسلفانيا
Thomas Mellon Mellon Webster and Shelly, 87 North Broad Street, Doylestown, Pennsylvania 18901

والرد على الشكوى في خلال مدة لا تتجاوز الستين يوما بعد استلام الاستدعاء بعدم دخول الغاية، في حالة عدم حضور المتهمن، توجد امكانية بصدور حكم بالغياب يقضي بدفع التعويض المذكور بالشكوى.

الشكوى رفعت بدعوى التسبب في الموت غير المشروع، والتآمر مما سينتج عنه فرض عقوبات تغريمية حسب المادة 28 من قانون الولايات المتحدة الفقرة 1605 (أ) (5) والمادة 28 المادة الفقرة 1605 (أ) (7) من نفس القانون المصنف تحت باب تهديد الحياة، الاهمال و/او التعمد في التسبب في الارهاق النفسي المذكور بالمادة 28 من قانون الولايات المتحدة الفقرة 1350 والمادة 18 من قانون الولايات المتحدة الفقرة 2333.

كل الاستدعاءات الخاصة بجلسات تقديم المذكرات، والمطالب الخاصة بكشف النقاب عن الادلة التي وقع التقدم بها فيما يخص هذه الدعوى ستكون متوفرة بموقع الانترنت:

http:www.september11classaction.com/

## SPECIFIC AUTHENTICATION CERTIFICATE

```
Confederation of Switzerland          )
Bern, Canton of Bern                  ) SS:
Embassy of the United States of America )
```

I certify that the annexed document is executed by the genuine
signature and seal of the following named official who, in an
official capacity, is empowered by the laws of Switzerland to
execute that document.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.

<u>Liliane GYGAX</u>
(Typed name of Official who executed the annexed document)

(Signature of Consular Officer)

<u>Scott D. Boswell</u>
(Typed name of Consular Officer)

<u>Consul of the United States of America</u>
(Title of Consular Officer)

<u>October 17, 2002</u>
(Date)



## EMBASSY OF SWITZERLAND

No. 1074-IE

The Embassy of Switzerland , Foreign Interests Section , in Tehran presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran and has the honor to refer the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit entitled Fiona Havlish, et al. v. Islamic Republic of Iran , et al. ; Civil Case No. 1:02-CV-0305 (JR) in which the Islamic Republic of Iran , the Islamic Revolutionary Guard and Iranian Ministries of Information and Security, of Petroleum, of Economic Affairs and Finance, of Commerce, and of Defense are defendants . The case is pending in United States District Court . District of Columbia . The Embassy herewith transmits a Notice of Suit with Summons and Complaint. This note constitutes service of these documents upon the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code , Section 1608(a)(4) .

Under applicable United States law a defendant in a lawsuit must file an answer to the Summons and Complaint or some other responsive pleading within 60 days from the date of service of the Summons and Complaint (i.e. the date of this note) or face the possibility of having final judgment entered against it without the opportunity of presenting evidence or arguments in its behalf . Accordingly , the Foreign Interests Section requests that the enclosed summons be forwarded to the appropriate authority of the Government of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to answer the Summons and Complaint .

Please note that under United States law and procedure neither the Embassy nor the Department of State is in a position to comment on the present suit . Under the laws of the United States , any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending , for which reason it is advisable to consult an attorney in the United States .

The enclosure includes a copy of pertinent United States laws concerning sovereign immunities .

The Embassy of Switzerland , Foreign Interests Section , avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration .

Tehran , October 09, 2002 (Mehr 17, 1381)



Ministry of Foreign Affairs of the
Islamic Republic of Iran
Tehran

I , Antje Günther  , Deputy Head of the Foreign Interests Section of the Embassy of Switzerland in Tehran certify that this is a true copy of the Embassy of Switzerland , Foreign Interests Section diplomatic note number 1074-IE dated October 09, 2002 , and delivered to the Ministry of Foreign Affairs of the Islamic Republic of Iran on October 09, 2002.

Antje Günther
Deputy Head of Foreign Interests Section

Tehran , October 09, 2002



No.     7 9 7 8
Seen for legalization of
the above signature
Berne,    1 5. Okt. 2002
Swiss Federal Chancellery

Liliane Gygax

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America   )


I certify that the annexed document bears the genuine seal of
the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United
States that the foregoing is true and correct.


_____
(Signature of Consular Officer)


_____Scott D. Boswell_____
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


October 17, 2002
(Date)



20643

EIDGENÖSSISCHES DEPARTEMENT
FÜR AUSWÄRTIGE ANGELEGENHEITEN

**DRINGEND**
K.252.41 USA/IRAN 3 A

Das Eidgenössische Departement für auswärtige Angelegenheiten, bezieht sich auf die Note CONS No. 13182 vom 30. September 2002 betr. die Übermittlung von Gerichtsakten im Sammelklagefall Fiona Havlish gegen die Islamische Republik Iran, und beehrt sich, der Botschaft der Vereinigten Staaten von Amerika, in der Beilage die acht Sätze der Unterlagen zuzustellen, die es vom Dienst für amerikanische Interessen der Schweizerischen Botschaft in Teheran zurückerhalten hat.

• **8 Sätze Gerichtsakten: Fiona Havlish, et al. v. the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305 (JR)**

• **"Proof of Service", datiert vom 9. Oktober 2002**

Der genannte Dienst hat die oben erwähnten Gerichtsakten samt seiner Note Nr. 1074-IE, datiert vom 9. Oktober 2002, mit Bestätigung des 'proof of service', datiert vom 9. Oktober 2002 **ohne Kommentar seitens des iranischen Aussenministeriums zurückerhalten.**

Das Departement benützt auch diesen Anlass, um die Botschaft seiner ausgezeichneten Hochachtung zu versichern.

Bern, 16. Oktober 2002

**Beilagen erwähnt**

An die Botschaft der
Vereinigten Staaten von Amerika

Informal Embassy translation from the German of SPP Note
No. 20643 dated October 16, 2002:

"The Federal Department of Foreign Affairs, referring to
Embassy's note No. 13182 of September 30, 2002 concerning
the transmission of the court documents in the case Fiona
Havlish, et al. vs. the Islamic Republic of Iran, has the
honor to submit to the Embassy of the Untied States of
America the following enclosures received from the American
Interests Section of the Swiss Embassy in Tehran.

- 8 sets of the court documents: Fiona Havlish, et al. vs.
  the Islamic Republic of Iran, et al.; CV No. 1:02-CV-0305
  (JR)
- "Proof of service" dated October 9, 2002


The Interests Section received back the above mentioned
court documents as well as its Note No. 1074-IE dated
October 9, 2002 and the confirmation of 'proof of service'
dated October 9, 2002 from the Iranian Ministry of Foreign
Affairs with no comments.

Complimentary close.

Bern, October 16, 2002

Enclosures as stated

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )


I, Scott D. BOSWELL, a consular officer at the Embassy of the
United States at Bern, Switzerland, certify that this is a true
copy of Embassy note number 13182 dated September 30, 2002,
which was transmitted to the Swiss Ministry of Foreign Affairs
on October 1, 2002 for further transmission to the American
Interests Section of the Swiss Embassy in Tehran, Iran.


(Signature of Consular Officer)


Scott D. BOSWELL
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


October 17, 2002
(Date)



*Embassy of the United States of America*
September 30, 2002

CONS NO. 13182

U R G E N T!

Federal Department of Foreign
 Affairs
Foreign Interests Service
Bundesgasse 32
3003 Bern


Subject: JUDICIAL ASSISTANCE: Service of Summons and
Complaint and Notice of Suit Pursuant to the Foreign
Sovereign Immunities Act – Fiona Havlish et al. v. Islamic
Republic of Iran, et al.; Civil Case No. 1:02-CV-0305 (JR)


REF:      ----


The Department of State has requested the delivery of the
enclosed Summons and Complaint and Notice of Suit to the
Islamic Republic of Iran pursuant to the Foreign Sovereign
Immunities Act in the matter of Fiona Havlish, et al. v.
Islamic Republic of Iran, et al.; Civil Case No. 1:02-CV-0305
(JR).

The Embassy is herewith requesting the Swiss Ministry of
Foreign Affairs to transmit the documents to the American
Interests Section of the Swiss Embassy in Tehran.  The
American Interests Section should transmit the Summons and
Complaint and Notice of Suit to the Islamic Republic of Iran
under cover of a diplomatic note utilizing the language
provided in the enclosed instruction.

Transmittal should be done in a manner which enables the
Embassy to confirm delivery.  The American Interests Section
should execute the certification of the diplomatic note,
which will be forwarded by the Department of State to the
requesting court in the United States.

Enclosed is the appropriate part of a Memorandum the Embassy
received from the Department of State as well as seven sets
of the Summons and Complaint and Notice of Suit for the
Iranian Ministry of Foreign Affairs.

The Embassy would appreciate being informed of the date the
American Interests Section of the Swiss Embassy in Tehran
receives the documents as well as the date the Interests
Section forwards the Summons and Complaint and Notice of Suit
to the Iranian authorities.

SPP's speedy assistance is much appreciated.



Case 1:02-cv-00305-GBD-SN   Document 234-40   Filed 08/09/08   Page 24 of 39

# WARSAW 03544 ⬛⬛⬛

ACTION OCS-03

| INFO | LOG-00 | AID-00 | AMAD-00 | SRPP-00 | EUR-00 | UTED-00 | TEDE-00 |
|------|--------|--------|---------|---------|--------|---------|---------|
|      | IO-00  | JUSE-00 | L-00   | NEA-00  | NSAE-00 | TEST-00 | LBA-00  |
|      | SAS-00 | ⬛⬛⬛   |         |         |        |         |         |

------------------

R 02⬛⬛⬛CT 02
FM AMEMBASSY WARSAW
TO SECSTATE WASHDC 5997

UNCLAS WARSAW 003544


FOR CA/OCS/PRI-LUKE BELLOCCHI

E.O. 12958: N/A
TAGS: CJAN, PL
SUBJECT: JUDICIAL ASSISTANCE - SERVICE OF PROCESS TO
IRAQ

REF: DEPARTMENT (CA/OCS/PRI) MEMO DATED 09/13/02

1. Post received a request for service of Summons and
Complaint and Notice of Suit on The Republic of Iraq in
the matter of Fiona Havlish, et al. v. Islamic Republic
of Iraq, et al.; Civil Case No. 1:02-CV-0305 (JR).

2. On October 1, 2002 post delivered the documents to
be served, accompanied with a diplomatic note number C-
00143, dated October 1, 2002 to the Polish Ministry of
Foreign Affairs for transmittal to the American
Interests Section in Baghdad.
Hill

**Stephen A Corr**

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <MissionOfIraq@nyc.rr.com> |
| **Sent:** | Monday, September 30, 2002 3:42 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Saddam.pdf; Arabic Amended Complaint.pdf; Summons - Saddam.doc; Arabic Amended Complaint.doc; Amended Complaint- First.pdf; Amended Complaint - First.doc |
| **Subject:** | Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR) |

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on
September 30, 2002, the plaintiffs in the above-referenced matter hereby
make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Attached are
the following documents in MS Word and .pdf formats:

1. Order granting Alternative Service entered by Judge Robertson
   September 30, 2002 (.pdf format only);
2. Summons Addressed to Saddam Hussein (Arabic and English versions);
3. Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive
pleading to the attached Amended Complaint. Failure to respond within sixty
(60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

10/1/02

**Stephen A Corr**

| | |
|---|---|
| **From:** | "Stephen A Corr" <SCorr@MellonWebster.com> |
| **To:** | <MissionofIraq@nyc.rr.com> |
| **Sent:** | Monday, September 30, 2002 3:47 PM |
| **Attach:** | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Qusai.pdf; Arabic Amended Complaint.pdf; Summons - Qusai.doc; Arabic Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| **Subject:** | Fw: Havlish, et al v. bin Laden, et al., U.S. Dist. Court, District of Columbia No. 02-0305(JR) |

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1. Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2. Summons Addressed to Qusai Hussein (Arabic and English versions);
3. Amended Complaint (Arabic and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

## Stephen A Corr

| | |
|---|---|
| From: | "Stephen A Corr" <SCorr@MellonWebster.com> |
| To: | <iran@un.int> |
| Sent: | Monday, September 30, 2002 3:54 PM |
| Attach: | Order for Alt Service Hussein and Ayatolla.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.pdf; Farsi Amended Complaint.pdf; Summons - Ayatollah Ali Hoseini-Khamenei.doc; Farsi Amended Complaint.doc; Amended Complaint-First.pdf; Amended Complaint - First.doc |
| Subject: | Havlish et al. v. bin Laden, et al., U.S. Dist. Court, District of Columbia No 02-0305 (JR) |

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents in MS Word and .pdf formats:

1. Order granting Alternative Service entered by Judge Robertson September 30, 2002 (.pdf format only);
2. Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions);
3. Amended Complaint (Farsi and English versions).

Please note that the defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the defendant.

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

Stephen A. Corr, Esquire
Mellon, Webster & Shelly
87 North Broad Street
Doylestown, PA 18901
(215) 348-7700 Phone
(215) 348-0171 Fax

10/1/02

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAQ TO THE UN   Phelly
14 EAST 79th STREET
NEW YORK, NY   10021

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access
Internet web site at www.usps.com
or call 1-800-222-1811

PS Form 152, March 1999

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

DELIVERY CONFIRMATION NUMBER:
0300 1290 0006 5304 0533

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

14 East 79th Street
New York, NY 10021

Re:   **Havlish, et al. v. bin Laden, et al.**
      **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.   Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.   Summons Addressed to Saddam Hussein (Arabic and English versions); and

3.   Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

U.S. POSTAL SERVICE   **CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
MELLON WEBSTER + SHELLY
87 N. BROAD STREET
DOYLESTOWN PA 18901

One piece of ordinary mail addressed to:
PERMANENT MISSION OF IRAQ TO THE U
14 EAST 79th STREET
NEW YORK, NY 10021

$0.60
U.S. POSTAGE
DOYLESTOWN, PA
18901
AMOUNT
UCI.NO_.OZ
0035890-02

PS Form 3817, Mar. 1989

truly yours,

PHEN A. CORR

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF FRAQ TO THE UN  Shelly
(Please Print Clearly)
14 EAST 79TH STREET
New York, NY  10021

DELIVERY CONFIRMATION NUMBER:
0300 1290 0006 5304 0526

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries: Access  1
internet web site at www.usps.com
or call 1-800-222-1811

Postmark
Here

DOYLESTOWN, PA. USA
LOCAL

CHECK ONE (POSTAL USE ONLY)
☒ Priority Mail
☐ Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

————
JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

To the United Nations
14 East 79th Street
New York, NY  10021

Re:     **Havlish, et al. v. bin Laden, et al.**
        **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.     Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.     Summons Addressed to Qusai Hussein (Arabic and English versions); and

3.     Amended Complaint (Arabic and English versions)

**Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

**U.S. POSTAL SERVICE     CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Mellon Webster + Shelly
87 N. Broad Street
Doylestown, PA 18901

One piece of ordinary mail addressed to:

Permanent Mission of Iraq to the UN
14 East 79th Street
New York, NY 10021

PS Form 3817, Mar. 1989

DOYLESTOWN PA
OCT 1 2000
UNITED STATES

U.S. POSTAGE
PAID
DOYLESTOWN, PA
18901
OCT
0003690-02
AMOUNT
$0.90

truly yours,

[signature]
STEPHEN A. CORR

**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

PERMANENT MISSION OF IRAN TO THE UN ~~Shelly~~
622 THIRD AVENUE
NEW YORK, NY 10017

DELIVERY CONFIRMATION NUMBER: 0300 1290 0006 5304 0517

POSTAL CUSTOMER:
Keep this receipt. For inquiries: Access
Internet web site at www.usps.com
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail
[ ] Standard Mail (B)
(See Reverse)

PS Form 152, March 1999

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

September 30, 2002

Permanent Mission of Iran
To the United Nations
622 Third Avenue
New York, NY 10017

**Re:** **Havlish, et al. v. bin Laden, et al.**
**U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Ayatollah Ali Hoseini-Khamenei pursuant to F.R.Civ.P. 4(f). Attached are the following documents:

1. Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2. Summons Addressed to Ayatollah Ali Hoseini-Khamenei (Farsi and English versions); and

3. Amended Complaint (Farsi and English versions)

Please note that the Defendant has sixty (60) days to file a responsive ▓▓▓▓▓▓ to respond within sixty (60) ▓▓▓▓dant.

▓▓▓ truly yours,

~~[signature]~~

STEPHEN A. CORR

**U.S. POSTAL SERVICE     CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Mellon Webster + Shelly
87 N. Broad Street
Doylestown, PA 18901

One piece of ordinary mail addressed to:
Permanent Mission of Iran to the Un
622 Third Avenue
New York, NY 10017

PS Form 3817, Mar. 1989



**UNITED STATES POSTAL SERVICE®** ☒

# Track & Confirm

## Shipment History

You entered 0300 1290 0006 5304 0533

Your item was refused by the addressee at 2:07 pm on October 03, 2002 in NEW YORK, NY 10021 and is being returned to the sender. Status is updated every evening. Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:10 pm, DOYLESTOWN, PA 18901



**Track & Confirm**

Enter number from shipping re

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES**
**POSTAL SERVICE**®

## Track & Confirm

### Shipment History

You entered 0300 1290 0006 5304 0526

Your item was refused by the addressee at 2:07 pm on
October 03, 2002 in NEW YORK, NY 10021 and is being
returned to the sender. Status is updated every evening.
Please check again later.

Here is what happened earlier:

- ACCEPTANCE, October 01, 2002, 12:09 pm,
  DOYLESTOWN, PA 18901

**Track & Confirm**

Enter number from shipping re

Track & Confirm FAQs


POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE** ☒

# Track & Confirm

### Shipment History

You entered 0300 1290 0006 5304 0519

Your item was delivered at 10:43 am on October 03, 2002 in NEW YORK, NY 10017.

Here is what happened earlier:

- ENROUTE, October 03, 2002, 9:04 am, NEW YORK, NY 10017
- ACCEPTANCE, October 01, 2002, 12:07 pm, DOYLESTOWN, PA 18901



**Track & Confirm**
Enter number from shipping re

Track & Confirm FAQs

 POSTAL INSPECTORS
Preserving the Trust

**site map  contact us  government services**
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy



LAW OFFICES
*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

      Re:    **Havlish, et al. v. bin Laden, et al.**
            **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

      Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Saddam Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

      1.    Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

      2.    Summons Addressed to Saddam Hussein (Arabic and English versions); and

      3.    Amended Complaint (Arabic and English versions)

      **Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.**

      Very truly yours,

      STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.: 7906 0934 9732**

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901



REVENUE BARCODE

**To: Permanent Mission of Iraq (212)737-4483**
**To the United Nations**
**14 East 79th Street**

**New York, NY, 10021**

Ref: 5084

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

RELEASE# 3785346



DELIVERY ADDRESS BARCODE(FEDEX-EDR)

**TRK # 7906 0934 9732** FORM 0201

FedEx **STANDARD OVERNIGHT**

**10021-NY-US**



**EWR**

**Z2 FLUA**

**THU**
A1

Deliver by:
**10OCT02**

## Shipping Label

| Schedule Courier | Find a Dropoff Location | Shipping History |

| Shipment Complete | Cancel Shipment | Edit Shipment Information |

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

### Shipment Details
To print a copy of the shipment information for your records, please click "Shipment Details".

| Shipment Details |

### Ship a New Package
| Ship Inside U.S. | Ship Outside U.S | Ship to Same Recipient |

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

## Catherine M. Hassett

**From:** <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com>
**To:** <chassett@mellonwebster.com>
**Sent:** Thursday, October 10, 2002 1:57 PM
**Subject:** FedEx shipment 790609349732

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was 10/09/2002.

The tracking number of this shipment was 790609349732.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=790609349732&action=track&language=english&cntry_code=us

Disclaimer
------------------------------------------------------------
FedEx has not validated the authenticity of any email address.

10/18/2002



LAW OFFICES

*Mellon Webster & Shelly*
A PROFESSIONAL CORPORATION
87 NORTH BROAD STREET
DOYLESTOWN, PA 18901
215-348-7700 • FAX 215-348-0171

THOMAS E. MELLON, JR.
SARA WEBSTER
CAROL A. SHELLY
DEBORAH A. ROMANSKI
JOSEPH A. CULLEN, JR.
STEPHEN A. CORR
THOMAS P. DONNELLY
JOHN A. CORR

JONATHAN A. BRISKIN, JD, MD
OF COUNSEL

October 9, 2002

**Via Federal Express/Standard Overnight**
Permanent Mission of Iraq
To the United Nations
14 East 79th Street
New York, NY 10021

Re:   Havlish, et al. v. bin Laden, et al.
      **U.S. District Court, District of Columbia, No. 02-0305**

To Whom It May Concern:

Pursuant to the Order of the Honorable James Robertson, entered on September 30, 2002, the Plaintiffs in the above-referenced matter hereby make service upon Qusai Hussein pursuant to F.R.Civ.P. 4(f). Enclosed are the following documents:

1.   Order granting Alternative Service entered by Judge Robertson dated September 30, 2002;

2.   Summons Addressed to Qusai Hussein (Arabic and English versions); and

3.   Amended Complaint (Arabic and English versions)

Please note that the Defendant has sixty (60) days to file a responsive pleading to the attached Amended Complaint. Failure to respond within sixty (60) days may result in a default judgment against the Defendant.

Very truly yours,

STEPHEN A. CORR

SAC:cmh
Enclosures
**Federal Express No.: 7927 5684 6234**

From: T.E.M. (215)348-7700

299 Maple Avenue

Doylestown, PA, 18901

REVENUE BARCODE



**To: Permanent Mission of Iraq (212)737-4483**
    **To the United Nations**
    **14 East 79th Street**

**New York, NY, 10021**

Ref: 5084

SHIP DATE: 09OCT02
WEIGHT: 3 LBS

RELEASE# 3785346



DELIVERY ADDRESS BARCODE(FEDEX-EDA)
**TRK # 7927 5684 6234** FORM
                          6201

**10021-NY-US**

FedEx  STANDARD OVERNIGHT

**Z2 FLUA**
EWR

**THU**
A1

Deliver by:
**10OCT02**



## Shipping Label

| Schedule Courier | Find a Dropoff Location | Shipping History |
|---|---|---|

| Shipment Complete | Cancel Shipment | Edit Shipment Information |
|---|---|---|

1. Use the "Print" feature from your browser to send this page to your laser printer.
2. Fold the printed page along the horizontal line.
3. Place label in air waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and sc

### Shipment Details

To print a copy of the shipment information for your records, please click "Shipment Details".

| Shipment Details |
|---|

### Ship a New Package

| Ship Inside U.S. | Ship Outside U.S | Ship to Same Recipient |
|---|---|---|

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation,
unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide
apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other
forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual
documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide.
Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/unity?www47&gifs/34/62/7927_5684_6234SapaiDK.html   10/09/2002

## Catherine M. Hassett

| | |
|---|---|
| **From:** | <sysdeliv@fn3a.prod.fedex.com>; "FedEx" <webmaster@fedex.com> |
| **To:** | <chassett@mellonwebster.com> |
| **Sent:** | Thursday, October 10, 2002 1:51 PM |
| **Subject:** | FedEx shipment 792756846234 |

Our records indicate that the shipment sent from T.E.M.
to Permanent Mission of Iraq/To the United has been delivered.
The package was delivered on 10/10/2002 at 9:24 AM and signed for
or released by R.RASHID.

The ship date of the shipment was 10/09/2002.

The tracking number of this shipment was 792756846234.

Thank you for shipping with FedEx Ship Manager at FedEx.com.
https://www.fedex.com/cgi-bin/ship_it/interNetShip/

To track the status of this shipment on line click on the following:
http://www.fedex.com/cgi-bin/tracking?
tracknumbers=792756846234&action=track&language=english&cntry_code=us

Disclaimer
----------------------------------------------------------------
FedEx has not validated the authenticity of any email address.