# EXHIBIT I

**Proposed Order of Judgment by Default**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

IN RE: TERRORIST ATTACKS ON          03 MDL 1570 (GBD)
SEPTEMBER 11, 2001


_____x

THIS DOCUMENT RELATES TO:

*Fiona Havlish, et al. v. Bin-Laden, et al.*
03 CV 9848 (GBD)
_____

*This document is filed on behalf of those Plaintiffs in the above case seeking unliquidated damages for losses as they relate to personal injuries and deaths suffered by victims of the September 11th Terrorist Attacks. Those Plaintiffs are listed in Exhibit A attached hereto.*

## DEAFAULT JUDGMENT

This action having been commenced on February 19, 2002 in the United Stated District Court, District of Columbia, by the filing of the *Havlish* Summons and Complaint, and the Non-Sovereign Defendants, Sheikh Usamah Bin-Muhammad Bin-Laden (a/k/a Osama bin-Laden), The Taliban (a/k/a The Islamic Emirate of Afghanistan), Muhammad Omar, and Al Qaeda/Islamic Army having failed to answer or otherwise defend against this action despite having been properly served by publication pursuant to the Order of the Honorable James Roberston dated May 9, 2002, it is hereby

ORDERED, ADJUDGED AND DECREED: The Plaintiffs listed in Exhibit A attached to Plaintiffs' Motion for Entry of Judgment by Default as seeking unliquidated damages for losses, have Judgment against the Non-Sovereign Defendants, Sheikh Usamah Bin-Muhammad Bin-Laden (a/k/a Osama bin-Laden), The Taliban (a/k/a The Islamic Emirate of Afghanistan), Muhammad Omar, and Al Qaeda/Islamic Army. A hearing before this Court to establish each Plaintiff's unliquidated dmages will be held on the _____ day of _____,

2008 beginning at _____ a.m. in courtroom \_\_\_\_\_15D_____ of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

_____
United States District Judge

_____
Dated