# EXHIBIT 9

U.S. Department of Treasury
OFAC/FTD

On March 24, 2004, OFAC/FTD accessed the Arabic language website of *The Arab Forum* located at http://alsaha.fares.net/. Located on this page is a link titled "Islamic Forum." The "Islamic Forum" contains postings by website users, including an entry titled "Statement from/ Mansour al-Qadi Deputy Manager of Al Haramain Foundation (( more of the truth ))!", posted by username "Omar200" on October 10, 2003 at 12:46a.m.

The posting by Omar200 includes a letter written by Mansour al-Qadi. In this letter al-Qadi responds to the criticism of his resignation from his post in the Al-Haramin Foundation.

Mansour bin Abdul Rahman al-Qadi          Date: [6/25/2003]
P.O. Box 973 – Riyadh, 11342

## Clarification on my position in investments
## In the Haramain Charitable Foundation

I wrote on [2/23/2003] my resignation from Al-Haramain Charitable Foundation in four pages, and the main reason behind the resignation was the autocratic and centralist governance of the organization. Despite the growth and spread of the organization, all benefits are centered solely in the hands of one man, Sheikh Aqil bin Abdul Aziz al-Aqil, the General Manager of the foundation, and due to this there has been several administrative and financial mistakes.

Therefore as a result of this centralistic order (and it must be added that the General Manager is the only individual with final decision making on spending) this resulted in large sums of money being condensed in the accounts of the foundation and not spent on projects. On [1/4/2003] the balance of the foundation's account reached 286,000,000 Riyal – and this is a scandalous act on the volunteers and benefactors of the foundation (see article four of the resignation).

As a result also of the congestion of these funds, unimaginable amounts of money was withdrawn for investments reaching in [1/4/2003] 207,000,000 Riyal – and this is unfair to both the benefactors and those in need in times of crisis (see article five of the resignation).

And after submitting my resignation to the General Manager and the heads of the various committees in the foundation, I was shocked by the inept response of the General Manager in which he stated that I was a partner in his delaying of the disbursement of contributions and in his illicit investments, his excuse was that I was the deputy General Manager since the founding of the organization until my resignation!! Regrettably, this rumor was preached to some of the heads of committees and began to recall it as a fact failing to see its dangers as the General Manager had used it to justify the remorseful situation of the foundation!! Therefore, I would like to clarify the truth in this matter in the following points:

First: The main fault which I mentioned in my resignation (article four) is the congestion and delay in the disbursement of hundreds of millions from contributions in the accounts of the foundation, and the General Manager bears the sole responsibility for this as he has repeatedly refused the recommendations of the committees in supporting various projects and organizations, or at times significantly cutting their requests by 90%. This led to committees restructuring their formats for requests so they would not be rejected by the General Manager.

I myself headed the African committee for six years, then the Asian Committee for about two years, and we used to always be warned in meetings of the committee (usually attended by 8-12 members) to format the requests in a way to the liking of the General

Manager so they would not be denied!! The General Manager has repeatedly withheld the release of funds as he pleased until they are invested, so as to secure the future of the organization.

Another reason besides the congestion of funds, is the lack of employees working to the committees in the Riyadh office and other foreign offices. As an example, the balance for the Asian committee alone in [1/4/2003] reached 158,000,000 Riyal with only 6 employees working in the committee. If you consider that for every 5 million Riyal you hire one employee, then the number needed would be 30!! But we were asking for a number much less than that, and it got to a point where I had to write to the General Manager to convince him to allow the Asian committee to hire only one employee for 150,000 riyal!!

There is no question that the lack of employees has contributed in delaying the disbursement of the necessary funds, and I again state that the General Manager bears the sole responsibility in this lack as he is the one with the authority to hire employees, even if it is just a janitor.

**Second:** I was the only person who clarified on numerous occasions the dangers of delaying the imbursement of funds, and I presented this repeatedly (through precise reports and charts) to the boards of committees (and this can be confirmed by asking the head of the board of committees Sheikh Abdul Malik Al-Qassim), and the final recommendation came to the board of committees to hasten their spending of contributions, and that is stated in meeting number 37 on [7/2/2002]. How then can I be accused of partnering in delaying and withholding funds?

**Third:** As for the assertion of my involvement in investments; first, I do not object and will not object to the idea of investing, for a regulation was issued by the legal Council allowing the investment of surplus funds instead of being left unused in bank accounts and that is based on a few set principles, but my objection is on the refusal of disbursement in order to allow for investment – which in consequence – would be considered surplus.

**Fourth:** Judging by my experience and studies in the field of economics, the General Manager would at times present me with various investment projects, the budget of which reached the tens of millions, which I would study and travel outside of Riyadh for if necessary and present my recommendation on the project. I am honored of this achievement which prevented the funds of the foundation to be wasted or lost in vain. But this in no way represents my approval of the withholding or delaying the disbursement of funds.

**Fifth:** We established a committee consisting of the General Manager, the deputy General Manager, the head of the internet committee, and Sheikh Moute'b al-Taiar to oversee investments, but the committee only lasted a few months because the General Manager was not convinced of its oversight, claiming that it handicapped investment operations, but in truth it restricted the unlimited authority of the General Manager in investing the Muslims' wealth - something that he did not desire or see the need for.

**Sixth:** The General Manager does not object to any of the investment deals, an example is his decision several years back for the foundation to invest in the Zalal Water Factory (which was a loss) with an amount of 2,500,000 riyal to open a new production line without asking for my opinion (but I always appealed to never allow the foundation to invest in the Zalal Factory). The Foundation then followed by buying the shares of other investors in the factory until the shares of the foundation reached 4,000,000. And it must be told that the General Manager is a partner in this factory and its Manager is his son: Yasser. The story of this factory is a long and painful one, which I wish not get into here.

**Seventh:** At times the General Manager would ask my opinion of investment projects and then reject it because it did not appeal to his interests or agenda. For example, he asked me to settle the salary of the manager of the Zalal factory (his son Yasser) whose salary was between 20,000 and 30,000 riyal monthly. He indirectly pressured me into raising his son's salary, but after studying the situation I recommended a salary around 10,000 riyal monthly, and I stated this in an official letter [12/28/1999]. He angrily responded to my recommendation saying "Are you joking by such a figure?" I responded that this was my fair recommendation, but he rejected my letter and I suggested that he presents the issue before the Running Finances Committee, but he also rejected. His son continued earning these enormous salaries in a factory which more than 50% of its shares is owned by the foundation. This proves that personal interests are most often than not considered in the financial investments of the foundation.

**Eighth:** Even if I concede that I am a partner to the General Manager in withholding disbursements and manners of investment, does this relieve the General Manager of his responsibilities?

**Ninth:** Are all my previous reasons for resignation 100% false as suggested by the honorable General Manager?

**Tenth:** Sheikh Abdul Malik Al-Qassim – Head of the board of committees, Dr. Mohammad al-Homaimaid – Regional Director in the Al-Qassem Office, both have resigned their duties due to the jewel problem of the foundation - the autocratic administration in power. This proves the problem of this administrative disease in the foundation and all it has caused in problems and handicaps. If this disease is cured, the consequences and the dear heads of committees would receive the news of certitude.

Signed/ Mansour bin Abdul Rahman al-Qadi

PUBLIC-AR0261

Translated by:
U.S. Department of Treasury
OFAC/FTD

March 31, 2004

فارس نت   الساحة العربية   ساحة الحوار   عيون المواقع   المجلة الإلكترونية   إسلاميات   أخبار الساحة

الساحة العربية : الساحات □ الساحة الإسلامية □ بيان من / منصور القاضي نائب مدير مؤسسة الحرمين (( مزيد من الحقائق )) !

| | 12:46 2003-10-10 | دعوة لزيارة هذا الموضوع | الترقيم العلمي | |
|---|---|---|---|---|
| عمر 200 | | | تنبيه المشرف | |

السلام عليكم ورحمة الله وبركاته ...

هناك ملاحظة أود ذكرها قبل وضع البيان ... هي أنه لا يفهم من إيرادي لهذا البيان موافقتي لمنصور القاضي أو تبرئتي له ... فهو عندي مشارك للعقيل في التلاعب ...

ولكن هو أفضل من ناحية ... اعترافه وبيانه للحقائق ... وعدم استمراره في الخطأ ....

وهذه صورة بيان منصور القاضي

كانت البلاد السعودية أمة واحدة على المعتقد الصحيح حتى جاءها الحزبيون كفانا الله شرهم فشقوا صف أهل التوحيد

| | | 13:05 2003-10-10 | 1 | |
|---|---|---|---|---|
| بلاد السعادة | | | | |

السلام عليكم

أخي عمر 200

شكرا على فضيحة اللصوص

صدقني يالأخي عمر 200 لو نوضح للناس الأخطاء المنهجية التي كان يمارسها منصور القاضي ومن فوقه عقيل العقيل لهان عند الناس ضياع تلك الملايين لأن الناس عندهم فقه شرعي عظيم اكتسبوه من علماء الأمة الربانيين وهو أنهم يريدون الأجر من الله ببذل تلك الأموال وهذا ثابت لهم بمجرد اعطاءه على ظنهم أنهم يوصلونها إلى مستحقيها سواء وصلت أم لم تصل ؟

فإنتبه سان تسلط بني قطب على المؤسسات الخيرية والدعوية كما تسلط قبلهم آباؤهم الإخونج

PUBLIC-AR0262

بالصبر واليقين تنال الإمامة في الدين

| | | | |
|---|---|---|---|
| الصاحي الماحي | 2003-10-10 13:21 | .2 | |

عمر 2000

ممتاز

الله اكبر سيبقى, علامة لرمز الكرامة سيبقى, عزيزاً في عصر المهانة سيبقى, كبيراً في قلبي أسامة

| عمر 200 | 2003-10-10 14:13 | .3 | |
|---|---|---|---|

جزاكما الله خيراً

وأصلح شأن الجميع .

كانت البلاد السعودية أمّة واحدة على المعتقد الصحيح حتى جاءها الحزبيون كفانا الله شرهم فشقوا صف أهل التوحيد

| رجل حر | 2003-10-10 16:00 | .4 | |
|---|---|---|---|

بلاد السعاده

لصوص مرة واحده

عمر 200

تقول لهم جزاكم الله خير

والله الذي لا إله إلا هو سوف تسألون يوم القيامه عن هذه التهم .

ومن يكن الغراب له دليلاً +++ يمر به على جيف الكلاب

| عمر 200 | 2003-10-10 17:17 | .5 | |
|---|---|---|---|

وهل تظن أن الله تعالى لن يسألهم ( أعني المؤسسة ) عن أموال المسلمين ؟

كانت البلاد السعودية أمّة واحدة على المعتقد الصحيح حتى جاءها الحزبيون كفانا الله شرهم فشقوا صف أهل التوحيد

| الحرف | 2003-10-10 19:00 | .6 | |
|---|---|---|---|

تاريخ الخطاب 1424/3/24 وهو يتحدث عن استقالة تمت بعد الخطاب وتاريخها 1424/12/21 كيف هذا !!!!!!!!! ؟

| بلاد السعاده | 2003-10-10 19:51 | .7 | |
|---|---|---|---|

السلام عليكم لأخي رجل حر

صدقت ونحن آمنا بأن الله سائلنا عما كتبنا

ولذا نحن كتبنا

| | | | |
|---|---|---|---|
| | حتى لانكتب عند الله خونة بالتستر على هؤلاء العابثين بأمتنا | | |
| | بالصبر واليقين تنال الإمامة في الدين | | |
| مليحان | 2003-10-10 19:52 | 8. | |

والله يا إخوان عن هذه بسبيدابة تسلل الفكر الجامي إلى هذا الصرح العظيم الذي بدأ يتهاوى

مليحان : وادي في منطقة سدير

| أبو سياف | 2003-10-11 08:33 | 9. | |

يا اخوان

عليكم بالتثبت قبل سؤال الله لكم

ثم هل انتم ممن ساهم في التبرع في تلك المؤسسة

ثم مايدريكم انها مكيدة ماسوتية لهذا الصرح العظيم

ثم مايضركم لو لم تتكلمو هل سيسألكم ربكم

اخرجو من هذة الدنيا لا لكم ولا عليكم

ولخيرا دعو اهل الخير يتبرعون

ودعو الفقراء والمساكين يسترزقون ما دام علماننا لم يصدرو اي بيان عن تلك المؤسسة الا بالثناء عليها

من نذر نفسه ليعيش لدنيته فسيعيش متعبا ولكنه سيحيا عظيما ويموت عظيما.

| الباشق السلفي | 2003-10-11 09:37 | 10. | |

بسم الله الرحمن الرحيم

السلام عليكم ورحمة الله وبركاته وبعد :

فمما لايشك فيه من كان من قلبه يحمل مثقال ذرة من ( انصاف و تجرد ) مالهذه الدار النيّرة من جهود جبارة في خدمة المسلمين والقيام على شوؤنهم الدينية منها و الدنيوية ، وأتمنى أن لايدفعنا ما نراه من الزلل و قصور تدبير بعض رجالاتها أن نهدر وأن نصادر ما عليه هذا الصرح الشامخ الذي جعل الله فيه خيراً كثيرا ، ونفعاً عظيما ، ثم لما هذا الصيد في الماء العكر !!!! يامن طابت نفسه بنشر هذه الخلافات التي تعتبر من الخصوصيات التي لا تتجاوز بوابة المؤسسة ، قول لي ما الفائدة التي تجنيها، وما هي المصلحة الراجحة المتحققة من وراء ذلك ؟؟؟!! إلا أن تكون - حجر عثرة - أمام تدفق الأعمال الخيرية ، لاسيما أن كانت تحت مظلة العقيدة السلفية ، أو أنك تحب أن تخلي الساحة الدعوية للمبتدعة كالصوفية و الروافض و أمثالهم كثير ؟؟؟؟؟؟؟ نسأل الله تبارك و تعالى أن يمن على دار الحرمين بجمع الشمل و توحيد الكلمة و أن يؤلف بين قلوب العاملين فيها و يزيدهم من فضله و توفيقه، وأن يكف عنهم كيد الكايدين ، و يردع من في قلبه مرض فيفرح بسيئاتهم وتفاقم عثراتهم ، اللهم آمــــــــيـــــن .

لله در الشافعي قال في رسالته الماتعة :{{ فليست تنزل بأحد من أهل دين الله نازلة إلا و في كتاب الله الدليل على سبيل الهدى فيها}}

| راس العصا | 14:09 2003-10-11 | 11 | |
|---|---|---|---|

هذا رد الاخ انا مسلم عليك في موضوعه الذي اسأت الادب فيه , والذي يثبت انك تتكلم فيما لا تعرف , وان هدفك هو اسقاط هذه المؤسسة المباركة بأي وسيلة كانت , حتى لو كانت الطعن في الصالحين او اثارة الفتنة او صد الناس عن سبيل الله .

http://207.44.240.56/sahat?128@204.FB1hjWCW1IX.0@.1dd46f46

يقول الاخ انا مسلم في رد رقم 35.

اولاً : بالنسبة لراتب ياسر فكما ذكر الشيخ منصور في خطابه .... ولكن ما الغرابة اذا علمنا ان المصنع ليس ملكيته كاملة للمؤسسه بل فيه شركاء كما بين الشيخ منصور في خطابه ........... واعني بذلك ان كان الشيخ كما تذكر انت انه يتصرف في اموال المؤسسه كما يشاء بدون رقيب فقيل له ايضاً السلطة ان يتصرف بأموال المساهمين الاخرين ؟؟؟ ثم ان كان الاخ ياسر يدير المصنع بكفاءة عالية ما المانع ان يكون راتبه هذا او اكثر .......انا انتظر الاجابه منك او من الشيخ منصور حفظه الله .

ثانياً : هل تعلم ما ذا حدث للمصنع الان .......أنا اخبرك ......... بحمد الله تم بيعه بنسبة ربح **10%** من اجمالي قيمته .............فأين الخسارة المزعومه التي ذكرها الشيخ منصور وتبعته فيها انت ؟؟؟ أنا انتظر الرد منك الان ا هـ

فما هو السبب الذي جعلك تكره المؤسسة والعاملين بها هذا الكره الاعمى ؟؟؟؟ هل طردوك مثلا حينما كنت معهم !!!!

| عمر 200 | 10:55 2003-10-12 | 12 | |
|---|---|---|---|

يرفع لبيان الحقيقة الـــمـــــــنـــزة ..... ويا للأسف ..

أين الورع من عقيل العقيل عندما يوظف ابنه في مصنع تمتلك المؤسسة ما يقارب النصف من أسهمه براتب يقدر بـ 30000 ثلاثون ألف ريال ....

هل هو مصنع طائرات !؟

أم مفاعل نووي !؟

كان من الأجدر من شيخكم عقيل أن يتورع من إدخال أبناءه في المؤسسة .... أقل شئ من أجل إبعاد الشبهة ...

ومن اتقى الشبهات فقد .........

<u>كانت البلاد السعودية أمة واحدة على المعتقد الصحيح حتى جاءها الحزبيون كفانا الله شرهم فشقوا صف أهل التوحيد</u>

| فارس المنبر | 13:51 2003-10-12 | 13 | |
|---|---|---|---|

تاريخ الاستقاله 12/21/ 1424هـ

نحن الان في 1424/8/16 هـ

ممكن أفهم ؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟

PUBLIC-AR0265

| فارس المنبر | 13:57 2003-10-12 | 14. | يازمان الذل قل لي ** أي معنى للحياة ؟ |

عمر .. قلت في كلامك للأخ انا مسلم (( ويا للأسف ... أن يتصرف شخص واحد بأموال المسلمين ... ويُصَرِّفها كيف شاء بلا أدنى استشارة لمن يعملون معه من الصادقين ))

اليسوا هم هؤلاء .. من يرجونهم بني جام بالقطبية ؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟؟

| حبل المشنقة | 15:55 2003-10-12 | 15. | يازمان الذل قل لي ** أي معنى للحياة ؟ |

أعوذ بالله من هذا الإجرام

أعوذ بالله من هذا الإجرام

أعوذ بالله من هذا الإجرام

أعوذ بالله من هذا الإجرام

الا يتقي الله هؤلاء ؟ أو لن يسألهم الله عن هذه الجرائم وهذا التلاعب بأموال المسلمين، وصلت المسألة إلى أن يوظف ابنه في المصنع الذي بني بأموال المسلمين ؟

إذا لم تكن هذه هي السرقة بعينها فلست أدري ماهي السرقة

لا والفناء - ثم ألف لاء أخرى لواقعنا المرير .

| رأس العصا | 17:12 2003-10-12 | 16. | |

يا حبل المشنقة الإجرام هو ان ترى الحقيقة واضحة لا يفصلك عنها الا ثلاثة ردود فتتجاهلها وتزيد في رمي التهم بغير دليل ..... ( ما اوسع الذمه ) ....واعلم ان الحبل يدور حول عنقك , يعقد عقدة مع كل قرية . فاحذر ان تشنق نفسك ...

والاخ عمر ارجوا ان تتمالك اعصابك . واذا كنت تظن ان الراتب هذا لا يستلمه الا مدير مصنع طائرات او مدير مصنع مفاعل نووي فانت غلطان ⊠ . لان مدير مصنع الطائرات لن يزيد راتبه على 5000 ريال ⊠

وهل نفهم من ردك الاخير ان هجومك العنيف مستند على شبهات ؟؟؟

| حبل المشنقة | 04:52 2003-10-14 | 17. | |

رأس العصا أية حقيقة بعد بيان عبد الملك القاسم والقاضي والشيخ سعد الحميد ؟

وهل بقي بعد بيان هؤلاء الفضلاء قول أو اعتذار ؟ الحمد لله أننا داركنا أنفسنا لن تدخل إلى هذه الجمعية مبلغا أو مساعدة إن شاء الله ساقوم بالتحذير منها حتى يتم إيقاف هذا المدير المشبوه

لا وألف لاء - ثم ألف لاء أخرى لواقعنا المرير .

| ابو زيد الهلالي | 06:36 2004-1-08 | 18. | |

مدير عام جديد لمؤسسة الحرمين خلفاً لـ"العقيل" الرياض: سعد الغشام وجه وزير الشؤون الإسلامية والدعوة والأوقاف المشرف العام على مؤسسة الحرمين الخيرية الشيخ صالح بن عبدالعزيز آل الشيخ بتكليف الشيخ دباس بن محمد الدباس مساعد المدير العام لشؤون الدعوة والإغاثة رئيس لجنة الداخل برئاسة مؤسسة الحرمين الخيرية، خلفاً للشيخ عقيل العقيل المدير العام السابق للمؤسسة. وأوضح مساعد المدير العام للشؤون المالية والإدارية بالمؤسسة الشيخ خالد بن عبدالله الظاهري أن المؤسسة تعتبر من أكبر المؤسسات الخيرية في العالم العربي والإسلامي التي لها دور بارز في تقديم المساعدات المالية والعينية والإغاثية سواء داخلياً أو خارجياً كما بين أنها مستمرة في تقديم هذه المساعدات من أعمال خيرية وإغاثية.

| الضمان | 23:10 2004-1-08 | 19 |
|---|---|---|

تاريخ استقالة الشيخ منصور القاضي هو 1423/12/21هـ وليس 24، والقصة هي خطأ طباعي فقط لا غير.

مشكلة المؤسسة ليست غريبة فالعمل على الاموال مصيبييييييبة، وفتنة كبيرة، هذا إذا أضيف لها إدارة مركزية لا يمارس عليها رقابة فعلية صارمة، وهو ما ينتشر في البلاد العربية.

أضف لذلك إذا كان التوجه الحكومي المسيّس بمصالح خارجة عن التوجه المستقيم، قادرا على فعل كل شيء!!

ثم الهجمة الأمريكية القذرة على كل ما هو خيري! لكن الأخيرة ليست عذرا للاخ عقيل العقيل، فتكدس الأرصدة كانت قبل مشكلات النبيل 11 سبتمبر!

| هاب الريح | 11:31 2004-1-09 | 20 |
|---|---|---|

حقيقة لابد منها أنا أحد العاملين في المؤسسة ....... والعمل القوي الذي تقوم به المؤسسة لابد له من تمحيص ومنة الفتنة أو الابتلاء .......... حكمة الله ،،، لكي يتميز ولكن هل من بديل عن عقيل يأخذ الامور من نهايتها ويصلح الخطاء المالي، ويكون الأمر إلى الأحسن. ويكون على علم وتقوى وبصيرة وتواضع ...... ويقدم المصلحة العامة على المصلحة الفردية. ويشترط أن يكون له المنهج الواضح، وفق الكتاب والسنة .. وجزى الله خير العاملين في المؤسسة كل خير، وعفاء الله عن المخطي. اللهم تقبل منا، اللهم وفقنا لم تحب وترضى .. هاب الريح 2

اللهم ارنا الحق حقا وارزقنا اتباعه وارنا الباطل باطلاً وارزقنا اجتنابه

| هاب الريح | 13:26 2004-1-09 | 21 |
|---|---|---|

عكاظ تكشف تفاصيل خروج مدير عام خيرية الحرمين: العقيل: لم أدفع للاستقالة ولاتنتزعوا أقوالي

المصدر : عبدالله العريفج (الرياض)

نفى المدير العام المنصرف لمؤسسة الحرمين الخيرية الشيخ عقيل العقيل ان تكون هناك ضغوط خارجية مورست وراء خروجه من موقعه في المؤسسة. وقال في مقابلة مع (عكاظ) انني استقلت بمحض ارادتي ولم يطلب مني ذلك لاجل اتاحة الفرصة للدماء الجديدة ان تنطلق وتقوم بواجبها لظروف ارتباطاتي الخاصة.. وانا لم اخرج من المؤسسة بل استقلت كمدير عام وسابقى فيها عضوا فاعلا. في غضون ذلك اوضح المدير العام المكلف لمؤسسة الحرمين الخيرية دباسي الدباسي في مقابلة مماثلة مع (عكاظ) ان الشيخ عقيل خرج مستقيلاً وانه لم يعف.. وقال ان قرارا شفويا ابلغه به وزير الشؤون الاسلامية والاوقاف والدعوة والارشاد باعتبار وزارته الجهة المشرفة على نشاط المؤسسة بتولي ادارتها العامة الى حين اختيار مدير عام رسميا خلفا للعقيل.. واشار الى انه تلقى التكليف تليفونيا من الوزير آل الشيخ مطلع الاسبوع الجاري. ظروف الاستقالة

- (عكاظ) تحدثت اولا الى الشيخ عقيل العقيل وسألته عن ظروف خروجه من المؤسسة كمدير عام بها فقال:
- * ابدا لاجل اتاحة الفرصة للدماء الجديدة ان تنطلق وتقوم بواجبها وانا عندي بعض الاشياء الخاصة ثم انني لم اخرج من مؤسسة الحرمين انا استقلت كمدير عام وسابقى في المؤسسة ان شاء الله عضوا فاعلا.

- ولكن لماذا هذا التوقيت تحديدا في ظل الحملات التي تمارس على المؤسسات والجمعيات الخيرية وربط بعض أنشطتها بالإرهاب؟
- * القضية ليست خروجا بقدر ما الناس يفصلون الأخبار على كيفهم.. انا تنازلت لأحد زملائي سيكون مديرا عاما لجهوده الطيبة بعدما قضيت فترة طويلة في هذا الموقع، وينبغي تجديد الدماء وتغيير المواقع لمصلحة العمل وسأبقى عضوا في مجلس الإدارة ويوكل الى بعض الأعمال كمستشار ثم أن عندي أعمالي الخاصة التي ارغب في انجازها مع ابنائي.. وهذا كل ما في الأمر. مناصرة الدعوة.
- كم أمضيتم في مؤسسة الحرمين الخيرية؟
- * المؤسسة أنشئت قبل ستة عشر عاما وانا الذي انشأتها واسستها ولكن قبل هذا التاريخ بـ (12) سنة بفضل الله كنت اعمل في مجالات الخير بشكل فردي من خلال مناصرة الدعوة ومساعدة المحتاجين. العلاقة مع المؤسسة
- وكيف سيكون شكل علاقتك بالمؤسسة بعدما تركت موقعك الاداري فيها؟
- * سأكون عضوا في مجلس الإدارة الذي يتألف من (14) عضوا يرأسه الدكتور علي المرشد.. وكما تعلم فان وزارة الشؤون الاسلامية تتولى مسؤولية الإشراف على هذه المؤسسة. ترشيح الدباسي
- وماذا عن خلفك ديانني الدباسي في المؤسسة؟
- * نعم الرجل وأنا الذي رشحته لهذا الموقع حيث أمضى معنا عشر سنوات وهو معار من وزارة الشؤون الاسلامية التي يعمل فيها داعيا وهو رجل فاضل نحسبه والله حسيبه. التنسيق مع الإدارة
- إفهم من كلامكم ان الوزارة هي التي عينت الرجل خلفا لك؟
- * هو معين في المؤسسة منذ فترة.. انا رشحته للوزير والوزير عينه بالتنسيق مع مجلس ادارة المؤسسة. الضغوط خارجية
- ربما يثار كثير من اللغط والكلام حول وجود ضغوط خارجية مورست على المؤسسة من اجل اقصائك او دفعك للاستقالة؟
- * يا اخي الكريم اسلوبك هذا محاولة لانتزاع معلومات تريدها.. ليس هنالك شيء.. الوضع العام الذي تتحدث عنه انت لا يخفى على أحد ولا نريد أن نتصل منه لكن في مثل هذه الظروف المفروض ان نكون لحمة واحدة ولا نسمح للشائعات والكلام الذي يثيره العوام ان يتدخل بيننا. الدباسي: الانتخاب قريبا
- في هذه الاثناء كشف نبأنس الدباسي المدير العام المكلف لمؤسسة الحرمين الخيرية في حديث مع (عكاظ) انه تلقى تكليفا شفويا من وزير الشؤون الاسلامية مطلع الأسبوع الماضي بإدارة المؤسسة الى حين اختيار مدير عام جديد وقال لم أتلق تكليفا رسميا مكتوبا لكنني بلغت به من الوزير شفويا وقد كان وقتها في المدينة المنورة وسيباشر السبت في الرياض وسألتقي به عندما يأتي. واشار الى انه بدأ العمل بالمؤسسة عام 1414هـ عبر مراحل وظيفية منها في لجنة اوروبا ثم توليه رئاستها.. وقال عملت في لجنة الداخل فمساعدا للمدير العام الى ان كلفني الوزير بإدارة المؤسسة الى حين ايجاد مدير عام منتخب. ونفى الدباسي ان تكون هناك ضغوط قد مورست لاجل دفع عقيل العقيل الى الاستقالة مشيرا الى انه انسحب وليس كما قيل انها بسبب ضغوط خارجية او ماشابهها. ( الجمعة - 1424/11/17هـ ) الموافق 9 / يناير/ 2004 - العدد 936

مع تحيات هـــــاب الريـــــح 2

اللهم ارنا الحق حقا وارزقنا اتباعه وارنا الباطل باطلا وارزقنا اجتنابه .

| تصفح الاشتراكات | أضف رد | للاستفسار | بخول |
|---|---|---|---|

من هنا يمكنك التعقيب على هذا الموضوع الرجاء اكمال الخانات التالية

| لوحة المفاتيح العربية | مؤثرات الساحة | صور وابتسامات |

ملاحظة: يمكنك تحرير هذا الرد خلال 30 دقيقة من إضافته للساحات.

الساحة المفتوحة - الساحة الإسلامية - الساحة السياسية - الساحة الأدبية - ساحة الأصدقاء - بيت الطين - ساخة الساحة الكمبيوتر والتكنولوجيا - ساحة التصميم والبرمجة - الساحة الطبية - ساحة الإدارة والاقتصاد - الساحة الرياضية - العربية الملاعب السعودية - الرياضة العالمية - ساحة السيارات - ساحة الوراقين - أريد الحل - ساحة الشكاوى - الساحات

فارس - الإعلام العربي - بطاقات تهنئة - المجلة الالكترونية - عيون - شبكة الرازي - مجلة الكرة - سياحة وسفر - حالة نت   الطقس - جوال - بحث في الإنترنت

قوانين الساحة - آراء واقتراحات - اعلن معنا - عيون - أرشيف - دعم ومساعدة

جميع الحقوق محفوظة للساحة العربية