LIST OF EXHIBITS
PLAINTIFFS' FIRST MEMORANDUM OF LAW IN SUPPORT OF MOTION
FOR ENTRY OF JUDGMENT BY DEFAULT AGAINST SOVEREIGN DEFENDANTS

| Ex. No. | Date | Description |
|---|---|---|
| 1 | July 2004 | Excerpts from the FINAL REPORT OF THE NATIONAL COMMISSION ON TERRORIST ATTACKS UPON THE UNITED STATES ("9/11 REPORT"), pp. 240-41; 10-16; 47-48; 57; 60-61; 65-69; 109; 145; 147; 149-150; 153-56; 160-69; 214; 225; 242-46; 248; 252; 254-77; 384; 476; 494; 522 |
| 2 | 5/10/10 | 2nd Affidavit of Kenneth R. Timmerman, investigative journalist (redacted) |
| 3 | 6/8/10 | Affidavit of Daniel L. Byman, former 9/11 Commission staff member |
| 4 | 6/7/10 | Affidavit of Janice L. Kephart, former 9/11 Commission staff member |
| 5 | 7/29/10 | Affidavit of Dietrich L. Snell, former 9/11 Commission staff member and team leader |
| 6 | 3/26/10 | Affidavit of Clare M. Lopez and Dr. Bruce D. Tefft, former CIA case officers (redacted) |
| 7 | 4/8/10 | Affidavit of Dr. Ronen Bergman, Israeli military and intelligence analyst (redacted) |
| 8 | 6/25/10 | Affidavit of Dr. Patrick L. Clawson, PhD, noted Iran scholar (redacted) |
| 9 | 3/16/10 | Declaration of Jean-Louis Bruguière, French former investigative Jurist |
| 10 | 11/1/10 | Affidavit of Edgar A. Adamson, former chief of U.S. national bureau of INTERPOL |
| 11 | 6/3/10 | Testimony of Abolhassan Banisadr, former president of Iran |
| 12 | ~ | U.S. Department of State, State Sponsors of Terrorism, www.state.gov/s/ct/c14151.htm |
| 13 | 1980-2009 | U.S. Department of State Reports, *Patterns of Global Terrorism / Country Reports on Terrorism*, 1980-2009 (excerpts *re*: Iran) |
| 14 | 8/14/96 | U.S. Department of State Fact Sheet: "Usama Bin Laden: Islamic Extremist Financier" http://usembassy-israel.org.il/publish/press/state/archive/august/sd4_8-15.htm |
| 15 | 11/96 | U.S. Embassy (Islamabad), Cable (unclassified): "Afghanistan: Taliban Deny They Are Sheltering HUA Militants, Usama Bin Laden http://www.gwu.edu/~nsarchiv/NSAEBB/NSAEBB227/18.pdf |
| 16 | 7/97 | U.S. Embassy (Islamabad), Cable, "Afghanistan: Observers Report Uptick in Support for Anti-Taliban Factions by Iran" http://www.gwu.edu/~nsarchiv/NSAEBB/NSAEBB97/tal23.pdf |

| # | Date | Description |
|---|---|---|
| 17 | 12/8/97 | U.S. Department of State, cable (unclassified): "Afghanistan: Meeting with the Taliban," Confidential www.gwu.edu/~nsarchiv/NSAEBB/NSAEBB97/tal24.pdf |
| 18 | 11/23/01 | German *Bundeskriminalamt* (BKA) documents *re:* Ramzi Binalshibh's February 2001 trip to Iran |
| 19 | 3/10/07 | Confession of Khalid Sheikh Muhammad Available online at DoD website: http://www.defense.gov/news/transcript_isn10024.pdf |
| 20 | 3/15/07 | Robert Baer, "Why KSM's Confession Rings False," TIME magazine |
| 21 | | *{omitted}* |
| 22 | 1/18/1996 | WASHINGTON POST, "N.Y. Bomb Plotters Sentenced to Long Terms" http://www.washingtonpost.com/wp-dyn/content/article/2007/10/16/AR2007101600804_pf.html |
| 23 | undated | Detainee Biographies, Office of the Director of National Intelligence http://www.odni.gov/announcements/content/DetaineeBiographies.pdf |
| 24 | 1997 | CIA Press Release re: Robert C. Ames https://www.cia.gov/news-information/press-releases-statements/press-release-archive-1997-1/trailblazers.html |
| 25 | 8/22/2004 | Excerpts from 9/11 AND TERRORIST TRAVEL, A Staff Report of the National Commission on Terrorist Attacks Upon The United States ("9/11 AND TERRORIST TRAVEL"), pp. 61, 65-67, 130, 145-46 |
| 26 | | *{omitted}* |
| 27 | 7/5/07 | *Sisso v. Islamic Republic of Iran,* No. 05-0394, 2007 WL 2007582, 2007 U.S. Dist. LEXIS 48627 (D.D.C. July 5, 2007) |
| 28 | 2000 | *Higgins v. Islamic Republic of Iran*, No. 1:99CV00377 (D.D.C. 2000) |
| 29 | 3/17/02 | Kenneth R. Timmerman, "The Truth about Iran," http://www.iran-press-service.com/articles_2002/Mar_2002/khalilzad_iran_17302.htm |
| 30 | 1/16/09 | U.S. Department of Treasury designation (same as Ex. B-15 to Timmerman 2nd affidavit) |
| 31 | 10/20/00 | Plea allocution, *USA v. Ali Mohamed*, S(7) 98 Cr. 1023 (LBS) (S.D.N.Y. October 20, 2000), at p. 28 |
| 32 | 9/7/96 2/2/99 | "Banisadr Fingers Top Leadership in Murders," The Iran Brief, Sept. 7, 1996; "Double-wiring of the Forouhar Residence Led to the Murderers," by Safa Haeri, Iran Press Service, February 2, 1999. |
| 33 | 5/2/11 | NEW YORK TIMES, "Behind the Hunt for Bin Laden," http://www.nytimes.com/2011/05/03/world/asia/03intel.html?_r=1&hp |

| | | |
|---|---|---|
| 34 | 1/17/2011 | "US Prosecutor Files Hariri Slaying Indictment", Newsmax http://www.newsmaxworld.com/global_talk/Lebanon_Hariri_Tribunal/2011/01/17/371628.html |
| | | "UN Indicts Hezbollah Chiefs in Hariri Assasination", Homeland Security News Wire, http://www.homelandsecuritynewswire.com/un-indicts-hezbollah-chiefs-hariri-assassination |
| | | "UN Tribunal to link Iran's Khamenei Hariri murder", Jerusalem Post http://www.jpost.com/LandedPages/PrintArticle.aspx?id=203689# |
| 35 | 3/4/11 | Kenneth Katzman, Congressional Research Service, "Iran: Concerns and Policy Responses" |
| 36 | 8/8/2008 | Congressional Research Service, "Suits Against Terrorist States by Victims of Terrorism" |
| 37 | 1/21/2011 | Tony Blair at Chilcot Inquiry, THE TELEGRAPH |