UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-1570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Havlish v. Bin-Laden, No. 03-cv-09848
    Faulkner v. Bin Laden, et al., No. 09-cv-07055

The Court has received the Government's motion for an extension to January 28, 2022, to file a Statement of Interest in Havlish v. Bin-Laden, No. 03-cv-09848, ECF No. 7390, and to file a Statement of Interest by the same date in Faulkner v. Bin Laden, et al., No. 09-cv-07055, ECF No. 7391. It has also received the letters from the Ashton, ECF No. 7395, and O'Neill, ECF No. 7397, plaintiffs in support of the extension, as well as the three letters from the Havlish plaintiffs opposing any extension beyond December 28, 2021. ECF Nos. 7392, 7398, 7399.

The Court recognizes that the treatment of the Afghan funds currently in the Federal Reserve Bank of New York involves numerous complicated questions of law and policy. In the interest of comity, the Government's motion is therefore GRANTED. It shall file any Statement of Interest in Havlish and Faulkner by January 28, 2022. The Clerk of the Court is respectfully directed to grant the motion at ECF No. 7390.

**SO ORDERED.**

DATED:    New York, New York
              December 2, 2021

_____
SARAH NETBURN
United States Magistrate Judge