UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 
:     **1:03 MDL 1570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Havlish, et al. v. Iran, et al.*
**1:03-cv-9848 (GBD)(SN)**

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Havlish Plaintiffs.

Dated: January 13, 2021.

 

Lee S. Wolosky (LW1280)
Jenner & Block LLP
1155 Avenue of the Americas
New York, New York 10036-2711
Phone: 212-891-1600
Fax: 212-891-1699
Email: lwolosky@jenner.com