UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
IN RE TERRORIST ATTACKS     :        Case No. 03 MDL 1570 (GBD)(SN)
ON SEPTEMBER 11, 2001     Plaintiff,

    -against-

                                                  Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                                 Timothy B. Fleming
                                 FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is __351114 (DC)__

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Wiggins Childs Pantazis Fisher Goldfarb, PLLC
                      FIRM ADDRESS: 1211 Connecticut Avenue, NW, Suite 420, Wash, DC
                      FIRM TELEPHONE NUMBER: 202-467-4489
                      FIRM FAX NUMBER: 202-467-4489

NEW FIRM:     FIRM NAME: Wiggins Childs Pantazis Fisher Goldfarb, PLLC
                        FIRM ADDRESS: 2202 18th Street, NW, #110, Washington, DC 20009
                      FIRM TELEPHONE NUMBER: 202-467-4489
                      FIRM FAX NUMBER: 202-467-4489

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 10, 2022            /s/ Timothy B. Fleming
                                              ATTORNEY'S SIGNATURE