1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER&BLOCK LLP

March 2, 2022

Lee Wolosky
Tel +1 212 891 1628
LWolosky@Jenner.com

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Sarah Netburn
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Terrorist Attacks on September 11, 2001*, 03-md-1570 (GBD) (SN)
      *Havlish, et al., v. Bin-Laden, et al.*, No. 03-cv-9848 (GBD) (SN)
      Motion to Lift Stay on Havlish Plaintiffs' Enforcement Proceeding

Dear Judge Daniels and Magistrate Judge Netburn:

     We write on behalf of the Havlish Plaintiffs in furtherance of their motion to lift the stay on their enforcement proceeding against funds at the Federal Reserve Bank of New York. Pursuant to this Court's order at the February 22, 2022 hearing, attorneys for the Havlish Plaintiffs and attorneys for the Ashton, Burnett, O'Neill, and Insurer Plaintiffs have met and conferred.

     As a result of the meetings, the Ashton, Burnett, and O'Neil Plaintiffs have notified the Court that they no longer oppose lifting the stay entered at the U.S. government's request on September 20, 2022. MDL Dkt. 7712. The Insurer Plaintiffs, who did not oppose the Havlish Plaintiffs' motion to lift the stay, confirmed they still do not oppose the Court lifting the stay. MDL Dkt. 7711. Additionally, the Government previously confirmed that it does not oppose lifting the stay consistent with its Statement of Interest. MDL Dkt. 7666 ¶ 7.

     During their meetings with the MDL parties, the Havlish Plaintiffs also reaffirmed their representations to the Court at the February 22, 2022 hearing. Once the stay is lifted, "the Havlish creditors have no objection to their participation in the briefing following the filing of the Havlish and Doe's motions for turnover." Transcript of Hearing on February 22, 2022, p. 16, lines 7-9.

March 2, 2022
Page 2

      Therefore, the Havlish Plaintiffs renew their request to lift the stay so they can file their motion for turnover, serve the Taliban and Da Afghanistan Bank, and then proceed to enforce their judgment against assets currently held at the Federal Reserve Bank of New York.

Sincerely,

/s/ Lee S. Wolosky
Lee S. Wolosky
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1628
lwolosky@jenner.com

*Counsel for Judgment Creditors Fiona Havlish et al.*

cc: All counsel of record (by ECF)