UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2022

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

Havlish, et al. v. Bin Laden, et al., No. 03-cv-9848
John Does 1 through 7 v. The Taliban et al., No. 20-mc-740

This order sets out the briefing schedule for the turnover motions relating to the Da Afghanistan Bank Funds (the "DAB Funds") in Havlish, et al. v. Bin Laden, et al. ("Havlish") and John Does 1 through 7 v. The Taliban et al. ("Doe"). The Court has received the proposed schedules from the Havlish, Doe Plaintiffs, and the Plaintiffs' Executive Committees (the "PECs"). ECF Nos. 7725, 7726, and 7727, 7735, Doe, No. 20-mc-740, ECF No. 71. The following schedule shall govern the turnover motions proposed by the Havlish and Doe Plaintiffs:

- By March 21, 2022, the Havlish and Doe Plaintiffs shall file their motions for turnover as well as any motions addressing service issues (*e.g.*, a motion for service by publication) related to the DAB Funds.

- By April 20, 2022, the PECs may file a single brief of no more than 20 pages addressing any issues that they believe are relevant to the Court's consideration of the Havlish and Doe Plaintiffs' turnover motions. This brief should address all issues the PECs believe the Court should consider in addressing these turnover motions.

- By April 27, 2022, the Havlish and Doe Plaintiffs may file briefs of up to 10 pages each replying to the issues identified by the PECs. Alternatively, the two parties may file a single brief of up to 15 pages addressing those issues collectively.

2

All papers for these motions shall be filed on both the MDL docket and the dockets for Havlish and Doe.

**SO ORDERED.**

Dated: March 14, 2022
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge