# STROOCK

By eFile

October 31, 2023

James L. Bernard
Direct Dial: 212.806.5684
Fax: 212.806.6006
jbernard@stroock.com

Honorable Sarah Netburn
Thurgood Marshall
 United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)
      Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN)

Dear Judge Netburn:

We represent counsel for the Havlish Plaintiffs and write in response to the Court's Order, dated October 26, 2023.  We conferred with the interested parties and write to advise the Court that of the two options presented in the Court's order, we would like to have the off-the-record teleconference that the Court proposed.  Counsel are available on either November 3 or November 8, with a preference, if convenient for the Court, for November 3.

We thank the Court for its consideration of this matter.

Respectfully submitted

/s/ James L. Bernard

James L. Bernard