# STROOCK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2023

October 31, 2023

Fax: 212.806.6006
jbernard@stroock.com

Honorable Sarah Netburn
Thurgood Marshall
 United States Courthouse
40 Foley Square
New York, NY 10007

Re:   In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD)(SN)
      Havlish, et al. v. bin Laden, et al., 1:03-cv-09848 (GBD)(SN)

Dear Judge Netburn:

We represent counsel for the Havlish Plaintiffs and write in response to the Court's Order, dated October 26, 2023. We conferred with the interested parties and write to advise the Court that of the two options presented in the Court's order, we would like to have the off-the-record teleconference that the Court proposed. Counsel are available on either November 3 or November 8, with a preference, if convenient for the Court, for November 3.

We thank the Court for its consideration of this matter.

Respectfully submitted

/s/ James L. Bernard

James L. Bernard

---

The Court will hold an off-the-record teleconference in this matter on Friday, November 3, 2023, at 11:00 a.m. The Court will email the three attorneys listed on the filings at ECF Nos. 9384, 9386, and 9387 to arrange a dedicated teleconference line. Counsel for other interested parties may join by coordinating directly with those three attorneys.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 1, 2023
       New York, New York