UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 | Case No. 03 MD 1570 (GBD) (SN) |

**This document relates to**:
*Ashton et al. v. al Qaeda Islamic Army*, et al., 02-cv-6977 (GBD)(SN)
*Havlish, et al. v. Bin Laden, et al.*, No. 03-cv-9848 (GBD)(SN)

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that upon the accompanying declaration of Kathryn E. Ghotbi dated December 15, 2023, and pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kathryn E. Ghotbi hereby moves to withdraw her individual appearance as counsel of record for the Ashton Plaintiffs in the above-referenced matter and the related actions.

Michael Tremonte, Theresa Trzaskoma, and Noam Biale of the law firm of Sher Tremonte LLP will remain as counsel of record to the Ashton Plaintiffs.

Dated: New York, New York
December 15, 2023

By: */s/ Kathryn E. Ghotbi*
Kathryn E. Ghotbi
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Telephone: (212) 202-2600
Facsimile: (212) 202-4156
kghotbi@shertremonte.com