UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:                                              :        ORDER

TERRORIST ATTACKS ON                  :        03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001
                                                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

This Court has reviewed the underlying submissions relating to the sealing of certain

documents. In light of the volume of challenged documents and their relatedness to the underlying

motions to dismiss, in consultation with Magistrate Judge Netburn, the sealing issue is withdrawn

from her jurisdiction.

This Court will conduct the conference scheduled for Wednesday, July 17, 2024 at

2:00 PM in Courtroom 11A in the Daniel Patrick Moynihan United States Courthouse. At that

conference, the Court will discuss with the parties the process and timing of a resolution of the

dispute over which documents should remain under seal. The Court will also canvas the parties

on how best to proceed with the July 31, 2024 oral argument.

Dated: July 15, 2024
         New York, New York

                                                       SO ORDERED.

                                                       GEORGE B. DANIELS
                                                       United States District Judge