**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| *IN RE* **TERRORIST ATTACKS** : | |
| **ON SEPTEMBER 11, 2001** : | |
| : | **03 MDL 1570 (GBD)(SN)** |
| : | |
| : | |

------------------------------------------------------------------x

**This Document Relates to:**
*Havlish, et al. v. Bin-Laden, et al.,* **1:03-cv-9848 (GBD)(SN)**
*Hoglan, et al. v. Iran, et al.*, **1:11-cv-07550 (GBD)(SN)**

### [PROPOSED] ORDER

Having read and considered the *Havlish* and *Hoglan* Plaintiffs' Emergency Letter Motion for Leave to Serve Restraining Notices on Third-Party Garnishee Clearstream Banking, S.A., ECF No. 10558, and good cause having been shown, the Court hereby GRANTS the Motion and ORDERS that the *Havlish* and *Hoglan* Plaintiffs are authorized, by leave of this Court, to serve additional restraining notices on Clearstream Banking S.A. pursuant to N.Y. C.P.L.R. § 5222(c).

**SO ORDERED:**

Date: _____        _____
    New York, New York              GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE