UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001*   Case No. 03-md-1570 (GBD) (SN)

**This Document Relates to**
*Havlish, et al. v. Iran, et al.,*
**1:03-cv-9848 (GBD)(SN)**

*Ashton et al. v. al Qaeda et al.,*
**02-cv-6977 (GBD)(SN)**

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

IT IS HEREBY ORDERED by the undersigned that, pursuant to Local Rule 1.4, the law firm of Sher Tremonte LLP is withdrawing as counsel of record for the *Ashton* Plaintiffs. Sher Tremonte LLP does not assert a retaining or charging lien.

IT IS FURTHER ORDERED, that Sher Tremonte LLP, Noam Biale, Michael Tremonte, and Kathryn Ghotbi be removed from the docket and terminated from receiving ECF notices in this action.

Dated: New York, New York
         June 6, 2025

SO ORDERED:

_____
Hon. George B. Daniels
United States District Judge