UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2025

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001

Case No. 03-md-1570 (GBD) (SN)

This Document Relates to
*Havlish, et al. v. Iran, et al.,*
1:03-cv-9848 (GBD)(SN)

*Ashton et al. v. al Qaeda et al.,*
02-cv-6977 (GBD)(SN)

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that the law firm of Sher Tremonte LLP and its partners Noam Biale and Michael Tremonte hereby move pursuant to Local Civil Rule 1.4 for an order withdrawing as counsel for the *Ashton* Plaintiffs and directing the Clerk of Court to terminate the appearances of Sher Tremonte LLP, Mr. Biale, Mr. Tremonte, and Kathryn Ghotbi on behalf of the *Ashton* Plaintiffs on the Court's ECF docket.

As described in the accompanying Declaration of Noam Biale, Ms. Ghotbi is no longer associated with Sher Tremonte LLP and she consents to the withdrawal of her individual appearance in this action. Additionally, Theresa Trzaskoma, a former partner, has left Sher Tremonte LLP for the firm of Harris Trzaskoma LLP and will continue as counsel for the *Ashton* Plaintiffs, along with the *Ashton* Plaintiffs' counsel from Kreindler & Kreindler LLP. Accordingly, the proposed withdrawal of counsel is not expected to affect the continuity of representation or the administration of this action.

Sher Tremonte LLP is not asserting a retaining or charging lien. This motion is being served on all parties through their counsel of record.

In light of the foregoing, we respectfully request that the Court so-order the accompanying [Proposed] Order Granting Withdrawal of Counsel allow us to withdraw as counsel for the *Ashton* Plaintiffs.

Dated: New York, New York
June 6, 2025

SHER TREMONTE LLP

By: /s/ Noam Biale
Noam Biale
Michael Tremonte
90 Broad Street, 23rd Floor
Tel: 212.202.2600
nbiale@shertremonte.com
mtremonte@shertremonte.com

*Withdrawing attorneys for the Ashton Plaintiffs*

---

The motion to withdraw as counsel is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: June 10, 2025
New York, New York