UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In Re: Terrorist Attacks on September 11, 2001

                        Plaintiff,

-against-

                        Defendant.
--------------------------------------------------------

Case No.   1:03-md-01570-GBD-SN

This document relates to:

*Havlish v. bin Laden*, 1:03-cv-09848-GBD-SN

*Hoglan v The Islamic Republic of Iran*, 1:11-cv-07550-GBD-SN

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X]   I have cases pending        [ ]   I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Douglass A. Mitchell
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is  Nevada 3775

I am,

[X]   An attorney
[ ]   A Government Agency attorney
[ ]   A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Willkie Farr & Gallagher, LLP
            FIRM ADDRESS: 1875 K Street, NW, Washington, DC 20006-1238
            FIRM TELEPHONE NUMBER: 202-303-1000
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Mitchell Allyn, Ltd.
            FIRM ADDRESS: 1000 Green Valley Parkway, Suite 440-575, Henderson NV 89074
            FIRM TELEPHONE NUMBER: 702-350-1208
            FIRM FAX NUMBER:

[X]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]   I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  November 3, 2025

/s/ Douglass A. Mitchell
ATTORNEY'S SIGNATURE