UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :    MOTION TO PERMIT ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. § 1610(c)

:

:    03 MDL 1570 (GBD) (FM)

:
------------------------------------------------------------------x

This Document Relates to
*Havlish v. bin Laden,*
03 Civ. 9848 (GBD) (FM)

      The *Havlish* Plaintiffs, through counsel, hereby respectfully submit this Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) on approximately 127,271 Bitcoin, and all proceeds traceable thereto (the "Bitcoin Assets"), and in support thereof, aver the following:

      1.    The *Havlish* Plaintiffs have a valid, unsatisfied judgment against Defendants including Iran.

      2.    Defendants, including Iran, received sufficient notice of the *Havlish* judgment and a reasonable period of time has passed.

      3.    The Bitcoin Assets are assets of an agency or instrumentality of *Havlish* Judgment Debtor, the Islamic Republic of Iran.

      4.    On September 12, 2013, the *Havlish* Plaintiffs were previously granted a general order to permit attachment and execution pursuant to 28 U.S.C. § 1610(c) after this Court ordered and decreed that: "(1) A reasonable period of time has elapsed following the entry of the Order of Judgment as to liability against the Iranian Defendants on December 22, 2011, the entry of the final Order and Judgment as to damages on October 12, 2012, and the giving of notice of such judgments to the Iranian Defendants by the *Havlish* Plaintiffs via diplomatic means on February

13, 2013, and May 22, 2013; (2) The requirements of 28 U.S.C. 1610(c) have been satisfied; and, (3) The *Havlish* Plaintiffs, now judgment creditors, are authorized to pursue attachment in aid of execution of the Order and Judgment issued on October 12, 2012, against the Iranian Defendants by any means permitted by law." (*Havlish* Doc. No. 393). The *Havlish* Plaintiffs' original Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) was filed on July 11, 2013 (*Havlish* Doc. No. 389), along with a Memorandum of Law in Support thereof dated July 11, 2013 (*Havlish* Doc. No. 390) (hereinafter, "2013 § 1610(c) Motion").

5. In April of 2020, the *Havlish* Plaintiffs moved for and were granted an Order to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) regarding assets held by Clearstream through its office in this district. See Order dated April 7, 2020 (*Havlish* Doc. No. 504).

6. The *Havlish* Plaintiffs now seek an order to permit attachment and execution pursuant to 28 U.S.C. § 1610(c) on the Bitcoin Assets formerly belonging to Judgment Debtors of the *Havlish* Creditors and currently held by the U.S. Government. The Bitcoin Assets are currently the subject of a forfeiture proceeding pending in the Eastern District of New York pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions in the Federal Rules of Civil Procedure.

7. Because the *Havlish* Plaintiffs have served the Iranian Defendants in conformity with FSIA Section 1608 and because more than a reasonable time has now passed since the Iranian Defendants were served, the Court should grant this Motion to enter an Order pursuant to FSIA Section 1610(c) permitting the *Havlish* Plaintiffs to commence execution proceedings against the Bitcoin Assets.

**WHEREFORE,** the *Havlish* Plaintiffs respectfully request that this Honorable Court enter the attached proposed Order GRANTING the *Havlish* Plaintiffs' Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. § 1610(c) on some or all of the Bitcoin Assets currently held by the U.S. Government, and all proceeds traceable thereto.

Date: January 16, 2026        /s/ *Timothy B. Fleming*

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, PLLC
2202 18th Street, NW, #110
Washington, DC  20009-1813
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC   (*Lead Counsel*)
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
951 N. Delaware St.
Indianapolis, IN 46202
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
FOOTE, MIELKE, CHAVEZ & O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

*Attorneys for the* Havlish *Plaintiffs*

3