**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:     03 MDL 1570 (GBD) (FM)
:
:
------------------------------------------------------------------x

This Document Relates to:

*Havlish, et al. v. bin Laden, et al.*, Case No.: 1:03-cv-09848 (GBD)(SN)

### MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)

Pursuant to Federal Rule of Civil Procedure 25(a), Plaintiffs herein move the Court to allow substitution of the parties identified in **Exhibit A** in the above-referenced action. The individuals being substituted into the identified case are the Personal Representatives of either (1) individuals who were killed as a result of the terrorist attacks on September 11, 2001, or (2) family members of a 9/11 decedent who have now passed away.

**Exhibit A** identifies the individual to be substituted in the pleadings and the capacity in which they seek to be substituted, the existing pleadings that refer to the Plaintiff, and the name of the 9/11 decedent and relation to the Plaintiff.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, filed contemporaneously herewith, the substituted parties will be individually entered as Plaintiffs into the Court's ECF system to ease the burden on the Clerk of the Court's Office and based on the size of this MDL.

Dated: February 12, 2026.

                    Respectfully submitted,

                    */s/ Timothy B. Fleming*
                    Timothy B. Fleming (DC Bar No. 351114)
                    WIGGINS CHILDS PANTAZIS
                    FISHER GOLDFARB PLLC
                    2202 18th Street NW, #110
                    Washington, D.C.   20009
                    (202) 467-4489

                    Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
                    WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
                    FISHER GOLDFARB LLC
                    The Kress Building 301 19th Street North
                    Birmingham, Alabama  35203
                    (205) 314-0500

                    Richard D. Hailey (IN Bar No. 7375-49)
                    Mary Beth Ramey (IN Bar No. 5876-49)
                    RAMEY & HAILEY
                    PO Box 40849
                    Indianapolis, IN   46240
                    (317) 582-0000

                    Robert M. Foote (IL Bar No. 03124325)
                    FOOTE, MIELKE, CHAVEZ
                    & O'NEIL, LLC
                    10 West State Street, Suite 200
                    Geneva, IL   60134
                    (630) 232-7450

                    *Counsel for Plaintiffs*