UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
: 
:     03 MDL 1570 (GBD) (FM)
:
:
------------------------------------------------------------------x

This Document Relates to:

*Havlish, et al. v. bin Laden, et al*., Case No.: 1:03-cv-09848 (GBD)(SN)

## [*PROPOSED*] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of parties arising from the death of certain Plaintiffs; **it is hereby**

**ORDERED** that the Plaintiffs' motion is granted, and the individuals identified as personal representatives on **Exhibit A** are substituted into the above-referenced case for the deceased Plaintiffs, also as indicated on Exhibit A to the motion, and, **FURTHER**, it is

**ORDERED** that Plaintiffs' counsel individually enter as Plaintiffs into the Court's ECF system the names of the substituted parties, and, further, directs the Clerk of the Court to terminate the motion at MDL ECF Doc. No. 11731 in 03-MDL-1570 (GBD)(SN).

**SO ORDERED.**

February ____, 2026                             _____
New York, New York                              SARAH NETBURN
                                                United States Magistrate Judge