**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

                              :       <u>FINAL JUDGMENT</u>

In re Terrorist Attacks on September 11, 2001    :      03 MDL 1570 (GBD) (SN)

                              :

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*All actions.*

**GEORGE B. DANIELS, District Judge:**

Certain plaintiffs sought to certify their default judgments against Iran (the "Iran Judgments") for registration in the Eastern District of New York ("E.D.N.Y.") pursuant to 28 U.S.C. § 1963.[1]   On March 3, 2026, Magistrate Judge Netburn issued a Report and Recommendation ("Report"), recommending that this Court (1) deny without prejudice the Plaintiffs' outstanding requests for additional damages; (2) certify all of the Plaintiffs' Iran Judgments as final judgments under Rule 54(b), *nunc pro tunc* to their filing date; and (3) direct the Clerk of Court to immediately process the requests to certify the Plaintiffs' Iran Judgments for registration in the E.D.N.Y.  (Report, ECF No. 11824, at 1–2.)[2]  On March 18, 2026, this Court adopted Magistrate Judge Netburn's Report in its entirety and directed the Clerk to take the recommended actions.  (The "Order", ECF No. 11878, at 12–13.)

---

[1] This Court assumes familiarity with the general background of this case and will only restate relevant background as necessary.  Moreover, because the relevant factual and procedural background has been discussed at length in Magistrate Judge Netburn's March 3, 2026 Report, this Court summarizes and appropriately incorporates such background by reference.  (*See* Report at 2–5.)

[2] Unless otherwise indicated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket.  *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

After Magistrate Judge Netburn issued her Report, additional groups of plaintiffs (the "Plaintiffs") requested to similarly certify their default judgments against Iran (the "Additional Judgments") as final judgments, in order to ultimately register them in the E.D.N.Y. (*See* ECF Nos. 11830, 11832, 11856, 11888, 11938, 11939.) Like the Iran Judgments addressed in the Report, (*see* Order at 4–6), the Additional Judgments do not include punitive damages awards against Iran or "final judgment" certifications under Rule 54(b). (*See* APPENDIX: Additional Requests to Certify the Iran Judgments, the "Appendix".)

For the reasons established in this Court's March 18, 2026 Order, this Court (1) denies without prejudice the Plaintiffs' outstanding requests for additional damages related to the Additional Judgments listed in the attached Appendix and (2) expressly determines that there is no just reason for delay and certifies as a final judgment under Rule 54(b) each of the Additional Judgments listed in the Appendix. This Rule 54(b) certification applies *nunc pro tunc* to the filing date of each Additional Judgment, as listed in the Appendix. Moreover, pursuant to 28 U.S.C. § 1963, the Court finds good cause for the immediate registration of the final Additional Judgments in the E.D.N.Y. Finally, the Court stays the deadlines for the Plaintiffs to move for relief from final judgment until further order of the Court. *See* Fed. R. Civ. P. 60(b).

The Clerk of Court is hereby directed to close the open motion at ECF No. 11888.

Dated: April 1, 2026
   New York, New York

             SO ORDERED.

             GEORGE B. DANIELS
             UNITED STATES DISTRICT JUDGE

# APPENDIX: Additional Requests to Certify the Iran Judgments

| # | (A) Date of Filing of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (B) ECF No. of Proposed Clerk's Certification of a Judgment to be Registered in Another District | (C) Lead Law Firm | (D) Phone number or e-mail address for Lead Law Firm | (E) Date of Filing of Underlying Judgment | (F) ECF No. of Underlying Judgment | (G) MDL Member Case in which Underlying Judgment was Entered |
|---|---|---|---|---|---|---|---|
| 1 | 3/4/2026 | 11829 | Anderson Kill P.C. | (212) 278-1000; jgoldman@andersonkill.com | 2/3/2026 | 11661 | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306<br>Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321<br>Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878<br>Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277<br>Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902<br>Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193<br>Celestine Kone, et al. v. Islamic Republic of Iran, No. 1:23-cv-05790<br>Kenneth Lum, et al. v. Islamic Republic of Iran, No. 1:24-cv-07824 |
| 2 | 3/7/2026 | 11856 | McAndrew Vuotto LLC | 973.532.6242 jpv@mcandrewvuotto.com | 10/31/2016 | 3387 | Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-06977<br>Bauer, et al. v. Al Qaeda Islamic Army, et al., No. 02-cv-07236<br>Ashton, et al. v. Kingdom of Saudi Arabia, No. 17-cv-02003<br>Ryan, et al. v. Islamic Republic of Iran, et al., No. 20-cv-00266<br>Ashton, et al. v. Al Qaeda, et al., including the Republic of Sudan, No. 02-cv-06977 |
| 3 | 4/1/2026 | 11938 | Barasch McGarry Salzman & Penson | (212) 358-800 barry@baraschmcgarry.com | 8/9/2023 | 9274 | Mandelkow et al. v. Islamic Republic of Iran, No. 20-cv-00315<br>Alcabes et al. v. Islamic Republic of Iran, No. 20-cv-00340<br>Anderson et al. v. Islamic Republic of Iran, No. 20-cv-00354<br>Ahearn et al. v. Islamic Republic of Iran, No. 20-cv-00355<br>Asciutto et al. v. Islamic Republic of Iran, No. 20-cv-00411<br>Amin et al. v. Islamic Republic of Iran, No. 20-cv-00412<br>Basci et al. v. Islamic Republic of Iran, No. 20-cv-00415 |
| 4 | 4/1/2026 | 11938 | Barasch McGarry Salzman & Penson | (212) 358-800 barry@baraschmcgarry.com | 3/28/2025 | 10813 | Anderson et al. v. Islamic Republic of Iran, No. 20-cv-00354<br>Amin et al. v. Islamic Republic of Iran, No. 20-cv-00412 |
| 5 | 4/1/2026 | 11938 | Barasch McGarry Salzman & Penson | (212) 358-800 barry@baraschmcgarry.com | 8/11/2025 | 11152 | Anderson et al. v. Islamic Republic of Iran, No. 20-cv-00354<br>Amin et al. v. Islamic Republic of Iran, No. 20-cv-00412 |
| 6 | 4/1/2026 | 11939 | Barasch McGarry Salzman & Penson | (212) 358-800 barry@baraschmcgarry.com | 10/5/2021 | 7186 | Cloud et al. v. Islamic Republic of Iran, No. 1:20-cv-00416 |