**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
                                         :

IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :          **PROPOSED ORDER**

                                           :

                                         :          03-md-01570

                                         :
------------------------------------------------------------------ x
This Document Relates to:

*Havlish v. bin Laden*, No. 03-cv-09848
*Hoglan v. Islamic Republic of Iran*, No. 11-cv-07550
*Ray v. Islamic Republic of Iran*, No. 19-cv-00012
*Maher v. Islamic Republic of Iran*, No. 20-cv-00266
*Bauer v. Islamic Republic of Iran*, No. 02-cv-07236
*Parker v. Islamic Republic of Iran*, No. 18-cv-11416

Upon consideration of the Havlish Judgment Creditors' Motion to Permit Attachment and Execution Pursuant to 28 U.S.C. 1610(c), the accompanying Memorandum of Law, and the relevant papers and service documents, and the Court's prior orders concerning Section 1610(c) requests by these parties,

It is hereby ORDERED and DECREED that a reasonable period of time has elapsed since the entry of each of the judgments entered in favor of the above Judgment Creditors and against Iran, its political subdivisions, and certain of its agencies and instrumentalities and the provision of notice to each Iranian Judgment Debtors against whom each judgment was entered in the above-listed cases.

It is further ORDERED and DECREED that the Judgment Creditors in the above-listed cases are authorized, pursuant to 28 U.S.C. § 1610(c), to enforce their Judgments against each Judgment Debtor in their respective judgments by any lawful means, including the attachment

of, or execution on, the frozen, sanctioned Tron wallets containing approximately $344 million in Tether UDST tokens, or their cash equivalents from any available source.


Dated: _____          _____
                                        SARAH NETBURN
                                        UNITED STATES MAGISTRATE JUDGE